**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**District of Nevada**

Case number (if known): _____    Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **VELOCITY ESPORTS, INC.** |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

_____

_____

_____

_____

**3. Debtor's federal Employer Identification Number (EIN)**

8 7 – 3 8 0 7 3 8 3

**4. Debtor's address**

**Principal place of business**

_____

__6587 Las Vegas Blvd S Unit 171__
Number       Street

__Las Vegas, NV 89119-3234__
City                         State     ZIP Code

__Clark__
County

**Mailing address, if different from principal place of business**

**Nevada Bankruptcy Attorneys, LLC**

__5940 S Rainbow Blvd Ste 400 Pmb 99721__
Number       Street

__Las Vegas, NV 89118-2507__
City                         State     ZIP Code

**Location of principal assets, if different from principal place of business**

_____

_____
Number       Street

_____
City                         State     ZIP Code

**5. Debtor's website (URL)**    **https://velocityesports.com/**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

Debtor    **VELOCITY ESPORTS, INC.** _____    Case number _(if known)_ _____
              Name

**7. Describe debtor's business**

A. _Check one:_

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. _Check all that apply:_

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**7  1  3  9**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

_Check one:_

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. _Check all that apply:_

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the _Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11_ (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                        MM / DD / YYYY

District _____ When _____ Case number _____
                            MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
                                                MM / DD / YYYY

Case number, if known _____

Debtor    **VELOCITY ESPORTS, INC.** _____    Case number *(if known)* _____
       Name

| | |
|---|---|
| **11. Why is the case filed in** *this* **district?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>    **Why does the property need immediate attention?** *(Check all that apply.)*<br>    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>       What is the hazard? _____<br><br>    ☐ It needs to be physically secured or protected from the weather.<br>    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>    ☐ Other _____<br><br>    **Where is the property?** _____<br>       Number      Street<br><br>       _____<br><br>       City      State    ZIP Code<br><br>    **Is the property insured?**<br>    ☐ No<br>    ☐ Yes.    Insurance agency _____<br>                 Contact name _____<br>                 Phone _____ |

■ **Statistical and administrative information**

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49   ☐ 50-99     ☐ 1,000-5,000  ☐ 5,001-10,000   ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199 ☐ 200-999  ☐ 10,001-25,000            ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000        ☑ $1,000,001-$10 million     ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000   ☐ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million   ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Debtor   **VELOCITY ESPORTS, INC.**

Name

Case number *(if known)*

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **05/08/2025**
MM/ DD/ YYYY

**X**   **/s/ Philip Kaplan**                     **Philip Kaplan**
Signature of authorized representative of debtor        Printed name

Title        **Director**

**18. Signature of attorney**

**X**        **/s/ Matthew Knepper**        Date **05/08/2025**
Signature of attorney for debtor        MM/ DD/ YYYY

**Matthew Knepper**
Printed name

**Nevada Bankruptcy Attorneys, LLC**
Firm name

**5502 S Fort Apache Rd Ste 200**
Number        Street

**Las Vegas**        **NV**        **89148-7683**
City        State        ZIP Code

**(702) 805-1659**        **mknepper@nvbankruptcyattorneys.com**
Contact phone        Email address

**12796**        **NV**
Bar number        State

Fill in this information to identify the case:

Debtor Name  **VELOCITY ESPORTS, INC.**

United States Bankruptcy Court for the: District of  **Nevada**
(State)

Case number (If known):

☐ Check if this is an amended filing

**Official Form 206A/B**

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | JPMorgan Chase Bank, N.A. | Checking account | 3 3 7 8 | $150.00 |
| 3.2. | JPMorgan Chase Bank, N.A. | Checking account | 1 3 8 2 | $215.68 |
| 3.3. | JPMorgan Chase Bank, N.A. | Checking account | 1 6 3 4 | $78,874.10 |
| 3.4. | JPMorgan Chase Bank, N.A. | Checking account | 1 8 7 9 | $735.32 |
| 3.5. | JPMorgan Chase Bank, N.A. | Checking account | 8 6 7 3 | $7,082.54 |
| 3.6. | JPMorgan Chase Bank, N.A. | Checking account | 8 6 8 1 | $2,750.17 |
| 3.7. | JPMorgan Chase Bank, N.A. | Checking account | 8 7 0 7 | $1,210.50 |
| 3.8. | JPMorgan Chase Bank, N.A. | Checking account | 8 7 1 5 | $150.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1

   4.2

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $91,168.31 |
   | --- |

| Part 2: | Deposits and prepayments |
| --- | --- |

Debtor    **VELOCITY ESPORTS, INC.**        Case number *(if known)* _____
       Name

---

**6.**    **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7.**    **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1 _____    _____

7.2 _____    _____

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1   **North Star Leasing** _____    **$10,215.81**

8.2   **Pawnee Leasing Corporation** _____    **$5,483.93**

**9.**    **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.    **$15,699.74**

---

| Part 3: | Accounts receivable |
|---|---|

**10.**    **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**11.**    **Accounts receivable**

11a. 90 days old or less: _____ - _____ =..... ➡    _____
       face amount      doubtful or uncollectible accounts

11b. Over 90 days old: _____ - _____ =..... ➡    _____
       face amount      doubtful or uncollectible accounts

**12.**    **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

| Part 4: | Investments |
|---|---|

**13.**    **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.**    **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 _____    _____    _____

---

Debtor    **VELOCITY ESPORTS, INC.**

Name

Case number *(if known)* _____

14.2 _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                                     % of ownership:

15.1. _____    _____

15.2. _____    _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____

16.2 _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| **19. Raw materials** | | | | |
| | MM / DD / YYYY | | | |
| **20. Work in progress** | | | | |
| | MM / DD / YYYY | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| | MM / DD / YYYY | | | |
| **22. Other inventory or supplies** | | | | |
| | MM / DD / YYYY | | | |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

Debtor    **VELOCITY ESPORTS, INC.**    Case number *(if known)* _____
Name

---

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.    [_____]

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

Debtor    **VELOCITY ESPORTS, INC.**                                    Case number *(if known)* _____
              Name

| 37. | Has any of the property listed in Part 6 been appraised by a professional within the last year? |
|---|---|

☑ No
☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.** Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** Office furniture | | | |
| (20) Cougar Premium Gaming Chair | $320.00 | 10% of Original Purchase Price | $320.00 |
| (40) Cougar Premium Gaming Chairs | $500.00 | 10% of Original Purchase Price | $500.00 |
| F/A-Computer Equipment-Office | $742.60 | Purchase FMV with Standard Line Depreciation | $742.60 |
| **40.** Office fixtures | | | |
| Headquarter Fixed Assets | $1,069.63 | Purchase FMV with Standard Line Depreciation | $534.82 |
| **41.** Office equipment, including all computer equipment and communication systems equipment and software | | | |
| Amazon- HQ Fixed Assets, Beth Laptop | $950.78 | Purchase FMV with Standard Line Depreciation | $950.78 |
| POS System | $38,507.05 | Purchase FMV with Standard Line Depreciation | $38,507.05 |
| Computer | $393.45 | Purchase FMV with Standard Line Depreciation | $393.45 |
| (2) Kiosks | $700.00 | 10% of Original Purchase Price | $700.00 |
| (4) Sacoa Card Reader (Halo Fireteam) | $20.00 | 10% of Original Purchase Price | $20.00 |
| Sacoa Card Reader (Key Master) | $5.00 | 10% of Original Purchase Price | $5.00 |
| Sacoa Card Reader (Lane Master) | $5.00 | 10% of Original Purchase Price | $5.00 |
| (2) Sacoa Card Reader (Space Invader Frenzy) | $10.00 | 10% of Original Purchase Price | $10.00 |

Debtor      **VELOCITY ESPORTS, INC.**                                    Case number *(if known)* _____
               Name

| | | | |
|---|---|---|---|
| (3) Sacoa Card Reader (Target Bravo) | $15.00 | 10% of Original Purchase Price | $15.00 |
| (2) Sacoa Card Reader (Tomb Raider) | $10.00 | 10% of Original Purchase Price | $10.00 |
| (2) Sacoa Card Reader (Walking Dead) | $10.00 | 10% of Original Purchase Price | $10.00 |
| (40) Alienware 25 Gaming Monitor | $600.00 | 10% of Original Purchase Price | $600.00 |
| (40) Cloud Hyper X Headset | $60.00 | 10% of Original Purchase Price | $60.00 |
| (2) Nintendo - Switch 32GB Console | $32.00 | 10% of Original Purchase Price | $32.00 |
| PDP - Faceoff Wired Pro Controller Star Mario Controller for Nintendo Switch | $0.00 | | $0.00 |
| (6) Playstation 4 Security Case | $24.00 | 10% of Original Purchase Price | $24.00 |
| (7) Playstation 4 Slim Security Case | $28.00 | 10% of Original Purchase Price | $28.00 |
| (2) Sony DualShock Wireless Controller (part of console) | $0.00 | | $0.00 |
| (7) Sony Playstation 4 1TB Console | $105.00 | 10% of Original Purchase Price | $105.00 |
| (26) WD - easystore 2TB External USB 3.0 Portable Hard Drive | $46.80 | 10% of Original Purchase Price | $46.80 |
| Air FX (with Marquee) | $166.48 | 10% of Original Purchase Price | $166.48 |
| AXE Master | $27,022.67 | Purchase FMV | $31,180.00 |
| POP THE LOCK | $11,301.33 | Purchase FMV | $13,040.00 |
| Quik Drop | $7,800.00 | Purchase FMV | $9,000.00 |
| Dodgeball Standard | $17,333.33 | Purchase FMV | $20,000.00 |
| Whack N Win 11.2 | $8,233.33 | Purchase FMV | $9,500.00 |
| Power Roll | $7,800.00 | Purchase FMV | $9,000.00 |
| Wicked Tuna 2-Player | $7,540.00 | | $8,700.00 |
| Halo 4 Player Tethered Gun | $16,770.00 | Purchase FMV | $19,350.00 |
| NBA Superstars | $12,116.00 | Purchase FMV | $13,980.00 |
| Stepmaniax Arcade STD | $8,484.67 | Purchase FMV | $9,790.00 |
| House of the Dead Scarlet Dawn | $7,583.33 | Purchase FMV | $8,750.00 |
| Lucky Duck 2.0 | $2,166.67 | Purchase FMV | $2,500.00 |
| Mega Prize Self Merchandiser | $2,591.33 | Purchase FMV | $2,990.00 |

Debtor    **VELOCITY ESPORTS, INC.**                                    Case number *(if known)*
             Name

| | | | |
|---|---|---|---|
| **Monopoly Roll N Go** | $10,304.36 | **Purchase FMV with Standard Line Depreciation** | $10,304.36 |
| **Jurassic Park Environmental** | $8,905.87 | **Purchase FMV with Standard Line Depreciation** | $8,905.87 |
| **(2) Galaxy 3 Plus - Black** | $4,552.41 | **10% of Original Purchase Price** | $4,552.41 |
| **Basketball Pro** | $4,891.79 | **Purchase FMV with Standard Line Depreciation** | $4,891.79 |
| **Spongebob Pirates 2PL Pusher** | $13,159.85 | **Purchase FMV with Standard Line Depreciation** | $13,159.85 |
| **Connect 4 Hoops** | $17,489.91 | **Purchase FMV with Standard Line Depreciation** | $17,489.91 |
| **Coco Bowl** | $5,383.31 | **Purchase FMV with Standard Line Depreciation** | $5,383.31 |
| **Bigfoot Crush** | $3,674.70 | **Purchase FMV with Standard Line Depreciation** | $3,674.70 |
| **Ticket Dome** | $6,021.12 | **Purchase FMV with Standard Line Depreciation** | $6,021.12 |
| **Minecraft Dungeons Arcade 65"** | $12,769.56 | **Purchase FMV** | $17,817.99 |
| **(2) Super Bike 3** | $16,451.78 | **Book Value - Purchase FMV with Standard Line Depreciation** | $22,955.97 |
| **Carnival Cups Crane** | $4,353.30 | **Purchase FMV** | $6,530.00 |
| **Skeeball Glow Marquee** | $2,586.67 | **Purchase FMV** | $3,880.00 |
| **Lucky Duck** | $1,666.67 | **Purchase FMV** | $2,500.00 |
| **Wicked Tuna 2-Player** | $5,383.31 | **Purchase FMV with Standard Line Depreciation** | $5,383.31 |
| **Back Bar Cabinet, Refrigerated** | $10,175.26 | **Book Value - Purchase FMV with Standard Line Depreciation** | $13,875.36 |
| **(1) Southbend Gas Convention Oven** | $7,238.95 | **Book Value - Purchase FMV with Standard Line Depreciation** | $9,871.30 |

