Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Brenden J. Gougeon, Esq.
Nevada Bar No. 16874
NEVADA BANKRUPTCY ATTORNEYS, LLC
5502 S. Fort Apache Rd., Suite 200
Las Vegas, NV 89148-7700
Phone: (702) 660-4228
Fax: (702) 660-4228
Email: mknepper@nvbankruptcyattorneys.com
Email: bgougeon@nvbankruptcyattorneys.com
*Attorneys for Debtors*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>VELOCITY ESPORTS, INC.,<br><br>■ Affects Velocity Esports, Inc.<br>■ Affects Velocity Esports Las Vegas Town Square, LLC<br>☐ Affects Velocity Esports Chicago Schaumburg, LLC<br>☐ Affects Velocity Esports Newport Kentucky, LLC<br>☐ Affects Velocity Esports Orlando Downtown, LLC<br>☐ Affects All Debtors<br><br>Debtor(s). | Case No.: 25-12627-mkn<br><br>Jointly Administered with<br>Case No. 25-12628-mkn<br>Case No. 25-12629-mkn<br>Case No. 25-12630-mkn<br>Case No. 25-12631-mkn<br><br>Chapter 11<br><br>**DECLARATION OF PHILIP N. KAPLAN IN SUPPORT OF NOTICE OF CLOSING AND COMPLIANCE WITH SALE ORDER REQUIREMENTS** |

I, Philip N. Kaplan, declare as follows:

1.    I am an authorized representative of Velocity Esports, Inc. and Velocity Esports Las Vegas Town Square, LLC. I submit this declaration in support of the Debtors' Notice of Closing and to authenticate the closing materials and post-closing compliance steps described below.

2.    I have personal knowledge of the facts stated in this declaration, except as to matters stated on information and belief, and as to those matters I believe them to be true. If called as a witness, I could and would testify competently to the facts stated herein.

- 1 -

3.      On May 8, 2026, the Debtors closed the sale of substantially all assets of Velocity Esports Las Vegas Town Square, LLC to Illusion Attractions LLC pursuant to the Asset Purchase Agreement approved by this Court's Order (I) Approving Sale of Certain Debtors' Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests; (II) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief entered at ECF No. 269 (the Sale Order).

4.      The closing occurred in accordance with the Sale Order, the Asset Purchase Agreement, and the closing instructions approved or authorized by the parties. To the best of my knowledge, no stay of the Sale Order prevented the Debtors from closing the sale.

5.      Attached as **Exhibit A** is a true and correct copy of the final closing statement for the sale transaction and related worksheet. I reviewed the closing statement and worksheet in connection with the closing of the sale, and it accurately reflects the sale proceeds, closing adjustments, credits, reserves, and distributions made or reserved at closing, including the specific payments, credit, and reserve described below.

6.      The closing statement reflects the following principal sale-order items: (a) cash Sale Proceeds available for distribution at Closing in the amount of $1,075,000.00; (b) payment to Newtek Bank, N.A. in the amount of $633,431.00; (c) payment to Pawnee Leasing Corporation in the amount of $101,000.00; (d) establishment of a reserve in the amount of $183,939.00.  The reserve may be understood to encompass payment of the Nevada Department of Taxation's claim for $12,169.26, with the remainder to be divided between the Listing Broker and NFS, pending this Court's determination of reasonable compensation to the Listing Broker.  The hearing on the Listing Broker's fee application is set for June 17, 2026 at 9:30 a.m.

7.      In connection with closing, the Debtors and Buyer coordinated implementation of the Sale Order provisions concerning personally identifiable information and customer information. Buyer filed a sworn statement or declaration regarding its status as a qualified buyer and successor-in-interest with respect to transferred customer information and PII at ECF No. 248.

8.      On April 24, 2026, the notice of change of control was provided to affected customers by direct email to the extent email addresses existed.  Attached as **Exhibit B** is a true and correct copy of the

form of email notice sent to affected customers. Customer names, email addresses, and other identifying recipient information have been redacted to protect customer privacy.

9.    On or about May 8, 2026, the Notice of Change of Control was posted conspicuously on the Debtors' website at the following URL: https://velocityesports.com/ownership-change/.  Below is a screen shot of that URL as of June 8, 2026:

10.    The Debtors submit this declaration to confirm that the sale closed, to authenticate the closing statement, and to report the Debtors' implementation of the post-closing notice and PII-related requirements imposed by the Sale Order and discussed at the May 6, 2026 status conference.

11.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 8, 2026

By: */s/ Philip N. Kaplan*
Philip N. Kaplan
Authorized Representative of Velocity Esports,
Inc. and Velocity Esports Las Vegas Town
Square, LLC

- 3 -