# <u>EXHIBIT A</u>

# Seller's Closing Statement &

# Disbursement Worksheet



**Accelerated Escrow Company**

*Specialists in business sale transactions*

*3030 S. Jones Blvd., Suite 105*
*Las Vegas, NV 89146*
*voice (702) 477-0021*
*fax (702) 868-8321*
*www.acceleratedescrow.com*

### SELLER'S CLOSING STATEMENT
**Final**

**File No.:** 26-00077-JN
**Officer/Escrow Officer:** Joseph T Nold, Esq.

**Printed Date/Time:**  06/08/2026 - 7:42:08AM
Page      1  of 1
**Closing Date:**  05/08/2026

**Buyer:** Illusion Attractions LLC

**Seller:** Velocity Esports Las Vegas Town Square, LLC and Velocity Esports  Inc

**Business Name:**  Velocity Esports

**Property:** 6587 S Las Vegas Blvd, #171, Las Vegas, NV  89119

| DESCRIPTION | DEBITS | CREDITS |
|---|---|---|
| **TOTAL CONSIDERATION** | | 1,075,000.00 |
| **COMMISSION(S):** | | |
| Listing Broker: First Choice Business Brokers | 134,375.00 | |
| **ESCROW CHARGES TO: Accelerated Law Group Inc** | | |
| Escrow Fee Escrow Fee | 2,500.00 | |
| UCC Search | 630.00 | |
| Wire Fee | | |
| **TAXES:** | | |
| Miscellaneous Tax to: Nevada Department of Taxation TBD | 12,169.26 | |
| Property Tax to: Clark County Assessor TBD | | |
| **CREDITOR CLAIMS** | | |
| Creditor Claim: Pawnee Leasing Corporation | 101,000.00 | |
| Creditor Claim: Newtek Lending | 633,431.00 | |
| **ADDITIONAL DISBURSEMENTS:** | | |
| File Maintenance Fee: Accelerated Escrow Company | 250.00 | |
| Hold Back Broker Comm. Subject To BK Court Approval: First Choice Business Brokers | | |
| Hold Back Cred. Claim Subject To BK Court Approval: NFS Capital | 153,250.00 | |
| **SUBTOTALS** | 1,037,605.26 | 1,075,000.00 |
| | | |
| **DUE TO SELLER** | 37,394.74 | |
| **TOTALS** | 1,075,000.00 | 1,075,000.00 |

THIS IS YOUR FINAL CLOSING STATEMENT INDICATING ALL DISBURSEMENTS and is governed by the terms and conditions regarding "Accounting & Statements" as contained in the General Provisions of your Escrow Instructions.

Date:    June  8, 2026                                                                                         Page:            1
Time:    7:37AM

| Disbursement Worksheet |
|:--:|

Escrow No.   : 26-00077-JN                    Buyer            : Illusion Attractions LLC
Closer       : Joseph T Nold, Esq.            Seller           : Velocity Esports Las Vegas Town Square, LLC and Veloc
Closing Date : 05/08/2026                     Property Address : 6587 S Las Vegas Blvd
Lender       :                                                   Las Vegas, NV 89119
Loan No.     :                                Trust Account    : Escrow Trust Account

**RECEIPTS:**

| St | Number | Date | By | Type | Payer | Amount |
|----|--------|------|----|------|-------|--------|
| I | 109327 | 03/27/2026 | TJ | Earnest Money Wire Transfer | Illusion Attractions LLC | 50,000.00 |
| I | 109358 | 04/21/2026 | AMJ | Additional Wire Transfer | Illusion Attractions LLC | 875,130.00 |
| | | | | Total Issued Receipts | : | 925,130.00 |
| | | | | + Remaining Due | : | 0.00 |
| | | | | Total Receipts | : | 925,130.00 |

**CHECKS:**

| St | Number | Date | By | Type | Payee | Amount |
|----|--------|------|----|------|-------|--------|
| | | | | Seller Proceeds | Velocity Esports Las Vegas Town Squa | 37,394.74 |
| | | | | Listing Broker | First Choice Business Brokers | 134,375.00 |
| | | | | Miscellaneous Taxes | Nevada Department of Taxation | 12,169.26 |
| W | 6948 | 05/05/2026 | AMJ | Miscellaneous Fee | Accelerated Escrow Company | 500.00 |
| F | 6949 | 05/05/2026 | AMJ | Escrow Company Charges | Accelerated Law Group Inc | 6,260.00 |
| W | 6955 | 05/08/2026 | AMJ | Creditor Claim Charges | Pawnee Leasing Corporation | 101,000.00 |
| W | 6956 | 05/08/2026 | AMJ | Creditor Claim Charges | Newtek Lending | 633,431.00 |
| | | | | Total Issued Checks | : | 741,191.00 |
| | | | | + Remaining to Disburse | : | 183,939.00 |
| | | | | Total Disbursements | : | 925,130.00 |

**SUMMARY:**

| | | | |
|---|---|---|---|
| | Total Issued Receipts | : | 925,130.00 |
| + | Remaining Amount Due | : | 0.00 |
| - | Total Disbursements | : | 925,130.00 |
| | Difference | : | 0.00 |
| | Balance in Escrow | : | 183,939.00 |
| | Balance in Savings | : | 0.00 |

**COMMENTS:**