# <u>EXHIBIT B</u>

# Customer Email Notification of Change of Control and Email Opt-Out Rights

**From:  Phil Kaplan** ✖✖✖✖✖✖✖✖✖✖✖✖✖
**Subject:**  FW: Velocity Esports is Under New Ownership – What that Means for You
**Date:**  April 24, 2026 at 12:36 PM
**To:**  Philip N Kaplan ✖✖✖✖✖✖✖✖✖✖✖✖

*Philip N. Kaplan*
**Chief Executive Officer**



**NEXT LEVEL GAMING, NEXT LEVEL FUN™**

Mobile: ✖✖✖✖✖✖✖✖✖✖✖✖✖✖✖✖✖✖✖✖✖✖✖✖✖

Velocity Esports, Inc.

Visit us online at www.velocityesports.com

*Esports Lounges*
*Online & Live Tournaments*
*Arcade Games*
*Craft Beverages & Dining*

**Confidentiality Notice:** This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 301 980 4218. Please then delete the email and any copies of it. Thank you.

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Date:** Friday, April 24, 2026 at 9:26 AM
**To:** Phil Kaplan ✖✖✖✖✖✖✖✖✖✖✖✖✖
**Subject:** Fw: Velocity Esports is Under New Ownership – What that Means for You



Sent from my T-Mobile 5G Device
Get Outlook for Android

**From:** Velocity Esports Inc <updates@velocityesportsinc.ccsend.com>
**Sent:** Friday, April 24, 2026 10:02:32 AM
**To:** ✖✖✖✖✖✖✖✖✖✖✖✖✖✖✖✖✖✖✖✖✖
**Subject:** Velocity Esports is Under New Ownership – What that Means for You



*Dear Customer:*

*We are excited to announce that Illusion Attractions LLC has purchased and now owns Velocity Esports Las Vegas Town Square, LLC. As part of this ownership*

*owns Velocity Esports Las Vegas Town Square, LLC. As part of this ownership transition, customer personally identifiable information ("PII") associated with Las Vegas Velocity Esports will be transferred to ensure communication is uninterrupted so you can continue to receive important updates from us. We hope you will remain a part of our Velocity Esports Community.*

*As we have provided under our privacy policy available at **https://velocityesports.com/privacy-policy/**, we value your privacy and promised to notify you of any change of ownership so that you are well-informed of what information may be transferred to the new owner, and your rights regarding that information. The PII that will be transferred to the new owner may include and is not limited to the following: your first and last name, phone number, and email address.*

*You may request that we delete your PII by submitting a written request by email at **support@velocityesports.com**. Once we receive and confirm your request, we will delete (and direct our service providers to delete) your PII from our records, subject to exceptions that you will find under our privacy policy available at **https://velocityesports.com/privacy-policy/**.*

## 6587 LAS VEGAS BLVD S, #171 LAS VEGAS, NV 89119

### Located below AMC at Town Square Mall

Velocity Esports Inc | 3838 N Kenneth Ave | Chicago, IL 60641 US

Unsubscribe | Update Profile | Our Privacy Policy | Constant Contact Data Notice



Try email & social marketing for free!

**Confidentiality Notice:**This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to this email. Please then delete the email and any copies of it. Thank you.