# EXHIBIT 1

| Statement of Cash Receipts and Disbursement | | | |
|---|---|---|---|
| | | | |
| Name of Debtor: Velocity Esports, Inc. | | | |
| | **Current** | **Cumulative** | |
| 1. Cash balance beginning of month (a) | 118,115.86 | | |
| | | | |
| RECEIPTS | | | |
| 2. Other Income | 134,630.15 | | |
| 3. Event deposits | 5,087.33 | | |
| 4. Deposit return from Vendor | 150.00 | | |
| 5. Miscellaneus Receipts | - | | |
| | | | |
| 6. *TOTAL CASH RECEIPTS (b)* | 139,867.48 | 1,916,921.75 | |
| | | | |
| DISBURSEMENTS | | | |
| 7. Payroll expenses | 172,197.26 | | |
| 8. Store Operating expenses | 224,046.76 | | |
| 09. Loan and credit card repayment | - | | |
| 10. Professional Fees - Legal | - | | |
| 11. Miscellaneus Disbursements | 729.79 | | |
| 12. Bank charges and Fees | 579.60 | | |
| | | | |
| 13. *TOTAL CASH DISBURSEMENTS (c)* | 397,553.41 | 7,689,234.74 | |
| | | | |
| 14. Cash balance end of month (d) | (139,570.07) | | |

# Chase Bank Account # 8673 Activity

| Details | Posting Date | Description | Amount | Type | Balance | Check or Slip # |
|---|---|---|---|---|---|---|
| DEBIT | 5/12/2026 | ORIG CO NAME:INSPERITY BU1657 ORIG ID:2300345628 DESC DATE: CO ENTRY DE | -110 | ACH_DEBIT | 200 | |
| DEBIT | 5/12/2026 | ORIG CO NAME:INSPERITY BU1657 ORIG ID:2300345628 DESC DATE: CO ENTRY DE | -1056 | ACH_DEBIT | 310 | |
| DEBIT | 5/12/2026 | ORIG CO NAME:INSPERITY BU1657 ORIG ID:2300345628 DESC DATE: CO ENTRY DE | -1364 | ACH_DEBIT | 1366 | |
| CREDIT | 5/12/2026 | Online Transfer from CHK ...6116 transaction#: 29187979002 | 2708.6 | ACCT_XFER | 2730 | |
| CREDIT | 5/4/2026 | Online Transfer from CHK ...6116 transaction#: 29083831123 | 100 | ACCT_XFER | 21.4 | |
| DEBIT | 5/1/2026 | SERVICE CHARGES FOR THE MONTH OF APRIL | -129.6 | FEE_TRANSACTION | -78.6 | |
| | | | | | | |

# Chase Bank Account # 6116 Activity

| Details | Posting Date | Description | Amount | Type | Balance | Check or Slip # |
|---|---|---|---|---|---|---|
| DEBIT | 5/29/2026 | ORIG CO NAME:PHLYInsurance      ORIG ID:5452682309 DESC DATE:260529 CO ENTRY DESCR:PHLYInsur | -17918.5 | ACH_DEBIT | 6154.26 | |
| DEBIT | 5/29/2026 | Online ACH Payment 11221494507 To REDBULLDISTRIBUTION (_######1993) | -462 | ACH_PAYMENT | 24072.76 | |
| DEBIT | 5/28/2026 | Online ACH Payment 11221252363 To SOUTHWESTLINEN (_######9945) | -751.93 | ACH_PAYMENT | 24534.76 | |
| DEBIT | 5/28/2026 | ORIG CO NAME:FRANCHISE TAX BO      ORIG ID:1282532045 DESC DATE:260528 CO ENTRY DESCR:PAYMEN | -1548.82 | ACH_DEBIT | 25286.69 | |
| DEBIT | 5/27/2026 | Online ACH Payment 11221010573 To ECONOMYLINENTOWEL (_######4576) | -143.44 | ACH_PAYMENT | 26835.51 | |
| DEBIT | 5/27/2026 | Online ACH Payment 11221003018 To FAYETTEGRAPHICS (_####3939) | -229.62 | ACH_PAYMENT | 26978.95 | |
| DEBIT | 5/27/2026 | Online ACH Payment 11221003101 To MCMASTERCARRSUPPLY (_######2021) | -309.84 | ACH_PAYMENT | 27208.57 | |
| DEBIT | 5/27/2026 | Online ACH Payment 11221010498 To BRIGHTPRINTINGLLC (_######5484) | -436.63 | ACH_PAYMENT | 27518.41 | |
| DEBIT | 5/27/2026 | Online ACH Payment 11221003189 To PLAYITAMUSEMENTINC (_######5204) | -1164.33 | ACH_PAYMENT | 27955.04 | |
| DEBIT | 5/27/2026 | Online ACH Payment 11221002430 To NOTLJVHOLDINGSLLC (_########1434) | -36000 | ACH_PAYMENT | 29119.37 | |
| DEBIT | 5/27/2026 | Online ACH Payment 11221002653 To BONITAMARIEINTERNATI (_#########5141) | -760.95 | ACH_PAYMENT | 65119.37 | |
| DEBIT | 5/27/2026 | Online ACH Payment 11220972759 To BandaiNamcoAmusementAmerica (_######4370) | -300 | ACH_PAYMENT | 65880.32 | |
| DEBIT | 5/26/2026 | ORIG CO NAME:SwiftTerm Premiu      ORIG ID:4270465600 DESC DATE:    CO ENTRY DESCR:SwiftTerm SEC | -124.95 | ACH_DEBIT | 66180.32 | |
| DEBIT | 5/26/2026 | ORIG CO NAME:KENTUCKY DORIS      ORIG ID:1522077581 DESC DATE:260524 CO ENTRY DESCR:KY TAX PI | -8188.65 | ACH_DEBIT | 66305.27 | |
