# EXHIBIT 2

| Part 2: Asset and Liability Status Current Month | |
|---|---:|
| (Not generally applicable to Individual Debtors. See Instructions.) | |
| | |
| a. Accounts receivable (total net of allowance) | - |
| b. Accounts receivable over 90 days outstanding (net of allowance) | - |
| c. Inventory (Book Market Other (attach explanation)) | - |
| d Total current assets | 2,304,575.23 |
| e. Total assets | 2,396,898.48 |
| f. Postpetition payables (excluding taxes) | 4,156,516.92 |
| g. Postpetition payables past due (excluding taxes) | 273,221.80 |
| h. Postpetition taxes payable | - |
| i. Postpetition taxes past due | - |
| j. Total postpetition debt (f+h) | 4,156,516.92 |
| k. Prepetition secured debt | 11,116,290.43 |
| l. Prepetition priority debt | 103,954.61 |
| m. Prepetition unsecured debt | 320,203.63 |
| n. Total liabilities (debt) (j+k+l+m) | 15,696,965.59 |
| o. Ending equity/net worth (e-n) | (13,300,067.11) |

| | 100 - Corporate | | |
|---|---|---|---|
| **Velocity Esports, Inc.** | | | |
| **Balance Sheet** | | | |
| **As of May 31, 2026** | | | |
| **ASSETS** | | | |
| **Current Assets** | | | |
| **Bank Accounts** | | | |
| 10050 Chase - Corp - Payroll - 8673 | 60,808.57 | | |
| 10060 Chase - Corp - Payroll - DIP - 6165 | (1,814,528.96) | | |
| 10100 Chase - Corp - Concentration - 1634 | 1,600,895.86 | | |
| 10110 Chase - Corp - Concentration - DIP - 6116 | 1,783,958.16 | | |
| 10150 Chase - Corp - Disbursement - 8715 | 50.00 | | |
| 10160 Chase - Corp - Disbursement - DIP - 6132 | 105.00 | | |
| 10200 Chase - Venue - Disbursement - 8681 | 543,543.60 | | |
| 10210 Chase - Venue - Disbursement - DIP - 6181 | (470.00) | | |
| 10250 Chase - Venue - Customer  Deposits - 3378 | 39,150.00 | | |
| 10260 Chase - Venue - Customer Deposits - DIP - 6207 | (1,145.00) | | |
| 10300 Chase - Venue - Newp - 8707 | - | | |
| 10310 Chase - Venue - Newp - DIP - 6173 | | | |
| 10350 Chase - Venue - Scha - 5281 | | | |
| 10400 Chase - Venue - LasV - 3580 | (285.00) | | |
| 10410 Chase - Venue - LasV - DIP - 7658 | | | |
| 10450 Chase - Corp - Marketing - 1879 | 550.00 | | |
| 10460 Chase - Corp - Marketing - DIP - 6199 | 809.29 | | |
| 10500 Chase - Newp - Petty Cash - 1382 | | | |
| 10510 Chase - Newp - Petty Cash - DIP - 6157 | (470.53) | | |
| 10550 Chase - Scha - Petty Cash - 3610 | | | |
| 10600 Chase - LasV - Petty Cash - 5330 | | | |
| 10610 Chase - LasV - Petty Cash - DIP - 7682 | (200.00) | | |
| 10650 Venue - Site Safe, Drawer Cash | | | |
| 10700 Credit Card Receivables | | | |
| 10800 Bank of America - Secured Card | 6,979.46 | | |
| 10900 Venue - Cash Clearing | | | |
| **Total Bank Accounts** | **2,219,750.45** | | |
| **Accounts Receivable** | | | |
| 11100 Accounts Receivable - Events | | | |
| **Total Accounts Receivable** | **-** | | |
| **Other Current Assets** | | | |
| 12200 Inventory - Food & Soft Beverage | | | |
