# EXHIBIT 3

| Part 4: Income Statement (Statement of Operations) | | |
|---|---|---|
| (Not generally applicable to Individual Debtors. See Instructions.) | | |
| | Current Month | Cumulative |
| a. Gross income/sales (net of returns and allowances) | - | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | - | |
| c. Gross profit (a-b) | - | |
| d. Selling expenses | 4,210.67 | |
| e. General and administrative expenses | 158,947.22 | |
| f. Other expenses | 907,681.00 | |
| g. Depreciation and/or amortization (not included in 4b) | 4,221.73 | |
| h. Interest | 58,171.33 | |
| i. Taxes (local, state, and federal) | (2,512.40) | |
| j. Reorganization items | - | |
| k. Profit (loss) | (680,128.91) | (3,654,665.85) |

| Velocity Esports, Inc. Profit and Loss May 2026 | |
|---|---|
| | **100 - Corporate** |
| Income | |
| 40900 Discounts - Food | |
| 41900 Discounts - Event | |
| 44300 Revenue - Bowling | |
| **Total for Income** | **$0.00** |
| Cost of Goods Sold | |
| 50100 COGS - Food | |
| 50200 COGS - Soft Beverage | |
| 52100 COGS - Liquor | |
| 52200 COGS - Beer | |
| 52300 COGS - Wine | |
| 52400 COGS - Bar Mix & Garnishes | |
| 54100 COGS - Game Cards | |
| 54200 COGS - Redemption | |
| 54500 COGS - Espo Prizes & Awards | |
| **Total for Cost of Goods Sold** | **$0.00** |
| **Gross Profit** | **$0.00** |
| Expenses | |
| 60050 Wages - Regular | -16,779.55 |
| 60150 Wages - Housekeeping | |
| 60200 Wages - Technical | |
| 60400 Commissions | |
| 60450 Bonus | |
| 60500 Payroll Taxes - FICA, SDI, Local | -2,512.40 |
| 60550 Payroll Taxes - FUTA, SUTA | |
| 60650 Benefits - Vacation | -17,232.37 |
| 60700 Benefits - PTO, Sick Time | |
| 60750 Insurance - Medical | 13,782.91 |
| 60800 Insurance - Life & Disability | 124.95 |
| 60850 Insurance - Dental | 1,562.57 |
| 60900 Insurance - Vision | 167.80 |
| 62100 Base Rent | |
| 62500 Utilities - Gas | |
| 62600 Utilities - Electricity | |
| 62700 Utilities - Water | |
| 62800 Utilities - Trash, Waste | |
| 64050 Venue R&M - Arcade | |

| | |
|---|---:|
| 64250 Venue R&M - Computer Software, POS | |
| 64350 Venue R&M - Electrical, Lights | |
| 64400 Venue R&M - Audio Visual | |
| 64450 Venue R&M - Facilities, Furniture | |
| 64500 Venue R&M - HVAC | |
| 64550 Venue R&M - Plumbing | |
| 64600 Venue R&M - Appliance | |
| 66050 Venue Supplies - Restaurant & Bar | |
| 66150 Venue Supplies - Linens | |
| 66200 Venue Supplies - Uniforms | |
| 66300 Venue Supplies - Arcade | |
| 66400 Venue Supplies - Billiards | |
| 66450 Venue Supplies - Bowling | |
| 66550 Venue Supplies - Events | |
| 66900 Venue Supplies - Other | |
| 68100 Advertising - Internet, Social Media | |
| 68300 Advertising & Marketing - Other | 4,210.67 |
| 72100 Signage, Banners | |
| 72500 License Fees - Music, Espo Software | |
| 72600 Janitorial Services & Supplies | |
| 72700 Telephone Expense | |
| 72800 Cable, Internet Access | |
| 73000 Postage, Freight, Delivery Charges | |
| 73100 Equipment Rental | |
| 73200 Pest Control | |
| 73600 Dues & Subscriptions | |
| 73700 Credit Card Processing Fees | |
| 73800 Payroll Processing Fees | |
| 73900 Bank Fees | 1,884.80 |
| 74000 Outside Services - Other | |
| 74200 Professional Fees - Legal | 139,328.40 |
| 74300 Professional Fees - Accounting | 7,816.25 |
| 74500 Penalties & Late Fees | |
| 76100 Insurance - Workers' Compensation | 1,190.00 |
| 76200 Insurance - Commercial | 13,019.63 |
| 76300 Insurance - D&O | 363.75 |
| 78000 Local Tax, Permit, & License Expense | 12,169.26 |
| 78100 Business & Occupation Tax & Permit | 1,548.82 |
| 78200 Liquor and Other Licenses | |
| 78400 Taxes - Property | |
| **Total for Expenses** | **160,645.49** |
| **Net Operating Income** | **-160,645.49** |

| | |
|---|---:|
| Other Income | |
| 93260 Gain or Loss on sale of store | 450,590.64 |
| **Total for Other Income** | **450,590.64** |
| Other Expenses | |
| 785000 Settlement fees | 887,681.00 |
| 80200 Depreciation | 2,175.57 |
| 80400 Amortization - Lease | |
| 80600 Amortization - Debt Discount | 2,046.16 |
| 93000 Other Expense | 20,000.00 |
| 93050 Interest Expense - Loan | 58,171.33 |
| 93100 Interest Expense - Lease | |
| **Total for Other Expenses** | **970,074.06** |
| **Net Other Income** | **-519,483.42** |
| **Net Income** | **-680,128.91** |