# EXHIBIT 5

| Name of professional and role | Date of retention | Amount of any retainers (irrespective of the source) received during the reporting period and cumulatively since the petition date whether received prepetition or postpetition | Amount of compensation and expenses (separately stated) approved by the court during the reporting period and cumulatively since the petition date | Amount of retainer (if any) applied to pay the compensation and expenses (separately stated) during the reporting period and cumulatively since the petition date | Amounts paid by the estate for the compensation and expenses (separately stated) over and above retainers applied during the reporting period and cumulatively since the petition date |
|---|---|---|---|---|---|
| **Schedule of payments to Professionals** | | | | | |
| **Name of Debtor: Velocity Esports, Inc.** | | | | | |
| 1. Nevada Bankruptcy Attorneys LLC - Lead Counsel | 5/7/2025 | 30,000.00 | - | - | - |