# EXHIBIT 6

| | | | Schedule of payments to Insiders | |
|---|---|---|---|---|
| | | | Name of Debtor: Velocity Esports, Inc. | |
| Recipient | Date of payment | Amount of cash payment | Account used | Reason for each payment made |
| 1. Deane Patrick | 5/3/2026 | 11,538.46 | Chase acct. number: 000000793808673 | Payment made to cover employee salaries/wages for the applicable payroll period. |
| 2. Rosenbaum, Joshua | 5/17/2026 | 3,923.08 | Chase acct. number: 000000793808673 | Payment made to cover employee salaries/wages for the applicable payroll period. |