# EXHIBIT 1

| | 410 - Las Vegas | | | | | |
|---|---|---|---|---|---|---|
| **Velocity Esports, Inc.** | | | | | | |
| **Balance Sheet** | | | | | | |
| **As of May 5, 2026** | | | | | | |
| Assets | | | | | | |
| Current Assets | | | | | | |
| Bank Accounts | | | | | | |
| 10050 Chase - Corp - Payroll - 8673 | -37,268.53 | | | | | |
| 10060 Chase - Corp - Payroll - DIP - 6165 | 112.36 | | | | | |
| 10100 Chase - Corp - Concentration - 1634 | -952,042.56 | | | | | |
| 10110 Chase - Corp - Concentration - DIP - 6116 | -911,850.72 | | | | | |
| 10150 Chase - Corp - Disbursement - 8715 | | | | | | |
| 10160 Chase - Corp - Disbursement - DIP - 6132 | | | | | | |
| 10200 Chase - Venue - Disbursement - 8681 | -229,124.50 | | | | | |
| 10210 Chase - Venue - Disbursement - DIP - 6181 | -232,912.57 | | | | | |
| 10250 Chase - Venue - Customer  Deposits - 3378 | | | | | | |
| 10260 Chase - Venue - Customer Deposits - DIP - 6207 | | | | | | |
| 10300 Chase - Venue - Newp - 8707 | 620.00 | | | | | |
| 10310 Chase - Venue - Newp - DIP - 6173 | 231.43 | | | | | |
| 10350 Chase - Venue - Scha - 5281 | | | | | | |
| 10400 Chase - Venue - LasV - 3580 | -30,297.50 | | | | | |
| 10410 Chase - Venue - LasV - DIP - 7658 | 15,356.36 | | | | | |
| 10450 Chase - Corp - Marketing - 1879 | | | | | | |
| 10460 Chase - Corp - Marketing - DIP - 6199 | | | | | | |
| 10500 Chase - Newp - Petty Cash - 1382 | | | | | | |
| 10510 Chase - Newp - Petty Cash - DIP - 6157 | | | | | | |
| 10550 Chase - Scha - Petty Cash - 3610 | | | | | | |
| 10600 Chase - LasV - Petty Cash - 5330 | 69.50 | | | | | |
| 10610 Chase - LasV - Petty Cash - DIP - 7682 | 2,933.67 | | | | | |
| 10650 Venue - Site Safe, Drawer Cash | | | | | | |
| 10700 Credit Card Receivables | 0.00 | | | | | |
| 10800 Bank of America - Secured Card | | | | | | |
| 10900 Venue - Cash Clearing | -156,200.65 | | | | | |
| **Total for Bank Accounts** | **-2,530,373.71** | | | | | |
| Accounts Receivable | | | | | | |
| 11100 Accounts Receivable - Events | 53,992.00 | 53,992.00 | | | | |
| **Total for Accounts Receivable** | **53,992.00** | | | | | |
| Other Current Assets | | | | | | |
| 12200 Inventory - Food & Soft Beverage | 10,078.01 | 10,078.01 | | | | |
| 12400 Inventory - Liquor | 17,901.74 | 17,901.74 | | | | |
| 12600 Inventory - Redemption | 40,841.44 | 40,841.44 | | | | |
| 13100 Prepaids - Commercial Insurance | | | | | | |
| 13400 Prepaids - Game Cards | $0.00 | | | | | |
| 13500 Prepaids - Other | $0.00 | | | | | |
| 13650 Prepaid - Retainer | | | | | | |
| 13700 COBRA Receivable | | | | | | |
| **Total for Other Current Assets** | **68,821.19** | | | | | |
| **Total for Current Assets** | **-2,407,560.52** | | | | | |
| Fixed Assets | | | | | | |
| 15050 Construction in Progress | | | | | | |
| 15100 FA - Leasehold Improvements | 422,725.91 | 422,725.91 | | | | |
| 15150 FA - Signage & Decor | | | | | | |
| 15200 FA - Kitchen, Bar Equipment | 57,399.35 | 57,399.35 | | | | |

| | | |
|---|---:|---:|
| 15250 FA - Furniture & Fixtures | 73,089.09 | 73,089.09 |
| 15300 FA - Smallwares | | |
| 15350 FA - Audio & Visual Equipment | 99,327.68 | 99,327.68 |
| 15400 FA - POS, ERP Systems | | |
| 15450 FA - Computer Equipment - Gaming | 21,495.70 | 21,495.70 |
| 15500 FA - Computer Equipment - Office | 50,882.02 | 50,882.02 |
| 15550 FA - Arcade Games | 582,501.82 | 582,501.82 |
| 15600 FA - Table Games | | |
| 15650 FA - Bowling Equipment | 1,716.66 | 1,716.66 |
| 15700 FA - Operations Equipment | 8,541.76 | 8,541.76 |
| 16100 AD - Leasehold Improvements | -416,882.99 | -416,882.99 |
