# EXHIBIT 4

**Statement Regarding Post-Closing Las Vegas Merchant Deposits and Related DIP Account Transfers**

This statement is provided to accompany the bank statements and Monthly Operating Report supporting materials for the following debtor-in-possession accounts:

(i)      Velocity Esports Las Vegas Town Square, LLC DIP Account ending 7658; and

(ii)     Velocity Esports, Inc. DIP Account ending 6116.

The Bankruptcy Court entered its Order (I) Approving Sale of Certain of Debtors' Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests; (II) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief on April 27, 2026, at ECF No. 269. The sale approved by ECF No. 269 closed on May 8, 2026. Following the closing, Velocity Esports Las Vegas Town Square, LLC no longer operated the Las Vegas location for its own account. The Las Vegas location has instead been operated post-closing by Velocity Vegas, LLC, the post-closing operating entity for the Las Vegas business.

As of and after the closing date, the transition of merchant services, payment processors, and/or payment terminals from the Debtors' accounts to the post-closing operator's accounts was not fully complete. As a result, certain receipts attributable to post-closing Las Vegas operations were deposited into the Velocity Esports Las Vegas Town Square, LLC DIP Account ending 7658, even though such receipts are understood by the Debtors, subject to final reconciliation, to be for the account of Velocity Vegas, LLC, and not operating revenue of Velocity Esports Las Vegas Town Square, LLC or Velocity Esports, Inc. The Debtors understand that the payment-processing changeover was completed in late June 2026, with the last deposit into the Debtors' account occurring on or about June 25, 2026.

To preserve a record of these receipts and remit funds believed to be attributable to Velocity Vegas, LLC, Velocity Esports Las Vegas Town Square, LLC transferred such amounts from the DIP Account ending 7658 to the Velocity Esports, Inc. DIP Account ending 6116. Velocity Esports, Inc. then transferred corresponding amounts to Velocity Vegas, LLC. These transfers were made solely as pass-through remittances of funds routed through Debtor bank accounts during the payment-processor transition. They are not intended to be characterized as sale proceeds, operating revenue of the Debtors, intercompany loans, dividends, equity distributions, payments on claims, compensation, or ordinary-course expenses of either Debtor.

. Here's

The Debtors are continuing to reconcile the affected merchant deposits, processor fees, chargebacks, refunds, reversals, insurance reimbursements, prorated expenses, tax payments, utility payments, and related transfers. Based on information presently available to the Debtors' principals, approximately $50,000.00 of funds believed to relate to Velocity Vegas, LLC remains subject to reconciliation. That amount is preliminary only, and the final amount may be higher or lower after completion of the reconciliation. Any receipts or disbursements determined to relate to

pre-closing Debtor operations, Debtor obligations, obligations billed or paid after closing but attributable to periods before closing, chargebacks, refunds, taxes, processor fees, utilities, insurance, or other amounts properly chargeable to or reimbursable by the Debtors will be accounted for as Debtor activity.

For Monthly Operating Report and bookkeeping purposes, deposits into the DIP Account ending 7658 that are determined to be attributable to post-closing Velocity Vegas, LLC operations should be reflected as transitional pass-through receipts or amounts held for the benefit of Velocity Vegas, LLC, with matching transfers to the DIP Account ending 6116 and/or Velocity Vegas, LLC reflected as offsetting pass-through disbursements. Likewise, transfers into the DIP Account ending 6116 from the DIP Account ending 7658, and corresponding transfers from the DIP Account ending 6116 to Velocity Vegas, LLC, should be reflected as clearing-account activity and not as operating revenue or ordinary business expenses of Velocity Esports, Inc.

Post-closing payments or reimbursements relating to transition-period obligations, including prorated expenses, utilities, taxes, insurance, and liquor-license transition costs, should be reported consistent with the Debtors' final reconciliation and the nature of the underlying item. To the extent such activity represents reimbursement of expenses paid by the Debtors on behalf of Velocity Vegas, LLC, or pass-through reimbursement of transition costs, it should not be treated as new operating revenue of the Debtors.

This statement is based on the Debtors' current understanding and remains subject to the ongoing reconciliation described above. The Debtors reserve the right to supplement or correct this statement and any related accounting schedules as additional bank, merchant processor, insurance, tax, utility, proration, or transition information becomes available.

Dated: June 30, 2026

**Acknowledged and approved:**

/s/_Philip Kaplan_____
Philip N. Kaplan
Authorized Representative
VELOCITY ESPORTS, INC.
VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC