# EXHIBIT 1

|  | Current Month | Cummulative |
|---|---|---|
| **Statement of Cash Receipts and Disbursement** | | |
|  | | |
| Name of Debtor: Velocity Esports Newport Kentucky, LLC | | |
|  | | |
|  | **Current Month** | **Cummulative** |
| 1. Cash balance beginning of month (a) | 6,134.72 | |
|  | | |
| RECEIPTS | | |
| 2. Credit Card Sales | 30,335.66 | |
| 3. Cash Sales deposits | 28,312.00 | |
| 4. Miscellaneus Receipts | 17.00 | |
|  | | |
| 5. *TOTAL CASH RECEIPTS (b)* | 58,664.66 | 1,846,474.21 |
|  | | |
| DISBURSEMENTS | | |
| 6. Bank and Credit Card Fees | 285.00 | |
| 7. Chargeback to customers | 2,120.50 | |
| 8. Store - operating expenses | 3,960.39 | |
| 09. Miscellaneus Disbursements | - | |
| 10. Loan repayment | - | |
|  | | |
| 11. *TOTAL CASH DISBURSEMENTS (c)* | 6,365.89 | 104,691.63 |
|  | | |
| 12. Cash balance end of month (d) | 58,433.49 | |

# Chase Account # 8707 Activity

| Details | Posting Date | Description | Amount | Type | Balance | Check or Slip # |
|---------|-------------|-------------|--------|------|---------|-----------------|
|         |             |             |        |      |         |                 |
|         |             |             |        |      |         |                 |
|         |             |             |        |      |         |                 |
|         |             |             |        |      |         |                 |
|         |             |             |        |      |         |                 |
|         |             |             |        |      |         |                 |

# Chase Account # 6157 Activity

| Details | Posting Date | Description | Amount | Type | Balance | Check or Slip # |
|---|---|---|---|---|---|---|
| CHECK | 5/28/2026 | CHECK 1964 | -1030.54 | CHECK_PAID | 652.33 | 1964 |
| CHECK | 5/28/2026 | CHECK 1965  05/28 | -961.91 | CHECK_PAID | 1682.87 | 1965 |
| CREDIT | 5/28/2026 | Online Transfer from CHK ...6173 transaction#: 293874055 | 800 | ACCT_XFER | 2644.78 | |
| CHECK | 5/20/2026 | CHECK 1963 | -221.85 | CHECK_PAID | 1844.78 | 1963 |
| CREDIT | 5/19/2026 | Online Transfer from CHK ...6116 transaction#: 292808543 | 250 | ACCT_XFER | 2066.63 | |
| CHECK | 5/12/2026 | CHECK 1961 | -789.06 | CHECK_PAID | 1816.63 | 1961 |
| CHECK | 5/12/2026 | CHECK 1962 | -145.72 | CHECK_PAID | 2605.69 | 1962 |
| CHECK | 5/8/2026 | CHECK 1959 | -350 | CHECK_PAID | 2751.41 | 1959 |
| CHECK | 5/6/2026 | CHECK 1960  05/06 | -461.31 | CHECK_PAID | 3101.41 | 1960 |
| DEBIT | 5/5/2026 | SERVICE CHARGES FOR THE MONTH OF APRIL | -95 | FEE_TRANSACTION | 3562.72 | |

# Chase Account # 1382 Activity

| Details | Posting Date | Description | Amount | Type | Balance | Check or Slip # |
|---|---|---|---|---|---|---|
| CREDIT | 5/6/2026 | ORIG CO NAME:SWITCH COMMERCE    C | 17 | ACH_CREDIT | 67 | |
| | | | | | | |
| | | | | | | |

