# EXHIBIT 2

| | | |
|---|---|---|
| **Part 2: Asset and Liability Status Current Month** | | |
| (Not generally applicable to Individual Debtors. See Instructions.) | | |
| | | |
| a. Accounts receivable (total net of allowance) | 56,133.95 | |
| b. Accounts receivable over 90 days outstanding (net of allowance) | 106,415.24 | |
| c. Inventory (Book Market Other (attach explanation)) | 65,308.38 | |
| d Total current assets | 1,046,155.02 | |
| e. Total assets | 7,736,292.58 | |
| f. Postpetition payables (excluding taxes) | 853,968.80 | |
| g. Postpetition payables past due (excluding taxes) | 1,385,396.27 | |
| h. Postpetition taxes payable | 19,213.39 | |
| i. Postpetition taxes past due | - | |
| j. Total postpetition debt (f+h) | 873,182.19 | |
| k. Prepetition secured debt | 6,851,680.47 | |
| l. Prepetition priority debt | 83,771.75 | |
| m. Prepetition unsecured debt | 713,234.82 | |
| n. Total liabilities (debt) (j+k+l+m) | 8,521,869.23 | |
| o. Ending equity/net worth (e-n) | (785,576.65) | |

**Velocity Esports, Inc.**
**Balance Sheet**
**As of May 31, 2026**

| | Total 210 - Newport (parent) | | |
|---|---:|---|---|
| **ASSETS** | | | |
| **Current Assets** | | | |
| **Bank Accounts** | | | |
| 10050 Chase - Corp - Payroll - 8673 | (21,976.04) | | |
| 10060 Chase - Corp - Payroll - DIP - 6165 | 1,879,575.78 | | |
| 10100 Chase - Corp - Concentration - 1634 | (564,085.77) | | |
| 10110 Chase - Corp - Concentration - DIP - 6116 | (854,156.27) | | |
| 10150 Chase - Corp - Disbursement - 8715 | | | |
| 10160 Chase - Corp - Disbursement - DIP - 6132 | | | |
| 10200 Chase - Venue - Disbursement - 8681 | (290,865.40) | | |
| 10210 Chase - Venue - Disbursement - DIP - 6181 | 258,886.83 | | |
| 10250 Chase - Venue - Customer  Deposits - 3378 | 750.00 | | |
| 10260 Chase - Venue - Customer Deposits - DIP - 6207 | 1,150.00 | | |
| 10300 Chase - Venue - Newp - 8707 | (560.00) | | |
| 10310 Chase - Venue - Newp - DIP - 6173 | 9,383.63 | | |
| 10350 Chase - Venue - Scha - 5281 | (88.50) | | |
| 10400 Chase - Venue - LasV - 3580 | 23,805.00 | | |
| 10410 Chase - Venue - LasV - DIP - 7658 | (232.20) | | |
| 10450 Chase - Corp - Marketing - 1879 | (500.00) | | |
| 10460 Chase - Corp - Marketing - DIP - 6199 | - | | |
| 10500 Chase - Newp - Petty Cash - 1382 | 1,487.87 | | |
| 10510 Chase - Newp - Petty Cash - DIP - 6157 | 1,122.86 | | |
| 10550 Chase - Scha - Petty Cash - 3610 | - | | |
| 10600 Chase - LasV - Petty Cash - 5330 | (19.50) | | |
| 10610 Chase - LasV - Petty Cash - DIP - 7682 | | | |
| 10700 Credit Card Receivables | 351,321.43 | | |
| 10800 Bank of America - Secured Card | - | | |
| 10900 Venue - Cash Clearing | 120,606.78 | | |
| **Total Bank Accounts** | **915,606.50** | | |
| **Accounts Receivable** | | | |
| 11100 Accounts Receivable - Events | 65,240.14 | | |
| **Total Accounts Receivable** | **65,240.14** | | |
| **Other Current Assets** | | | |
