# EXHIBIT 3

| | Current Month | Cumulative |
|---|---|---|
| **Part 4: Income Statement (Statement of Operations)** | | |
| (Not generally applicable to Individual Debtors. See Instructions.) | | |
| a. Gross income/sales (net of returns and allowances) | 273,088.02 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | 34,741.84 | |
| c. Gross profit (a-b) | 238,346.18 | |
| d. Selling expenses | 13,512.45 | |
| e. General and administrative expenses | 239,746.33 | |
| f. Other expenses | - | |
| g. Depreciation and/or amortization (not included in 4b) | 23,494.65 | |
| h. Interest | 2,082.15 | |
| i. Taxes (local, state, and federal) | 9,478.79 | |
| j. Reorganization items | - | |
| k. Profit (loss) | (49,968.19) | (323,897.25) |

### Velocity Esports, Inc.
### Profit and Loss
**May 2026**

| | Total 210 - Newport (parent) |
|---|---|
| **Income** | |
| 40000 Revenue - Food & Soft Beverage | 6,053.83 |
| 40100 Revenue - Food | 39,858.42 |
| 40200 Revenue - Soft Beverage | - |
| 40900 Discounts - Food | - |
| 41000 Revenue - Event - Food | 220.00 |
| 41100 Revenue - Event - Soft Beverage | - |
| 41900 Discounts - Event | - |
| 42100 Revenue - Liquor | 38,214.47 |
| 42200 Revenue - Beer | 26,169.56 |
| 42300 Revenue - Wine | 428.00 |
| 42900 Discounts - Alcohol | - |
| 43000 Revenue - Event - Liquor | - |
| 43100 Revenue - Event - Beer | - |
| 43200 Revenue - Event - Wine | 919.00 |
| 44100 Revenue - Game Play | 98,046.40 |
| 44300 Revenue - Bowling | 55,986.99 |
| 44500 Revenue - Espo | - |
| 44900 Discounts - Game Play | - |
| 44950 Discounts - Espo | - |
| 45000 Revenue - Event - Game Play | - |
| 45100 Revenue - Event - Bowling | - |
| 45300 Revenue - Event - Espo | 756.00 |
| 49400 Revenue - Event - Espo, Other | - |
| 49900 Revenue - Other | 6,435.35 |
| **Total Income** | **273,088.02** |
| **Cost of Goods Sold** | |
| 50100 COGS - Food | 13,840.78 |
| 50200 COGS - Soft Beverage | 1,116.33 |
| 52100 COGS - Liquor | 5,024.52 |
| 52200 COGS - Beer | 5,370.63 |
| 52300 COGS - Wine | 803.10 |
| 52400 COGS - Bar Mix & Garnishes | 657.23 |
| 54100 COGS - Game Cards | 856.66 |
| 54200 COGS - Redemption | 7,072.59 |
| 54500 COGS - Espo Prizes & Awards | - |
| **Total Cost of Goods Sold** | **34,741.84** |

| | |
|---|---:|
| **Gross Profit** | **238,346.18** |
| **Expenses** | |
| **60050 Wages - Regular** | 68,505.93 |
| **60150 Wages - Housekeeping** | 2,293.13 |
| **60200 Wages - Technical** | 13,361.31 |
| **60400 Commissions** | 191.31 |
| **60450 Bonus** | 5,513.00 |
| **60500 Payroll Taxes - FICA, SDI, Local** | 8,332.23 |
| **60550 Payroll Taxes - FUTA, SUTA** | 1,006.97 |
| **60650 Benefits - Vacation** | 2,133.52 |
| **60700 Benefits - PTO, Sick Time** | 500.14 |
| **60750 Insurance - Medical** | 4,532.20 |
| **60800 Insurance - Life & Disability** | - |
| **60850 Insurance - Dental** | 287.37 |
| **60900 Insurance - Vision** | 29.04 |
| **62100 Base Rent** | 88,460.73 |
| **62500 Utilities - Gas** | 1,645.68 |
| **62600 Utilities - Electricity** | 16,526.86 |
| **62700 Utilities - Water** | 905.36 |
| **62800 Utilities - Trash, Waste** | 5,530.68 |
| **64050 Venue R&M - Arcade** | 141.99 |
| **64250 Venue R&M - Computer Software, POS** | 1,350.00 |
| **64350 Venue R&M - Electrical, Lights** | 26.56 |
| **64400 Venue R&M - Audio Visual** | 9.60 |
| **64450 Venue R&M - Facilities, Furniture** | 160.73 |
| **64500 Venue R&M - HVAC** | 4,368.66 |
| **64550 Venue R&M - Plumbing** | - |
| **64600 Venue R&M - Appliance** | 1,847.78 |
| **66050 Venue Supplies - Restaurant & Bar** | 2,956.87 |
| **66150 Venue Supplies - Linens** | 468.12 |
| **66200 Venue Supplies - Uniforms** | 361.63 |
| **66300 Venue Supplies - Arcade** | 549.38 |
| **66400 Venue Supplies - Billiards** | 202.31 |
| **66450 Venue Supplies - Bowling** | 46.19 |
| **66550 Venue Supplies - Events** | 74.71 |
| **66900 Venue Supplies - Other** | 215.24 |
| **68100 Advertising - Internet, Social Media** | 3,232.29 |
| **68300 Advertising & Marketing - Other** | 10,013.85 |
| **72100 Signage, Banners** | 75.00 |
| **72500 License Fees - Music, Espo Software** | 230.95 |
| **72600 Janitorial Services & Supplies** | 1,251.27 |
| **72700 Telephone Expense** | 238.63 |
| **72800 Cable, Internet Access** | 914.57 |
| **73000 Postage, Freight, Delivery Charges** | 311.70 |

| | |
|---|---:|
| **73100 Equipment Rental** | 881.33 |
| **73200 Pest Control** | 235.00 |
| **73600 Dues & Subscriptions** | 1,063.48 |
| **73700 Credit Card Processing Fees** | 7,821.42 |
| **73800 Payroll Processing Fees** | 990.00 |
| **73900 Bank Fees** | 190.00 |
| **74000 Outside Services - Other** | 1,208.79 |
| **74200 Professional Fees - Legal** | - |
| **74300 Professional Fees - Accounting** | - |
| **74500 Penalties & Late Fees** | 35.00 |
| **76100 Insurance - Workers' Compensation** | - |
| **76200 Insurance - Commercial** | - |
| **76300 Insurance - D&O** | - |
| **78000 Local Tax, Permit, & License Expense** | - |
| **78100 Business & Occupation Tax & Permit** | - |
| **78200 Liquor and Other Licenses** | 1,369.47 |
| **78400 Taxes - Property** | 139.59 |
| **Total Expenses** | **262,737.57** |
| **Net Operating Income** | **(24,391.39)** |
| **Other Income** | |
| **93260 Gain or Loss on sale of store** | - |
| **Total Other Income** | **-** |
| **Other Expenses** | |
| **785000 Settlement fees** | - |
| **80200 Depreciation** | 14,886.54 |
| **80400 Amortization - Lease** | 8,608.11 |
| **80600 Amortization - Debt Discount** | - |
| **93000 Other Expense** | - |
| **93050 Interest Expense - Loan** | - |
| **93100 Interest Expense - Lease** | 2,082.15 |
| **Total Other Expenses** | **25,576.80** |
| **Net Other Income** | **(25,576.80)** |
| **Net Income** | **(49,968.19)** |