# EXHIBIT 6



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244 - 4959

May 01, 2026 through May 29, 2026
Account Number:                    8707

00493582 DRE 703 219 15026 NNNNNNNNNNN  1 000000000 64 0000

VELOCITY ESPORTS, INC.
3319 N CICERO AVE UNIT 412002
CHICAGO IL 60641

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site. | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |



## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $60.00 |
| Ending Balance | 0 | $60.00 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |



May 01, 2026 through May 29, 2026

Account Number: ████████8707

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---

Velocity Esports, Inc.

**10300 Chase - Venue - Newp - 8707, Period Ending 05/31/2026**

**RECONCILIATION REPORT**

Reconciled on: 06/02/2026

Reconciled by: Ryan Singer

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 60.00 |
| Checks and payments cleared (1) | -105.18 |
| Deposits and other credits cleared (1) | 105.18 |
| Statement ending balance | 60.00 |
| | |
| Register balance as of 05/31/2026 | 60.00 |

**Details**

Checks and payments cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/30/2026 | Journal | JE04302028-TORECLASS | | -105.18 |
| Total | | | | -105.18 |

Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/30/2026 | Journal | JE04302028-TORECLASS | | 105.18 |
| Total | | | | 105.18 |



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244-4959

May 01, 2026 through May 29, 2026

Account Number:                    6157



00049627 DRE 111 142 15426 NNNNNNNNNNN T 1 000000000 D6 0000

VELOCITY ESPORTS, INC.
DEBTOR IN POSSESSION CASE #25-12627
3838 N KENNETH AVE
CHICAGO IL 60641-2814

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $3,657.72 |
| Deposits and Additions | 2 | 1,050.00 |
| Checks Paid | 7 | -3,960.39 |
| Fees | 1 | -95.00 |
| Ending Balance | 10 | $652.33 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/19 | Online Transfer From Chk ...6116 Transaction#: 29280854389 | $250.00 |
| 05/28 | Online Transfer From Chk ...6173 Transaction#: 29387405585 | 800.00 |
| **Total Deposits and Additions** | | **$1,050.00** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1959 ^ | | 05/08 | $350.00 |
| 1960 ^ | 05/06 | 05/06 | 461.31 |
| 1961 ^ | | 05/12 | 789.06 |
| 1962 ^ | | 05/12 | 145.72 |
| 1963 ^ | | 05/20 | 221.85 |
| 1964 ^ | | 05/28 | 1,030.54 |



May 01, 2026 through May 29, 2026

Account Number: ███████6157

## CHECKS PAID *(continued)*

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1965 ^ | 05/28 | 05/28 | 961.91 |
| **Total Checks Paid** | | | **$3,960.39** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image

^ An image of this check may be available for you to view on Chase.com.

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/05 | Service Charges For The Month of April | $95.00 |
| **Total Fees** | | **$95.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 05/05 | $3,562.72 |
| 05/06 | 3,101.41 |
| 05/08 | 2,751.41 |
| 05/12 | 1,816.63 |
| 05/19 | 2,066.63 |
| 05/20 | 1,844.78 |
| 05/28 | 652.33 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $95.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$95.00** Will be assessed on 6/3/26 |

You were assessed a monthly service fee on your Chase Platinum Business Checking account because you did not maintain the required relationship balance.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| **Other Service Charges:** | | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 7 | 500 | 0 | $0.50 | $0.00 |
| **Subtotal Other Service Charges (Will be assessed on 6/3/26)** | | | | | **$95.00** |

**ACCOUNT** ███████ 6157

| | | | | | |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | | |
| **Other Service Charges:** | | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 7 | | | | |

Reminder: Fees associated with ACH Payments, Real Time Payments, Same Day ACH, ACH Collections and Chase QuickDeposit℠ are based on previous month activity.



May 01, 2026 through May 29, 2026

Account Number:                          5157



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



This Page Intentionally Left Blank

Velocity Esports, Inc.

**10510 Chase - Newp - Petty Cash - DIP - 6157, Period Ending 05/31/2026**

**RECONCILIATION REPORT**

Reconciled on: 06/03/2026

Reconciled by: Ryan Singer

Any changes made to transactions after this date aren't included in this report.

| **Summary** | **USD** |
|---|---|
| Statement beginning balance | 3,657.72 |
| Checks and payments cleared (9) | -6,255.39 |
| Deposits and other credits cleared (3) | 3,250.00 |
| Statement ending balance | 652.33 |
| | |
| Register balance as of 05/31/2026 | 652.33 |
| Cleared transactions after 05/31/2026 | 0.00 |
| Uncleared transactions after 05/31/2026 | 1,750.00 |
| Register balance as of 06/03/2026 | 2,402.33 |

