# EXHIBIT 1

# EXHIBIT 1

MATTHEW I. KNEPPER, ESQ.
Nevada Bar No. 12796
BRENDEN J. GOUGEON, ESQ.
Nevada Bar No. 16874
**NEVADA BANKRUPTCY ATTORNEYS LLC**
5940 S. Rainbow Blvd. Ste 400
PMB 99721
Las Vegas, Nevada 89118
Telephone: (702) 805-1659
Fascimile: (702) 805-1659
E-mail: mknepper@nvbankruptcyattorneys.com
E-mail: bgougeon@nvbankruptcyattorneys.com

*Counsel for Jointly Administered Debtors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>VELOCITY ESPORTS, INC.,<br><br>☐ Affects Velocity Esports, Inc.<br>☐ Affects Velocity Esports Las Vegas Town Square, LLC<br>☐ Affects Velocity Esports Chicago Schaumburg, LLC<br>☐ Affects Velocity Esports Newport Kentucky, LLC<br>☐ Affects Velocity Esports Orlando Downtown, LLC<br>■ Affects All Debtors<br><br>Debtors(s). | Case No.: 25-12627-mkn<br><br>Jointly Administered with<br>Case No. 25-12628-mkn<br>Case No. 25-12629-mkn<br>Case No. 25-12630-mkn<br>Case No. 25-12631-mkn<br><br>Chapter 11<br><br>**NOTICE OF: (I) CONDITIONAL APPROVAL OF DISCLOSURE STATEMENT; (II) DEADLINE TO OBJECT TO FINAL APPROVAL OF DISCLOSURE STATEMENT; (III) DEADLINE TO OBJECT TO CONFIRMATION OF PLAN; (IV) VOTING DEADLINE; (V) COMBINED HEARING ON FINAL APPROVAL OF DISCLOSURE STATEMENT AND CONFIRMATION OF PLAN; AND (VI) PROCEDURES FOR VOTING ON THE PLAN**<br><br>Date: September 15, 2026<br>Time: 9:30 a.m. |



NEVADA BANKRUPTCY ATTORNEYS , LLC
5940 S. Rainbow Blvd., Ste 400
PMB 99721
Las Vegas, Nevada 89118
Tel: (702) 850-2192  Fax: (702) 805-1597

NEVADA BANKRUPTCY ATTORNEYS , LLC
5940 S. Rainbow Blvd., Ste 400
PMB 99721
Las Vegas, Nevada 89118
Tel: (702) 850-2192   Fax: (702) 805-1597

TO ALL CREDITORS, EQUITY INTEREST HOLDERS, PARTIES REQUESTING NOTICE, AND OTHER PARTIES-IN-INTEREST:

PLEASE TAKE NOTICE THAT Velocity Esports, Inc., Velocity Esports Las Vegas Town Square, LLC, Velocity Esports Chicago Schaumburg, LLC, Velocity Esports Newport Kentucky, LLC, and Velocity Esports Orlando Downtown, LLC, as debtors and debtors in possession in the above-captioned jointly administered Chapter 11 cases (collectively, the "Debtors"), filed their Joint Chapter 11 Plan of Reorganization #2 [ECF No. 284], as may be amended, modified, or supplemented (the "Plan"), and their Disclosure Statement to Accompany Debtors' Joint Chapter 11 Plan of Reorganization #2 [ECF No. 294], as may be amended, modified, or supplemented (the "Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE THAT**, by order entered on [_____], 2026 [ECF No. ___] (the "Conditional Approval Order"), the United States Bankruptcy Court for the District of Nevada (the "Bankruptcy Court") conditionally approved the Disclosure Statement for solicitation purposes only pursuant to Rule 3017.1 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Local Rule 3017 of the Local Rules of Bankruptcy Practice for the United States Bankruptcy Court for the District of Nevada (the "Local Rules").