Debtor    **VELOCITY ESPORTS, INC.**
　　　　　Name

Case number *(if known)*

| | | | |
|---|---|---|---|
| Planetary Mixer | $6,806.24 | Book Value - Purchase FMV with Standard Line Depreciation | $9,281.24 |
| Ice Maker, Cube-Style | $6,354.45 | Book Value - Purchase FMV with Standard Line Depreciation | $8,665.16 |
| Conveyor Oven, Electric | $5,103.79 | Book Value - Purchase FMV with Standard Line Depreciation | $6,959.72 |
| Frozen Drink Machine, Non-Carbonated, Bo | $3,867.96 | Book Value - Purchase FMV with Standard Line Depreciation | $5,274.49 |
| Dough Roller | $3,864.11 | Book Value - Purchase FMV with Standard Line Depreciation | $5,269.24 |
| Drainboard | $3,281.08 | Book Value - Purchase FMV with Standard Line Depreciation | $4,474.20 |
| Gas Floor Fryer | $2,866.74 | Book Value - Purchase FMV with Standard Line Depreciation | $3,909.19 |
| Ice Bin | $2,612.86 | Book Value - Purchase FMV with Standard Line Depreciation | $3,562.99 |
| Equipment Stand, Refrigerated Base | $2,520.49 | Book Value - Purchase FMV with Standard Line Depreciation | $3,437.04 |
| Reach-In Freezer | $2,072.57 | Book Value - Purchase FMV with Standard Line Depreciation | $2,826.24 |
| (1) Atosa USA Inc. Pizza Preparation Refrigerator | $1,878.83 | Purchase FMV | $2,562.05 |
| Reach-In Undercounter Freezer | $1,875.31 | Book Value - Purchase FMV with Standard Line Depreciation | $2,557.24 |
| (1) Atosa USA Inc. Sandwich/Salad Preparation Refrigerator | $1,843.30 | Book Value - Purchase FMV with Standard Line Depreciation | $2,513.60 |

Debtor    **VELOCITY ESPORTS, INC.**                              Case number *(if known)*
              Name

| | | | |
|---|---|---|---|
| Hand Sink | $1,797.21 | Book Value - Purchase FMV with Standard Line Depreciation | $2,450.74 |
| Ice Bin, 48"W x 34"D x 50"H, with sid | $1,763.06 | Book Value - Purchase FMV with Standard Line Depreciation | $2,404.18 |
| Soiled Dishtable | $1,730.99 | Book Value - Purchase FMV with Standard Line Depreciation | $2,360.09 |
| Underbar Sink Units | $1,730.73 | Book Value - Purchase FMV with Standard Line Depreciation | $2,360.09 |
| HOSE,GAS,3/4" X 48" KIT,INCLUDES | $1,103.59 | Book Value - Purchase FMV with Standard Line Depreciation | $1,504.90 |
| Charbroiler, Gas, Countertop | $1,090.82 | Book Value - Purchase FMV with Standard Line Depreciation | $1,487.48 |
| Mixer, Drink / Bar | $1,066.26 | Book Value - Purchase FMV with Standard Line Depreciation | $1,454.00 |
| Griddle, Gas, Countertop | $1,003.55 | Book Value - Purchase FMV with Standard Line Depreciation | $1,368.48 |
| Speed Rail / Rack | $927.83 | Book Value - Purchase FMV with Standard Line Depreciation | $1,265.22 |
| Hotplate, Countertop, Gas | $822.29 | Book Value - Purchase FMV with Standard Line Depreciation | $1,121.31 |
| Clean Dishtable | $770.91 | Book Value - Purchase FMV with Standard Line Depreciation | $1,051.24 |
| Top Air Discharge Kit, for use with 22" | $704.35 | Book Value - Purchase FMV with Standard Line Depreciation | $960.48 |

Debtor    **VELOCITY ESPORTS, INC.**                    Case number *(if known)* _____
Name

| | | | |
|---|---|---|---|
| **(1) TABLE,WORK,30"X48",S/S TOP** | $633.41 | Book Value - Purchase FMV with Standard Line Depreciation | $863.74 |
| **Arctic PurePlus Primary Water Filter Ass** | $590.04 | Book Value - Purchase FMV with Standard Line Depreciation | $804.60 |
| **Bin Adapter** | $476.08 | Book Value - Purchase FMV with Standard Line Depreciation | $649.20 |
| **Wire Shelving** | $410.11 | Book Value - Purchase FMV with Standard Line Depreciation | $559.24 |
| **TABLE,WORK,30"X60",S/S TOP** | $387.43 | Book Value - Purchase FMV with Standard Line Depreciation | $528.32 |
| **TABLE,WORK,24"X30",S/S TOP** | $378.08 | Book Value - Purchase FMV with Standard Line Depreciation | $515.57 |
| **(1) TABLE,WORK,30"X36",S/S TOP** | $349.04 | Book Value - Purchase FMV with Standard Line Depreciation | $475.97 |
| **Garbage Can** | $325.00 | Book Value - Purchase FMV with Standard Line Depreciation | $443.19 |
| **Photoma** | $12,892.50 | Purchase FMV | $17,190.00 |
| **Showtime 4-Player** | $7,335.00 | Purchase FMV | $9,780.00 |
| **Willy Wonka 2 Player** | $3,121.85 | Book Value - 10% of Original Purchase Price | $31,218.54 |
| **(2) Nitro Trucks** | $2,382.86 | Book Value - 10% of Original Purchase Price | $23,828.64 |
| **DC Superheroes Coin-pusher 2 Player** | $2,269.17 | Book Value - 10% of Original Purchase Price | $22,691.74 |
| **King Kong of Skull Island VR** | $4,665.96 | Book Value - 10% of Original Purchase Price | $46,659.60 |
| **Minecraft Dungeons Arcade 65"** | $1,639.24 | Book Value - 10% of Original Purchase Price | $16,392.35 |

Debtor    **VELOCITY ESPORTS, INC.**                                Case number *(if known)* _____
              Name

| | | Book Value - 10% of Original Purchase Price | |
|---|---|---|---|
| **Photo Studio Sprism** | $2,106.76 | Book Value - 10% of Original Purchase Price | $21,067.59 |
| **Angry Birds Coin Crash 2 Player** | $2,872.43 | Book Value - 10% of Original Purchase Price | $28,724.31 |
| **HyperPitch** | $1,502.34 | Book Value - 10% of Original Purchase Price | $15,023.41 |
| **Space Wrap 66 DX** | $1,019.74 | Book Value - 10% of Original Purchase Price | $10,197.36 |
| **(2) Quick Shot** | $2,259.89 | Book Value - 10% of Original Purchase Price | $22,598.94 |
| **Redeem Machine Kiosk** | $945.49 | Book Value - 9454.8910% of Original Purchase Price | $9,454.89 |
| **(4) Bayside 93 NonCoin Char Matrix** | unknown | | unknown |
| **Tornado Classic Foosball** | $148.49 | Book Value - 10% of Original Purchase Price | $1,484.93 |
| **(4) Hypershoot** | $982.80 | 10% of Original Purchase Price | $982.80 |
| **Game Up Sports 20 Player System** | $5,968.49 | 10% of Original Purchase Price | $5,968.49 |
| **(2) Insignia USB 3.0-to-Gigabit Ethernet Adapter** | $0.00 | | $0.00 |
| **Kiosk** | $623.68 | 10% of Original Purchase Price | $623.68 |
| **Netgear Nighthawk Pro Gaming Wi-Fi Router AC2600** | $5.34 | 10% of Original Purchase Price | $5.34 |
| **Nintendo - Switch 32GB Console** | $16.00 | 10% of Original Purchase Price | $16.00 |
| **Nintendo Switch Case** | $4.27 | 10% of Original Purchase Price | $4.27 |
| **Playstation 4 Security Case** | $4.27 | 10% of Original Purchase Price | $4.27 |
| **(9) Playstation 4 Slim Security Case** | $38.43 | 10% of Original Purchase Price | $38.43 |
| **(9) Sony Playstation 4 1TB Console** | $144.00 | 10% of Original Purchase Price | $144.00 |
| **(12) WD - easystore 2TB External USB 3.0 Portable Hard Drive** | $85.20 | 10% of Original Purchase Price | $85.20 |
| **(2) Xbox One Security Case** | $8.54 | 10% of Original Purchase Price | $8.54 |

Debtor    **VELOCITY ESPORTS, INC.**                                      Case number *(if known)* _____
          Name

| | | | |
|---|---|---|---|
| **(2) Ice Ball FX** | $350.24 | **10% of Original Purchase Price** | $350.24 |
| **Big Buck HD Wild Panorama** | $179.74 | **10% of Original Purchase Price** | $179.74 |
| **(2) Cruisin Blast** | $544.86 | **10% of Original Purchase Price** | $544.86 |
| **Halo Fireteam Raven 2 Player** | $469.22 | **10% of Original Purchase Price** | $469.22 |
| **(4) Hypershoot** | $982.80 | **10% of Original Purchase Price** | $982.80 |
| **(2) Injustice 43'** | $497.33 | **10% of Original Purchase Price** | $497.33 |
| **Lane Master** | $312.43 | **10% of Original Purchase Price** | $312.43 |
| **Space Invader Frenzy** | $429.85 | **10% of Original Purchase Price** | $429.85 |
| **Spongebob Pineapple Arcade** | $529.45 | **10% of Original Purchase Price** | $529.45 |
| **Ticket Time** | $392.86 | **10% of Original Purchase Price** | $392.86 |
| **Tomb Raider 65"** | $463.29 | **10% of Original Purchase Price** | $463.29 |
| **Lane Master** | $346.80 | **10% of Original Purchase Price** | $348.80 |
| **Willy Wonka 6 Player** | $2,228.40 | **10% of Original Purchase Price** | $2,228.40 |
| **AXE Master** | $25,216.00 | **Purchase FMV with Standard Line Depreciation** | $25,216.00 |
| **Dodgeball Standard** | $20,872.00 | **Purchase FMV with Standard Line Depreciation** | $20,872.00 |
| **Jurassic Park Environmental** | $12,176.00 | **Purchase FMV with Standard Line Depreciation** | $12,176.00 |
| **Laptop For General Manager** | $556.45 | **Purchase FMV with Standard Line Depreciation** | $556.45 |
| **Monopoly Roll N Go 10'** | $14,176.00 | **Purchase FMV with Standard Line Depreciation** | $14,176.00 |
| **NBA Hoops W/Led** | $12,176.00 | **Purchase FMV with Standard Line Depreciation** | $12,176.00 |

Debtor    **VELOCITY ESPORTS, INC.**                                          Case number *(if known)* _____
          Name

| | | | |
|---|---|---|---|
| **Plinko** | $12,176.00 | **Purchase FMV with Standard Line Depreciation** | $12,176.00 |
| **SKEEBALL Glow 2022** | $12,176.00 | **Purchase FMV with Standard Line Depreciation** | $12,176.00 |
| **Space Invader Frenzy** | $429.85 | **10% of Original Purchase Price** | $429.85 |
| **Tons of Tickets 2ply W/Display** | $15,560.00 | **Purchase FMV with Standard Line Depreciation** | $15,560.00 |
| **Tower of Tickets W/Reload** | $13,040.00 | **Purchase FMV with Standard Line Depreciation** | $13,040.00 |
| **Willy Wonka 2 Player** | $21,480.00 | **Purchase FMV with Standard Line Depreciation** | $21,480.00 |
| **6" Casters in lieu of legs** | $168.00 | **Purchase FMV with Standard Line Depreciation** | $168.00 |
| **Atosa Sandwich/Salad Mega Top Refrigeration** | $2,559.84 | **Purchase FMV with Standard Line Depreciation** | $2,559.84 |
| **Cleaning Kit, for all Frozen Beverage Dispensers** | $105.80 | **Purchase FMV with Standard Line Depreciation** | $105.80 |
| **CookRite Heavy Duty Griddle, gas** | $1,696.99 | **Purchase FMV with Standard Line Depreciation** | $1,696.99 |
| **Drakons** | $19,566.00 | **Purchase FMV with Standard Line Depreciation** | $19,566.00 |
| **Gas Flex Hose, 3/4" x 4 ft** | $239.70 | **Purchase FMV with Standard Line Depreciation** | $239.70 |
| **GRINDMASTER Beverage - (LV0SP598)** | $141.78 | **Purchase FMV with Standard Line Depreciation** | $141.78 |
| **Halo 4 Player Tethered Gun** | $11,736.00 | **Purchase FMV with Standard Line Depreciation** | $11,736.00 |
| **I-PRO 3E Frozen Granita Dispenser** | $4,262.47 | **Purchase FMV with Standard Line Depreciation** | $4,262.47 |
| **Kong 2 Update Kit** | $2,670.00 | **Purchase FMV with Standard Line Depreciation** | $2,670.00 |