| CREDIT | 5/26/2026 | Online Transfer from CHK ...6173 transaction#: 29351023604 | 1594.98 | ACCT_XFER | 74493.92 | |
| CREDIT | 5/26/2026 | Online Transfer from CHK ...6173 transaction#: 29359258634 | 9056 | ACCT_XFER | 72898.94 | |
| CREDIT | 5/26/2026 | Online Transfer from CHK ...6165 transaction#: 29359289558 | 50000 | ACCT_XFER | 63842.94 | |
| DEBIT | 5/22/2026 | Online Transfer to CHK ...6181 transaction#: 29317792308 05/22 | -5000 | ACCT_XFER | 13842.94 | |
| DEBIT | 5/21/2026 | Online ACH Payment 11220433674 To VelocityVegasLLC (_######0562) | -20000 | ACH_PAYMENT | 18842.94 | |
| DEBIT | 5/21/2026 | ORIG CO NAME:CINTI BELL TELE      ORIG ID:1310241390 DESC DATE:    CO ENTRY DESCR:ALTAFIBER SEC: | -656.11 | ACH_DEBIT | 38842.94 | |
| DEBIT | 5/21/2026 | ORIG CO NAME:NV ENERGY SOUTH      ORIG ID:1880045330 DESC DATE:    CO ENTRY DESCR:NPC PYMT S | -7277.7 | ACH_DEBIT | 39499.05 | |
| DEBIT | 5/21/2026 | Online Transfer to CHK ...6181 transaction#: 29300854468 05/21 | -3000 | ACCT_XFER | 46776.75 | |
| DEBIT | 5/20/2026 | ORIG CO NAME:Hyfin, LLC      ORIG ID:1113794422 DESC DATE:    CO ENTRY DESCR:9133707938SEC:C | -39.99 | ACH_DEBIT | 49776.75 | |
| DEBIT | 5/20/2026 | ORIG CO NAME:COZZINI BROS INC      ORIG ID:1510482291 DESC DATE:    CO ENTRY DESCR:PAYMENT SE | -43.8 | ACH_DEBIT | 49816.74 | |
| DEBIT | 5/20/2026 | ORIG CO NAME:NUCO2 LLC      ORIG ID:2800185343 DESC DATE:260519 CO ENTRY DESCR:WEB PAY SE | -417.16 | ACH_DEBIT | 49860.54 | |
| CREDIT | 5/20/2026 | Online Transfer from CHK ...6173 transaction#: 29289514203 | 838 | ACCT_XFER | 50277.7 | |
| DEBIT | 5/19/2026 | Online Transfer to CHK ...6157 transaction#: 29280854389 05/19 | -250 | ACCT_XFER | 49439.7 | |
| DEBIT | 5/19/2026 | Online ACH Payment 11220005137 To FAYETTEGRAPHICS (_####3939) | -670.84 | ACH_PAYMENT | 49689.7 | |
| DEBIT | 5/19/2026 | Online ACH Payment 11220005088 To ECONOMYLINENTOWEL (_######4576) | -62.65 | ACH_PAYMENT | 50360.54 | |
| DEBIT | 5/19/2026 | Online ACH Payment 11220009355 To SOUTHWESTLINEN (_######9945) | -370.63 | ACH_PAYMENT | 50423.19 | |
| DEBIT | 5/19/2026 | Online ACH Payment 11220005192 To MIDWESTDIPPINDOTS (_########2697) | -815.5 | ACH_PAYMENT | 50793.82 | |
| DEBIT | 5/19/2026 | Online ACH Payment 11220004912 To ECOLAB (_###1921) | -954.4 | ACH_PAYMENT | 51609.32 | |
| DEBIT | 5/19/2026 | Online ACH Payment 11220004516 To BONITAMARIEINTERNATI (_#########5141) | -2622.94 | ACH_PAYMENT | 52563.72 | |
| DEBIT | 5/19/2026 | Online ACH Payment 11220005291 To NOTLJVHOLDINGSLLC (_########1434) | -15322 | ACH_PAYMENT | 55186.66 | |
| CREDIT | 5/19/2026 | Online Transfer from CHK ...7682 transaction#: 29277186756 | 6946.42 | ACCT_XFER | 70508.66 | |
| CREDIT | 5/19/2026 | Online Transfer from CHK ...6173 transaction#: 29277196682 | 8608 | ACCT_XFER | 63562.24 | |
| DEBIT | 5/18/2026 | Online Transfer to CHK ...6181 transaction#: 29265799353 05/18 | -4000 | ACCT_XFER | 54954.24 | |
| CREDIT | 5/18/2026 | Online Transfer from CHK ...6173 transaction#: 29248245948 | 1412 | ACCT_XFER | 58954.24 | |
| DSLIP | 5/18/2026 | REMOTE ONLINE DEPOSIT #      1 | 4607.33 | CHECK_DEPOSIT | 57542.24 | 1 |
| DEBIT | 5/15/2026 | Online Transfer to CHK ...6181 transaction#: 29238994784 05/15 | -5000 | ACCT_XFER | 52934.91 | |
| DEBIT | 5/14/2026 | ORIG CO NAME:CINBELL ANY DIST      ORIG ID:0721122018 DESC DATE:    CO ENTRY DESCR:ALTAFIBER SE | -238.63 | ACH_DEBIT | 57934.91 | |
| CREDIT | 5/14/2026 | Online Transfer from CHK ...6173 transaction#: 29212096605 | 1071 | ACCT_XFER | 58173.54 | |
| DEBIT | 5/13/2026 | ORIG CO NAME:SOUTHWEST GAS      ORIG ID:4880085720 DESC DATE:260512 CO ENTRY DESCR:PAYMEN | -400.55 | ACH_DEBIT | 57102.54 | |
| DEBIT | 5/13/2026 | Online Transfer to CHK ...6181 transaction#: 29200154636 05/13 | -4000 | ACCT_XFER | 57503.09 | |
| DEBIT | 5/13/2026 | Online Transfer to CHK ...6199 transaction#: 29200153884 05/13 | -500 | ACCT_XFER | 61503.09 | |