| 12400 Inventory - Liquor | | | |
| 12600 Inventory - Redemption | | | |
| 13100 Prepaids - Commercial Insurance | 84,824.78 | | |
| 13400 Prepaids - Game Cards | | | |

| | | | |
|---|---:|---|---|
| 13500 Prepaids - Other | - | | |
| 13650 Prepaid - Retainer | - | | |
| 13700 COBRA Receivable | - | | |
| **Total Other Current Assets** | **84,824.78** | | |
| **Total Current Assets** | **2,304,575.23** | | |
| **Fixed Assets** | | | |
| 15050 Construction in Progress | - | | |
| 15100 FA - Leasehold Improvements | | | |
| 15150 FA - Signage & Decor | | | |
| 15200 FA - Kitchen, Bar Equipment | | | |
| 15250 FA - Furniture & Fixtures | | | |
| 15300 FA - Smallwares | | | |
| 15350 FA - Audio & Visual Equipment | | | |
| 15400 FA - POS, ERP Systems | 126,784.11 | | |
| 15450 FA - Computer Equipment - Gaming | | | |
| 15500 FA - Computer Equipment - Office | 4,477.78 | | |
| 15550 FA - Arcade Games | | | |
| 15600 FA - Table Games | | | |
| 15650 FA - Bowling Equipment | | | |
| 15700 FA - Operations Equipment | | | |
| 16100 AD - Leasehold Improvements | | | |
| 16150 AD - Signage & Decor | | | |
| 16200 AD - Kitchen, Bar Equipment | | | |
| 16250 AD - Furniture & Fixtures | | | |
| 16300 AD - Smallwares | | | |
| 16350 AD - Audio & Visual Equipment | | | |
| 16400 AD - POS, ERP Systems | (92,049.52) | | |
| 16450 AD - Computer Equipment - Gaming | | | |
| 16500 AD - Computer Equipment - Office | (3,910.12) | | |
| 16550 AD - Arcade Games | | | |
| 16600 AD - Table Games | | | |
| 16650 AD - Bowling Equipment | | | |
| 16700 AD - Operations Equipment | | | |
| **Total Fixed Assets** | **35,302.25** | | |
| **Other Assets** | | | |
| 17100 ROU Assets - Venue Leases | - | | |
| 17200 ROU Assets - Equip - Newp - Mitsu 1 | | | |
| 17250 ROU Assets - Equip - LasV - Pawne | | | |
| 17300 ROU Assets - Equip - LasV - Fortu | | | |
| 17350 ROU Assets - Equip - Newp - Leaf | | | |
| 17400 ROU Assets - Equip - Scha - NFS 1 | | | |
| 17450 ROU Assets - Equip - LasV - Bets3 | | | |
| 17500 ROU Assets - Equip - Scha - NFS 2 | | | |
| 17550 ROU Assets - Equip - Scha - North | | | |

| | | Prepetition | Postpetition |
|---|---:|---:|---:|
| **17600 ROU Assets - Equip - Scha - Bets2** | | | |
| **17650 ROU Assets - Equip - Newp - Advan** | | | |
| **17700 ROU Assets - Equip - NFS 3** | | | |
| **17750 ROU Assets - Equip - NFS 4** | | | |
| **19100 Liquor Licenses** | - | | |
| **19200 Security Deposits** | - | | |
| **19300 Deferred Federal Income Tax Asset** | 290,224.00 | | |
| **19400 Deferred Federal Tax Valuation Allowance** | (276,469.00) | | |
| **19500 Deferred State Income Tax Asset** | 69,101.00 | | |
| **19600 Deferred State Tax Valuation Allowance** | (65,835.00) | | |
| **19700 Deferred Offering Costs** | 40,000.00 | | |
| **Total Other Assets** | **57,021.00** | | |
| **TOTAL ASSETS** | **2,396,898.48** | | |