| 16150 AD - Signage & Decor | | |
| 16200 AD - Kitchen, Bar Equipment | -33,160.70 | -33,160.70 |
| 16250 AD - Furniture & Fixtures | -51,649.37 | -51,649.37 |
| 16300 AD - Smallwares | | |
| 16350 AD - Audio & Visual Equipment | -88,935.69 | -88,935.69 |
| 16400 AD - POS, ERP Systems | | |
| 16450 AD - Computer Equipment - Gaming | -20,337.95 | -20,337.95 |
| 16500 AD - Computer Equipment - Office | -34,200.38 | -34,200.38 |
| 16550 AD - Arcade Games | -333,926.67 | -333,926.67 |
| 16600 AD - Table Games | | |
| 16650 AD - Bowling Equipment | -572.20 | -572.20 |
| 16700 AD - Operations Equipment | -6,122.31 | -6,122.31 |
| **Total for Fixed Assets** | **331,891.73** | |
| Other Assets | | |
| 17100 ROU Assets - Venue Leases | $0.00 | |
| 17200 ROU Assets - Equip - Newp - Mitsu 1 | | |
| 17250 ROU Assets - Equip - LasV - Pawne | 92,854.38 | 92,854.38 |
| 17300 ROU Assets - Equip - LasV - Fortu | $0.00 | |
| 17350 ROU Assets - Equip - Newp - Leaf | | |
| 17400 ROU Assets - Equip - Scha - NFS 1 | | |
| 17450 ROU Assets - Equip - LasV - Bets3 | 0.01 | 0.01 |
| 17500 ROU Assets - Equip - Scha - NFS 2 | | |
| 17550 ROU Assets - Equip - Scha - North | | |
| 17600 ROU Assets - Equip - Scha - Bets2 | | |
| 17650 ROU Assets - Equip - Newp - Advan | | |
| 17700 ROU Assets - Equip - NFS 3 | 111,429.68 | 111,429.68 |
| 17750 ROU Assets - Equip - NFS 4 | | |
| 19100 Liquor Licenses | $0.00 | |
| 19200 Security Deposits | 1,790.00 | 1,790.00 |
| 19300 Deferred Federal Income Tax Asset | | |
| 19400 Deferred Federal Tax Valuation Allowance | | |
| 19500 Deferred State Income Tax Asset | | |
| 19600 Deferred State Tax Valuation Allowance | | |
| 19700 Deferred Offering Costs | | |
| **Total for Other Assets** | **206,074.07** | |
| **Total for Assets** | **-1,869,594.72** | |
| Liabilities and Equity | | |
| Liabilities | | |
| Current Liabilities | | |
| Accounts Payable | | |
| 20000 Accounts Payable | 1,139,354.17 | |
| 20400 Other Accounts Payable | | |
| **Total for Accounts Payable** | **1,139,354.17** | |

| | | | | | |
|---|---|---|---|---|---|
| Credit Cards | | | | | |
| 21100 Chase - CC - 1089 | | | | | |
| 21200 Chase - CC - 2294 | | | | | |
| 21300 Chase - CC - 2302 | $0.00 | | | | |
| 21400 Chase - CC - 5161 | | | | | |
| 21500 Chase - CC - 5179 | $0.00 | | | | |
| 21600 Chase - CC - 8914 | | | | | |
| 21800 Chase - CC - 6070 | $0.00 | | | | |
| **Total for Credit Cards** | **$0.00** | | | | |
| Other Current Liabilities | | | | | |
| 22200 Def Rev - Events | 14,876.03 | 14,876.03 | | | |
| 22400 Def Rev - Gift Cards | | | | | |
| 22600 Def Rev - Game Cards | $0.00 | | | | |
| 22800 Def Rev - Groupon | 5,414.00 | 5,414.00 | | | |
| 23000 Accrued Expenses | | | | | |
| 23340 Accr Exp – Retirement Savings Accounts | $0.00 | | | | |
| **Total for 23000 Accrued Expenses** | **$0.00** | | | | |
| 23100 Accr Exp - Payroll - Tips | $0.00 | | | | |
| 23200 Accr Exp - Payroll - Bonus | 17,043.00 | | -17,043.00 | Canceled/ prorated | |
| 23300 Accr Exp - Payroll - Vacation | 5,655.24 | | -5,655.24 | | |
| 23350 Accr Exp - Benefits - Medical Insur | 6,553.48 | | -6,553.48 | | |
| 23400 Accr Exp - Benefits - Vision & Dental Insur | $0.00 | | | | |
| 23450 Accr Exp - Rent & Utilities | | | | | |
| 23500 Accr Exp - Accounting & Tax Prep Fees | | | | | |
| 23700 Accr Exp - Interest | | | | | |
| 23900 Accr Exp - Other | 176,426.23 | | | | |
| 24100 Lease Liability - Venues - ST | $0.00 | | | | |
| 24250 Lease Liability - Equip - Leaf ST | | | | | |
| 24300 Lease Liability - Equip - Mitsu ST | | | | | |