# Chase Account # 6173 Activity

| Details | Posting Date | Description | Amount | Type | Balance | Check or Slip # |
|---|---|---|---|---|---|---|
| CREDIT | 5/29/2026 | ORIG CO NAME:BNKCD SETTLE        ORIG ID:1043763809 DESC DATE:2605 | 225 | ACH_CREDIT | 8447 | |
| CREDIT | 5/29/2026 | ORIG CO NAME:BRINKS CAPITAL L      ORIG ID:9000979655 DESC DATE:260 | 614 | ACH_CREDIT | 8222 | |
| DEBIT | 5/28/2026 | Online Transfer to CHK ...6157 transaction#: 29387405585 05/28 | -800 | ACCT_XFER | 7608 | |
| DEBIT | 5/28/2026 | Online Transfer to CHK ...6181 transaction#: 29383997118 05/28 | -3000 | ACCT_XFER | 8408 | |
| CREDIT | 5/28/2026 | ORIG CO NAME:BRINKS CAPITAL L      ORIG ID:9000979655 DESC DATE:260 | 516 | ACH_CREDIT | 11408 | |
| CREDIT | 5/28/2026 | ORIG CO NAME:BNKCD SETTLE        ORIG ID:1043763809 DESC DATE:2605 | 823 | ACH_CREDIT | 10892 | |
| CREDIT | 5/27/2026 | ORIG CO NAME:BRINKS CAPITAL L      ORIG ID:9000979655 DESC DATE:260 | 949 | ACH_CREDIT | 10069 | |
| CREDIT | 5/27/2026 | ORIG CO NAME:BNKCD SETTLE        ORIG ID:1043763809 DESC DATE:2605 | 1227 | ACH_CREDIT | 9120 | |
| DEBIT | 5/26/2026 | Online Transfer to CHK ...6116 transaction#: 29359258634 05/26 | -9056 | ACCT_XFER | 7893 | |
| DEBIT | 5/26/2026 | Online Transfer to CHK ...6116 transaction#: 29351023604 05/26 | -1594.98 | ACCT_XFER | 16949 | |
| CREDIT | 5/26/2026 | ORIG CO NAME:BNKCD SETTLE        ORIG ID:1043763809 DESC DATE:2605 | 665 | ACH_CREDIT | 18543.98 | |
| CREDIT | 5/26/2026 | ORIG CO NAME:BNKCD SETTLE        ORIG ID:1043763809 DESC DATE:2605 | 2125 | ACH_CREDIT | 17878.98 | |
| CREDIT | 5/26/2026 | ORIG CO NAME:BNKCD SETTLE        ORIG ID:1043763809 DESC DATE:2605 | 2700 | ACH_CREDIT | 15753.98 | |
| CREDIT | 5/26/2026 | ORIG CO NAME:BNKCD SETTLE        ORIG ID:1043763809 DESC DATE:2605 | 4231 | ACH_CREDIT | 13053.98 | |
| CREDIT | 5/26/2026 | ORIG CO NAME:BRINKS CAPITAL L      ORIG ID:9000979655 DESC DATE:260 | 5893 | ACH_CREDIT | 8822.98 | |
| CREDIT | 5/22/2026 | ORIG CO NAME:BNKCD SETTLE        ORIG ID:1043763809 DESC DATE:2605 | 248 | ACH_CREDIT | 2929.98 | |
| CREDIT | 5/22/2026 | ORIG CO NAME:BRINKS CAPITAL L      ORIG ID:9000979655 DESC DATE:260 | 772 | ACH_CREDIT | 2681.98 | |
| DEBIT | 5/21/2026 | ORIG CO NAME:BRINKS CAPITAL       ORIG ID:4362478302 DESC DATE:    0 | -855.02 | ACH_DEBIT | 1909.98 | |
| CREDIT | 5/21/2026 | ORIG CO NAME:BNKCD SETTLE        ORIG ID:1043763809 DESC DATE:2605 | 280 | ACH_CREDIT | 2765 | |
| DEBIT | 5/20/2026 | Online Transfer to CHK ...6116 transaction#: 29289514203 05/20 | -838 | ACCT_XFER | 2485 | |
| CREDIT | 5/20/2026 | ORIG CO NAME:BNKCD SETTLE        ORIG ID:1043763809 DESC DATE:2605 | 367 | ACH_CREDIT | 3323 | |
| CREDIT | 5/20/2026 | ORIG CO NAME:BRINKS CAPITAL L      ORIG ID:9000979655 DESC DATE:260 | 485 | ACH_CREDIT | 2956 | |
| DEBIT | 5/19/2026 | Online Transfer to CHK ...6116 transaction#: 29277196682 05/19 | -8608 | ACCT_XFER | 2471 | |
| CREDIT | 5/19/2026 | ORIG CO NAME:BRINKS CAPITAL L      ORIG ID:9000979655 DESC DATE:260 | 471 | ACH_CREDIT | 11079 | |
| CREDIT | 5/19/2026 | ORIG CO NAME:BNKCD SETTLE        ORIG ID:1043763809 DESC DATE:2605 | 800 | ACH_CREDIT | 10608 | |
| CREDIT | 5/19/2026 | ORIG CO NAME:BNKCD SETTLE        ORIG ID:1043763809 DESC DATE:2605 | 855 | ACH_CREDIT | 9808 | |
| CREDIT | 5/19/2026 | ORIG CO NAME:BNKCD SETTLE        ORIG ID:1043763809 DESC DATE:2605 | 2492 | ACH_CREDIT | 8953 | |
| DEBIT | 5/18/2026 | Online Transfer to CHK ...6116 transaction#: 29248245948 05/18 | -1412 | ACCT_XFER | 6461 | |
| CREDIT | 5/18/2026 | ORIG CO NAME:BNKCD SETTLE        ORIG ID:1043763809 DESC DATE:2605 | 595 | ACH_CREDIT | 7873 | |