| 12200 Inventory - Food & Soft Beverage | 9,905.36 | | |
| 12400 Inventory - Liquor | 29,189.61 | | |
| 12600 Inventory - Redemption | 26,213.41 | | |

| | | | |
|---|---:|---|---|
| 13100 Prepaids - Commercial Insurance | - | | |
| 13400 Prepaids - Game Cards | - | | |
| 13500 Prepaids - Other | - | | |
| 13650 Prepaid - Retainer | - | | |
| 13700 COBRA Receivable | - | | |
| 13800 Intercompany Receivable | - | | |
| **Total Other Current Assets** | **65,308.38** | | |
| **Total Current Assets** | **1,046,155.02** | | |
| **Fixed Assets** | | | |
| 15050 Construction in Progress | - | | |
| 15100 FA - Leasehold Improvements | 126,196.50 | | |
| 15150 FA - Signage & Decor | 46,038.42 | | |
| 15200 FA - Kitchen, Bar Equipment | 131,347.73 | | |
| 15250 FA - Furniture & Fixtures | 28,403.96 | | |
| 15300 FA - Smallwares | - | | |
| 15350 FA - Audio & Visual Equipment | 72,707.57 | | |
| 15400 FA - POS, ERP Systems | 93,870.63 | | |
| 15450 FA - Computer Equipment - Gaming | 69,280.06 | | |
| 15500 FA - Computer Equipment - Office | 10,084.47 | | |
| 15550 FA - Arcade Games | 308,421.92 | | |
| 15600 FA - Table Games | 5,029.62 | | |
| 15650 FA - Bowling Equipment | - | | |
| 15700 FA - Operations Equipment | - | | |
| 16100 AD - Leasehold Improvements | (37,854.05) | | |
| 16150 AD - Signage & Decor | (27,776.04) | | |
| 16200 AD - Kitchen, Bar Equipment | (65,891.09) | | |
| 16250 AD - Furniture & Fixtures | (13,018.11) | | |
| 16300 AD - Smallwares | - | | |
| 16350 AD - Audio & Visual Equipment | (61,349.85) | | |
| 16400 AD - POS, ERP Systems | (41,083.82) | | |
| 16450 AD - Computer Equipment - Gaming | (69,280.08) | | |
| 16500 AD - Computer Equipment - Office | (6,281.01) | | |
| 16550 AD - Arcade Games | (165,419.19) | | |
| 16600 AD - Table Games | (4,191.50) | | |
| 16650 AD - Bowling Equipment | - | | |
| 16700 AD - Operations Equipment | - | | |
| **Total Fixed Assets** | **399,236.14** | | |
| **Other Assets** | | | |
| 17100 ROU Assets - Venue Leases | 5,990,026.38 | | |
| 17200 ROU Assets - Equip - Newp - Mitsu 1 | - | | |
| 17250 ROU Assets - Equip - LasV - Pawne | - | | |
| 17300 ROU Assets - Equip - LasV - Fortu | - | | |
| 17350 ROU Assets - Equip - Newp -  Leaf | 69,633.56 | | |
| 17400 ROU Assets - Equip - Scha - NFS 1 | - | | |

| | | Prepetition | Postpetition |
|---|---:|---:|---:|
| 17450 ROU Assets - Equip - LasV - Bets3 | - | | |
| 17500 ROU Assets - Equip - Scha - NFS 2 | - | | |
| 17550 ROU Assets - Equip - Scha - North | - | | |
| 17750 ROU Assets - Equip - NFS 4 | - | | |
| 17650 ROU Assets - Equip - Newp - Advan | 118,573.20 | | |
| 19100 Liquor Licenses | - | | |
| 19200 Security Deposits | 112,668.28 | | |
| 19300 Deferred Federal Income Tax Asset | - | | |
| 19400 Deferred Federal Tax Valuation Allowance | - | | |
| 19500 Deferred State Income Tax Asset | - | | |
| 19600 Deferred State Tax Valuation Allowance | - | | |
| 19700 Deferred Offering Costs | - | | |