**Details**

Checks and payments cleared (9)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/30/2026 | Journal | JE04302026-TORECLASS | | -2,200.00 |
| 05/05/2026 | Expense | | | -95.00 |
| 05/06/2026 | Bill Payment | | Petty Cash - 210 | -461.31 |
| 05/08/2026 | Bill Payment | | American Draft Service | -350.00 |
| 05/12/2026 | Check | 1961 | | -789.06 |
| 05/12/2026 | Bill Payment | | Mainstay Restaurant Supplies | -145.72 |
| 05/20/2026 | Bill Payment | | Mainstay Restaurant Supplies | -221.85 |
| 05/28/2026 | Bill Payment | | Kentucky Eagle | -1,030.54 |
| 05/28/2026 | Bill Payment | | Petty Cash - 210 | -961.91 |

| **Total** | | | | **-6,255.39** |
|---|---|---|---|---|

Deposits and other credits cleared (3)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/30/2026 | Journal | JE04302026-TORECLASS | | 2,200.00 |
| 05/19/2026 | Transfer | | | 250.00 |
| 05/28/2026 | Transfer | | | 800.00 |

| **Total** | | | | **3,250.00** |
|---|---|---|---|---|

**Additional Information**

Uncleared deposits and other credits after 05/31/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/01/2026 | Transfer | | | 1,750.00 |

| **Total** | | | | **1,750.00** |
|---|---|---|---|---|



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244 - 4959

May 01, 2026 through May 29, 2026

Account Number:                    **1382**



00211716 DRE 703 219 15026 NNNNNNNNNNN  1 000000000 64 0000

VELOCITY ESPORTS, INC.
3838 N KENNETH AVE
CHICAGO IL 60641-2814

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$50.00** |
| Deposits and Additions | 1 | 17.00 |
| **Ending Balance** | 1 | **$67.00** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/06 | Orig CO Name:Switch Commerce      Orig ID:030526082  Desc Date:       CO Entry Descr:0430 Schg Sec:CCD    Trace#:273970110683924 Eed:260506   Ind ID:198787 Ind Name:Velocity Esports Newpo 1700000586 Trn: 1260683924Tc | $17.00 |
| **Total Deposits and Additions** | | **$17.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 05/06 | $67.00 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

Page 1 of 2



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

Velocity Esports, Inc.

**10500 Chase - Newp - Petty Cash - 1382, Period Ending 05/31/2026**

**RECONCILIATION REPORT**

Reconciled on: 06/04/2026

Reconciled by: Ryan Singer

Any changes made to transactions after this date aren't included in this report.

**Summary**                                                                                      USD

| | |
|---|---|
| Statement beginning balance | 50.00 |
| Checks and payments cleared (2) | -652.50 |
| Deposits and other credits cleared (3) | 669.50 |
| Statement ending balance | 67.00 |
| | |
| Register balance as of 05/31/2026 | 67.00 |

**Details**

Checks and payments cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/30/2026 | Journal | JE04302028-TORECLASS | | -638.50 |
| 04/30/2026 | Journal | JE04302026-TORECLASSS | | -14.00 |

| | | | | |
|---|---|---|---|---|
| Total | | | | -652.50 |

Deposits and other credits cleared (3)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/30/2026 | Journal | JE04302028-TORECLASS | | 638.50 |
| 04/30/2026 | Journal | JE04302026-TORECLASSS | | 14.00 |
| 05/06/2026 | Deposit | | | 17.00 |

| | | | | |
|---|---|---|---|---|
| Total | | | | 669.50 |



JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244 - 4959

May 01, 2026 through May 29, 2026

Account Number:                    6173



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00049628 DRE 111 142 15426 NNNNNNNNNNN T  1 000000000 D6 0000