**PLEASE TAKE FURTHER NOTICE THAT** creditors and parties in interest retain the right to object to final approval of the Disclosure Statement and confirmation of the Plan by the deadlines set forth below.

1.      **Combined Hearing on Final Approval of Disclosure Statement.** A combined hearing to consider final approval of the Disclosure Statement and confirmation of the Plan (the "Combined Hearing") will commence on September 15, 2026, 2026, at 9:30 a.m. before the Honorable Mike K. Nakagawa, United States Bankruptcy Judge. All hearings are currently being held telephonically absent further order of the Bankruptcy Court. Parties are permitted to appear telephonically by dialing *(833) 435-1820, entering Meeting ID: 161 062 2560, and entering Access Code / Passcode: 029066#*. The Combined Hearing may be continued from time to time without further notice other than an announcement in open court, a notice filed on the docket, or

such other notice as the Bankruptcy Court may direct.

2.     **Voting Deadline to Cast Ballots to Accept or Reject the Plan.** For all creditors entitled to vote on the Plan, all ballots accepting or rejecting the Plan must be ___*actually received*___ by Debtors' counsel or the designated tabulation agent no later than **August 19, 2026, at 4:00 p.m.** prevailing Pacific Time (the "Voting Deadline"). Any failure to follow the voting instructions on the ballots, in the Conditional Approval Order, or in the Plan, all of which are included in the solicitation packages, may disqualify your ballot and your vote.

3.     **Deadline to Object to Final Approval of the Disclosure Statement.** Any objection to final approval of the Disclosure Statement must be filed with the Bankruptcy Court and served so as to be actually received no later than **August 19, 2026** (the "Disclosure Statement Objection Deadline"). Any timely objection to final approval of the Disclosure Statement may be heard at or before the Combined Hearing.

4.     **Deadline to Object to Confirmation of the Plan.** Any objection to confirmation of the Plan must be filed with the Bankruptcy Court and served so as to be actually received no later than **August 19, 2026** (the "Confirmation Objection Deadline").

5.     **Deadline for Replies.** Replies to any objection to final approval of the Disclosure Statement or confirmation of the Plan must be filed with the Bankruptcy Court and served no later than seven days prior to the hearing to consider final approval of the Disclosure Statement and confirmation of the Plan (the "Reply Deadline").

6.     Requirements for Objections. Any objection to final approval of the Disclosure Statement or confirmation of the Plan must be filed and served by the applicable deadline stated above. Any objection must comply with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, including Local Rule 9014, and the Conditional Approval Order. Any objection must state the objecting party's position, set forth all relevant facts and legal authority, and be accompanied by any declarations, affidavits, or admissible evidence upon which the objecting party relies. If an objection is not timely filed and served, the Bankruptcy Court may refuse to consider the objection and may grant the relief requested without further notice.

> **If you object to the relief requested, you must file a WRITTEN response to this pleading with the Court. You must also serve your written response on the person who sent you this notice. If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:**
>
> - **The court may refuse to allow you to speak at the scheduled hearing; and,**
> - **The court may rule against you without formally calling the matter at the hearing.**

7. Additional Information. Any party in interest wishing to obtain: (i) information about the solicitation procedures; or (ii) copies of the Plan or Disclosure Statement, should contact Debtors' counsel at the contact information at the top of the first page of this notice.

Dated: July ___, 2026.

By: */s/ Matthew Knepper, Esq.*
NEVADA BANKRUPTCY ATTORNEYS, LLC
MATTHEW I. KNEPPER, ESQ., NBN 12796
BRENDEN J. GOUGEON, ESQ., NBN 16874
5940 S. Rainbow Blvd., Suite 400
PMB 99721
Las Vegas, Nevada 89118
*Attorneys for Debtors*

NEVADA BANKRUPTCY ATTORNEYS, LLC
5940 S. Rainbow Blvd., Ste 400
PMB 99721
Las Vegas, Nevada 89118
Tel: (702) 850-2192   Fax: (702) 805-1597

4