Debtor      **VELOCITY ESPORTS, INC.**                                    Case number *(if known)* _____
            Name

| | | | |
|---|---|---|---|
| **Mega Prize Self Merchandiser** | $1,794.00 | **Purchase FMV with Standard Line Depreciation** | $1,794.00 |
| **Moto GP VR** | $18,264.00 | **Purchase FMV with Standard Line Depreciation** | $18,264.00 |
| **Platinum Double Convection Oven, Gas** | $7,344.00 | **Purchase FMV with Standard Line Depreciation** | $7,344.00 |
| **Redeem Machine Kiosk** | $4,590.00 | **Purchase FMV with Standard Line Depreciation** | $4,590.00 |
| **Skill Fall - Red** | $2,610.00 | **Purchase FMV with Standard Line Depreciation** | $2,610.00 |
| **Taj Mahal Mini Rings Mx** | $7,956.00 | **Purchase FMV with Standard Line Depreciation** | $7,956.00 |
| **Wizard of Oz Emerald ED 2PL YR** | $16,764.00 | **Purchase FMV with Standard Line Depreciation** | $16,764.00 |
| **All-in-one POS: Razor All-In-One Computer, Receipt Printer, Integrated Magstripe + Fingerprint, Cash Drawer, Wired Optical Barcode Scanner, Optical Scanner Stand, Lane 7000 Signature Capture PIN Pad - Worldpay, NETePay Legacy, Lane 3000/7000 PIN Pad** | $67,831.20 | **Purchase FMV with Standard Line Depreciation** | $67,831.20 |
| **CODEX R2 C14NUE7-228US** | $26,115.07 | **Purchase FMV with Standard Line Depreciation** | $26,115.07 |
| **Fortinet FortiAP 231G - wireless access point** | $1,360.27 | **Purchase FMV with Standard Line Depreciation** | $1,360.27 |
| **Fortinet FortiGate 100F - security appliance** | $1,853.31 | **Purchase FMV with Standard Line Depreciation** | $1,853.31 |
| **MSI G273CQ** | $3,360.00 | **Purchase FMV with Standard Line Depreciation** | $3,360.00 |
| **Panther 101 BLK Cat Non Coin** | $14,584.75 | **Purchase FMV with Standard Line Depreciation** | $14,584.75 |
| **Kitchen/Bar Equipment for Newport** | $6,903.84 | **Purchase FMV with Standard Line Depreciation** | $6,903.84 |
| **Fortinet FortiSwitch 124F-FPOE - switch - 24** | $1,264.28 | **Purchase FMV with Standard Line Depreciation** | $1,264.28 |

Debtor    **VELOCITY ESPORTS, INC.**
_____
Name

Case number *(if known)* _____

| | | Book Value - 10% of Original Purchase Price | |
|---|---|---|---|
| **Jet Pong** | $882.84 | | $8,828.43 |
| **Xbox Wireless Controller (part of console)** | $0.00 | | $0.00 |
| **(13) Xbox One Security Case** | $41.60 | 10% of Original Purchase Price | $41.60 |
| **NERF** | $7,630.26 | Purchase FMV with Standard Line Depreciation | $7,630.26 |
| **Rick & Morty Blips and Chitz** | $13,044.00 | Purchase FMV with Standard Line Depreciation | $13,044.00 |
| **Space Invader Frenzy** | $11,304.00 | Purchase FMV with Standard Line Depreciation | $11,304.00 |
| **Big Buck HD Wild Panaorama** | $179.74 | 10% of Original Purchase Price | $179.74 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1 _____  _____  _____  _____

42.2 _____  _____  _____  _____

42.3 _____  _____  _____  _____

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| $1,163,409.89 |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☑ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | | |

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1 _____  _____  _____  _____

Debtor    **VELOCITY ESPORTS, INC.** _____    Case number *(if known)* _____
          Name

47.2 _____    _____ _____ _____

47.3 _____    _____ _____ _____

47.4 _____    _____ _____ _____

48. **Watercraft, trailers, motors, and related accessories** Examples:
    Boats, trailers, motors, floating homes, personal watercraft, and fishing
    vessels

48.1 _____    _____ _____ _____

48.2 _____    _____ _____ _____

49. **Aircraft and accessories**

49.1 _____    _____ _____ _____

49.2 _____    _____ _____ _____

50. **Other machinery, fixtures, and equipment (excluding farm
    machinery and equipment)**

    _____    _____ _____ _____

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.    _____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No

    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

**Part 9:**    Real property

54. **Does the debtor own or lease any real property?**

    ☑ No. Go to Part 10.

    ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |

Debtor    **VELOCITY ESPORTS, INC.**                                    Case number *(if known)* _____
          Name

---

55.6 _____    _____    _____    _____

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| Velocity Esports (Trademark Pending) | unknown | | unknown |
| 61. **Internet domain names and websites** | | | |
| velocityesports.com | $500,000.00 | | unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| UKG Implementation | $11,639.64 | Purchase FMV with Standard Line Depreciation | $11,639.64 |
| UGME GP Implementation | $10,635.73 | Purchase FMV with Standard Line Depreciation | $10,635.73 |
| GP Dynamics Starter Pack and Concurrent User Pack | $2,305.69 | Purchase FMV with Standard Line Depreciation | $2,305.69 |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

Debtor    **VELOCITY ESPORTS, INC.**                                    Case number *(if known)* _____
             Name

---

**66.** **Total of Part 10**                                                            | $24,581.06 |
Add lines 60 through 65. Copy the total to line 89.

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | All other assets |
| --- | --- |

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
| --- | --- |

**71.** **Notes receivable**

Description (include name of obligor)

_____   _____ – _____ = ➡  _____
                          Total face amount    doubtful or uncollectible amount

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**2024 Unused Net Operating Loss** _____   Tax year __2024__              **unknown**

**73.** **Interests in insurance policies or annuities**

_____                                          _____

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                                          _____

**Nature of claim**   _____

**Amount requested**   _____

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                                          _____

**Nature of claim**   _____

**Amount requested**   _____

Debtor    **VELOCITY ESPORTS, INC.**                                      Case number *(if known)* _____
      Name

---

76. **Trusts, equitable or future interests in property**
    _____     _____

77. **Other property of any kind not already listed** *Examples:* Season
    tickets, country club membership
    _____     _____
    _____     _____

78. **Total of Part 11**
    Add lines 71 through 77. Copy the total to line 90.     _____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $91,168.31 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $15,699.74 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,163,409.89 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9.* ......................................➔ | | _____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $24,581.06 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + unknown | |
| 91. **Total.** *Add lines 80 through 90 for each column*............91a. | $1,294,858.99 | + 91b. _____ |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................. | | $1,294,858.99 |

---

---

Fill in this information to identify the case:

Debtor name **VELOCITY ESPORTS, INC.**

United States Bankruptcy Court for the District of **Nevada**
(State)

Case number (if known): _____

☐ Check if this is an amended filing

---

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
| --- | --- | --- | --- |

**2.1** Creditor's name

**4958 West Ponderosa I, LLC**

Creditor's mailing address

**2443 Fillmore St Pmb 289**

**San Francisco, CA 94115-1814**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.

For all of the borrower's present and future personal property —regardless of location—including accounts, inventory, equipment, intangibles, and all related proceeds and products.: **1) 4958 West Ponderosa I, LLC**; 2) Leonard R Wanger 2018 Fam. Irrevoc. Per. Trust; 3) LP Consulting; 4) Philip N Kaplan Sep Prop Trust dtd 6/27/2011; 5) Philip N Kaplan Separate Property Trust; 6) Ralph Wanger Trust dated 12/16/1994; 7) The LRW Revocable Trust, dtd 3/9/2012; 8) 4958 West Ponderosa II, LLC; 9) NewtekOne

**Describe debtor's property that is subject to a lien**

all of the borrower's present and future personal property—regardless of location—including accounts inventory, equipment, intangibles, and all related proceeds and products., All current and future personal and fixture property—regardless of location—including goods, accounts, intellectual property, software, licenses, data, and all related proceeds, products, and replacements

**Describe the lien**

**Revolving Loan Agreement**

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | $205,000.00 | unknown |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$9,732,660.20

---

Debtor    **VELOCITY ESPORTS, INC.**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Name

Case number (if known) ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

| **Part 1:** | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2** **Creditor's name**

**4958 West Ponderosa II, LLC**

**Creditor's mailing address**

**3838 N Kenneth Ave**

**Chicago, IL 60641-2814**

**Creditor's email address, if known**

**Date debt was incurred** ‾‾‾‾‾‾‾‾‾‾

**Last 4 digits of account number** ‾‾ ‾‾ ‾‾ ‾‾

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

    ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

    ☑ Yes. The relative priority of creditors is specified on lines _2.1_

**Describe debtor's property that is subject to a lien**

all of the borrower's present and future personal property—regardless of location—including accounts inventory, equipment, intangibles, and all related proceeds and products.

**Describe the lien**

**Revolving Loan Agreement**

**Is the creditor an insider or related party?**

☐ No

☑ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$205,000.00

unknown

Debtor    **VELOCITY ESPORTS, INC.**
_____
Name

Case number (if known) _____

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3** **Creditor's name**

**Advantage Leasing Corporation**

**Creditor's mailing address**

**13400 Bishops Ln Ste 280**

**Brookfield, WI 53005-6237**

**Creditor's email address, if known**

_____

Date debt was incurred    **09/24/2024**

Last 4 digits of account    **5  6  6  4**
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

AXE Master, POP THE LOCK, Dodgeball Standard, Whack N Win 11.2, Power Roll, Wicked Tuna 2-Player, Halo 4 Player Tethered Gun, NBA Superstars, Stepmaniax Arcade STD, House of the Dead Scarlet Dawn, Lucky Duck 2.0, Mega Prize Self Merchandiser, first-priority, purchase money security interest in the Equipment—including all additions, attachments, replacements; related leases, chattel paper, accounts, deposits, and all proceeds., Quik Drop

**Describe the lien**

**Equipment Leasing**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

|  |  |
|---|---|
| $181,671.25 | $157,780.00 |

Debtor    **VELOCITY ESPORTS, INC.**                                        Case number (if known) _____
       Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.4** Creditor's name

**H. Betti Industries, Inc.**

**Describe debtor's property that is subject to a lien**

Carnival Cups Crane, Skeeball Glow Marquee, Lucky Duck, Photoma, Showtime 4-Player, Schedule specific equipment related additions, replacements, improvements, and proceeds in any form

Column A: **$10,565.00**  Column B: **$39,880.00**

Creditor's mailing address

**303 Paterson Plank Rd**

**Carlstadt, NJ 07072-2307**

**Describe the lien**

**Secured Promissory Note**

Creditor's email address, if known

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Date debt was incurred    **10/25/2023**

Last 4 digits of account    **4  6  4  1**
number

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

       _____

       _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    **VELOCITY ESPORTS, INC.**
_____    Case number (if known) _____
Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.5** Creditor's name

**H. Betti Industries, Inc.**

Creditor's mailing address

**303 Paterson Plank Rd**

**Carlstadt, NJ 07072-2307**

Creditor's email address, if known

_____

Date debt was incurred     **10/25/2023**

Last 4 digits of account     **4  6  4  1**
number

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Minecraft Dungeons Arcade 65", (2) Super Bike 3, Schedule specific equipment related additions, replacements, improvements, and proceeds in any form

**$9,466.60**    **$40,773.96**

Describe the lien

**Secured Promissory Note**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    **VELOCITY ESPORTS, INC.**                          Case number (if known) _____
_____
Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.6** **Creditor's name**

**Leonard R Wanger 2018 Fam. Irrevoc. Per. Trust**

**Creditor's mailing address**

**Attn Morris M. Cottle**

**1160 S Michigan Ave Apt 3002**

**Chicago, IL 60605-3047**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines  **2.1**

**Describe debtor's property that is subject to a lien**

~~all of the borrower's present and future personal property—regardless of location—including accounts, inventory, equipment, intangibles, and all related proceeds and products.~~

**Describe the lien**

**Secured Promissory Note**

**Is the creditor an insider or related party?**

☐ No
☑ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| **$1,150,000.00** | **unknown** |

Debtor   **VELOCITY ESPORTS, INC.**
_____   Case number (if known) _____

Name

| Part 1: | Additional Page | | Column A | Column B |
|---------|-----------------|---|----------|----------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value
of collateral.