| CREDIT | 5/13/2026 | Online Transfer from CHK ...6173 transaction#: 29200145559 | 715 | ACCT_XFER | 62003.09 | |
| CREDIT | 5/13/2026 | Online Transfer from CHK ...7658 transaction#: 29200144716 | 2016 | ACCT_XFER | 61288.09 | |
| DEBIT | 5/12/2026 | Online Transfer to CHK ...8673 transaction#: 29187979002 05/12 | -2708.6 | ACCT_XFER | 59272.09 | |
| DEBIT | 5/12/2026 | Online ACH Payment 11218987615 To ECONOMYLINENTOWEL (_######4576) | -159.4 | ACH_PAYMENT | 61980.69 | |
| DEBIT | 5/12/2026 | Online ACH Payment 11218987402 To ELIZABETHPOWERS (_#######9086) | -1282.17 | ACH_PAYMENT | 62140.09 | |
| DEBIT | 5/12/2026 | Online ACH Payment 11218987636 To GREXENKITCHENEXHAUST (_####0380) | -1497.78 | ACH_PAYMENT | 63422.26 | |
| DEBIT | 5/12/2026 | Online ACH Payment 11218985887 To NFSCapital (_######8764) | -3277.21 | ACH_PAYMENT | 64920.04 | |
| DEBIT | 5/12/2026 | Online ACH Payment 11218986191 To BONITAMARIEINTERNATI (_#########5141) | -628.21 | ACH_PAYMENT | 68197.25 | |
| DEBIT | 5/12/2026 | Online ACH Payment 11218987565 To BETSONIMPERIALPARTS (_######4633) | -772.86 | ACH_PAYMENT | 68825.46 | |
| CREDIT | 5/12/2026 | Online Transfer from CHK ...6173 transaction#: 29187978048 | 7956.66 | ACCT_XFER | 69598.32 | |
| CREDIT | 5/12/2026 | Online Transfer from CHK ...7658 transaction#: 29187988094 | 12219.66 | ACCT_XFER | 61641.66 | |
| DEBIT | 5/11/2026 | Online ACH Payment 11218840490 To VelocityNewport (_######1955) | -4607.33 | ACH_PAYMENT | 49422 | |
| DEBIT | 5/11/2026 | Online Transfer to CHK ...6181 transaction#: 29174768452 05/11 | -6000 | ACCT_XFER | 54029.33 | |
| DEBIT | 5/11/2026 | ORIG CO NAME:THE GUARDIAN      ORIG ID:9555837002 DESC DATE:260508 CO ENTRY DESCR:ACHPAYM | -1874.92 | ACH_DEBIT | 60029.33 | |
| CREDIT | 5/11/2026 | Online Transfer from CHK ...6173 transaction#: 29162822305 | 717 | ACCT_XFER | 61904.25 | |
| CREDIT | 5/11/2026 | Online Transfer from CHK ...7658 transaction#: 29162821986 | 4606.99 | ACCT_XFER | 61187.25 | |
| DEBIT | 5/8/2026 | Online Transfer to CHK ...6181 transaction#: 29141572002 05/08 | -7000 | ACCT_XFER | 56580.26 | |
| DEBIT | 5/8/2026 | Online Transfer to CHK ...6199 transaction#: 29141579927 05/08 | -300 | ACCT_XFER | 63580.26 | |
| DEBIT | 5/8/2026 | Online ACH Payment 11218675078 To BLUECROSSBLUESHIELDO (_###5032) | -15206.43 | ACH_PAYMENT | 63880.26 | |
| CREDIT | 5/8/2026 | Online Transfer from CHK ...6173 transaction#: 29141548215 | 436 | ACCT_XFER | 79086.69 | |
| CREDIT | 5/8/2026 | Online Transfer from CHK ...7658 transaction#: 29141560182 | 3641.51 | ACCT_XFER | 78650.69 | |
| DEBIT | 5/7/2026 | Online ACH Payment 11218506111 To BETSONIMPERIALPARTS (_######4633) | -81.98 | ACH_PAYMENT | 75009.18 | |
| DEBIT | 5/7/2026 | Online ACH Payment 11218512385 To ECONOMYLINENTOWEL (_######4576) | -159.4 | ACH_PAYMENT | 75091.16 | |
| DEBIT | 5/7/2026 | Online ACH Payment 11218512164 To BONITAMARIEINTERNATI (_#########5141) | -2100.81 | ACH_PAYMENT | 75250.56 | |
| DEBIT | 5/7/2026 | ORIG CO NAME:PIE INSURANCE      ORIG ID:1800948598 DESC DATE:    CO ENTRY DESCR:PIE INSURASEC | -1190 | ACH_DEBIT | 77351.37 | |
| DEBIT | 5/7/2026 | Same-Day ACH Payment 11218456532 to BethPowers (_#######9086) | -4607.33 | ACH_PAYMENT | 78541.37 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| DEBIT | 5/7/2026 | Online Transfer to CHK ...6199 transaction#: 29125571144 05/07 | -1200 | ACCT_XFER | 83148.7 | |
| DEBIT | 5/7/2026 | Online ACH Payment 11218448163 To BETSONIMPERIALPARTS (_######4633) | -253.73 | ACH_PAYMENT | 84348.7 | |
| DEBIT | 5/7/2026 | Online Transfer to CHK ...6181 transaction#: 29124634213 05/07 | -5000 | ACCT_XFER | 84602.43 | |
| DEBIT | 5/7/2026 | Online Transfer to CHK ...6199 transaction#: 29124633267 05/07 | -700 | ACCT_XFER | 89602.43 | |
| CREDIT | 5/7/2026 | Online Transfer from CHK ...6173 transaction#: 29124631055 | 2667 | ACCT_XFER | 90302.43 | |
| CREDIT | 5/7/2026 | Online Transfer from CHK ...7658 transaction#: 29124623449 | 3310.66 | ACCT_XFER | 87635.43 | |