| **LIABILITIES AND EQUITY** | | | |
| **Liabilities** | | | |
| **Current Liabilities** | | | |
| **Accounts Payable** | | **Prepetition** | **Postpetition** |
| **20000 Accounts Payable** | 284,344.87 | 211,947.10 | 72,397.77 |
| **20400 Other Accounts Payable** | - | 9,800.00 | (9,800.00) |
| **Total Accounts Payable** | **284,344.87** | | |
| **Credit Cards** | | | |
| **21100 Chase - CC - 1089** | - | 28,024.91 | (28,024.91) |
| **21200 Chase - CC - 2294** | - | (169,564.01) | 169,564.01 |
| **21300 Chase - CC - 2302** | - | 170,519.70 | (170,519.70) |
| **21400 Chase - CC - 5161** | - | (60,690.45) | 60,690.45 |
| **21500 Chase - CC - 5179** | - | 60,007.63 | (60,007.63) |
| **21600 Chase - CC - 8914** | - | (4,723.13) | 4,723.13 |
| **21800 Chase - CC - 6070** | - | (27,618.12) | 27,618.12 |
| **Total Credit Cards** | **-** | | |
| **Other Current Liabilities** | | | |
| **22200 Def Rev - Events** | | | |
| **22400 Def Rev - Gift Cards** | | | |
| **22600 Def Rev - Game Cards** | | | |
| **22800 Def Rev - Groupon** | | | |
| **23000 Accrued Expenses** | | | |
| **23340 Accr Exp – Retirement Savings Accounts** | | | |
| **Total 23000 Accrued Expenses** | **-** | | |
| **23100 Accr Exp - Payroll - Tips** | | | |
| **23200 Accr Exp - Payroll - Bonus** | | | |
| **23300 Accr Exp - Payroll - Vacation** | 68,600.74 | 68,600.74 | - |
| **23350 Accr Exp - Benefits - Medical Insur** | 8,788.70 | 9,486.08 | (697.38) |
| **23400 Accr Exp - Benefits - Vision & Dental Insur** | - | (3,117.26) | 3,117.26 |
| **23450 Accr Exp - Rent & Utilities** | | | - |
| **23500 Accr Exp - Accounting & Tax Prep Fees** | 102,500.00 | 22,500.00 | 80,000.00 |

| | | | |
|---|---:|---:|---:|
| 23700 Accr Exp - Interest | 1,801,653.98 | 1,033,837.21 | 767,816.77 |
| 23900 Accr Exp - Other | 4,184.45 | - | 4,184.45 |
| 24100 Lease Liability - Venues - ST | - | | |
| 24250 Lease Liability - Equip - Leaf ST | | | |
| 24300 Lease Liability - Equip - Mitsu ST | | | |
| 24350 Lease Liability - Equip - NFS 1 ST | | | |
| 24360 Lease Liability - Equip - NFS 3 ST | | | |
| 24370 Lease Liability - Equip - NFS 4 ST | | | |
| 24400 Lease Liability - Equip - Advantage + ST | | | |
| 24450 Lease Liability - Equip - NFS 2 ST | | - | - |
| 24460 Lease Liability - Venues - North star ST | | - | - |
| 24470 Lease Liability - Venues - Betson ST | | - | - |
| 24480 Lease Liability - Venues - LV Betson ST | | | |
| 24490 Lease Liability - Venues - Pawnee ST | | | |
| 24600 Notes Payable - ST | 3,285.55 | - | 3,285.55 |
| 25050 Clearing - Payroll Cash | 50,145.81 | - | 50,145.81 |
| 25070 Clearing - Payroll Live Checks | 43,686.52 | - | 43,686.52 |
| 25100 Clearing - Payroll Tax | - | | - |
| 25150 Garnishments Payable | | | - |
| 25550 Intercompany Payable | 2,942,604.17 | - | 2,942,604.17 |
| 25300 Sales Tax Payable | | | - |