| 24350 Lease Liability - Equip - NFS 1 ST | | | | | |
| 24360 Lease Liability - Equip - NFS 3 ST | 33,360.78 | 33,360.78 | | | |
| 24370 Lease Liability - Equip - NFS 4 ST | | | | | |
| 24400 Lease Liability - Equip - Advantage + ST | | | | | |
| 24450 Lease Liability - Equip - NFS 2 ST | | | | | |
| 24460 Lease Liability - Venues - North star ST | | | | | |
| 24470 Lease Liability - Venues - Betson ST | | | | | |
| 24480 Lease Liability - Venues - LV Betson ST | 0.01 | | | | |
| 24490 Lease Liability - Venues - Pawnee ST | 59,490.08 | 59,490.08 | | | |
| 24600 Notes Payable - ST | | | | | |
| 25050 Clearing - Payroll Cash | $0.00 | | | | |
| 25070 Clearing - Payroll Live Checks | | | | | |
| 25100 Clearing - Payroll Tax | $0.00 | | | | |
| 25150 Garnishments Payable | $0.00 | | | | |
| 25300 Sales Tax Payable | 40,080.12 | | | | |
| 25350 Business Personal Property Tax Payable | $0.00 | | | | |
| 25400 State Income Taxes Payable | | | | | |
| 25600 Settlement liability | | | | | |
| 25900 Current Liabilities - Other | | | | | |
| **Total for Other Current Liabilities** | **358,898.97** | | | | |
| **Total for Current Liabilities** | **1,498,253.14** | | | | |
| Long-term Liabilities | | | | | |
| 26050 Lease Liability - Venues - Newp - LT | | | | | |
| 26150 Lease Liability - Venues - Sch - LT | | | | | |
| 27050 Lease Liability - Equip - LasV - Pawne - LT | 38,424.44 | 38,424.44 | | | |

| | | | | | |
|---|---:|---:|---|---|---|
| 27100 Lease Liability - Equip - Newp -  Leaf - LT | | | | | |
| 27150 Lease Liability - Equip - Scha - NFS 1 - LT | | | | | |
| 27200 Lease Liability - Equip - LasV - Bets3- LT | $0.00 | | | | |
| 27250 Lease Liability - Equip - Scha - NFS 2 - LT | | | | | |
| 27260 Lease Liability - Equip - NFS 3 - LT | 78,068.90 | 78,068.90 | | | |
| 27270 Lease Liability - Equip - NFS 4 - LT | | | | | |
| 27300 Lease Liability - Equip - Scha - North - LT | | | | | |
| 27350 Lease Liability - Equip - Newp - Advan - LT | | | | | |
| 27400 Lease Liability - Equip - Newp - Mitsubishi | | | | | |
| 27450 Lease Liability - Equip - LasV - Fortune 5 | $0.00 | | | | |
| 27500 Lease Liability - Equip - LasV - Bets2- LT | | | | | |
| 28100 Notes Payable - RW Trust - LT | | | | | |
| 28150 Notes Payable - LRW RT - LT | | | | | |
| 28200 Notes Payable - PK Trust - LT | | | | | |
| 28300 Notes Payable - Kaplan Trust - LT | | | | | |
| 28350 Notes Payable - WIGF - LT | | | | | |
| 28400 Notes Payable - Newtek SBA - LT | | | | | |
| 28450 Long-Term Debt Discount (net) | | | | | |
| 28500 Long-Term Debt Discount (WIGF) | | | | | |
| 28550 Long-Term Debt Discount (SBA) | | | | | |
| 28850 Warrant Liabilities - LT - only | | | | | |
| 28950 SAFE Units - LT - only | | | | | |
| 29100 Deferred Rent | -152,684.54 | -152,684.54 | | | |
| 29700 Deferred State Income Tax Payable | | | | | |
| 29800 Deferred Federal Income Tax Payable | | | | | |
| **Total for Long-term Liabilities** | **-36,191.20** | | | | |
| **Total for Liabilities** | **1,462,061.94** | | | | |
| Equity | | | | | |
| 31200 Common Stock - Class A | | | | | |
| 31400 Common Stock - Class B | | | | | |
| 32200 Treasury Stock - Class A | | | | | |
| 32400 Treasury Stock - Class B | | | | | |
| 33200 APIC | | | | | |
| Opening balance equity | | | | | |
| Retained Earnings | -846,925.28 | | | | |
| Net Income | -377,717.64 | | | | |
| **Total for Equity** | **-1,224,642.92** | | | | |
| **Total for Liabilities and Equity** | **237,419.02** | 737,728.68 | | | |
| | | | | | |
| | | 1,075,000.00 | Total consideration | | |