| CREDIT | 5/18/2026 | ORIG CO NAME:BRINKS CAPITAL L      ORIG ID:9000979655 DESC DATE:260 | 4461 | ACH_CREDIT | 7278 | |
| CREDIT | 5/15/2026 | ORIG CO NAME:BRINKS CAPITAL L      ORIG ID:9000979655 DESC DATE:260 | 47 | ACH_CREDIT | 2817 | |
| CREDIT | 5/15/2026 | ORIG CO NAME:BNKCD SETTLE        ORIG ID:1043763809 DESC DATE:2605 | 235 | ACH_CREDIT | 2770 | |
| DEBIT | 5/14/2026 | Online Transfer to CHK ...6116 transaction#: 29212096605 05/14 | -1071 | ACCT_XFER | 2535 | |
| CREDIT | 5/14/2026 | ORIG CO NAME:BNKCD SETTLE        ORIG ID:1043763809 DESC DATE:2605 | 220 | ACH_CREDIT | 3606 | |
| CREDIT | 5/14/2026 | ORIG CO NAME:BRINKS CAPITAL L      ORIG ID:9000979655 DESC DATE:260 | 535 | ACH_CREDIT | 3386 | |
| DEBIT | 5/13/2026 | Online Transfer to CHK ...6116 transaction#: 29200145559 05/13 | -715 | ACCT_XFER | 2851 | |
| CREDIT | 5/13/2026 | ORIG CO NAME:BNKCD SETTLE        ORIG ID:1043763809 DESC DATE:2605 | 385 | ACH_CREDIT | 3566 | |
| CREDIT | 5/13/2026 | ORIG CO NAME:BRINKS CAPITAL L      ORIG ID:9000979655 DESC DATE:260 | 851 | ACH_CREDIT | 3181 | |
| DEBIT | 5/12/2026 | Online Transfer to CHK ...6116 transaction#: 29187978048 05/12 | -7956.66 | ACCT_XFER | 2330 | |
| CREDIT | 5/12/2026 | ORIG CO NAME:BRINKS CAPITAL L      ORIG ID:9000979655 DESC DATE:260 | 330 | ACH_CREDIT | 10286.66 | |
| CREDIT | 5/12/2026 | ORIG CO NAME:BNKCD SETTLE        ORIG ID:1043763809 DESC DATE:2605 | 980.66 | ACH_CREDIT | 9956.66 | |
| CREDIT | 5/12/2026 | ORIG CO NAME:BNKCD SETTLE        ORIG ID:1043763809 DESC DATE:2605 | 1130 | ACH_CREDIT | 8976 | |
| CREDIT | 5/12/2026 | ORIG CO NAME:BNKCD SETTLE        ORIG ID:1043763809 DESC DATE:2605 | 1865 | ACH_CREDIT | 7846 | |
| DEBIT | 5/11/2026 | Online Transfer to CHK ...6116 transaction#: 29162822305 05/11 | -717 | ACCT_XFER | 5981 | |
| CREDIT | 5/11/2026 | ORIG CO NAME:BNKCD SETTLE        ORIG ID:1043763809 DESC DATE:2605 | 640 | ACH_CREDIT | 6698 | |
| CREDIT | 5/11/2026 | ORIG CO NAME:BRINKS CAPITAL L      ORIG ID:9000979655 DESC DATE:260 | 3981 | ACH_CREDIT | 6058 | |
| DEBIT | 5/8/2026 | Online Transfer to CHK ...6116 transaction#: 29141548215 05/08 | -436 | ACCT_XFER | 2077 | |
| CREDIT | 5/8/2026 | ORIG CO NAME:BRINKS CAPITAL L      ORIG ID:9000979655 DESC DATE:260 | 77 | ACH_CREDIT | 2513 | |
| CREDIT | 5/8/2026 | ORIG CO NAME:BNKCD SETTLE        ORIG ID:1043763809 DESC DATE:2605 | 404 | ACH_CREDIT | 2436 | |
| DEBIT | 5/7/2026 | Online Transfer to CHK ...6116 transaction#: 29124631055 05/07 | -2667 | ACCT_XFER | 2032 | |
| CREDIT | 5/7/2026 | ORIG CO NAME:BRINKS CAPITAL L      ORIG ID:9000979655 DESC DATE:260 | 32 | ACH_CREDIT | 4699 | |
| CREDIT | 5/7/2026 | ORIG CO NAME:BNKCD SETTLE        ORIG ID:1043763809 DESC DATE:2605 | 270 | ACH_CREDIT | 4667 | |
| CREDIT | 5/6/2026 | ORIG CO NAME:BNKCD SETTLE        ORIG ID:1043763809 DESC DATE:2605 | 160 | ACH_CREDIT | 4397 | |
| CREDIT | 5/6/2026 | ORIG CO NAME:BRINKS CAPITAL L      ORIG ID:9000979655 DESC DATE:260 | 2226 | ACH_CREDIT | 4237 | |
| DEBIT | 5/5/2026 | SERVICE CHARGES FOR THE MONTH OF APRIL | -95 | FEE_TRANSACTION | 2011 | |
| DEBIT | 5/5/2026 | Online Transfer to CHK ...6116 transaction#: 29098840445 05/05 | -3499 | ACCT_XFER | 2106 | |
| CREDIT | 5/5/2026 | ORIG CO NAME:BRINKS CAPITAL L      ORIG ID:9000979655 DESC DATE:260 | 106 | ACH_CREDIT | 5605 | |
| CREDIT | 5/5/2026 | ORIG CO NAME:BNKCD SETTLE        ORIG ID:1043763809 DESC DATE:2605 | 230 | ACH_CREDIT | 5499 | |
| CREDIT | 5/5/2026 | ORIG CO NAME:BNKCD SETTLE        ORIG ID:1043763809 DESC DATE:2605 | 1040 | ACH_CREDIT | 5269 | |