| **Total Other Assets** | **6,290,901.42** | | |
| **TOTAL ASSETS** | **7,736,292.58** | | |
| **LIABILITIES AND EQUITY** | | | |
| **Liabilities** | | | |
| **Current Liabilities** | | | |
| **Accounts Payable** | | **Prepetition** | **Postpetition** |
| 20000 Accounts Payable | 1,379,249.36 | 700,297.67 | 678,951.69 |
| 20400 Other Accounts Payable | - | | |
| **Total Accounts Payable** | **1,379,249.36** | | |
| **Credit Cards** | | | |
| 21100 Chase - CC - 1089 | - | | |
| 21200 Chase - CC - 2294 | - | | |
| 21300 Chase - CC - 2302 | - | 5,850.88 | (5,850.88) |
| 21400 Chase - CC - 5161 | - | | |
| 21500 Chase - CC - 5179 | - | 2,714.38 | (2,714.38) |
| 21600 Chase - CC - 8914 | - | | |
| 21800 Chase - CC - 6070 | - | 1,024.66 | (1,024.66) |
| **Total Credit Cards** | **-** | | |
| **Other Current Liabilities** | | | |
| 22200 Def Rev - Events | 7,302.01 | 2,126.46 | 5,175.55 |
| 22400 Def Rev - Gift Cards | - | | |
| 22600 Def Rev - Game Cards | - | | - |
| 22800 Def Rev - Groupon | 303.82 | 1,220.77 | (916.95) |
| 23100 Accr Exp - Payroll - Tips | 2,183.44 | - | 2,183.44 |
| 23150 Accr Exp - Payroll - Commissions | 64.09 | - | 64.09 |
| 23200 Accr Exp - Payroll - Bonus | 22,052.00 | 10,513.00 | 11,539.00 |
| 23300 Accr Exp - Payroll - Vacation | 10,663.70 | 10,663.70 | - |
| 23350 Accr Exp - Benefits - Medical Insur | 15,420.72 | 32,792.08 | (17,371.36) |
| 23400 Accr Exp - Benefits - Vision & Dental Insur | 857.40 | 5,017.89 | (4,160.49) |
| 23450 Accr Exp - Rent & Utilities | - | | |
| 23500 Accr Exp - Accounting & Tax Prep Fees | - | | |
| 23700 Accr Exp - Interest | - | | |

| | | | |
|---|---|---|---|
| **23900 Accr Exp - Other** | 462,031.25 | - | 462,031.25 |
| **24100 Lease Liability - Venues - ST** | 1,016,925.23 | 1,016,925.23 | - |
| **24250 Lease Liability - Equip - Leaf ST** | 47,341.35 | 47,341.35 | - |
| **24300 Lease Liability - Equip - Mitsu ST** | - | | |
| **24350 Lease Liability - Equip - NFS 1 ST** | - | | |
| **24400 Lease Liability - Equip - Advantage + ST** | 34,500.94 | 41,908.68 | (7,407.74) |
| **24370 Lease Liability - Equip - NFS 4 ST** | 41,908.68 | - | 41,908.68 |
| **24460 Lease Liability - Venues - North star ST** | - | | |
| **24470 Lease Liability - Venues - Betson ST** | - | | |
| **24480 Lease Liability - Venues - LV Betson ST** | - | | |
| **24490 Lease Liability - Venues - Pawnee ST** | - | | |
| **25050 Clearing - Payroll Cash** | - | - | - |
| **25070 Clearing - Payroll Live Checks** | 223.79 | - | 223.79 |
| **25100 Clearing - Payroll Tax** | - | | |
| **25150 Garnishments Payable** | - | | |
| **25300 Sales Tax Payable** | 43,998.47 | 24,785.08 | 19,213.39 |
| **25350 Business Personal Property Tax Payable** | - | | |
| **25400 State Income Taxes Payable** | - | | |
| **25550 Intercompany Payables** | 163,334.73 | - | 163,334.73 |
| **25600 Settlement liability** | - | | |
| **25900 Current Liabilities - Other** | - | | |