VELOCITY ESPORTS, INC.
DEBTOR IN POSSESSION CASE #25-12627
3838 N KENNETH AVE
CHICAGO IL 60641-2814

## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $2,091.00 |
| Deposits and Additions | 48 | 56,352.66 |
| Electronic Withdrawals | 19 | -49,901.66 |
| Fees | 1 | -95.00 |
| Ending Balance | 68 | $8,447.00 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/01 | Orig CO Name:Brinks Capital L      Orig ID:9000979655 Desc Date:260501 CO Entry Descr:Payments  Sec:CCD   Trace#:021000026585824 Eed:260501   Ind ID:195739-3 Ind Name:Velocity Esports, Newp     Nte*Zzz*738676173\ Trn: 1216585824Tc | $449.00 |
| 05/01 | Orig CO Name:Bnkcd Settle      Orig ID:1043763809 Desc Date:260430 CO Entry Descr:Merch Dep Sec:CCD   Trace#:011500120821528 Eed:260501   Ind ID:286779550163519       Ind Name:Velocity Esports Newpo Trn: 1210821528Tc | 445.00 |
| 05/04 | Orig CO Name:Brinks Capital L      Orig ID:9000979655 Desc Date:260504 CO Entry Descr:Payments  Sec:CCD   Trace#:021000023506565 Eed:260504   Ind ID:195739-1168 Ind Name:Velocity Esports, Newp     Nte*Zzz*738676173\ Trn: 1243506565Tc | 5,517.00 |
| 05/04 | Orig CO Name:Bnkcd Settle      Orig ID:1043763809 Desc Date:260501 CO Entry Descr:Merch Dep Sec:CCD   Trace#:011500122337031 Eed:260504   Ind ID:286779550163519       Ind Name:Velocity Esports Newpo Trn: 1242337031Tc | 174.00 |
| 05/05 | Orig CO Name:Bnkcd Settle      Orig ID:1043763809 Desc Date:260504 CO Entry Descr:Merch Dep Sec:CCD   Trace#:011500126161067 Eed:260505   Ind ID:286779550163519       Ind Name:Velocity Esports Newpo Trn: 1256161067Tc | 2,229.00 |
| 05/05 | Orig CO Name:Bnkcd Settle      Orig ID:1043763809 Desc Date:260504 CO Entry Descr:Merch Dep Sec:CCD   Trace#:011500126161068 Eed:260505   Ind ID:286779550163519       Ind Name:Velocity Esports Newpo Trn: 1256161068Tc | 1,040.00 |
| 05/05 | Orig CO Name:Bnkcd Settle      Orig ID:1043763809 Desc Date:260504 CO Entry Descr:Merch Dep Sec:CCD   Trace#:011500126161066 Eed:260505   Ind ID:286779550163519       Ind Name:Velocity Esports Newpo Trn: 1256161066Tc | 230.00 |