**Column B**
Value of collateral
that supports this
claim

**2.7 Creditor's name**

**LP Consulting**

**Creditor's mailing address**

**3838 N Kenneth Ave**

**Chicago, IL 60641-2814**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** ___ ___ ___ ___
**number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

　　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　　　_____

　　　　_____

　　☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**

~~all of the borrower's present and future personal~~
~~property—regardless of location—including accounts~~
~~inventory, equipment, intangibles, and all related~~
~~proceeds and products.~~

**Describe the lien**

**Secured Promissory Note**

**Is the creditor an insider or related party?**

☐ No
☑ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,030,000.00                    unknown

Debtor    **VELOCITY ESPORTS, INC.**
_____    Case number (if known) _____
Name

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.8** Creditor's name

**NewtekOne**

**Creditor's mailing address**

**4800 T Rex Ave**

**Boca Raton, FL 33431-4479**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** ___ ___ ___ ___
**number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines  **2.1**

**Describe debtor's property that is subject to a lien**

~~all of the borrower's present and future personal property—regardless of location—including accounts inventory, equipment, intangibles, and all related proceeds and products.~~

**Describe the lien**

**SBA Loan**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| $2,476,815.00 | unknown |

Debtor    **VELOCITY ESPORTS, INC.**

Name

Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.9** **Creditor's name**

**North Star Leasing**

**Creditor's mailing address**

**Po Box 4505**

**Burlington, VT 05406-4505**

**Creditor's email address, if known**

_____

**Date debt was incurred**    08/24/2023

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

        _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Back Bar Cabinet, Refrigerated, (1) Southbend Gas Convention Oven, Planetary Mixer, Ice Maker, Cube-Style, Conveyor Oven, Electric, Frozen Drink Machine, Non-Carbonated, Bo, Dough Roller, Drainboard, Gas Floor Fryer, Ice Bin, Equipment Stand, Refrigerated Base, Reach-In Freezer, (1) Atosa USA Inc, Pizza Preparation Refrigerator , Reach-In Undercounter Freezer, (1) Atosa USA Inc, Sandwich/Salad Preparation Refrigerator , Hand Sink, Ice Bin, 48"W x 34"D x 50"H, with sid, Soiled Dishtable, Underbar Sink Units, HOSE,GAS,3/4" X 48" KIT INCLUDES, Charbroiler, Gas, Countertop, Mixer, Drink / Bar, Griddle, Gas, Countertop, Speed Rail / Rack, Hotplate, Countertop, Gas, Clean Dishtable, Top Air Discharge Kit, for use with 22", (1) TABLE,WORK,30"X48",S/S TOP, Arctic PurePlus Primary Water Filter Ass, Bin Adapter, Wire Shelving, TABLE,WORK,30"X60",S/S TOP, TABLE,WORK,24"X30",S/S TOP, (1) TABLE,WORK,30"X36",S/S TOP, Garbage Can, All related additions, replacements, improvements, and proceeds in any form

**Describe the lien**

**Equipment Leasing**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | | |
|---|---|---|
| | $117,180.00 | $109,667.10 |

Debtor    **VELOCITY ESPORTS, INC.**

Name

Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.10** **Creditor's name**

**Pawnee Leasing Corporation**

**Creditor's mailing address**

**1650 W College Dr # 104**

**Marshall, MN 56258-1689**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __5__ __9__ __5__ __3__

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

(2) Nitro Trucks, Willy Wonka 2 Player, DC Superheroes Coin-pusher 2 Player, King Kong of Skull Island VR, Photo Studio Sprism, HyperPitch, Space Wrap 66 DX, Redeem Machine Kiosk, (4) Bayside 93 NonCoin Char Matrix, Tornado Classic Foosball, Angry Birds Coin Crash 2 Player, (2) Quick Shot, Minecraft Dungeons Arcade 65", Jet Pong

**Describe the lien**

**Equipment Leasing**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| **$88,963.35** | **$258,170.73** |

Debtor    **VELOCITY ESPORTS, INC.**

Name    Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.11** Creditor's name

Philip N Kaplan Sep Prop Trust
dtd 6/27/2011

**Creditor's mailing address**

3838 N Kenneth Ave

Chicago, IL 60641-2814

**Creditor's email address, if known**

**Date debt was incurred**    12/06/2021

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines    2.1

**Describe debtor's property that is subject to a lien**

all of the borrower's present and future personal property—regardless of location—including accounts inventory, equipment, intangibles, and all related proceeds and products.

**Describe the lien**

Secured Promissory Note

**Is the creditor an insider or related party?**

☐ No
☑ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,219,000.00    unknown

Debtor    **VELOCITY ESPORTS, INC.**                                          Case number (if known) _____
          _____
          Name

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column A | Column B |
|----------|----------|
| **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.12** Creditor's name

**Philip N Kaplan Separate Property Trust**

Creditor's mailing address

**3838 N Kenneth Ave**

**Chicago, IL 60641-2814**

Creditor's email address, if known

Date debt was incurred    **06/27/2011**

Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☑ Yes. The relative priority of creditors is specified on lines **2.1**

Describe debtor's property that is subject to a lien

all of the borrower's present and future personal property—regardless of location—including accounts inventory, equipment, intangibles, and all related proceeds and products.

Describe the lien

**Secured Promissory Note**

Is the creditor an insider or related party?

☐ No
☑ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

|  |  |
|--|--|
| **$1,213,999.00** | **unknown** |

Debtor    **VELOCITY ESPORTS, INC.**
_____
Name

Case number (if known) _____

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.13** **Creditor's name**

**Ralph Wanger Trust dated 12/16/1994**

**Creditor's mailing address**

**3838 N Kenneth Ave**

**Chicago, IL 60641-2814**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**

all of the borrower's present and future personal property—regardless of location—including accounts inventory, equipment, intangibles, and all related proceeds and products.

**Describe the lien**

**Secured Promissory Note**

**Is the creditor an insider or related party?**

☐ No
☑ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$250,000.00      unknown

Debtor    **VELOCITY ESPORTS, INC.**                              Case number (if known) _____
     Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.14** **Creditor's name**

The LRW Revocable Trust, dtd 3/9/2012

**Describe debtor's property that is subject to a lien**

~~all of the borrower's present and future personal property—regardless of location—including account~~s ~~inventory, equipment, intangibles, and all related proceeds and products.~~

$1,575,000.00        unknown

**Creditor's mailing address**

3838 N Kenneth Ave

Chicago, IL 60641-2814

**Describe the lien**

Secured Promissory Note

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☐ No
☒ Yes

**Date debt was incurred**  _____

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    ☒ Yes. The relative priority of creditors is specified on lines  **2.1**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Fill in this information to identify the case:

Debtor name                **VELOCITY ESPORTS, INC.**

United States Bankruptcy Court for the:

                           **District of Nevada**

Case number (if known): _____

☐ Check if this is an
  amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:**  List All Creditors with PRIORITY Unsecured Claims

**1.**  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
  ☑ No. Go to Part 2.
  ☐ Yes. Go to line 2.

**2.**  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☐ No
☐ Yes

**2.2** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☐ No
☐ Yes

Debtor    **VELOCITY ESPORTS, INC.**
_____    Case number *(if known)* _____
Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

**Averus USA, Inc.**

**3851 Clearview Ct**

**Gurnee, IL 60031-1247**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Fire Extinguisher Servicing**

**Is the claim subject to offset?**
☑ No
☐ Yes

$874.20

**3.2** Nonpriority creditor's name and mailing address

**Bevilacqua PLLC**

**1050 Connecticut Ave Nw Ste 500**

**Washington, DC 20036-5304**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,208.00

**3.3** Nonpriority creditor's name and mailing address

**Chase Bank**

**Attn: Bankruptcy Dept.**

**Po Box 15299**

**Wilmington, DE 19850-5299**

Date or dates debt was incurred    _____

Last 4 digits of account number    _5_ _1_ _6_ _1_

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,083.59

**3.4** Nonpriority creditor's name and mailing address

**Chase Bank**

**Attn: Bankruptcy Dept.**

**Po Box 15299**

**Wilmington, DE 19850-5299**

Date or dates debt was incurred    _____

Last 4 digits of account number    _2_ _2_ _9_ _4_

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

**Is the claim subject to offset?**
☑ No
☐ Yes

$35,315.77

Debtor    **VELOCITY ESPORTS, INC.**
Name

Case number *(if known)* _____

---

**Part 2:**  Additional Page

---

**3.5**  Nonpriority creditor's name and mailing address

**Chase Bank**

**Attn: Bankruptcy Dept.**

**Po Box 15299**

**Wilmington, DE 19850-5299**

Date or dates debt was incurred   _____

Last 4 digits of account number   **6  0  7  0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

$7,090.76

---

**3.6**  Nonpriority creditor's name and mailing address

**Cottle & Cottle, Ltd.**

**1160 S Michigan Ave Apt 3002**

**Chicago, IL 60605-3047**

Date or dates debt was incurred   _____

Last 4 digits of account number   __  __  __  __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tax Preparation**

Is the claim subject to offset?
☑ No
☐ Yes

$7,000.00

---

**3.7**  Nonpriority creditor's name and mailing address

**Philip N Kaplan**

**2443 Fillmore St # 289 Pmb 289**

**San Francisco, CA 94115-1814**

Date or dates debt was incurred   _____

Last 4 digits of account number   __  __  __  __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employment Expense Reimbursement**

Is the claim subject to offset?
☑ No
☐ Yes

$28,340.87

---

**3.8**  Nonpriority creditor's name and mailing address

**Restaurant Technologies Inc**

**2250 Pilot Knob Rd**

**Saint Paul, MN 55120-1127**

Date or dates debt was incurred   _____

Last 4 digits of account number   __  __  __  __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Kitchen Cooking Oil Management**

Is the claim subject to offset?
☑ No
☐ Yes

$6,625.07

---

Debtor    **VELOCITY ESPORTS, INC.**
_____
Name                                                      Case number *(if known)* _____

---

| Part 2: | Additional Page |

| **3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $90,963.44 |
|---|---|---|---|

**3.9** Nonpriority creditor's name and mailing address

**Schroeder Architects**

**211 Perimeter Center Pkwy Ne Ste 350**

**Atlanta, GA 30346-1315**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $90,963.44
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Architectural Services**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

**Thompson Coburn, LLP**

**55 E Monroe St Fl 37**

**Chicago, IL 60603-6029**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $884.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Services**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

**UKG Inc.**

**Attn Legal Department**

**900 Chelmsford St**

**Lowell, MA 01851-8100**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $13,737.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **HR and Payroll Software and Services Provider**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **VELOCITY ESPORTS, INC.**
_____
Name

Case number *(if known)* _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$199,122.70** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$199,122.70** |

Fill in this information to identify the case:

Debtor name     **VELOCITY ESPORTS, INC.**

United States Bankruptcy Court for the:

    **District of Nevada**

Case number (if known): _____ Chapter __**11**__

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases     12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease <br><br> Contract to be ASSUMED | Advantage Leasing Corporation <br><br> 13400 Bishops Ln Ste 280 <br><br> Brookfield, WI 53005-6237 |
| | State the term remaining | 53 months | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Medical Benefits Provider <br><br> Contract to be ASSUMED | Blue Cross and Blue Shield of Illinois <br><br> Po Box 655924 <br><br> Dallas, TX 75265-5924 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease <br><br> Contract to be ASSUMED | Fortune 5 Capital, LLC <br><br> 3045 S Archibald Ave # H-507 <br><br> Ontario, CA 91761-9001 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Dental and Vision Benefits Provider <br><br> Contract to be ASSUMED | Guardian <br><br> 10 Hudson Yards <br><br> New York, NY 10001-2151 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |

Debtor  **VELOCITY ESPORTS, INC.**
_____
Name

Case number *(if known)* _____

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Kitchen Equipment Leasing | North Star Leasing |
|---|---|---|---|
| | | Contract to be ASSUMED | Po Box 4505 |
| | State the term remaining | 28 months | Burlington, VT 05406-4505 |
| | List the contract number of any government contract | | |

| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Equipment Leasing | Pawnee Leasing Corporation |
|---|---|---|---|
| | | Contract to be ASSUMED | 1650 W College Dr # 104 |
| | State the term remaining | 22 months | Marshall, MN 56258-1689 |
| | List the contract number of any government contract | | |

| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Cobra Coverage Provider | TASC |
|---|---|---|---|
| | | Contract to be ASSUMED | 2302 International Ln |
| | State the term remaining | 0 months | Madison, WI 53704-3136 |
| | List the contract number of any government contract | | |

| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | HR and Payroll Software and Services Provider | UKG Inc. |
|---|---|---|---|
| | | Contract to be ASSUMED | 900 Chelmsford St |
| | State the term remaining | 1 months | Lowell, MA 01851-8100 |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name **VELOCITY ESPORTS, INC.**

United States Bankruptcy Court for the: District of **Nevada**
(State)

Case number (If known):

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 **4940 West Ponderosa, LLC** | **2443 Fillmore St Pmb 289**<br>Street<br><br>**San Francisco, CA 94115-1814**<br>City    State    ZIP Code | **NewtekOne** | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 **4958 West Ponderosa I, LLC** | **3838 N Kenneth Ave**<br>Street<br><br>**Chicago, IL 60641-2814**<br>City    State    ZIP Code | **NewtekOne** | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 **4958 West Ponderosa II, LLC** | **3838 N Kenneth Ave**<br>Street<br><br>**Chicago, IL 60641-2814**<br>City    State    ZIP Code | **NewtekOne** | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 **745 Quaking Aspen, LLC** | **2443 Fillmore St Pmb 289**<br>Street<br><br>**San Francisco, CA 94115-1814**<br>City    State    ZIP Code | **NewtekOne** | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | **VELOCITY ESPORTS, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | **Leonard Wanger** | **3838 N Kenneth Ave** <br> Street <br><br> **Chicago, IL 60641-2814** <br> City    State    ZIP Code | **NewtekOne** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | | **Advantage Leasing Corporation** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | | **North Star Leasing** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | | **Pawnee Leasing Corporation** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | | **H. Betti Industries, Inc.** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | | **H. Betti Industries, Inc.** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.6 | **Philip N Kaplan** | **2443 Fillmore St #289** <br> Street <br><br> **San Francisco, CA 94115-1814** <br> City    State    ZIP Code | **NewtekOne** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | | **Advantage Leasing Corporation** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | | **North Star Leasing** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | | **Pawnee Leasing Corporation** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | | **H. Betti Industries, Inc.** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | | **H. Betti Industries, Inc.** | ☑ D <br> ☐ E/F <br> ☐ G |

| Debtor | **VELOCITY ESPORTS, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

███████  Additional Page if Debtor Has More Codebtors

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | | |
|---|---|---|---|---|
| *Column 1:* **Codebtor** | | | *Column 2:* **Creditor** | |
| **Name** | **Mailing address** | | **Name** | *Check all schedules that apply:* |
| 2.7 | **Philip N. Kaplan Sep. Prop. Trust dtd 6/27/2011** | **3838 N Kenneth Ave**<br>Street<br><br>**Chicago, IL 60641-2814**<br>City        State        ZIP Code | **NewtekOne** | ☑ D<br>☐ E/F<br>☐ G |
| 2.8 | **The LRW Revocable Trust, dated 3/9/2012** | **3838 N Kenneth Ave**<br>Street<br><br>**Chicago, IL 60641-2814**<br>City        State        ZIP Code | **NewtekOne** | ☑ D<br>☐ E/F<br>☐ G |
| 2.9 | **Velocity Esports Chicago Schaumburg, LLC** | **6587 Las Vegas Blvd S Unit 171**<br>Street<br><br>**Las Vegas, NV 89119-3234**<br>City        State        ZIP Code | **NewtekOne** | ☑ D<br>☐ E/F<br>☐ G |
| 2.10 | **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC** | **6587 Las Vegas Blvd S Unit 171**<br>Street<br><br>**Las Vegas, NV 89119-3234**<br>City        State        ZIP Code | **NewtekOne** | ☑ D<br>☐ E/F<br>☐ G |
| 2.11 | **VELOCITY ESPORTS NEWPORT KENTUCKY II, LLC** | **1 Levee Way Ste 2130**<br>Street<br><br>**Newport, KY 41071-1658**<br>City        State        ZIP Code | **NewtekOne** | ☑ D<br>☐ E/F<br>☐ G |

Debtor    **VELOCITY ESPORTS, INC.**        Case number (if known) _____
        Name

███████    Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.12 | **VELOCITY ESPORTS NEWPORT KENTUCKY, LLC** | **1 Levee Way Ste 2130** <br> Street <br><br> **Newport, KY 41071-1658** <br> City   State   ZIP Code | **NewtekOne** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.13 | **VELOCITY ESPORTS ORLANDO DOWNTOWN, LLC** | **6587 Las Vegas Blvd S Unit 171** <br> Street <br><br> **Las Vegas, NV 89119-3234** <br> City   State   ZIP Code | **NewtekOne** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.14 | _____ | _____ <br> Street <br><br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.15 | _____ | _____ <br> Street <br><br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name _____ **VELOCITY ESPORTS, INC.** _____

United States Bankruptcy Court for the:

_____ **District of Nevada** _____

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

## Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**
    Copy line 88 from *Schedule A/B*................................................................ | **$0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................... | **$1,294,858.99**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................. | **$1,294,858.99**

## Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | **$9,732,660.20**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................ | **$0.00**

    3b. **Total amount of claims of non-priority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................... | **+ $199,122.70**

4. **Total liabilities**......................................................................................................... | **$9,931,782.90**
    Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name     **VELOCITY ESPORTS, INC.**

United States Bankruptcy Court for the:

**District of Nevada**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:  Income

1.  **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025**<br>MM/ DD/ YYYY | to   Filing date | ☑ Operating a business<br>☐ Other _____ | **$1,450,948.00** |
| **For prior year:** | From **01/01/2024**<br>MM/ DD/ YYYY | to **12/31/2024**<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$9,074,756.00** |
| **For the year before that:** | From **01/01/2023**<br>MM/ DD/ YYYY | to **12/31/2023**<br>MM/ DD/ YYYY | ☑ Operating a business<br>☑ Other **Miscellaneous** | **$8,286,140.00** |

2.  **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025**<br>MM/ DD/ YYYY | to   Filing date | **Phishing Fraud Insurance Payout** | **$97,587.71** |
| **For prior year:** | From **01/01/2024**<br>MM/ DD/ YYYY | to **12/31/2024**<br>MM/ DD/ YYYY | | |
| **For the year before that:** | From **01/01/2023**<br>MM/ DD/ YYYY | to **12/31/2023**<br>MM/ DD/ YYYY | | |

Debtor  **VELOCITY ESPORTS, INC.**
          Name                                                          Case number *(if known)* _____

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **Blue Cross and Blue Shield of Illinois** <br> Creditor's name <br><br> **Po Box 655924** <br> Street <br><br><br> **Dallas, TX 75265-5924** <br> City          State      ZIP Code | **02/13/2025** <br><br> **02/27/2025** <br><br> **4/2/2025** | **$85,626.26** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☑ Services <br> ☐ Other _____ |
| 3.2.  **BMI Merchandise, Inc.** <br> Creditor's name <br><br> **1960 Rutgers Univ Blvd** <br> Street <br><br><br> **Lakewood, NJ 08701-4537** <br> City          State      ZIP Code | **02/19/2025** <br><br> **02/27/2025** <br><br> **02/27/2025** <br><br> **03/05/2025** <br><br> **03/12/2025** <br><br> **03/12/2025** <br><br> **03/12/2025** <br><br> **03/19/2025** <br><br> **02/13/2025** <br><br> **02/27/2025** <br><br> **03/05/2025** <br><br> **03/05/2025** <br><br> **03/12/2025** <br><br> **02/13/2025** <br><br> **02/13/2025** <br><br> **02/13/2025** <br><br> **02/19/2025** <br><br> **02/19/2025** <br><br> **02/27/2025** <br><br> **03/05/2025** | **$39,582.72** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☑ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

03/12/2025

03/12/2025

03/12/2025

03/12/2025

03/19/2025

03/25/2025

03/27/2025

03/27/2025

04/02/2025

04/15/2025

04/15/2025

04/15/2025

04/23/2025

04/30/2025

04/30/2025

04/02/2025

04/09/2025

04/15/2025

04/15/2025

04/23/2025

04/23/2025

04/30/2025

04/02/2025

04/15/2025

04/15/2025

04/15/2025

04/23/2025

04/30/2025

04/30/2025

04/02/2025

04/09/2025

04/15/2025

04/15/2025

04/23/2025

04/23/2025

04/30/2025

| 3.3. | **ComEd** | 02/07/2025 | **$17,541.42** | ☐ Secured debt |
|------|-----------|------------|----------------|----------------|
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | | 03/11/2025 | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | 04/10/20255 | | ☐ Other _____ |
| | City          State    ZIP Code | | | |

| 3.4. | **Google LLC** | 02/06/2025 | **$43,297.71** | ☐ Secured debt |
|------|----------------|------------|----------------|----------------|
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | **1600 AmphitheatererePkwy** | 02/07/2025 | | ☐ Suppliers or vendors |
| | Street | | | ☑ Services |
| | | 02/07/2025 | | ☐ Other _____ |
| | **Mountain View, CA 94043** | 02/08/2025 | | |
| | City          State    ZIP Code | | | |

02/10/2025

02/11/2025

02/12/2025

02/13/2025

02/14/2025

02/15/2025

02/17/2025

02/18/2025

02/20/2025

02/21/2025

02/22/2025

02/23/2025

02/25/2025

02/26/2025

02/28/2025

03/01/2025

03/02/2025

03/04/2025

03/05/2025

Debtor    **VELOCITY ESPORTS, INC.**
          Name                                                                   Case number *(if known)*

03/06/2025

03/07/2025

03/08/2025

03/09/2025

03/10/2025

03/11/2025

03/12/2025

03/13/2025

03/14/2025

03/15/2025

03/16/2025

03/17/2025

03/16/2025

03/17/2025

03/18/2025

03/19/2025

03/20/2025

03/21/2025

03/21/2025

03/22/2025

03/23/2025

03/24/2025

03/25/2025

03/26/2025

03/27/2025

03/28/2025

03/28/2025

03/29/2025

03/30/2025

04/01/2025

04/02/2025

04/02/2025

Debtor    **VELOCITY ESPORTS, INC.**                                    Case number *(if known)*
Name

04/03/2025

04/04/2025

04/04/2025

04/05/2025

04/06/2025

04/07/2025

04/08/2025

04/08/2025

04/09/2025

04/10/2025

04/10/2025

04/11/2025

04/12/2025

04/12/2025

04/13/2025

04/14/2025

04/15/2025

04/16/2025

04/16/2025

04/17/2025

04/18/2025

04/19/2025

04/20/2025

04/20/2025

04/21/2025

04/22/2025

04/23/2025

04/24/2025

04/25/2025

04/25/2025

04/26/2025

04/28/2025

04/28/2025

04/01/2025

04/02/2025

04/02/2025

04/03/2025

04/04/2025

04/04/2025

04/05/2025

04/06/2025

04/07/2025

04/08/2025

04/08/2025

04/09/2025

04/10/2025

04/10/2025

04/11/2025

04/12/2025

04/12/2025

04/13/2025

04/14/2025

04/15/2025

04/16/2025

04/16/2025

04/17/2025

04/18/2025

04/19/2025

04/20/2025

04/20/2025

04/21/2025

04/22/2025

04/23/2025

04/24/2025

Debtor    **VELOCITY ESPORTS, INC.**
          Name                                                                Case number *(if known)*

|  |  | 04/25/2025 |  |
|--|--|------------|--|
|  |  | 04/25/2025 |  |
|  |  | 04/26/2025 |  |
|  |  | 04/28/2025 |  |
|  |  | 04/28/2025 |  |

**3.5.** **Intero Digital SocialSEO**        04/25... 02/11/2025        $16,378.37
Creditor's name

_____        02/14/2025
Street
_____        03/17/2025
_____
                                        04/11/2025
City          State    ZIP Code
                                        04/14/2025