| DEBIT | 5/6/2026 | ORIG CO NAME:QUARTERLY FEE       ORIG ID:1501000502 DESC DATE:260505 CO ENTRY DESCR:PAYMENT | -2453.4 | ACH_DEBIT | 84324.77 | |
| CREDIT | 5/6/2026 | Online Transfer from CHK ...7658 transaction#: 29112141133 | 1000 | ACCT_XFER | 86778.17 | |
| CREDIT | 5/6/2026 | Online Transfer from CHK ...7658 transaction#: 29112131584 | 13291.16 | ACCT_XFER | 85778.17 | |
| DEBIT | 5/5/2026 | SERVICE CHARGES FOR THE MONTH OF APRIL | -95 | FEE_TRANSACTION | 72487.01 | |
| DEBIT | 5/5/2026 | ORIG CO NAME:PATHFINDER SOFTW     ORIG ID:1911718107 DESC DATE:     CO ENTRY DESCR:CENTERED( | -1350 | ACH_DEBIT | 72582.01 | |
| DEBIT | 5/5/2026 | Online Transfer to CHK ...6181 transaction#: 29098842217 05/05 | -5000 | ACCT_XFER | 73932.01 | |
| DEBIT | 5/5/2026 | Online Transfer to CHK ...6199 transaction#: 29098824958 05/05 | -700 | ACCT_XFER | 78932.01 | |
| CREDIT | 5/5/2026 | Online Transfer from CHK ...6173 transaction#: 29098840445 | 3499 | ACCT_XFER | 79632.01 | |
| CREDIT | 5/5/2026 | Online Transfer from CHK ...7658 transaction#: 29098823025 | 34503.72 | ACCT_XFER | 76133.01 | |
| DEBIT | 5/4/2026 | Online Transfer to CHK ...6165 transaction#: 29089227307 05/04 | -20000 | ACCT_XFER | 41629.29 | |
| DEBIT | 5/4/2026 | ORIG CO NAME:BK OF AMER VI/MC     ORIG ID:9500000000 DESC DATE:260504 CO ENTRY DESCR:ONLINE F | -1000 | ACH_DEBIT | 61629.29 | |
| DEBIT | 5/4/2026 | INTUIT *QBooks Onlin CL.INTUIT.COM CA     05/04 | -316.25 | DEBIT_CARD | 62629.29 | |
| DEBIT | 5/4/2026 | Online Transfer to CHK ...6181 transaction#: 29083823701 05/04 | -1000 | ACCT_XFER | 62945.54 | |
| DEBIT | 5/4/2026 | Online Transfer to CHK ...8673 transaction#: 29083831123 05/04 | -100 | ACCT_XFER | 63945.54 | |
| DEBIT | 5/4/2026 | Online Transfer to CHK ...3580 transaction#: 29083805665 05/04 | -100 | ACCT_XFER | 64045.54 | |
| DEBIT | 5/4/2026 | Online Transfer to CHK ...6199 transaction#: 29083804810 05/04 | -1000 | ACCT_XFER | 64145.54 | |
| CREDIT | 5/4/2026 | Online Transfer from CHK ...6173 transaction#: 29083803955 | 62.06 | ACCT_XFER | 65145.54 | |
| CREDIT | 5/4/2026 | Online Transfer from CHK ...7658 transaction#: 29083758984 | 1021.06 | ACCT_XFER | 65083.48 | |
| CREDIT | 5/4/2026 | Online Transfer from CHK ...7658 transaction#: 29089280333 | 5419.75 | ACCT_XFER | 64062.42 | |
| CREDIT | 5/4/2026 | Online Transfer from CHK ...6173 transaction#: 29089263494 | 5517 | ACCT_XFER | 58642.67 | |
| DEBIT | 5/1/2026 | ORIG CO NAME:NFS CAPITA- 8764     ORIG ID:3043573947 DESC DATE:     CO ENTRY DESCR:CORP COLL SI | -2665.64 | ACH_DEBIT | 53125.67 | |
| CREDIT | 5/1/2026 | Online Transfer from CHK ...6173 transaction#: 29044349673 | 536 | ACCT_XFER | 55791.31 | |
| CREDIT | 5/1/2026 | Online Transfer from CHK ...7658 transaction#: 29044368525 | 5908.35 | ACCT_XFER | 55255.31 | |
| DSLIP | 5/1/2026 | REMOTE ONLINE DEPOSIT #      1 | 480 | CHECK_DEPOSIT | 49346.96 | 1 |

# Chase Bank Account # 6132 Activity

| Details | Posting Date | Description | Amount | Type | Balance | Check or Slip # |
|---|---|---|---|---|---|---|
| DEBIT | 5/5/2026 | SERVICE CHARGES FOR THE MONTH OF APRIL | -95 | FEE_TRANSACTION | 105 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

# Chase Bank Account # 6165 Activity

| Details | Posting Date | Description | Amount | Type | Balance | Check or Slip # |
|---|---|---|---|---|---|---|
| DEBIT | 5/29/2026 | Online Transfer to CHK ...6181 transaction#: 29402069132 05/29 | -8000 | ACCT_XFER | 64735.61 | |
| CREDIT | 5/29/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DESC DATE:052826 CO ENTI | 129 | ACH_CREDIT | 72735.61 | |
| CREDIT | 5/29/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DESC DATE:052826 CO ENTI | 2228.48 | ACH_CREDIT | 72606.61 | |
| CREDIT | 5/28/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DESC DATE:052726 CO ENTI | 1642.17 | ACH_CREDIT | 70378.13 | |