| 25350 Business Personal Property Tax Payable | 11,789.05 | 11,789.05 | - |
| 25400 State Income Taxes Payable | 175.00 | 175.00 | - |
| 25600 Settlement liability | 136,884.43 | - | 136,884.43 |
| 25900 Current Liabilities - Other | 80,000.00 | 80,000.00 | - |
| **Total Other Current Liabilities** | **5,254,298.40** | | |
| **Total Current Liabilities** | **5,538,643.27** | | |
| **Long-Term Liabilities** | | | |
| 26050 Lease Liability - Venues - Newp - LT | | | |
| 26150 Lease Liability - Venues - Sch - LT | | | |
| 27050 Lease Liability - Equip - LasV - Pawne - LT | | | |
| 27100 Lease Liability - Equip - Newp -  Leaf - LT | | | |
| 27150 Lease Liability - Equip - Scha - NFS 1 - LT | | | |
| 27200 Lease Liability - Equip - LasV - Bets3- LT | | | |
| 27250 Lease Liability - Equip - Scha - NFS 2 - LT | | | |
| 27260 Lease Liability - Equip - NFS 3 - LT | | | |
| 27270 Lease Liability - Equip - NFS 4 - LT | | | |
| 27300 Lease Liability - Equip - Scha - North - LT | | | |
| 27350 Lease Liability - Equip - Newp - Advan - LT | | | |
| 27400 Lease Liability - Equip - Newp - Mitsubishi | | | |
| 27450 Lease Liability - Equip - LasV - Fortune 5 | - | | |
| 27500 Lease Liability - Equip - LasV - Bets2- LT | | | |
| 28100 Notes Payable - RW Trust - LT | 250,000.00 | 250,000.00 | - |
| 28150 Notes Payable - LRW RT - LT | 3,805,000.00 | 3,805,000.00 | - |

| | | | |
|---|---:|---:|---:|
| **28200 Notes Payable - PK Trust - LT** | 1,074,000.00 | 1,074,000.00 | - |
| **28300 Notes Payable - Kaplan Trust - LT** | 1,213,999.17 | 1,213,999.17 | - |
| **28350 Notes Payable - WIGF - LT** | 410,000.00 | 410,000.00 | - |
| **28400 Notes Payable - Newtek SBA - LT** | 2,394,478.00 | 2,394,478.00 | - |
| **28450 Long-Term Debt Discount (net)** | (6,764.64) | (47,807.03) | 41,042.39 |
| **28500 Long-Term Debt Discount (WIGF)** | (12,980.75) | (19,230.76) | 6,250.01 |
| **28550 Long-Term Debt Discount (SBA)** | (85,334.38) | (96,890.08) | 11,555.70 |
| **28850 Warrant Liabilities - LT - only** | 38,903.92 | 38,903.92 | - |
| **28950 SAFE Units - LT - only** | 1,060,000.00 | 1,060,000.00 | - |
| **29100 Deferred Rent** | - | - | - |
| **29700 Deferred State Income Tax Payable** | 3,266.00 | 3,266.00 | - |
| **29800 Deferred Federal Income Tax Payable** | 13,755.00 | 13,755.00 | - |
| **Total Long-Term Liabilities** | **10,158,322.32** | | |
| **Total Liabilities** | **15,696,965.59** | | |
| **Equity** | | | |
| **31200 Common Stock - Class A** | 3,000.00 | | |
| **31400 Common Stock - Class B** | 1,500.00 | | |
| **32200 Treasury Stock - Class A** | (66.67) | | |
| **32400 Treasury Stock - Class B** | (33.33) | | |
| **33200 APIC** | 45,000.00 | | |
| **Opening balance equity** | | | |
| **Retained Earnings** | (11,947,159.19) | | |
| **Net Income** | (1,402,307.92) | | |
| **Total Equity** | **(13,300,067.11)** | | |
| **TOTAL LIABILITIES AND EQUITY** | **2,396,898.48** | | |