| | | | | | |
|---|---|---|---|---|---|
| CREDIT | 5/5/2026 | ORIG CO NAME:BNKCD SETTLE        ORIG ID:1043763809 DESC DATE:2605 | 2229 | ACH_CREDIT | 4229 |
| DEBIT | 5/4/2026 | Online Transfer to CHK ...6116 transaction#: 29089263494 05/04 | -5517 | ACCT_XFER | 2000 |
| DEBIT | 5/4/2026 | Online Transfer to CHK ...6116 transaction#: 29083803955 05/04 | -62.06 | ACCT_XFER | 7517 |
| DEBIT | 5/4/2026 | ORIG CO NAME:BNKCD SETTLE        ORIG ID:1043763809 DESC DATE:2604 | -560.94 | ACH_DEBIT | 7579.06 |
| CREDIT | 5/4/2026 | ORIG CO NAME:BNKCD SETTLE        ORIG ID:1043763809 DESC DATE:2605 | 174 | ACH_CREDIT | 8140 |
| CREDIT | 5/4/2026 | ORIG CO NAME:BRINKS CAPITAL L      ORIG ID:9000979655 DESC DATE:260 | 5517 | ACH_CREDIT | 7966 |
| DEBIT | 5/1/2026 | Online Transfer to CHK ...6116 transaction#: 29044349673 05/01 | -536 | ACCT_XFER | 2449 |
| CREDIT | 5/1/2026 | ORIG CO NAME:BNKCD SETTLE        ORIG ID:1043763809 DESC DATE:2604 | 445 | ACH_CREDIT | 2985 |
| CREDIT | 5/1/2026 | ORIG CO NAME:BRINKS CAPITAL L      ORIG ID:9000979655 DESC DATE:260 | 449 | ACH_CREDIT | 2540 |
| DEBIT | 4/3/2026 | SERVICE CHARGES FOR THE MONTH OF MARCH | -95 | FEE_TRANSACTION | 1905 |
| DEBIT | 4/3/2026 | Online Transfer to CHK ...6116 transaction#: 28687275695 04/03 | -1085.46 | ACCT_XFER | 2000 |
| CREDIT | 4/3/2026 | ORIG CO NAME:BNKCD SETTLE        ORIG ID:1043763809 DESC DATE:2604 | 960 | ACH_CREDIT | 3085.46 |
| DEBIT | 4/2/2026 | ORIG CO NAME:BNKCD SETTLE        ORIG ID:1043763809 DESC DATE:2603 | -704.54 | ACH_DEBIT | 2125.46 |
| CREDIT | 4/2/2026 | ORIG CO NAME:BNKCD SETTLE        ORIG ID:1043763809 DESC DATE:2604 | 830 | ACH_CREDIT | 2830 |
| DEBIT | 4/1/2026 | Online Transfer to CHK ...6116 transaction#: 28657176481 04/01 | -505 | ACCT_XFER | 2000 |
| CREDIT | 4/1/2026 | ORIG CO NAME:BNKCD SETTLE        ORIG ID:1043763809 DESC DATE:2603 | 505 | ACH_CREDIT | 2505 |