| **Total Other Current Liabilities** | **1,869,111.62** | | |
| **Total Current Liabilities** | **3,248,360.98** | | |
| **Long-Term Liabilities** | | | |
| **26050 Lease Liability - Venues - Newp - LT** | 4,787,116.06 | 5,359,228.03 | (572,111.97) |
| **26150 Lease Liability - Venues - Sch - LT** | - | | |
| **27050 Lease Liability - Equip - LasV - Pawne - LT** | - | | |
| **27100 Lease Liability - Equip - Newp -  Leaf - LT** | 22,292.20 | 64,296.94 | (42,004.74) |
| **27150 Lease Liability - Equip - Scha - NFS 1 - LT** | - | | |
| **27200 Lease Liability - Equip - LasV - Bets3- LT** | - | | |
| **27270 Lease Liability - Equip - NFS 4 - LT** | 78,167.34 | - | 78,167.34 |
| **27300 Lease Liability - Equip - Scha - North - LT** | - | | |
| **27350 Lease Liability - Equip - Newp - Advan - LT** | 86,062.45 | 118,189.92 | (32,127.47) |
| **27400 Lease Liability - Equip - Newp - Mitsubishi** | - | | |
| **27450 Lease Liability - Equip - LasV - Fortune 5** | - | | |
| **27500 Lease Liability - Equip - LasV - Bets2- LT** | - | | |
| **28100 Notes Payable - RW Trust - LT** | - | | |
| **28150 Notes Payable - LRW RT - LT** | - | | |
| **28200 Notes Payable - PK Trust - LT** | - | | |
| **28300 Notes Payable - Kaplan Trust - LT** | - | | |
| **28350 Notes Payable - WIGF - LT** | - | | |
| **28400 Notes Payable - Newtek SBA - LT** | - | | |
| **28450 Long-Term Debt Discount (net)** | - | | |
| **28500 Long-Term Debt Discount (WIGF)** | - | | |

| | | | |
|---|---:|---:|---:|
| **28550 Long-Term Debt Discount (SBA)** | - | | |
| **28850 Warrant Liabilities - LT - only** | - | | |
| **28950 SAFE Units - LT - only** | - | | |
| **29100 Deferred Rent** | 299,870.20 | 203,790.32 | 96,079.88 |
| **29700 Deferred State Income Tax Payable** | - | | |
| **29800 Deferred Federal Income Tax Payable** | - | | |
| **Total Long-Term Liabilities** | **5,273,508.25** | | |
| **Total Liabilities** | **8,521,869.23** | | |
| **Equity** | | | |
| **31200 Common Stock - Class A** | - | | |
| **31400 Common Stock - Class B** | - | | |
| **32200 Treasury Stock - Class A** | - | | |
| **32400 Treasury Stock - Class B** | - | | |
| **33200 APIC** | - | | |
| **Opening balance equity** | - | | |
| **Retained Earnings** | (570,314.38) | | |
| **Net Income** | (215,262.27) | | |
| **Total Equity** | **(785,576.65)** | | |
| **TOTAL LIABILITIES AND EQUITY** | **7,736,292.58** | | |
| | | | |
| | - | | |
| | | | |
| Thursday, Nov 13, 2025 05:47:05 AM GMT-8 | | | |

## A/P Aging Detail Report
### as of May 31, 2026

| Date | Transaction type | Num | Vendor display name | Store full name | Due date | Past due | Amount | Open balance |
|---|---|---|---|---|---|---|---|---|
| 04/01/2025 | Bill | APR 2025 RENT-UTIL | NOTL Property Owner, LLC | 210 - Newport (parent):210 - Newport - General | 04/11/2025 | 433 | 103,078.52 | 6,450.55 |