CHASE ◯

May 01, 2026 through May 29, 2026

Account Number: 6173

## DEPOSITS AND ADDITIONS  *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/05 | Orig CO Name:Brinks Capital L    Orig ID:9000979655 Desc Date:260505 CO Entry Descr:Payments Sec:CCD    Trace#:021000025313184 Eed:260505   Ind ID:195739-292 Ind Name:Velocity Esports, Newp    Nte*Zzz*738676173\ Trn: 1255313184Tc | 106.00 |
| 05/06 | Orig CO Name:Brinks Capital L    Orig ID:9000979655 Desc Date:260506 CO Entry Descr:Payments Sec:CCD    Trace#:021000021455350 Eed:260506   Ind ID:195739-289 Ind Name:Velocity Esports, Newp    Nte*Zzz*738676173\ Trn: 1261455350Tc | 2,226.00 |
| 05/06 | Orig CO Name:Bnkcd Settle    Orig ID:1043763809 Desc Date:260505 CO Entry Descr:Merch Dep Sec:CCD    Trace#:011500125451779 Eed:260506   Ind ID:286779550163519    Ind Name:Velocity Esports Newpo Trn: 1265451779Tc | 160.00 |
| 05/07 | Orig CO Name:Bnkcd Settle    Orig ID:1043763809 Desc Date:260506 CO Entry Descr:Merch Dep Sec:CCD    Trace#:011500128843178 Eed:260507   Ind ID:286779550163519    Ind Name:Velocity Esports Newpo Trn: 1278843178Tc | 270.00 |
| 05/07 | Orig CO Name:Brinks Capital L    Orig ID:9000979655 Desc Date:260507 CO Entry Descr:Payments Sec:CCD    Trace#:021000024191399 Eed:260507   Ind ID:195739-1003 Ind Name:Velocity Esports, Newp    Nte*Zzz*738676173\ Trn: 1274191399Tc | 32.00 |
| 05/08 | Orig CO Name:Bnkcd Settle    Orig ID:1043763809 Desc Date:260507 CO Entry Descr:Merch Dep Sec:CCD    Trace#:011500120693375 Eed:260508   Ind ID:286779550163519    Ind Name:Velocity Esports Newpo Trn: 1280693375Tc | 404.00 |
| 05/08 | Orig CO Name:Brinks Capital L    Orig ID:9000979655 Desc Date:260508 CO Entry Descr:Payments Sec:CCD    Trace#:021000020630612 Eed:260508   Ind ID:195739-877 Ind Name:Velocity Esports, Newp    Nte*Zzz*738676173\ Trn: 1280630612Tc | 77.00 |
| 05/11 | Orig CO Name:Brinks Capital L    Orig ID:9000979655 Desc Date:260511 CO Entry Descr:Payments Sec:CCD    Trace#:021000026953737 Eed:260511   Ind ID:195739-492 Ind Name:Velocity Esports, Newp    Nte*Zzz*738676173\ Trn: 1316953737Tc | 3,981.00 |
| 05/11 | Orig CO Name:Bnkcd Settle    Orig ID:1043763809 Desc Date:260508 CO Entry Descr:Merch Dep Sec:CCD    Trace#:011500126532995 Eed:260511   Ind ID:286779550163519    Ind Name:Velocity Esports Newpo Trn: 1316532995Tc | 640.00 |
| 05/12 | Orig CO Name:Bnkcd Settle    Orig ID:1043763809 Desc Date:260511 CO Entry Descr:Merch Dep Sec:CCD    Trace#:011500124616668 Eed:260512   Ind ID:286779550163519    Ind Name:Velocity Esports Newpo Trn: 1324616668Tc | 1,865.00 |
| 05/12 | Orig CO Name:Bnkcd Settle    Orig ID:1043763809 Desc Date:260511 CO Entry Descr:Merch Dep Sec:CCD    Trace#:011500124616669 Eed:260512   Ind ID:286779550163519    Ind Name:Velocity Esports Newpo Trn: 1324616669Tc | 1,130.00 |
| 05/12 | Orig CO Name:Bnkcd Settle    Orig ID:1043763809 Desc Date:260511 CO Entry Descr:Merch Dep Sec:CCD    Trace#:011500124616667 Eed:260512   Ind ID:286779550163519    Ind Name:Velocity Esports Newpo Trn: 1324616667Tc | 980.66 |
| 05/12 | Orig CO Name:Brinks Capital L    Orig ID:9000979655 Desc Date:260512 CO Entry Descr:Payments Sec:CCD    Trace#:021000028912649 Eed:260512   Ind ID:195739-289 Ind Name:Velocity Esports, Newp    Nte*Zzz*738676173\ Trn: 1328912649Tc | 330.00 |
| 05/13 | Orig CO Name:Brinks Capital L    Orig ID:9000979655 Desc Date:260513 CO Entry Descr:Payments Sec:CCD    Trace#:021000024538088 Eed:260513   Ind ID:195739-581 Ind Name:Velocity Esports, Newp    Nte*Zzz*738676173\ Trn: 1334538088Tc | 851.00 |
| 05/13 | Orig CO Name:Bnkcd Settle    Orig ID:1043763809 Desc Date:260512 CO Entry Descr:Merch Dep Sec:CCD    Trace#:011500121715959 Eed:260513   Ind ID:286779550163519    Ind Name:Velocity Esports Newpo Trn: 1331715959Tc | 385.00 |
| 05/14 | Orig CO Name:Brinks Capital L    Orig ID:9000979655 Desc Date:260514 CO Entry Descr:Payments Sec:CCD    Trace#:021000020606183 Eed:260514   Ind ID:195739-854 Ind Name:Velocity Esports, Newp    Nte*Zzz*738676173\ Trn: 1340606183Tc | 535.00 |
| 05/14 | Orig CO Name:Bnkcd Settle    Orig ID:1043763809 Desc Date:260513 CO Entry Descr:Merch Dep Sec:CCD    Trace#:011500121947422 Eed:260514   Ind ID:286779550163519    Ind Name:Velocity Esports Newpo Trn: 1341947422Tc | 220.00 |
| 05/15 | Orig CO Name:Bnkcd Settle    Orig ID:1043763809 Desc Date:260514 CO Entry Descr:Merch Dep Sec:CCD    Trace#:011500120554200 Eed:260515   Ind ID:286779550163519    Ind Name:Velocity Esports Newpo Trn: 1350554200Tc | 235.00 |
| 05/15 | Orig CO Name:Brinks Capital L    Orig ID:9000979655 Desc Date:260515 CO Entry Descr:Payments Sec:CCD    Trace#:021000024655061 Eed:260515   Ind ID:195739-410 Ind Name:Velocity Esports, Newp    Nte*Zzz*738676173\ Trn: 1354655061Tc | 47.00 |
| 05/18 | Orig CO Name:Brinks Capital L    Orig ID:9000979655 Desc Date:260518 CO Entry Descr:Payments Sec:CCD    Trace#:021000020280670 Eed:260518   Ind ID:195739-1200 Ind Name:Velocity Esports, Newp    Nte*Zzz*738676173\ Trn: 1380280670Tc | 4,461.00 |