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☑ Services
- ☐ Other _____

**3.6.** **Internal Revenue Service**        03/28/2025        $10,014.44
Creditor's name
**Po Box 7346**
Street
**Centralized Insolvency Operation**
**Philadelphia, PA 19101-7346**
City          State    ZIP Code

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other **Taxes**

**3.7.** **NOTL Property Owner LLC**        04/01/2025        $75,000.00
Creditor's name
**212 East Third Street Suite 300**        04/01/2025
Street
**Attn Tim Perry c/o North American**        04/29/2025
**Properties**
**Cincinnati, OH 45202**
City          State    ZIP Code

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other **Commercial Rental Lease**

**3.8.** **NVEnergy**        02/20/2025        $18,956.44
Creditor's name
**6226 W Sahara Ave**        03/19/2025
Street
**Attn: Bankruptcy Notice**        04/18/2025
**Las Vegas, NV 89146-3060**
City          State    ZIP Code

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other **Utilities**

**3.9.** **SRMF Town Square Owner LLC**        03/12/2025        $215,500.00
Creditor's name
**200 S Michigan Ave Ste 400**        03/12/2025
Street
**c/o Fairbourne Properties, LLC Attn**        03/21/2025
**George Manojlovic**
**Chicago, IL 60604-2411**        03/21/2025
City          State    ZIP Code
                                        04/01/2025
                                        04/16/2025
                                        04/16/2025

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other **Commercial Rental Lease**

Debtor    **VELOCITY ESPORTS, INC.**
       Name                                                         Case number *(if known)*

---

**3.10.**   **VILLAGE OF SCHAUMBURG**
Creditor's name

Street

City          State     ZIP Code

| 02/26/2025 | $9,037.05 |
| 02/26/2025 | |
| 03/28/2025 | |
| 03/28/2025 | |
| 04/30/2025 | |
| 04/30/2025 | |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other **Commercial Rental Lease**

---

**3.11.**   **Chase Bank**
Creditor's name
**Po Box 15299**
Street
**Attn: Bankruptcy Dept.**
**Wilmington, DE 19850-5299**
City          State     ZIP Code

| 02/06/2025 | $14,562.36 |
| 02/26/2025 | |
| 03/10/2025 | |
| 04/08/2025 | |
| 04/06/2025 | |
| 04/15/2025 | |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other **Credit Card**

---

**3.12.**   **Chase Bank**
Creditor's name
**Po Box 15299**
Street
**Attn: Bankruptcy Dept.**
**Wilmington, DE 19850-5299**
City          State     ZIP Code

| 02/11/2025 | $31,000.00 |
| 02/26/2025 | |
| 03/03/2025 | |
| 03/05/2025 | |
| 04/03/2025 | |
| 04/4/2025 | |
| 05/02/2025 | |
| 04/4/2025 | |
| 05/02/2025 | |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other **Credit Card**

---

**3.13.**   **Chase Bank**
Creditor's name
**Po Box 15299**
Street
**Attn: Bankruptcy Dept.**
**Wilmington, DE 19850-5299**
City          State     ZIP Code

| 02/18/2025 | $18,303.43 |
| 02/13/2025 | |
| 03/13/2025 | |
| 04/15/2025 | |
| 04/15/2025 | |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other **Credit Card**

---

**3.14.**   **Betson Enterprises**
Creditor's name
**303 Paterson Plank Rd**
Street
**Attn Betson Imperial Parts & Service**
**Carlstadt, NJ 07072-2307**
City          State     ZIP Code

| 02/13/2025 | $9,797.49 |
| 02/19/2025 | |
| 02/19/2025 | |
| 03/12/2025 | |
| 04/02/2025 | |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

---

Debtor    **VELOCITY ESPORTS, INC.**                                            Case number *(if known)*
          Name

04/02/2025

04/09/2025

04/30/2025

04/30/2025

02/06/2025

02/13/2025

02/13/2025

02/13/2025

02/19/2025

03/05/2025

03/27/2025

03/27/2025

03/27/2025

03/27/2025

04/02/2025

04/02/2025

04/02/2025

04/02/2025

04/02/2025

04/02/2025

04/09/2025

04/09/2025

04/23/2025

04/23/2025

04/30/2025

04/30/2025

3.15. **Elizabeth Powers**                 03/05/2025          **$17,544.11**       ☐ Secured debt
      Creditor's name                                                              ☐ Unsecured loan repayments
                                           03/12/2025                              ☐ Suppliers or vendors
      Street                                                                       ☐ Services
                                           03/19/2025                              ☑ Other **Expense Reimbursement**

                                           03/27/2025
      City              State    ZIP Code
                                           03/27/2025

03/27/2025

04/02/2025

04/09/2025

04/09/2025

04/15/2025

04/23/2025

04/30/2025

04/30/2025

04/30/2025

3.16. **Guardian**                     02/11/2025          $8,311.71    ☐ Secured debt
Creditor's name                                                        ☐ Unsecured loan repayments
**10 Hudson Yards**                    03/06/2025                       ☐ Suppliers or vendors
Street                                                                 ☑ Services
                                       04/02/2025                       ☐ Other _____

**New York, NY 10001-2151**
City              State    ZIP Code

3.17. **UKG Inc.**                     02/19/2025         $14,475.53    ☐ Secured debt
Creditor's name                                                        ☐ Unsecured loan repayments
**900 Chelmsford St**                  03/05/2025                       ☐ Suppliers or vendors
Street                                                                 ☑ Services
                                       03/27/2025                       ☐ Other _____

**Lowell, MA 01851-8100**              04/23/2025
City              State    ZIP Code

                                       04/30/2025

3.18. **Southern Glazer's Wine & Spirits of**  02/13/2025   $10,751.09  ☐ Secured debt
**KY**                                                                 ☐ Unsecured loan repayments
Creditor's name                        02/20/2025                       ☑ Suppliers or vendors
                                                                       ☐ Services
Street                                 02/27/2025                       ☐ Other _____

                                       03/06/2025

City              State    ZIP Code    03/13/2025

                                       03/20/2025

                                       04/10/2025

                                       04/24/2025

Debtor    **VELOCITY ESPORTS, INC.**                                    Case number *(if known)* _____
                 Name

| 3.19. | **SYSCO CHICAGO INC** | 02/06/2025 | **$12,863.78** | ☐ Secured debt |
|---|---|---|---|---|

Creditor's name

02/06/2025        ☐ Unsecured loan repayments

Street                                           ☑ Suppliers or vendors

02/13/2025        ☐ Services

☐ Other _____

02/20/2025

City          State    ZIP Code

02/27/2025

02/27/2025

02/28/2025

03/06/2025

03/13/2025

03/20/2025

03/20/2025

03/24/2025

03/27/20025

04/03/20025

04/10/2025

04/12/2025

04/24/2025

| 3.20. | **Sysco Food Services - Cincinnati** | 02/07/2025 | **$64,287.31** | ☐ Secured debt |
|---|---|---|---|---|

Creditor's name

02/07/2025        ☐ Unsecured loan repayments

Street                                           ☑ Suppliers or vendors

02/12/2025        ☐ Services

☐ Other _____

02/13/2025

City          State    ZIP Code

02/15/2025

02/15/2025

02/20/2025

02/21/2025

02/22/20025

02/27/2025

03/06/2025

03/07/2025

03/07/2025

03/11/2025

03/11/2025

03/13/2025

03/13/2025

03/20/2025

03/21/2025

03/21/2025

03/21/2025

03/24/2025

03/25/2025

03/26/2025

03/27/2025

03/29/2025

04/01/2025

04/03/2025

04/03/2025

04/10/2025

04/15/2025

04/17/2025

04/22/2025

04/23/2025

04/24/2025

3.21. **Sysco Food Services - Las Vegas**    02/07/2025    **$37,460.92**    ☐ Secured debt
      Creditor's name                                                        ☐ Unsecured loan repayments
                                               02/08/2025                    ☑ Suppliers or vendors
      Street
                                               02/11/2025                    ☐ Services
                                                                             ☐ Other _____
                                               02/12/2025

      City          State    ZIP Code         02/14/2025

                                               02/21/2025

                                               02/22/2025

                                               02/28/2025

                                               03/07/2025

                                               03/12/2025

Debtor    **VELOCITY ESPORTS, INC.**

Name

Case number *(if known)*

| Date | | |
|---|---|---|
| 03/14/2025 | | |
| 03/21/2025 | | |
| 03/24/2025 | | |
| 03/25/2025 | | |
| 03/28/2025 | | |
| 04/04/2025 | | |
| 04/11/2025 | | |
| 04/18/2025 | | |
| 04/25/2025 | | |

3.22.  **US Foods**

Creditor's name

Street

City          State     ZIP Code

| Date | Amount |
|---|---|
| 02/11/2025 | **$15,862.55** |
| 02/18/2025 | |
| 02/26/2025 | |
| 03/03/2025 | |
| 03/18/2025 | |
| 03/24/2025 | |
| 03/26/2025 | |
| 04/02/2025 | |
| 04/04/2025 | |
| 04/07/2025 | |
| 04/09/2025 | |
| 04/15/2025 | |
| 04/21/2025 | |
| 04/29/2025 | |
| 04/29/2025 | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

3.23.  **Pawnee Leasing Corporation**

Creditor's name

**1650 W College Dr # 104**

Street

**Marshall, MN 56258-1689**

City          State     ZIP Code

| Date | Amount |
|---|---|
| 03/17/2025 | **$16,451.79** |
| 04/15/2025 | |

☑ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other _____

3.24. **Advantage Leasing Corporation**     03/20/2025     $11,543.61     ☑ Secured debt
       Creditor's name                                                    ☐ Unsecured loan repayments
       **13400 Bishops Ln Ste 280**          03/20/2025                    ☐ Suppliers or vendors
       Street
                                             03/20/2025                    ☐ Services
                                                                          ☐ Other _____
       **Brookfield, WI 53005-6237**         03/20/2025
       City            State    ZIP Code
                                             04/21/2025

3.25. **NFS Leasing, Inc.**                  03/10/2025     $26,278.88     ☑ Secured debt
       Creditor's name                                                    ☐ Unsecured loan repayments
       **900 Cummings Ctr Ste 226u**         04/02/2025                    ☐ Suppliers or vendors
       Street
                                                                          ☐ Services
                                                                          ☐ Other _____
       **Beverly, MA 01915-6183**
       City            State    ZIP Code

3.26. **Mitsubishi HC Capital America**      03/28/2025     $9,999.07      ☑ Secured debt
       Creditor's name                                                    ☐ Unsecured loan repayments
       **7808 Creekridge Cir Ste 250**                                    ☐ Suppliers or vendors
       Street
                                                                          ☐ Services
                                                                          ☐ Other _____
       **Minneapolis, MN 55439-2647**
       City            State    ZIP Code

3.27. **Leaf Capital Funding, LLC**          03/17/2025     $12,369.45     ☑ Secured debt
       Creditor's name                                                    ☐ Unsecured loan repayments
       **110 Poplar St Ste 101**             04/07/2025                    ☐ Suppliers or vendors
       Street
                                             05/05/2025                    ☐ Services
                                                                          ☐ Other _____
       **Philadelphia, PA 19123**
       City            State    ZIP Code

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Leonard Wanger**<br>Creditor's name<br>**3838 N Kenneth Ave**<br>Street<br><br>**Chicago, IL 60641-2814**<br>City        State    ZIP Code<br>**Relationship to debtor**<br>**Officer and Director** | 04/30/2024<br>05/30/2024<br>07/01/2024<br>07/30/2024<br>08/28/2024<br>10/30/2024<br>12/03/2024 | $57,509.57 | **Wanger Income and Growth Fund LP Loan Payoff** |

**01/07/2025**

**02/25/2025**

**03/31/2025**

**09/30/2024**

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. **North Star Leasing**<br>Creditor's name<br>**Po Box 4505**<br>Street<br><br>**Burlington, VT 05406-4505**<br>City   State   ZIP Code | **See Exhibit Attached** | | **$0.00** |
| 5.2. **H. Betti Industries, Inc.**<br>Creditor's name<br>**303 Paterson Plank Rd**<br>Street<br><br>**Carlstadt, NJ 07072-2307**<br>City   State   ZIP Code | **Crossy Road Lucky Duck Crane Moto GP VR NERF Pac Man Battle Royale Chomp 4P Photoma Rick & Morty Blips and Chips Showtime 4-Player Skeeball Glow Marquee Super Bike 3** | **03/14/2025** | **$65,000.00** |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1.<br>Creditor's name<br><br>Street<br><br><br>City   State   ZIP Code | XXXX– __ __ __ __ | | |