| CREDIT | 5/28/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DESC DATE:052726 CO ENTI | 2542.28 | ACH_CREDIT | 68735.96 | |
| DEBIT | 5/27/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DESC DATE:052626 CO ENTI | -15 | ACH_DEBIT | 66193.68 | |
| CREDIT | 5/27/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DESC DATE:052626 CO ENTI | 5307.99 | ACH_CREDIT | 66208.68 | |
| DEBIT | 5/26/2026 | Online Transfer to CHK ...6116 transaction#: 29359289558 05/26 | -50000 | ACCT_XFER | 60900.69 | |
| CREDIT | 5/26/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DESC DATE:052326 CO ENTI | 379.02 | ACH_CREDIT | 110900.69 | |
| CREDIT | 5/26/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DESC DATE:052226 CO ENTI | 683.7 | ACH_CREDIT | 110521.67 | |
| CREDIT | 5/26/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DESC DATE:052526 CO ENTI | 7430.37 | ACH_CREDIT | 109837.97 | |
| CREDIT | 5/26/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DESC DATE:052226 CO ENTI | 14363.55 | ACH_CREDIT | 102407.6 | |
| CREDIT | 5/26/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DESC DATE:052326 CO ENTI | 15302.74 | ACH_CREDIT | 88044.05 | |
| CREDIT | 5/26/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DESC DATE:052426 CO ENTI | 21849.2 | ACH_CREDIT | 72741.31 | |
| CREDIT | 5/22/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DESC DATE:052126 CO ENTI | 3958.63 | ACH_CREDIT | 50892.11 | |
| CREDIT | 5/21/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DESC DATE:052026 CO ENTI | 309.6 | ACH_CREDIT | 46933.48 | |
| CREDIT | 5/21/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DESC DATE:052026 CO ENTI | 3673.03 | ACH_CREDIT | 46623.88 | |
| CREDIT | 5/20/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DESC DATE:051926 CO ENTI | 238.5 | ACH_CREDIT | 42950.85 | |
| CREDIT | 5/20/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DESC DATE:051926 CO ENTI | 1889.62 | ACH_CREDIT | 42712.35 | |
| DEBIT | 5/19/2026 | FEDWIRE DEBIT VIA: AMEGY BANK/113011258 A/C: INSPERITY PAYROLL SERVICES LLC KI | -47188.68 | WIRE_OUTGOING | 40822.73 | |
| CREDIT | 5/19/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DESC DATE:051826 CO ENTI | 1778.98 | ACH_CREDIT | 88011.41 | |
| CREDIT | 5/18/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DESC DATE:051526 CO ENTI | 1093.28 | ACH_CREDIT | 86232.43 | |
| CREDIT | 5/18/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DESC DATE:051726 CO ENTI | 4726.73 | ACH_CREDIT | 85139.15 | |
| CREDIT | 5/18/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DESC DATE:051526 CO ENTI | 4862.35 | ACH_CREDIT | 80412.42 | |
| CREDIT | 5/18/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DESC DATE:051626 CO ENTI | 15196.91 | ACH_CREDIT | 75550.07 | |
| CREDIT | 5/15/2026 | ORIG CO NAME:Velocity Esports       ORIG ID:1300720508 DESC DATE:260515 CO ENTRY [ | 166.02 | ACH_CREDIT | 60353.16 | |
| CREDIT | 5/15/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DESC DATE:051426 CO ENTI | 2587.19 | ACH_CREDIT | 60187.14 | |
| CREDIT | 5/14/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DESC DATE:051326 CO ENTI | 1515.75 | ACH_CREDIT | 57599.95 | |
| CREDIT | 5/14/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DESC DATE:051326 CO ENTI | 5884.01 | ACH_CREDIT | 56084.2 | |
| DEBIT | 5/13/2026 | ORIG CO NAME:VESTWELL        ORIG ID:0000746290 DESC DATE:051126 CO ENTRY DI | -140.2 | MISC_DEBIT | 50200.19 | |
| CREDIT | 5/13/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DESC DATE:051226 CO ENTI | 4718.38 | ACH_CREDIT | 50340.39 | |
| DEBIT | 5/12/2026 | FEDWIRE DEBIT VIA: AMEGY BANK/113011258 A/C: INSPERITY PAYROLL SERVICES LLC KI | -200.69 | WIRE_OUTGOING | 45622.01 | |
| CREDIT | 5/12/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DESC DATE:051126 CO ENTI | 1730.18 | ACH_CREDIT | 45822.7 | |
| CREDIT | 5/12/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DESC DATE:051126 CO ENTI | 1951.39 | ACH_CREDIT | 44092.52 | |