| 05/01/2025 | Bill | MAY 2025 RENT-UTIL | NOTL Property Owner, LLC | 210 - Newport (parent):210 - Newport - General | 05/10/2025 | 404 | 99,790.74 | 99,790.74 |
| 04/15/2025 | Bill | 419716307 | Sysco Cincinnati | 210 - Newport (parent):210 - Newport - General | 05/15/2025 | 399 | 90.00 | 90.00 |
| 04/15/2025 | Bill | 419717030 | Sysco Cincinnati | 210 - Newport (parent):210 - Newport - General | 05/15/2025 | 399 | 4,681.82 | 4,681.82 |
| 04/19/2025 | Bill | 419722293 | Sysco Cincinnati | 210 - Newport (parent):210 - Newport - General | 05/19/2025 | 395 | 255.16 | 255.16 |
| 04/22/2025 | Bill | 419725680 | Sysco Cincinnati | 210 - Newport (parent):210 - Newport - General | 05/22/2025 | 392 | 3,434.58 | 3,434.58 |
| 04/29/2025 | Bill | 419734945 | Sysco Cincinnati | 210 - Newport (parent):210 - Newport - General | 05/29/2025 | 385 | 3,072.83 | 3,072.83 |
| 05/07/2025 | Bill | 5034268410 | Wells Fargo Vendor Financial Services, Inc | 210 - Newport (parent):210 - Newport - General | 06/01/2025 | 382 | 465.37 | 465.37 |
| 05/06/2025 | Bill | 419747110 | Sysco Cincinnati | 210 - Newport (parent):210 - Newport - General | 06/05/2025 | 378 | 5,088.22 | 5,088.22 |
| 06/01/2025 | Bill | JUNE 2025 RENT-UTIL | NOTL Property Owner, LLC | 210 - Newport (parent):210 - Newport - General | 06/10/2025 | 373 | 100,205.76 | 100,205.76 |
| 07/01/2025 | Bill | JULY 2025 RENT-UTIL | NOTL Property Owner, LLC | 210 - Newport (parent):210 - Newport - General | 07/11/2025 | 342 | 99,997.66 | 99,997.66 |
| 08/01/2025 | Bill | AUG 2025 RENT-UTIL | NOTL Property Owner, LLC | 210 - Newport (parent):210 - Newport - General | 08/11/2025 | 311 | 102,754.85 | 102,754.85 |
| 09/01/2025 | Bill | SEPT 2025 RENT-UTIL | NOTL Property Owner, LLC | 210 - Newport (parent):210 - Newport - General | 09/11/2025 | 280 | 107,311.85 | 107,311.85 |
| 10/01/2025 | Bill | OCT 2025 RENT-UTIL | NOTL Property Owner, LLC | 210 - Newport (parent):210 - Newport - General | 10/11/2025 | 250 | 102,183.97 | 102,183.97 |
| 11/01/2025 | Bill | NOV 2025 RENT-UTIL | NOTL Property Owner, LLC | 210 - Newport (parent):210 - Newport - General | 11/11/2025 | 219 | 101,102.20 | 101,102.20 |
| 12/01/2025 | Bill | DEC 2025 RENT-UTIL | NOTL Property Owner, LLC | 210 - Newport (parent):210 - Newport - General | 12/11/2025 | 189 | 99,955.34 | 99,955.34 |
| 01/01/2026 | Bill | JAN 2026 RENT-UTIL | NOTL Property Owner, LLC | 210 - Newport (parent):210 - Newport - General | 01/11/2026 | 158 | 101,059.44 | 101,059.44 |
| 02/01/2026 | Bill | FEB 2026 RENT-UTIL | NOTL Property Owner, LLC | 210 - Newport (parent):210 - Newport - General | 02/11/2026 | 127 | 101,746.12 | 101,746.12 |
| 03/01/2026 | Bill | MAR 2026 RENT-UTIL | NOTL Property Owner, LLC | 210 - Newport (parent):210 - Newport - General | 03/11/2026 | 99 | 103,606.68 | 103,606.68 |
| 04/01/2026 | Bill | APRIL 2026 RENT-UTIL | NOTL Property Owner, LLC | 210 - Newport (parent):210 - Newport - General | 04/10/2026 | 69 | 101,880.51 | 101,880.51 |