# CHASE

May 01, 2026 through May 29, 2026

Account Number: ████████ 6173

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/18 | Orig CO Name:Bnkcd Settle        Orig ID:1043763809 Desc Date:260515 CO Entry<br>Descr Merch Dep Sec:CCD    Trace#:011500124090794 Eed:260518   Ind<br>ID:286779550163519              Ind Name:Velocity Esports Newpo Trn: 1384090794Tc | 595.00 |
| 05/19 | Orig CO Name:Bnkcd Settle        Orig ID:1043763809 Desc Date:260518 CO Entry<br>Descr Merch Dep Sec:CCD    Trace#:011500120914139 Eed:260519   Ind<br>ID:286779550163519              Ind Name:Velocity Esports Newpo Trn: 1390914139Tc | 2,492.00 |
| 05/19 | Orig CO Name:Bnkcd Settle        Orig ID:1043763809 Desc Date:260518 CO Entry<br>Descr Merch Dep Sec:CCD    Trace#:011500120914140 Eed:260519   Ind<br>ID:286779550163519              Ind Name:Velocity Esports Newpo Trn: 1390914140Tc | 855.00 |
| 05/19 | Orig CO Name:Bnkcd Settle        Orig ID:1043763809 Desc Date:260518 CO Entry<br>Descr Merch Dep Sec:CCD    Trace#:011500120914138 Eed:260519   Ind<br>ID:286779550163519              Ind Name:Velocity Esports Newpo Trn: 1390914138Tc | 800.00 |
| 05/19 | Orig CO Name:Brinks Capital L      Orig ID:9000979655 Desc Date:260519 CO Entry<br>Descr:Payments  Sec:CCD    Trace#:021000028816909 Eed:260519   Ind ID:195739-307<br>Ind Name:Velocity Esports, Newp     Nte*Zzz*738676173\ Trn: 1398816909Tc | 471.00 |
| 05/20 | Orig CO Name:Brinks Capital L      Orig ID:9000979655 Desc Date:260520 CO Entry<br>Descr:Payments  Sec:CCD    Trace#:021000026449318 Eed:260520   Ind ID:195739-563<br>Ind Name:Velocity Esports, Newp     Nte*Zzz*738676173\ Trn: 1406449318Tc | 485.00 |
| 05/20 | Orig CO Name:Bnkcd Settle        Orig ID:1043763809 Desc Date:260519 CO Entry<br>Descr Merch Dep Sec:CCD    Trace#:011500122590225 Eed:260520   Ind<br>ID:286779550163519              Ind Name:Velocity Esports Newpo Trn: 1402590225Tc | 367.00 |
| 05/21 | Orig CO Name:Bnkcd Settle        Orig ID:1043763809 Desc Date:260520 CO Entry<br>Descr Merch Dep Sec:CCD    Trace#:011500123535126 Eed:260521   Ind<br>ID:286779550163519              Ind Name:Velocity Esports Newpo Trn: 1413535126Tc | 280.00 |
| 05/22 | Orig CO Name:Brinks Capital L      Orig ID:9000979655 Desc Date:260522 CO Entry<br>Descr:Payments  Sec:CCD    Trace#:021000027982381 Eed:260522   Ind ID:195739-9<br>Ind Name:Velocity Esports, Newp     Nte*Zzz*738676173\ Trn: 1427982381Tc | 772.00 |
| 05/22 | Orig CO Name:Bnkcd Settle        Orig ID:1043763809 Desc Date:260521 CO Entry<br>Descr Merch Dep Sec:CCD    Trace#:011500125492206 Eed:260522   Ind<br>ID:286779550163519              Ind Name:Velocity Esports Newpo Trn: 1425492206Tc | 248.00 |
| 05/26 | Orig CO Name:Brinks Capital L      Orig ID:9000979655 Desc Date:260526 CO Entry<br>Descr:Payments  Sec:CCD    Trace#:021000023481767 Eed:260526   Ind ID:195739-1246<br>Ind Name:Velocity Esports, Newp     Nte*Zzz*738676173\ Trn: 1463481767Tc | 5,893.00 |
| 05/26 | Orig CO Name:Bnkcd Settle        Orig ID:1043763809 Desc Date:260525 CO Entry<br>Descr Merch Dep Sec:CCD    Trace#:011500129833620 Eed:260526   Ind<br>ID:286779550163519              Ind Name:Velocity Esports Newpo Trn: 1469833620Tc | 4,231.00 |
| 05/26 | Orig CO Name:Bnkcd Settle        Orig ID:1043763809 Desc Date:260525 CO Entry<br>Descr Merch Dep Sec:CCD    Trace#:011500129833619 Eed:260526   Ind<br>ID:286779550163519              Ind Name:Velocity Esports Newpo Trn: 1469833619Tc | 2,700.00 |
| 05/26 | Orig CO Name:Bnkcd Settle        Orig ID:1043763809 Desc Date:260525 CO Entry<br>Descr Merch Dep Sec:CCD    Trace#:011500129833618 Eed:260526   Ind<br>ID:286779550163519              Ind Name:Velocity Esports Newpo Trn: 1469833618Tc | 2,125.00 |
| 05/26 | Orig CO Name:Bnkcd Settle        Orig ID:1043763809 Desc Date:260522 CO Entry<br>Descr Merch Dep Sec:CCD    Trace#:011500122024054 Eed:260526   Ind<br>ID:286779550163519              Ind Name:Velocity Esports Newpo Trn: 1462024054Tc | 665.00 |
| 05/27 | Orig CO Name:Bnkcd Settle        Orig ID:1043763809 Desc Date:260526 CO Entry<br>Descr Merch Dep Sec:CCD    Trace#:011500123412860 Eed:260527   Ind<br>ID:286779550163519              Ind Name:Velocity Esports Newpo Trn: 1473412860Tc | 1,227.00 |
| 05/27 | Orig CO Name:Brinks Capital L      Orig ID:9000979655 Desc Date:260527 CO Entry<br>Descr:Payments  Sec:CCD    Trace#:021000027977969 Eed:260527   Ind ID:195739-323<br>Ind Name:Velocity Esports, Newp     Nte*Zzz*738676173\ Trn: 1477977969Tc | 949.00 |
| 05/28 | Orig CO Name:Bnkcd Settle        Orig ID:1043763809 Desc Date:260527 CO Entry<br>Descr Merch Dep Sec:CCD    Trace#:011500129294316 Eed:260528   Ind<br>ID:286779550163519              Ind Name:Velocity Esports Newpo Trn: 1489294316Tc | 823.00 |