**Part 3:**   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

Debtor    **VELOCITY ESPORTS, INC.**

Name                                                            Case number *(if known)*

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **434 N. Orange Investment LLC v. Wanger & Kaplan** | **Breach of Contract** | **9th Judicial Circuit, Orange County, Florida**<br>Name | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | **425 N Orange Ave**<br>Street | |
| | **2025-CA-003002-O** | | | |
| | | | **Orlando, FL 32801-1515**<br>City          State    ZIP Code | |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name | | |
| | Street | **Case title** | **Court name and address** |
| | | | Name |
| | City          State    ZIP Code | **Case number** | Street |
| | | | City          State    ZIP Code |
| | | **Date of order or assignment** | |

---

**Part 4:**  Certain Gifts and Charitable Contributions

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000.**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Recipient's name | | | |
| | Street | | | |
| | City          State    ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |

---

**Part 5:**  Certain Losses

**10.   All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **17**

Debtor  **VELOCITY ESPORTS, INC.**                                    Case number *(if known)* _____
           Name

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. **Phishing Fraud Scheme** | **$97,587.71 paid on 1/24/2025 J.P. Morgan Chase Bank Recovered $6,912.29** | **01/01/2025** | |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **Nevada Bankruptcy Attorneys, LLC** | **Attorney's Fee** | **04/02/2025** | **$79,285.50** |
| **Address** | **Attorney's Fee** | **05/07/2025** | **$26,310.50** |
| **5502 S Fort Apache Rd Ste 200**<br>Street | **Filing Fees for Debtor and its four affiliates' filings** | **05/07/2025** | **$8,690.00** |
| **Las Vegas, NV 89148-7683**<br>City                    State        ZIP Code | | | |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| Trustee | | | |

      Name                                                                    Case number *(if known)* _____

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | _____ | | | |
| | City    State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:** Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. **3838 N Kenneth Ave** <br> Street | From _____ To _____ |
| **Chicago, IL 60641-2814** <br> City    State    ZIP Code | |

---

**Part 8:** Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

…

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | _____ | _____ |
| _____ Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** *Check all that apply:* |
| _____ City   State   ZIP Code | _____ | ☐ Electronically ☐ Paper |

---

**Part 9:**   Personally Identifiable Information

**16.**   Does the debtor collect and retain personally identifiable information of customers?

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

     Does the debtor have a privacy policy about that information?

     ☐ No

     ☐ Yes

**17.**   Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

     ☐ No. Go to Part 10.

     ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

     Has the plan been terminated?

     ☐ No

     ☐ Yes

---

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.**   **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____ Name | XXXX– _ _ _ _ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other | _____ | _____ |
| _____ Street | | | | |
| _____ City   State   ZIP Code | | _____ | | |

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City    State    ZIP Code | | | |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City    State    ZIP Code | | | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| | | | |
| City    State    ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Debtor   **VELOCITY ESPORTS, INC.**

Name

Case number *(if known)* _____

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | **Name** _____ | _____ | ☐ Pending |
| **Case number** | **Street** _____ | _____ | ☐ On appeal |
| _____ | _____ | _____ | ☐ Concluded |
| | City          State     ZIP Code | _____ | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **Name** _____ | **Name** _____ | _____ | _____ |
| **Street** _____ | **Street** _____ | _____ | |
| _____ | _____ | _____ | |
| City          State     ZIP Code | City          State     ZIP Code | _____ | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **Name** _____ | **Name** _____ | _____ | _____ |
| **Street** _____ | **Street** _____ | _____ | |
| _____ | _____ | _____ | |
| City          State     ZIP Code | City          State     ZIP Code | _____ | |

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page **22**

Debtor    **VELOCITY ESPORTS, INC.**
Name

Case number *(if known)*

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.1.    **Velocity Esports Chicago Schaumburg, LLC**
Name

**6587 Las Vegas Blvd S Unit 171**
Street

**Las Vegas, NV 89119-3234**
City                State    ZIP Code

EIN:   **8 7 – 3 9 2 1 5 9 0**

Dates business existed

From _____    To _____

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.2.    **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC**
Name

**6587 Las Vegas Blvd S Unit 171**
Street

**Las Vegas, NV 89119-3234**
City                State    ZIP Code

EIN:   **8 7 – 4 7 0 9 7 4 7**

Dates business existed

From _____    To _____

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.3.    **VELOCITY ESPORTS NEWPORT KENTUCKY II, LLC**
Name

**1 Levee Way Ste 2130**
Street

**Newport, KY 41071-1658**
City                State    ZIP Code

EIN:   **9 2 – 2 0 0 6 5 6 6**

Dates business existed

From _____    To _____

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.4.    **VELOCITY ESPORTS NEWPORT KENTUCKY, LLC**
Name

**1 Levee Way Ste 2130**
Street

**Newport, KY 41071-1658**
City                State    ZIP Code

EIN:   **8 7 – 4 4 8 2 2 4 3**

Dates business existed

From _____    To _____

Debtor **VELOCITY ESPORTS, INC.**
Name

Case number *(if known)* _____

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.5. **VELOCITY ESPORTS ORLANDO DOWNTOWN, LLC**
Name

**6587 Las Vegas Blvd S Unit 171**
Street

**Las Vegas, NV 89119-3234**
City          State     ZIP Code

EIN:  **9 3 – 1 5 2 3 5 6 2**

**Dates business existed**

From _____   To _____

---

**26. Books, records, and financial statements**

26a.    List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Microsoft Dynamics GP fka Great Plains**<br>Name<br><br>**200 E Hardin St**<br>Street<br><br>**Findlay, OH 45840-4969**<br>City          State          ZIP Code | From _____  To **12/31/2024** |
| 26a.2. **Intuit Quickbooks**<br>Name<br><br>**2700 Coast Ave**<br>Street<br><br>**Mountain View, CA 94043-1140**<br>City          State          ZIP Code | From **01/01/2025**  To _____ |
| 26a.3. **Brio Financial Group**<br>Name<br><br>**19 Sutter St**<br>Street<br><br>**San Francisco, CA 94104-4901**<br>City          State          ZIP Code | From _____   To _____ |

26b.    List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. **Patrick Deane**<br>Name<br><br>**3838 N Kenneth Ave**<br>Street<br><br>**Chicago, IL 60641-2814**<br>City          State          ZIP Code | From **04/12/2024**  To _____ |

Debtor    **VELOCITY ESPORTS, INC.**
          Name                                                            Case number *(if known)*

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Leonard Wanger** <br> Name <br> **3838 N Kenneth Ave** <br> Street <br><br> **Chicago, IL 60641-2814** <br> City            State            ZIP Code | |
| 26c.2. | **Philip N Kaplan** <br> Name <br> **2443 Fillmore St #289** <br> Street <br><br> **San Francisco, CA 94115-1814** <br> City            State            ZIP Code | |
| 26c.3. | **Joshua Rosenbaum** <br> Name <br> **419 Bostwick Ln** <br> Street <br><br> **Gaithersburg, MD 20878-1933** <br> City            State            ZIP Code | |
| 26c.4. | **Patrick Deane** <br> Name <br> **3838 N Kenneth Ave** <br> Street <br><br> **Chicago, IL 60641-2814** <br> City            State            ZIP Code | |
| 26c.5. | **Jeremy Neace** <br> Name <br> **6587 Las Vegas Blvd S Unit 171** <br> Street <br><br> **Las Vegas, NV 89119-3234** <br> City            State            ZIP Code | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.6.

**Elizabeth Powers**
Name

**6587 Las Vegas Blvd S Unit 171**
Street

**Las Vegas, NV 89119-3234**
City                    State          ZIP Code

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.7.

**Nevada Bankruptcy Attorneys LLC**
Name

**5502 S Fort Apache Rd Ste 200**
Street

**Las Vegas, NV 89148-7683**
City                    State          ZIP Code

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.8.

**USVEN LLC dba Real Estate Consulting Services**
Name

**10161 Park Run Dr Ste 150**
Street

**Las Vegas, NV 89145-8872**
City                    State          ZIP Code

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.9.

**Brio Financial Group**
Name

**19 Sutter St**
Street

**San Francisco, CA 94104-4901**
City                    State          ZIP Code

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.10.

**NFS Leasing, Inc.**
Name

**900 Cummings Ctr Ste 226u**
Street

**Beverly, MA 01915-6183**
City                    State          ZIP Code

Debtor    **VELOCITY ESPORTS, INC.**
Name                                                          Case number *(if known)*

| | |
|---|---|
| **Name and address** | **If any books of account and records are unavailable, explain why** |

26c.11.

**North Star Leasing**
Name

**Po Box 4505**
Street

**Burlington, VT 05406-4505**
City                          State              ZIP Code

| | |
|---|---|
| **Name and address** | **If any books of account and records are unavailable, explain why** |

26c.12.

**Betson Enterprises**
Name

**303 Paterson Plank Rd**
Street

**Attn Betson Imperial Parts & Service**

**Carlstadt, NJ 07072-2307**
City                          State              ZIP Code

| | |
|---|---|
| **Name and address** | **If any books of account and records are unavailable, explain why** |

26c.13.

**NOTL Property Owner LLC**
Name

**212 E 3rd St Ste 300**
Street

**Attn Tim Perry c/o North American Properties**

**Cincinnati, OH 45202-5500**
City                          State              ZIP Code

| | |
|---|---|
| **Name and address** | **If any books of account and records are unavailable, explain why** |

26c.14.

**SRMF Town Square Owner LLC**
Name

**200 S Michigan Ave Ste 400**
Street

**c/o Fairbourne Properties, LLC Attn George Manojlovic**

**Chicago, IL 60604-2411**
City                          State              ZIP Code

| | |
|---|---|
| **Name and address** | **If any books of account and records are unavailable, explain why** |

26c.15.

**NewtekOne**
Name

**4800 T Rex Ave**
Street

**Boca Raton, FL 33431-4479**
City                          State              ZIP Code

Debtor    **VELOCITY ESPORTS, INC.**

Name

Case number *(if known)*

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.16.

**Woodfield Mall LLC**
Name

**225 W Washington St**
Street

**c/o M.S. Management Associates inc.**

**Indianapolis, IN 46204-3435**
City                    State              ZIP Code

26d.    List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.    **NewtekOne**
Name

**4800 T Rex Ave**
Street


**Boca Raton, FL 33431-4479**
City                    State              ZIP Code

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
|  |  |  |

| Name and address of the person who has possession of inventory records |
|---|

27.1.

Name

Street


City                    State              ZIP Code

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Leonard Wanger | 3838 N Kenneth Ave Chicago, IL 60641-2814 | President & Director, Class A & B Shares | 40.05% |
| Philip N Kaplan | 2443 Fillmore St #289 San Francisco, CA 94115-1814 | Director, Class A & B Shares | 40.05% |
| Joshua Rosenbaum | 419 Bostwick Ln Gaithersburg, MD 20878-1933 | Secretary & Director, Class A & B Shares | 19.90% |
| Patrick Deane | 3838 N Kenneth Ave Chicago, IL 60641-2814 | Treasurer, | 0.00% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| _____ | _____ , | _____ | From _____ <br> To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. **Philip N. Kaplan Sep. Prop. Trust dtd 6/27/2011** <br> Name <br> **3838 N Kenneth Ave** <br> Street <br><br> **Chicago, IL 60641-2814** <br> City   State   ZIP Code <br><br> Relationship to debtor <br> **Officer** | **$12,870.80** <br> **$12,870.80** <br> **$12,870.80** <br> **$12,870.80** <br> **$12,870.80** <br> **$12,870.80** <br> **$12,870.80** <br> **$12,870.80** <br> **$249.90** <br> **$12,870.80** <br> **$12,870.80** | 01/02/2025 <br> 01/31/2025 <br> 02/25/2025 <br> 03/31/2025 <br> 08/28/2024 <br> 07/30/2024 <br> 07/01/2024 <br> 05/29/2024 <br> 05/13/2024 <br> 04/26/2024 <br> 04/30/2025 | **Transfer to payoff SOCAL Loan** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.2. **Joshua Rosenbaum** <br> Name <br> **419 Bostwick Ln** <br> Street <br><br> **Gaithersburg, MD 20878-1933** <br> City   State   ZIP Code <br><br> Relationship to debtor <br> **Officer and Director** | **$2,563.70** <br> **$2,563.69** <br> **$2,563.69** <br> **$2,563.71** <br> **$2,563.69** <br> **$2,563.69** <br> **$2,563.70** <br> **$2,563.69** <br> **$2,563.69** <br> **$2,563.70** <br> **$2,563.70** | 04/12/2024 <br> 04/26/2024 <br> 05/10/2024 <br> 05/24/2024 <br> 06/07/2024 <br> 06/21/2024 <br> 07/05/2024 <br> 07/19/2024 <br> 08/02/2024 <br> 08/16/2024 <br> 08/30/2024 | **Salary** |