| DEBIT | 5/11/2026 | FEDWIRE DEBIT VIA: AMEGY BANK/113011258 A/C: INSPERITY PAYROLL SERVICES LLC KI | -12818.2 | WIRE_OUTGOING | 42141.13 | |
| CREDIT | 5/11/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DESC DATE:050926 CO ENTI | 293.72 | ACH_CREDIT | 54959.33 | |
| CREDIT | 5/11/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DESC DATE:050826 CO ENTI | 564.38 | ACH_CREDIT | 54665.61 | |
| CREDIT | 5/11/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DESC DATE:050826 CO ENTI | 6882.24 | ACH_CREDIT | 54101.23 | |
| CREDIT | 5/11/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DESC DATE:051026 CO ENTI | 7178.51 | ACH_CREDIT | 47218.99 | |
| CREDIT | 5/11/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DESC DATE:050926 CO ENTI | 11952.81 | ACH_CREDIT | 40040.48 | |
| DEBIT | 5/8/2026 | ORIG CO NAME:VESTWELL        ORIG ID:0000746290 DESC DATE:050626 CO ENTRY DI | -589.59 | MISC_DEBIT | 28087.67 | |
| CREDIT | 5/8/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DESC DATE:050726 CO ENTI | 1207.35 | ACH_CREDIT | 28677.26 | |
| CREDIT | 5/8/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DESC DATE:050726 CO ENTI | 2297.86 | ACH_CREDIT | 27469.91 | |
| DEBIT | 5/7/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DESC DATE:043026 CO ENTI | -468.69 | ACH_DEBIT | 25172.05 | |
| DEBIT | 5/7/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DESC DATE:043026 CO ENTI | -4602.64 | ACH_DEBIT | 25640.74 | |
| CREDIT | 5/7/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DESC DATE:050626 CO ENTI | 2574.42 | ACH_CREDIT | 30243.38 | |
| CREDIT | 5/7/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DESC DATE:050626 CO ENTI | 11583.18 | ACH_CREDIT | 27668.96 | |
| CREDIT | 5/6/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DESC DATE:050526 CO ENTI | 375.12 | ACH_CREDIT | 16085.78 | |
| CREDIT | 5/6/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DESC DATE:050526 CO ENTI | 7255.55 | ACH_CREDIT | 15710.66 | |
| DEBIT | 5/5/2026 | SERVICE CHARGES FOR THE MONTH OF APRIL | -165 | FEE_TRANSACTION | 8455.11 | |
| DEBIT | 5/5/2026 | FEDWIRE DEBIT VIA: AMEGY BANK/113011258 A/C: INSPERITY PAYROLL SERVICES LLC KI | -46826.44 | WIRE_OUTGOING | 8620.11 | |
| DEBIT | 5/5/2026 | FEDWIRE DEBIT VIA: AMEGY BANK/113011258 A/C: INSPERITY PAYROLL SERVICES LLC KI | -62633.25 | WIRE_OUTGOING | 55446.55 | |
| CREDIT | 5/5/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DESC DATE:050426 CO ENTI | 555.99 | ACH_CREDIT | 118079.8 | |
| CREDIT | 5/5/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DESC DATE:050426 CO ENTI | 2220.87 | ACH_CREDIT | 117523.81 | |
| CREDIT | 5/4/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DESC DATE:050126 CO ENTI | 159 | ACH_CREDIT | 115302.94 | |
| CREDIT | 5/4/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DESC DATE:050326 CO ENTI | 5697.62 | ACH_CREDIT | 115143.94 | |
| CREDIT | 5/4/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DESC DATE:050126 CO ENTI | 7893.79 | ACH_CREDIT | 109446.32 | |
| CREDIT | 5/4/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DESC DATE:050226 CO ENTI | 16029.87 | ACH_CREDIT | 101552.53 | |
| CREDIT | 5/4/2026 | Online Transfer from CHK ...6116 transaction#: 29089227307 | 20000 | ACCT_XFER | 85522.66 | |
| CREDIT | 5/1/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DESC DATE:043026 CO ENTI | 309.6 | ACH_CREDIT | 65522.66 | |
| CREDIT | 5/1/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DESC DATE:043026 CO ENTI | 3387.1 | ACH_CREDIT | 65213.06 | |

# Chase Bank Account # 6181 Activity

| Details | Posting Date | Description | Amount | Type | Balance | Check or Slip # |
|---|---|---|---|---|---|---|
| DEBIT | 5/29/2026 | ORIG CO NAME:Creation Gardens    ORIG ID:1610212680 DESC DATE:260528 CO ENTRY DE! | -169.5 | ACH_DEBIT | 1903.28 | |