| 04/17/2026 | Vendor Credit | 041726 | A&A Global Industries | 210 - Newport (parent):210 - Newport - General | | | -87.03 | -15.00 |
| 05/01/2026 | Bill | MAY 2026 RENT-UTIL | NOTL Property Owner, LLC | 210 - Newport (parent):210 - Newport - General | 05/11/2026 | 38 | 103,255.82 | 103,255.82 |
| 05/12/2026 | Bill | EXPEPOWERS051226 | Elizabeth Powers | 210 - Newport (parent):210 - Newport - General | 05/12/2026 | 37 | 1,294.45 | 1,294.45 |
| 05/19/2026 | Bill | EXPEPOWERS051926 | Elizabeth Powers | 210 - Newport (parent):210 - Newport - General | 05/19/2026 | 30 | 1,378.23 | 1,378.23 |
| 05/21/2026 | Bill | 83749552 | NuCO2, Inc - 210 | 210 - Newport (parent):210 - Newport - General | 05/21/2026 | 28 | 175.19 | 175.19 |
| 04/29/2026 | Bill | 88433 | Fayette Graphics | 210 - Newport (parent):210 - Newport - General | 05/29/2026 | 20 | 266.98 | 266.98 |
| 05/29/2026 | Bill | EXPEPOWERS052926 | Elizabeth Powers | 210 - Newport (parent):210 - Newport - General | 05/29/2026 | 20 | 1,191.95 | 1,191.95 |
| 05/29/2026 | Bill | A-7446954 | Stagnaro Distributing, Inc | 210 - Newport (parent):210 - Newport - General | 05/29/2026 | 20 | 898.60 | 898.60 |
| 05/27/2026 | Bill | 119A6207Z | Sysco Cincinnati | 210 - Newport (parent):210 - Newport - General | 05/30/2026 | 19 | 32.57 | 32.57 |
| 05/01/2026 | Bill | 1593149 | Betson Imperial - 210 | 210 - Newport (parent):210 - Newport - General | 05/31/2026 | 18 | 590.54 | 590.54 |
| 05/31/2026 | Bill | EPSG May 2026 | EPSG - 210 | 210 - Newport (parent):210 - Newport - General | 05/31/2026 | 18 | 584.81 | 584.81 |
| 05/31/2026 | Bill | INV-1158032 | Insperity Business Services | 210 - Newport (parent):210 - Newport - General | 05/31/2026 | 18 | 990.00 | 990.00 |
| 05/31/2026 | Bill | EXPEPOWERS053126 | Elizabeth Powers | 210 - Newport (parent):210 - Newport - General | 05/31/2026 | 18 | 3,442.79 | 3,442.79 |
| 05/31/2026 | Bill | May26 | CenterEdge Software | 210 - Newport (parent):210 - Newport - General | 05/31/2026 | 18 | 760.84 | 760.84 |
| 05/31/2026 | Bill | May26 | CenterEdge Software | 210 - Newport (parent):210 - Newport - General | 05/31/2026 | 18 | 5,446.14 | 5,446.14 |
| 05/25/2026 | Bill | 12699951 | Creation Gardens | 210 - Newport (parent):210 - Newport - General | 06/01/2026 | 17 | 35.40 | 35.40 |
| 05/26/2026 | Bill | UTIL April 26 - Rotol | NOTL Property Owner, LLC | 210 - Newport (parent):210 - Newport - General | 06/01/2026 | 17 | 4,890.77 | 4,890.77 |
| 05/05/2026 | Bill | 1518270 | Economy Linen & Towel Service, Inc | 210 - Newport (parent):210 - Newport - General | 06/04/2026 | 14 | 71.37 | 71.37 |
| 05/06/2026 | Bill | INV409856 | Bonita Marie International - 210 | 210 - Newport (parent):210 - Newport - General | 06/05/2026 | 13 | 1,284.19 | 1,284.19 |
| 05/06/2026 | Bill | 6359069043 | Ecolab - 210 | 210 - Newport (parent):210 - Newport - General | 06/05/2026 | 13 | 347.52 | 347.52 |