May 01, 2026 through May 29, 2026

Account Number: ███████████ 6173

## DEPOSITS AND ADDITIONS  (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/28 | Orig CO Name:Brinks Capital L    Orig ID:9000979655 Desc Date:260528 CO Entry Descr:Payments  Sec:CCD    Trace#:021000022391352 Eed 260528  Ind ID:195739-2 Ind Name:Velocity Esports, Newp    Nte*Zzz*738676173\ Trn: 1482391352Tc | 516.00 |
| 05/29 | Orig CO Name:Brinks Capital L    Orig ID:9000979655 Desc Date:260529 CO Entry Descr:Payments  Sec:CCD    Trace#:021000021891276 Eed:260529  Ind ID:195739-420 Ind Name:Velocity Esports, Newp    Nte*Zzz*738676173\ Trn: 1491891276Tc | 614.00 |
| 05/29 | Orig CO Name:Bnkcd Settle    Orig ID:1043763809 Desc Date:260528 CO Entry Descr Merch Dep Sec:CCD    Trace#:011500121924551 Eed:260529  Ind ID:286779550163519    Ind Name:Velocity Esports Newpo Trn: 1491924551Tc | 225.00 |

**Total Deposits and Additions**                                      **$56,352.66**

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/01 | 05/01 Online Transfer To Chk ...6116 Transaction#: 29044349673 | $536.00 |
| 05/04 | Orig CO Name:Bnkcd Settle    Orig ID:1043763809 Desc Date:260430 CO Entry Descr:Mthly Feessec:CCD    Trace#:011500129213742 Eed:260504  Ind ID:286779550163519    Ind Name:Velocity Esports Newpo Trn: 1249213742Tc | 560.94 |
| 05/04 | 05/04 Online Transfer To Chk ...6116 Transaction#: 29083803955 | 62.06 |
| 05/04 | 05/04 Online Transfer To Chk ...6116 Transaction#: 29089263494 | 5,517.00 |
| 05/05 | 05/05 Online Transfer To Chk ...6116 Transaction#: 29098840445 | 3,499.00 |
| 05/07 | 05/07 Online Transfer To Chk ...6116 Transaction#: 29124631055 | 2,667.00 |
| 05/08 | 05/08 Online Transfer To Chk ...6116 Transaction#: 29141548215 | 436.00 |
| 05/11 | 05/09 Online Transfer To Chk ...6116 Transaction#: 29162822305 | 717.00 |
| 05/12 | 05/12 Online Transfer To Chk ...6116 Transaction#: 29187978048 | 7,956.66 |
| 05/13 | 05/13 Online Transfer To Chk ...6116 Transaction#: 29200145559 | 715.00 |
| 05/14 | 05/14 Online Transfer To Chk ...6116 Transaction#: 29212096605 | 1,071.00 |
| 05/18 | 05/16 Online Transfer To Chk ...6116 Transaction#: 29248245948 | 1,412.00 |
| 05/19 | 05/19 Online Transfer To Chk ...6116 Transaction#: 29277196682 | 8,608.00 |
| 05/20 | 05/20 Online Transfer To Chk ...6116 Transaction#: 29289514203 | 838.00 |
| 05/21 | Orig CO Name:Brinks Capital    Orig ID:4362478302 Desc Date:    CO Entry Descr:Corp Col Sec:CCD    Trace#:053101123540803 Eed 260521  Ind ID:874482243    Ind Name Velocity Esports New Trn: 1413540803Tc | 855.02 |
| 05/26 | 05/25 Online Transfer To Chk ...6116 Transaction#: 29351023604 | 1,594.98 |
| 05/26 | 05/26 Online Transfer To Chk ...6116 Transaction#: 29359258634 | 9,056.00 |
| 05/28 | 05/28 Online Transfer To Chk ...6181 Transaction#: 29383997118 | 3,000.00 |
| 05/28 | 05/28 Online Transfer To Chk ...6157 Transaction#: 29387405585 | 800.00 |