| | Amount | Dates |
|---|---|---|
| | $2,563.69 | 09/13/2024 |
| | $2,563.69 | 09/27/2024 |
| | $2,563.70 | 10/11/2024 |
| | $2,563.69 | 10/25/2024 |
| | $2,563.69 | 11/08/2024 |
| | $2,563.70 | 11/22/2024 |
| | $2,563.70 | 12/06/2024 |
| | $2,875.38 | 12/20/2024 |
| | $2,556.41 | 01/03/2025 |
| | $2,556.39 | 01/17/2025 |
| | $2,556.41 | 01/31/2025 |
| | $2,556.41 | 02/14/2025 |
| | $2,041.88 | 02/28/2025 |
| | $1,166.38 | 03/14/2025 |
| | $1,166.38 | 03/28/2025 |
| | $1,166.38 | 04/11/2025 |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.3. **Patrick Deane** <br> Name <br> **3838 N Kenneth Ave** <br> Street <br><br> **Chicago, IL 60641-2814** <br> City    State    ZIP Code <br><br> Relationship to debtor <br><br> **Officer** | $4,468.54 <br> $4,468.54 <br> $4,468.53 <br> $4,468.54 <br> $4,468.52 <br> $4,468.54 <br> $4,468.54 <br> $4,468.53 <br> $4,468.53 <br> $4,468.53 <br> $4,468.54 <br> $4,468.54 <br> $4,468.52 <br> $4,468.54 <br> $4,468.54 <br> $4,468.53 <br> $4,468.54 <br> $4,468.52 <br> $4,468.54 | 04/12/2024 <br> 04/26/2024 <br> 05/10/2024 <br> 05/24/2024 <br> 06/07/2024 <br> 06/21/2024 <br> 07/05/2024 <br> 07/19/2024 <br> 08/02/2024 <br> 08/16/2024 <br> 08/30/2024 <br> 09/13/2024 <br> 09/27/2024 <br> 10/11/2024 <br> 10/25/2024 <br> 11/08/2024 <br> 11/22/2024 <br> 12/06/2024 <br> 12/20/2024 | **Salary** |

| | |
|---|---|
| $4,486.99 | 01/03/2025 |
| $4,486.98 | 01/17/2025 |
| $4,486.98 | 01/31/2025 |
| $4,486.98 | 02/14/2025 |
| $4,486.99 | 02/28/2025 |
| $4,486.99 | 03/14/2025 |
| $4,486.97 | 03/28/2025 |
| $4,486.99 | 04/11/2025 |

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Velocity Esports, Inc.** | EIN: 8 7 – 3 8 0 7 3 8 3 |

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

## Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **05/08/2025**
                MM/  DD/  YYYY

X **/s/ Philip Kaplan**                    Printed name    **Philip Kaplan**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    **Director**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

Fill in this information to identify the case:

Debtor name **VELOCITY ESPORTS, INC.**

United States Bankruptcy Court for the:

**District of Nevada**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | NewtekOne 4800 T Rex Ave Boca Raton, FL 33431-4479 | | SBA Loan | | | | $2,476,815.00 |
| 2 | Schroeder Architects 211 Perimeter Center Pkwy Ne Ste 350 Atlanta, GA 30346-1315 | | Architectural Services | | | | $90,963.44 |
| 3 | Chase Bank Attn: Bankruptcy Dept. Po Box 15299 Wilmington, DE 19850-5299 | | Credit Card | | | | $35,315.77 |
| 4 | Advantage Leasing Corporation 13400 Bishops Ln Ste 280 Brookfield, WI 53005-6237 | | Equipment Leasing | | $181,671.25 | $157,780.00 | $23,891.25 |
| 5 | UKG Inc. Attn Legal Department 900 Chelmsford St Lowell, MA 01851-8100 | | HR and Payroll Software and Services Provider | | | | $13,737.00 |
| 6 | North Star Leasing Po Box 4505 Burlington, VT 05406-4505 | | Equipment Leasing | | $117,180.00 | $109,667.10 | $7,512.90 |
| 7 | Chase Bank Attn: Bankruptcy Dept. Po Box 15299 Wilmington, DE 19850-5299 | | Credit Card | | | | $7,090.76 |
| 8 | Chase Bank Attn: Bankruptcy Dept. Po Box 15299 Wilmington, DE 19850-5299 | | Credit Card | | | | $7,083.59 |

Debtor   **VELOCITY ESPORTS, INC.** _____     Case number *(if known)* _____
　　　　　Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Cottle & Cottle, Ltd. 1160 S Michigan Ave Apt 3002 Chicago, IL 60605-3047 | | Tax Preparation | | | | $7,000.00 |
| 10 | Restaurant Technologies Inc 2250 Pilot Knob Rd Saint Paul, MN 55120-1127 | | Kitchen Cooking Oil Management | | | | $6,625.07 |
| 11 | Bevilacqua PLLC 1050 Connecticut Ave Nw Ste 500 Washington, DC 20036-5304 | | Legal Services | | | | $1,208.00 |
| 12 | Thompson Coburn, LLP 55 E Monroe St Fl 37 Chicago, IL 60603-6029 | | Legal Services | | | | $884.00 |
| 13 | Averus USA, Inc. 3851 Clearview Ct Gurnee, IL 60031-1247 | | Fire Extinguisher Servicing | | | | $874.20 |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
**LAS VEGAS DIVISION**

IN RE: **VELOCITY ESPORTS, INC.**                                                    CASE NO

                                                                                             CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date   **05/08/2025**          Signature                          **/s/ Philip Kaplan**
                                                                        Philip Kaplan, Director

4940 West Ponderosa, LLC
2443 Fillmore St Pmb 289
San Francisco, CA 94115-1814


4958 West Ponderosa I, LLC
2443 Fillmore St Pmb 289
San Francisco, CA 94115-1814


4958 West Ponderosa I, LLC
3838 N Kenneth Ave
Chicago, IL 60641-2814


4958 West Ponderosa II, LLC
3838 N Kenneth Ave
Chicago, IL 60641-2814


745 Quaking Aspen, LLC
2443 Fillmore St Pmb 289
San Francisco, CA 94115-1814


Advantage Leasing
Corporation
13400 Bishops Ln Ste 280
Brookfield, WI 53005-6237


Averus USA, Inc.
3851 Clearview Ct
Gurnee, IL 60031-1247


Bevilacqua PLLC
1050 Connecticut Ave Nw Ste 500
Washington, DC 20036-5304

Blue Cross and Blue Shield of
Illinois
Po Box 655924
Dallas, TX 75265-5924


Chase Bank
Attn: Bankruptcy Dept.
Po Box 15299
Wilmington, DE 19850-5299


Cottle & Cottle, Ltd.
1160 S Michigan Ave Apt 3002
Chicago, IL 60605-3047


Fortune 5 Capital, LLC
3045 S Archibald Ave # H-507
Ontario, CA 91761-9001


Guardian
10 Hudson Yards
New York, NY 10001-2151


H. Betti Industries, Inc.
303 Paterson Plank Rd
Carlstadt, NJ 07072-2307


Leonard R Wanger 2018 Fam.
Irrevoc. Per. Trust
Attn Morris M. Cottle
1160 S Michigan Ave Apt 3002
Chicago, IL 60605-3047


Leonard Wanger
3838 N Kenneth Ave
Chicago, IL 60641-2814

LP Consulting
3838 N Kenneth Ave
Chicago, IL 60641-2814

NewtekOne
4800 T Rex Ave
Boca Raton, FL 33431-4479

North Star Leasing
Po Box 4505
Burlington, VT 05406-4505

Pawnee Leasing Corporation
1650 W College Dr # 104
Marshall, MN 56258-1689

Philip N Kaplan
2443 Fillmore St # 289 Pmb 289
San Francisco, CA 94115-1814

Philip N Kaplan
2443 Fillmore St #289
San Francisco, CA 94115-1814

Philip N Kaplan Sep Prop
Trust dtd 6/27/2011
3838 N Kenneth Ave
Chicago, IL 60641-2814

Philip N Kaplan Separate
Property Trust
3838 N Kenneth Ave
Chicago, IL 60641-2814

Philip N. Kaplan Sep. Prop.
Trust dtd 6/27/2011
3838 N Kenneth Ave
Chicago, IL 60641-2814


Ralph Wanger Trust dated
12/16/1994
3838 N Kenneth Ave
Chicago, IL 60641-2814


Restaurant Technologies Inc
2250 Pilot Knob Rd
Saint Paul, MN 55120-1127


Schroeder Architects
211 Perimeter Center Pkwy Ne Ste 350
Atlanta, GA 30346-1315


TASC
2302 International Ln
Madison, WI 53704-3136


The LRW Revocable Trust,
dated 3/9/2012
3838 N Kenneth Ave
Chicago, IL 60641-2814


The LRW Revocable Trust, dtd
3/9/2012
3838 N Kenneth Ave
Chicago, IL 60641-2814


Thompson Coburn, LLP
55 E Monroe St Fl 37
Chicago, IL 60603-6029

UKG Inc.
Attn Legal Department
900 Chelmsford St
Lowell, MA 01851-8100


UKG Inc.
900 Chelmsford St
Lowell, MA 01851-8100


Velocity Esports Chicago
Schaumburg, LLC
6587 Las Vegas Blvd S Unit 171
Las Vegas, NV 89119-3234


VELOCITY ESPORTS LAS
VEGAS TOWN SQUARE, LLC
6587 Las Vegas Blvd S Unit 171
Las Vegas, NV 89119-3234


VELOCITY ESPORTS
NEWPORT KENTUCKY II, LLC
1 Levee Way Ste 2130
Newport, KY 41071-1658


VELOCITY ESPORTS
NEWPORT KENTUCKY, LLC
1 Levee Way Ste 2130
Newport, KY 41071-1658


VELOCITY ESPORTS ORLANDO
DOWNTOWN, LLC
6587 Las Vegas Blvd S Unit 171
Las Vegas, NV 89119-3234

# United States Bankruptcy Court
## District of Nevada

In re **VELOCITY ESPORTS, INC.** _____    Case No. _____

Debtor(s)    Chapter **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **VELOCITY ESPORTS, INC.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

_____

☑ None [_Check if applicable_]


_____**05/08/2025**_____     _____**/s/ Matthew Knepper**_____

Date     **Matthew Knepper**
    Signature of Attorney or Litigant
    Counsel for    **VELOCITY ESPORTS, INC.**
    **Bar Number: 12796**
    **Nevada Bankruptcy Attorneys, LLC**
    **5502 S Fort Apache Rd Ste 200**
    **Las Vegas, NV 89148-7683**
    **Phone: (702) 805-1659**
    **Email: mknepper@nvbankruptcyattorneys.com**

# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA
## LAS VEGAS DIVISION

IN RE: **VELOCITY ESPORTS, INC.**                     CASE NO

                                                       CHAPTER **11**


## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY

PETITION, LISTS, STATEMENTS, AND SCHEDULES


## PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐     *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* --
       I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I
       am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the
       relief available under each chapter, and choose to proceed under chapter 7.

☑     *[Only include if petitioner is a corporation, partnership or limited liability company]* --
       I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists,
       statements, and schedules on behalf of the debtor in this case.

Date                        _____ /s/ Philip Kaplan_____
**05/08/2025**              Philip Kaplan
                            Director
                            EIN No.   7 3 8 3


## PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date                        _____ /s/ Matthew Knepper_____
**05/08/2025**              Matthew Knepper
                            Attorney

Fill in this information to identify the case:

Debtor name     **VELOCITY ESPORTS, INC.**

United States Bankruptcy Court for the:

    **District of Nevada**

Case number (if known): _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## ▮   Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐    *Schedule H: Codebtors* (Official Form 206H)

☐    *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐    *Amended Schedule* _____

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **05/08/2025**
     MM/ DD/ YYYY

**X** **/s/ Philip Kaplan**
Signature of individual signing on behalf of debtor

**Philip Kaplan**
Printed name

**Director**
Position or relationship to debtor