| DEBIT | 5/29/2026 | ORIG CO NAME:BHD, LLC        ORIG ID:45-2676151 DESC DATE:052826 CO ENTRY DESCR:I | -769 | ACH_DEBIT | 2072.78 | |
| DEBIT | 5/29/2026 | ORIG CO NAME:Sysco Corporatio    ORIG ID:9004514834 DESC DATE:    CO ENTRY DESCR:F | -3755.26 | ACH_DEBIT | 2841.78 | |
| DEBIT | 5/29/2026 | ORIG CO NAME:Sysco Corporatio    ORIG ID:9004514834 DESC DATE:    CO ENTRY DESCR:F | -4143.87 | ACH_DEBIT | 6597.04 | |
| CREDIT | 5/29/2026 | Online Transfer from CHK ...6165 transaction#: 29402069132 | 8000 | ACCT_XFER | 10740.91 | |
| DEBIT | 5/28/2026 | ORIG CO NAME:Republic Beverag    ORIG ID:61-1331774 DESC DATE:052726 CO ENTRY DES | -792.97 | ACH_DEBIT | 2740.91 | |
| DEBIT | 5/28/2026 | ORIG CO NAME:Sysco Corporatio    ORIG ID:9004514834 DESC DATE:    CO ENTRY DESCR:F | -1210.03 | ACH_DEBIT | 3533.88 | |
| CREDIT | 5/28/2026 | Online Transfer from CHK ...6173 transaction#: 29383997118 | 3000 | ACCT_XFER | 4743.91 | |
| DEBIT | 5/27/2026 | ORIG CO NAME:Atlantis Bevco L    ORIG ID:82-1405781 DESC DATE:052626 CO ENTRY DESC | -220 | ACH_DEBIT | 1743.91 | |
| DEBIT | 5/26/2026 | ORIG CO NAME:Sysco Corporatio    ORIG ID:9004514834 DESC DATE:    CO ENTRY DESCR:F | -128.98 | ACH_DEBIT | 1963.91 | |
| DEBIT | 5/22/2026 | ORIG CO NAME:Creation Gardens    ORIG ID:1610212680 DESC DATE:260521 CO ENTRY DE! | -65.3 | ACH_DEBIT | 2092.89 | |
| DEBIT | 5/22/2026 | ORIG CO NAME:KEG1 River City,    ORIG ID:92-1328183 DESC DATE:052126 CO ENTRY DESC | -1073.76 | ACH_DEBIT | 2158.19 | |
| DEBIT | 5/22/2026 | ORIG CO NAME:Sysco Corporatio    ORIG ID:9004514834 DESC DATE:    CO ENTRY DESCR:F | -2008.84 | ACH_DEBIT | 3231.95 | |
| DEBIT | 5/22/2026 | ORIG CO NAME:Sysco Corporatio    ORIG ID:9004514834 DESC DATE:    CO ENTRY DESCR:F | -4945.14 | ACH_DEBIT | 5240.79 | |
| CREDIT | 5/22/2026 | Online Transfer from CHK ...6116 transaction#: 29317792308 | 5000 | ACCT_XFER | 10185.93 | |
| DEBIT | 5/21/2026 | ORIG CO NAME:Southern Glazer'    ORIG ID:59-1285786 DESC DATE:052026 CO ENTRY DES( | -1318.18 | ACH_DEBIT | 5185.93 | |
| CREDIT | 5/21/2026 | Online Transfer from CHK ...6116 transaction#: 29300854468 | 3000 | ACCT_XFER | 6504.11 | |
| CREDIT | 5/20/2026 | ORIG CO NAME:Southern Glazer'    ORIG ID:59-1285786 DESC DATE:051926 CO ENTRY DES( | 60 | ACH_CREDIT | 3504.11 | |
| DEBIT | 5/19/2026 | ORIG CO NAME:US FOODSERVICE     ORIG ID:4880371951 DESC DATE:    CO ENTRY DESCF | -1169.51 | ACH_DEBIT | 3444.11 | |
| DEBIT | 5/19/2026 | ORIG CO NAME:Nevada Beverage     ORIG ID:88-0056434 DESC DATE:051826 CO ENTRY DES | -393 | ACH_DEBIT | 4613.62 | |
| DEBIT | 5/18/2026 | ORIG CO NAME:Sysco Corporatio    ORIG ID:9004514834 DESC DATE:    CO ENTRY DESCR:F | -67.29 | ACH_DEBIT | 5006.62 | |
| DEBIT | 5/18/2026 | ORIG CO NAME:Chas Seligman Di    ORIG ID:61-0674124 DESC DATE:051526 CO ENTRY DES | -194.05 | ACH_DEBIT | 5073.91 | |
| DEBIT | 5/18/2026 | ORIG CO NAME:Southern Glazer'    ORIG ID:59-1285786 DESC DATE:051526 CO ENTRY DES( | -1032.27 | ACH_DEBIT | 5267.96 | |
| CREDIT | 5/18/2026 | Online Transfer from CHK ...6116 transaction#: 29265799353 | 4000 | ACCT_XFER | 6300.23 | |
| DEBIT | 5/15/2026 | ORIG CO NAME:US FOODSERVICE     ORIG ID:4880371951 DESC DATE:    CO ENTRY DESCF | -173.5 | ACH_DEBIT | 2300.23 | |
| DEBIT | 5/15/2026 | ORIG CO NAME:Creation Gardens    ORIG ID:1610212680 DESC DATE:260514 CO ENTRY DE! | -188.4 | ACH_DEBIT | 2473.73 | |
| DEBIT | 5/15/2026 | ORIG CO NAME:Sysco Corporatio    ORIG ID:9004514834 DESC DATE:    CO ENTRY DESCR:F | -2921.31 | ACH_DEBIT | 2662.13 | |
| DEBIT | 5/15/2026 | ORIG CO NAME:Sysco Corporatio    ORIG ID:9004514834 DESC DATE:    CO ENTRY DESCR:F | -3759.9 | ACH_DEBIT | 5583.44 | |
| CREDIT | 5/15/2026 | Online Transfer from CHK ...6116 transaction#: 29238994784 | 5000 | ACCT_XFER | 9343.34 | |
| DEBIT | 5/13/2026 | ORIG CO NAME:Kentucky Eagle,    ORIG ID:61-0421368 DESC DATE:051226 CO ENTRY DESC | -1920.95 | ACH_DEBIT | 4343.34 | |
| CREDIT | 5/13/2026 | Online Transfer from CHK ...6116 transaction#: 29200154636 | 4000 | ACCT_XFER | 6264.29 | |