| 05/06/2026 | Bill | 26674050626 | Snowball Pest Control, LLC | 210 - Newport (parent):210 - Newport - General | 06/05/2026 | 13 | 150.00 | 150.00 |
| 05/26/2026 | Bill | UTIL April 26 - Velo | NOTL Property Owner, LLC | 210 - Newport (parent):210 - Newport - General | 06/05/2026 | 13 | 4,922.72 | 4,922.72 |
| 05/29/2026 | Bill | 12713588 | Creation Gardens | 210 - Newport (parent):210 - Newport - General | 06/05/2026 | 13 | 67.55 | 67.55 |
| 05/29/2026 | Bill | 241246 | Heidelberg Distributing | 210 - Newport (parent):210 - Newport - General | 06/08/2026 | 10 | 473.60 | 473.60 |
| 05/12/2026 | Bill | 1522325 | Economy Linen & Towel Service, Inc | 210 - Newport (parent):210 - Newport - General | 06/11/2026 | 7 | 71.37 | 71.37 |
| 05/12/2026 | Bill | 1522326 | Economy Linen & Towel Service, Inc | 210 - Newport (parent):210 - Newport - General | 06/11/2026 | 7 | 72.07 | 38.50 |
| 05/13/2026 | Bill | 91054180 | Comfort Systems USA | 210 - Newport (parent):210 - Newport - General | 06/12/2026 | 6 | 573.17 | 573.17 |
| 05/13/2026 | Bill | 91054403 | Comfort Systems USA | 210 - Newport (parent):210 - Newport - General | 06/12/2026 | 6 | 464.00 | 464.00 |
| 05/20/2026 | Bill | 7646199-05202026 | Alta Fiber | 210 - Newport (parent):210 - Newport - General | 06/16/2026 | 2 | 164.33 | 164.33 |
| 05/20/2026 | Bill | 7902869-05202026 | Alta Fiber | 210 - Newport (parent):210 - Newport - General | 06/16/2026 | 2 | 74.30 | 74.30 |
| 05/19/2026 | Bill | 1526210 | Economy Linen & Towel Service, Inc | 210 - Newport (parent):210 - Newport - General | 06/18/2026 | 0 | 71.37 | 71.37 |
| 05/19/2026 | Bill | 1526211 | Economy Linen & Towel Service, Inc | 210 - Newport (parent):210 - Newport - General | 06/18/2026 | 0 | 72.07 | 72.07 |

| 05/20/2026 | Bill | 17175052026 | Snowball Pest Control, LLC | 210 - Newport (parent):210 - Newport - General | 06/19/2026 | -1 | 85.00 | 85.00 |
|---|---|---|---|---|---|---|---|---|
| 05/26/2026 | Bill | 1529834 | Economy Linen & Towel Service, Inc | 210 - Newport (parent):210 - Newport - General | 06/25/2026 | -7 | 71.37 | 71.37 |
| 05/26/2026 | Bill | 1529835 | Economy Linen & Towel Service, Inc | 210 - Newport (parent):210 - Newport - General | 06/25/2026 | -7 | 72.07 | 72.07 |
| 05/28/2026 | Bill | INV413496 | Bonita Marie International - 210 | 210 - Newport (parent):210 - Newport - General | 06/27/2026 | -9 | 2,441.69 | 2,441.69 |
| 05/29/2026 | Bill | 91054706 | Comfort Systems USA | 210 - Newport (parent):210 - Newport - General | 06/28/2026 | -10 | 4,504.77 | 4,504.77 |
| 05/29/2026 | Bill | 353877 | Bandai Namco Amusement America, Inc | 210 - Newport (parent):210 - Newport - General | 06/28/2026 | -10 | 283.40 | 283.40 |
| 05/31/2026 | Bill | 79661 | Victig Background Checks | 210 - Newport (parent):210 - Newport - General | 06/30/2026 | -12 | 53.77 | 53.77 |
| 05/31/2026 | Vendor Credit | 247382 | BME Services | 210 - Newport (parent):210 - Newport - General | | | -1,315.59 | -1,315.59 |