**Total Electronic Withdrawals**                                      **$49,901.66**

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/05 | Service Charges For The Month of April | $95.00 |

**Total Fees**                                                        **$95.00**

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 05/01 | $2,449.00 | 05/07 | 2,032.00 | 05/13 | 2,851.00 |
| 05/04 | 2,000.00 | 05/08 | 2,077.00 | 05/14 | 2,535.00 |
| 05/05 | 2,011.00 | 05/11 | 5,981.00 | 05/15 | 2,817.00 |
| 05/06 | 4,397.00 | 05/12 | 2,330.00 | 05/18 | 6,461.00 |



May 01, 2026 through May 29, 2026

Account Number: ▓▓▓▓▓6173



## DAILY ENDING BALANCE *(continued)*

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 05/19 | 2,471.00 | 05/22 | 2,929.98 | 05/28 | 7,608.00 |
| 05/20 | 2,485.00 | 05/26 | 7,893.00 | 05/29 | 8,447.00 |
| 05/21 | 1,909.98 | 05/27 | 10,069.00 | | |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $95.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$95.00** Will be assessed on 6/3/26 |

You were assessed a monthly service fee on your Chase Platinum Business Checking account because you did not maintain the required relationship balance.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 48 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 2 | 500 | 0 | $0.50 | $0.00 |
| **Subtotal Other Service Charges (Will be assessed on 6/3/26)** | | | | | **$95.00** |

| ACCOUNT ▓▓▓▓▓6173 | | | | | |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | | |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 48 | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 2 | | | | |

Reminder: Fees associated with ACH Payments, Real Time Payments, Same Day ACH, ACH Collections and Chase QuickDeposit<sup>SM</sup> are based on previous month activity.



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

## Velocity Esports, Inc.

**10310 Chase - Venue – Newp - DIP - 6173, Period Ending 05/31/2026**

**RECONCILIATION REPORT**

Reconciled on: 06/03/2026

Reconciled by: Ryan Singer

Any changes made to transactions after this date aren't included in this report.

| **Summary** | **USD** |
| --- | --- |
| Statement beginning balance | 2,091.00 |
| Checks and payments cleared (22) | -116,705.94 |
| Deposits and other credits cleared (50) | 123,061.94 |
| Statement ending balance | 8,447.00 |
| | |
| Uncleared transactions as of 05/31/2026 | 529.00 |
| Register balance as of 05/31/2026 | 8,976.00 |
| Cleared transactions after 05/31/2026 | 0.00 |
| Uncleared transactions after 05/31/2026 | 4,754.00 |
| Register balance as of 06/03/2026 | 13,730.00 |