| DEBIT | 5/12/2026 | ORIG CO NAME:Johnson Brothers    ORIG ID:5410810551 DESC DATE:260511 CO ENTRY DE! | -307.7 | ACH_DEBIT | 2264.29 | |
| DEBIT | 5/11/2026 | ORIG CO NAME:US FOODSERVICE     ORIG ID:4880371951 DESC DATE:    CO ENTRY DESCF | -1803.93 | ACH_DEBIT | 2571.99 | |
| DEBIT | 5/11/2026 | ORIG CO NAME:fintech.net        ORIG ID:65-0152732 DESC DATE:050826 CO ENTRY DESCR:I | -53.82 | ACH_DEBIT | 4375.92 | |
| DEBIT | 5/11/2026 | ORIG CO NAME:Breakthru Bevera    ORIG ID:61-1773485 DESC DATE:050826 CO ENTRY DES | -948.95 | ACH_DEBIT | 4429.74 | |
| DEBIT | 5/11/2026 | ORIG CO NAME:Breakthru Bevera    ORIG ID:37-1795308 DESC DATE:050826 CO ENTRY DES | -1169.93 | ACH_DEBIT | 5378.69 | |
| DEBIT | 5/11/2026 | ORIG CO NAME:Chas Seligman Di    ORIG ID:61-0674124 DESC DATE:050826 CO ENTRY DES | -2187.5 | ACH_DEBIT | 6548.62 | |
| CREDIT | 5/11/2026 | ORIG CO NAME:Southern Glazer'    ORIG ID:59-1285786 DESC DATE:050826 CO ENTRY DES( | 30 | ACH_CREDIT | 8736.12 | |
| CREDIT | 5/11/2026 | Online Transfer from CHK ...6116 transaction#: 29174768452 | 6000 | ACCT_XFER | 8706.12 | |
| DEBIT | 5/8/2026 | ORIG CO NAME:Chas Seligman Di    ORIG ID:61-0674124 DESC DATE:050726 CO ENTRY DES | -60 | ACH_DEBIT | 2706.12 | |
| DEBIT | 5/8/2026 | ORIG CO NAME:Creation Gardens    ORIG ID:1610212680 DESC DATE:260507 CO ENTRY DE! | -242.5 | ACH_DEBIT | 2766.12 | |
| DEBIT | 5/8/2026 | ORIG CO NAME:BHD, LLC        ORIG ID:45-2676151 DESC DATE:050726 CO ENTRY DESCR:I | -334 | ACH_DEBIT | 3008.62 | |
| DEBIT | 5/8/2026 | ORIG CO NAME:Sysco Corporatio    ORIG ID:9004514834 DESC DATE:    CO ENTRY DESCR:F | -3487.57 | ACH_DEBIT | 3342.62 | |
| DEBIT | 5/8/2026 | ORIG CO NAME:Sysco Corporatio    ORIG ID:9004514834 DESC DATE:    CO ENTRY DESCR:F | -3538.49 | ACH_DEBIT | 6830.19 | |
| CREDIT | 5/8/2026 | Online Transfer from CHK ...6116 transaction#: 29141572002 | 7000 | ACCT_XFER | 10368.68 | |
| DEBIT | 5/7/2026 | ORIG CO NAME:Southern Glazer'    ORIG ID:59-1285786 DESC DATE:050626 CO ENTRY DES( | -1204.8 | ACH_DEBIT | 3368.68 | |
| DEBIT | 5/7/2026 | ORIG CO NAME:Republic Beverag    ORIG ID:61-1331774 DESC DATE:050626 CO ENTRY DES | -1464.5 | ACH_DEBIT | 4573.48 | |
| DEBIT | 5/7/2026 | ORIG CO NAME:Stagnaro Distrib    ORIG ID:27-1822334 DESC DATE:050626 CO ENTRY DESC | -1554.2 | ACH_DEBIT | 6037.98 | |
| CREDIT | 5/7/2026 | Online Transfer from CHK ...6116 transaction#: 29124634213 | 5000 | ACCT_XFER | 7592.18 | |
| DEBIT | 5/6/2026 | ORIG CO NAME:Nevada Beverage     ORIG ID:88-0056434 DESC DATE:050526 CO ENTRY DES | -422.25 | ACH_DEBIT | 2592.18 | |
| CREDIT | 5/6/2026 | ORIG CO NAME:Southern Glazer'    ORIG ID:59-1285786 DESC DATE:050526 CO ENTRY DES( | 60 | ACH_CREDIT | 3014.43 | |
| DEBIT | 5/5/2026 | SERVICE CHARGES FOR THE MONTH OF APRIL | -95 | FEE_TRANSACTION | 2954.43 | |
| DEBIT | 5/5/2026 | ORIG CO NAME:US FOODSERVICE     ORIG ID:4880371951 DESC DATE:    CO ENTRY DESCF | -1037.96 | ACH_DEBIT | 3049.43 | |
| DEBIT | 5/5/2026 | ORIG CO NAME:Sysco Corporatio    ORIG ID:9004514834 DESC DATE:    CO ENTRY DESCR:F | -1426.58 | ACH_DEBIT | 4087.39 | |
| CREDIT | 5/5/2026 | Online Transfer from CHK ...6116 transaction#: 29098842217 | 5000 | ACCT_XFER | 5513.97 | |
| DEBIT | 5/4/2026 | ORIG CO NAME:Southern Glazer'    ORIG ID:59-1285786 DESC DATE:050126 CO ENTRY DES( | -1436.37 | ACH_DEBIT | 513.97 | |
| CREDIT | 5/4/2026 | Online Transfer from CHK ...6116 transaction#: 29083823701 | 1000 | ACCT_XFER | 1950.34 | |
| DEBIT | 5/1/2026 | ORIG CO NAME:Creation Gardens    ORIG ID:1610212680 DESC DATE:260430 CO ENTRY DE! | -51.8 | ACH_DEBIT | 950.34 | |
| DEBIT | 5/1/2026 | ORIG CO NAME:Sysco Corporatio    ORIG ID:9004514834 DESC DATE:    CO ENTRY DESCR:F | -2527.3 | ACH_DEBIT | 1002.14 | |
| DEBIT | 5/1/2026 | ORIG CO NAME:Sysco Corporatio    ORIG ID:9004514834 DESC DATE:    CO ENTRY DESCR:F | -2648.19 | ACH_DEBIT | 3529.44 | |