## Details

Checks and payments cleared (22)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
| --- | --- | --- | --- | --- |
| 04/30/2026 | Journal | JE04302026-TORECLASS | | -65,749.28 |
| 04/30/2026 | Journal | JE04302026-TORECLASSS | | -960.00 |
| 05/01/2026 | Transfer | | | -536.00 |
| 05/02/2026 | Expense | | EPSG - 210 | -560.94 |
| 05/04/2026 | Transfer | | | -5,517.00 |
| 05/04/2026 | Transfer | | | -62.06 |
| 05/05/2026 | Expense | | | -95.00 |
| 05/05/2026 | Transfer | | | -3,499.00 |
| 05/07/2026 | Transfer | | | -2,667.00 |
| 05/08/2026 | Transfer | | | -436.00 |
| 05/09/2026 | Transfer | | | -717.00 |
| 05/12/2026 | Transfer | | | -7,956.66 |
| 05/13/2026 | Transfer | | | -715.00 |
| 05/14/2026 | Transfer | | | -1,071.00 |
| 05/16/2026 | Transfer | | | -1,412.00 |
| 05/19/2026 | Transfer | | | -8,608.00 |
| 05/20/2026 | Transfer | | | -838.00 |
| 05/21/2026 | Expense | | Brinks Capital, LLC - 210 | -855.02 |
| 05/25/2026 | Transfer | | | -1,594.98 |
| 05/26/2026 | Transfer | | | -9,056.00 |
| 05/28/2026 | Transfer | | | -800.00 |
| 05/28/2026 | Transfer | | | -3,000.00 |

| Total | -116,705.94 |
| --- | --- |

Deposits and other credits cleared (50)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
| --- | --- | --- | --- | --- |
| 04/30/2026 | Journal | JE04302026-TORECLASSS | | 960.00 |
| 04/30/2026 | Journal | JE04302026-TORECLASS | | 65,749.28 |
| 05/01/2026 | Deposit | | | 445.00 |
| 05/01/2026 | Deposit | | | 449.00 |
| 05/02/2026 | Deposit | | | 174.00 |
| 05/04/2026 | Deposit | | | 5,517.00 |
| 05/05/2026 | Deposit | | | 230.00 |
| 05/05/2026 | Deposit | | | 106.00 |
| 05/05/2026 | Deposit | | | 2,229.00 |
| 05/05/2026 | Deposit | | | 1,040.00 |
| 05/06/2026 | Deposit | | | 160.00 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/06/2026 | Deposit | | | 2,226.00 |
| 05/07/2026 | Deposit | | | 32.00 |
| 05/07/2026 | Deposit | | | 270.00 |
| 05/08/2026 | Deposit | | | 404.00 |
| 05/08/2026 | Deposit | | | 77.00 |
| 05/09/2026 | Deposit | | | 640.00 |
| 05/11/2026 | Deposit | | | 3,981.00 |
| 05/12/2026 | Deposit | | | 980.66 |
| 05/12/2026 | Deposit | | | 1,130.00 |
| 05/12/2026 | Deposit | | | 330.00 |
| 05/12/2026 | Deposit | | | 1,865.00 |
| 05/13/2026 | Deposit | | | 851.00 |
| 05/13/2026 | Deposit | | | 385.00 |
| 05/14/2026 | Deposit | | | 535.00 |
| 05/14/2026 | Deposit | | | 220.00 |
| 05/15/2026 | Deposit | | | 47.00 |
| 05/15/2026 | Deposit | | | 235.00 |
| 05/16/2026 | Deposit | | | 595.00 |
| 05/18/2026 | Deposit | | | 4,461.00 |
| 05/19/2026 | Deposit | | | 855.00 |
| 05/19/2026 | Deposit | | | 800.00 |
| 05/19/2026 | Deposit | | | 2,492.00 |
| 05/19/2026 | Deposit | | | 471.00 |
| 05/20/2026 | Deposit | | | 367.00 |
| 05/20/2026 | Deposit | | | 485.00 |
| 05/21/2026 | Deposit | | | 280.00 |
| 05/22/2026 | Deposit | | | 772.00 |
| 05/22/2026 | Deposit | | | 248.00 |
| 05/23/2026 | Deposit | | | 665.00 |
| 05/26/2026 | Deposit | | | 2,125.00 |
| 05/26/2026 | Deposit | | | 2,700.00 |
| 05/26/2026 | Deposit | | | 5,893.00 |
| 05/26/2026 | Deposit | | | 4,231.00 |
| 05/27/2026 | Deposit | | | 949.00 |
| 05/27/2026 | Deposit | | | 1,227.00 |
| 05/28/2026 | Deposit | | | 516.00 |
| 05/28/2026 | Deposit | | | 823.00 |
| 05/29/2026 | Deposit | | | 614.00 |
| 05/29/2026 | Deposit | | | 225.00 |

| Total | | | | 123,061.94 |
|---|---|---|---|---|

**Additional Information**

Uncleared deposits and other credits as of 05/31/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/30/2026 | Deposit | | | 529.00 |

| Total | | | | 529.00 |
|---|---|---|---|---|

Uncleared deposits and other credits after 05/31/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/01/2026 | Deposit | | | 4,754.00 |

| Total | | | | 4,754.00 |
|---|---|---|---|---|