# EXHIBIT 2

## SCHEDULES TO PROPOSED MEMBERSHIP INTEREST PURCHASE AGREEMENT

Exhibit 2 at 001

Exhibit 2 at 002

# NEWPORT MIPA SCHEDULES

## SCHEDULE 2.02
## KNOWN LIENS, CLAIMS, ENCUMBRANCES, RESTRICTIONS, AND INTERESTS AFFECTING SELLER INTEREST

| No. | Holder / Interested Party | Type of Interest or Restriction | Property / Rights Implicated | Amount / Source Reference |
|---|---|---|---|---|
| 1 | Newtek Bank, N.A. | Asserted secured claim and blanket security interests; possible asserted lien or proceeds interest. | Assets of applicable Debtors, including proceeds; potential asserted interest in Seller Interest or Newport MIPA proceeds. | Plan lists Newtek claim as $2,486,502.27, subject to reconciliation, credits, and allowance. |
| 2 | Class 7 insider secured creditors:<br><br>Leonard R. Wanger 2018 Family Irrevocable Perpetuities Trust;<br><br>Ralph Wanger Trust dated 12-16-94;<br><br>Philip N. Kaplan Separate Property Trust dated 6/27/2011;<br><br>LRW Revocable Trust dated 3/9/2012;<br><br>4958 West Ponderosa I, LLC;<br><br>4958 West Ponderosa II, LLC;<br>LP Consulting. | Asserted insider secured claims / asserted blanket liens against Velocity Esports, Inc. assets. | Potential liens or claims against VES Inc. assets, and therefore potentially the Seller Interest, subject to lien validity and priority review. | Plan Class 7 identifies insider secured creditors and provides no Plan distribution; Class 7 claims are subordinated to Classes 1-6 and unclassified claims. |
| 3 | Intercreditor agreement among insider secured lenders. | Contractual ranking / equal-and-ratable arrangement among insider secured lenders. | Potential priority and enforcement rights among insider liens affecting VES Inc. assets, if valid and applicable. | Kaplan Declaration [ECF 21 at 19] (describes an August 23, 2023 intercreditor agreement among six insider secured |

| No. | Holder / Interested Party | Type of Interest or Restriction | Property / Rights Implicated | Amount / Source Reference |
|---|---|---|---|---|
|  |  |  |  | lenders ranking their security interests equally and ratably) |
| 4 | Existing Operating Agreement of Velocity Esports Newport Kentucky, LLC. | Transfer restrictions, member-admission requirements, governance restrictions, and membership ledger requirements. | Seller Interest / Transferred Interest in Kentucky LLC. | Operating agreement dated January 3, 2022 referenced in MIPA and corporate structure materials. |
| 5 | Bankruptcy estate / Bankruptcy Court / parties in interest. | Estate-property restriction and Court approval requirement. | Seller Interest is property of VES Inc. bankruptcy estate; transfer requires Court approval. | Plan defines Newport MIPA as subject to Bankruptcy Court approval by Sale Order or other applicable order. |
| 6 | NOTL Property Owner LLC. | Landlord lease / occupancy rights; possible consent or assignment/change-of-control issues affecting value and operation, but not known to be a lien on Seller Interest. | Newport on the Levee premises and operational continuity for VES Newport. | Plan / Disclosure Statement treat NOTL in Class 5 and contemplate final written landlord documents; latest lease issues are being handled separately from the MIPA. |
| 7 | NFS Capital, LLC. | Approved settlement and equipment lease / security interests. | Specific NFS equipment at Newport under Master Equipment Lease No. 2025-0270 and related documents; affects subsidiary operations/value, not known to encumber Seller Interest directly. | Plan Class 4 includes NFS settlement, Las Vegas lease component, and Newport lease component; Newport monthly payment listed as $2,934.60 plus taxes in Plan materials. |
| 8 | Advantage Leasing Corporation. | Newport secured equipment claim / asserted PMSI. | Specific esports equipment installed at Newport venue. | Plan Class 2B states Advantage claim approximately $135,000-$145,000, with arrearages approximately $40,000, subject to reconciliation. |

Exhibit 2 at 003

Exhibit 2 at 004

| No. | Holder / Interested Party | Type of Interest or Restriction | Property / Rights Implicated | Amount / Source Reference |
|---|---|---|---|---|
| 9 | LEAF Capital Funding, LLC. | Newport secured equipment claim. | Arcade and amusement equipment at Newport, plus accessories, substitutions, replacements, and proceeds. | Plan Class 2B states LEAF filed secured proof of claim of approximately $107,853.50. |
| 10 | Class 9 equity holders of Velocity Esports, Inc. | Old equity interests in Seller; no distribution on account of equity under Plan. | Equity in parent Seller, not direct lien on Seller Interest; relevant to insider/old-equity optics. | Plan Class 9 provides no distribution; any transfer of Newport membership interests under MIPA occurs solely under Sale Order and not as distribution on old equity. |

| No. | Party / Relationship Category | Known Relationship or Communication to Disclose |
|---|---|---|
| 1 | Beth Powers, Purchaser | Proposed purchaser of 80% of Seller Interest / Transferred Interest. No insider relationship with the Seller. |
| 2 | Velocity Esports, Inc. / Seller | Seller is parent/holding company and owns 100% of VES Newport before MIPA closing. |
| 3 | Velocity Esports Newport Kentucky, LLC / Company | VES Newport is the Newport operating entity and wholly owned subsidiary of Seller. |
| 4 | April Mountain Properties, LLC | Proposed 10% recipient / no direct insider relationship.  However, Philip Kaplan is April Mountain's managing member. The Plan identifies Kaplan as Non-Debtor Guarantor and plan-critical contributor/supporter; Kaplan Declaration describes management role and insider secured debt held by Kaplan-affiliated trust. |
| 5 | LRW Revocable Trust | Proposed 10% recipient / Insider Bid Party, non-debtor guarantor, founding president, operations/product principal, equity-related party, possible insider creditor through affiliated trust/entities. |
| 6 | NOTL Property Owner LLC | Landlord for Newport premises; separate lease amendment/assumption or lease-resolution process; may provide consent or lease terms needed for operational continuity. |
| 7 | NFS Capital, Advantage Leasing, LEAF Capital, H. Betti/Betson, other equipment counterparties | Creditors/equipment parties whose ongoing arrangements affect Newport operations; any purchaser/insider agreement with them must be disclosed. |
| 8 | Employees / managers / consultants / CFO / key personnel | Any employment, consulting, compensation, management, incentive, equity, bonus, reimbursement, or indemnity arrangement with Beth, Kaplan, Wanger, or Company must be disclosed. |

Exhibit 2 at 005

| No. | Agreement / Arrangement | Parties | Known or Proposed Terms | Compensation / Equity / Consideration |
|-----|-------------------------|---------|-------------------------|----------------------------------------|
| 1 | Current management services - Philip N. Kaplan | Philip N. Kaplan; Debtors / Reorganized Debtors | Kaplan has served as Chairman and assumed CEO role in fall 2024; focused on Las Vegas, sales, marketing, and general administration; participates in restructuring and liquidity management. | Kaplan Declaration states Kaplan and Wanger are working without salary. Plan recognizes continuing support/cooperation and possible Non-Debtor Guarantor contributions. |
| 2 | Current management services - Leonard R. Wanger | Leonard R. Wanger; Debtors / Reorganized Debtors | Wanger is founding/continuing president; oversees product development, technical infrastructure, operational rollout; focus includes Newport, HR, IT, and product. | Kaplan Declaration states Kaplan and Wanger are working without salary. Plan recognizes continuing support/cooperation and possible Non-Debtor Guarantor contributions. |
| 3 | Non-Debtor Guarantor support / Plan contribution arrangement | Philip N. Kaplan; Leonard R. Wanger; Debtors / Reorganized Debtors | Plan contemplates cash funding, payment support, reserve funding, transaction support, managerial services, claim reconciliation/litigation cooperation, and other value necessary to implementation. | Feasibility materials identify guarantor support amounts and non-cash support; exact binding status and use subject to court order |
| 4 | Post-closing Newport management / operation by Beth Powers | Beth Powers; April Mountain Properties, LLC; LRW Revocable Trust | Beth is proposed purchaser/operator of 80% interest to be paid from net income. | TBD; no cash/new-money contribution or compensation terms established in reviewed documents. |
| 5 | Amended / restated operating agreement or governance document | Beth Powers; April Mountain Properties, LLC; LRW Revocable Trust | Expected to govern post-closing ownership, member admission, management, voting, books/records, member compensation, expense approvals, and transfer restrictions. | Equity: 80% Powers / up to 10% Kaplan entity / up to 10% Wanger entity, subject to Court approval and consideration terms. To be executed at Closing in a form consistent with the MIPA and Sale Order. |
| 6 | Insider Party equity allocation | April Mountain Properties, LLC; LRW Revocable Trust | Transfer of 10% to each entity, subject to Sale Order and Court-approved consideration. | Payment of $50,000.00 NOTL Landlord Second Amendment to Lease requirement; must not be payment on Class 7 claims or old |

Exhibit 2 at 006

Exhibit 2 at 007

| No. | Agreement / Arrangement | Parties | Known or Proposed Terms | Compensation / Equity / Consideration |
|---|---|---|---|---|
| | | | | equity; possible cash/new value/settlement/credit bid only if approved. |
| 7 | Employee retention / transition arrangements | Velocity Esports Newport Kentucky, LLC; Newport employees; Beth Powers / post-closing management | None Contemplated | None contemplated |
| 8 | Company CFO / finance support | Company CFO; Debtors; Kaplan/Wanger | Kaplan Declaration states Kaplan and Wanger, together with CFO, actively manage liquidity near-daily during restructuring. | No specific compensation or post-closing agreement. |
| 9 | Liquor-license use / operational arrangement | Velocity Esports Newport Kentucky II, LLC; Velocity Esports Newport Kentucky, LLC; Beth Powers / post-closing operator | Newport Kentucky II holds only the liquor license used in Newport operations and is not a debtor; no final post-closing use/management arrangement identified in reviewed documents. | No transfer contemplated |
| 10 | NOTL lease amendment / landlord arrangements | NOTL Property Owner LLC; Velocity Esports Newport Kentucky, LLC; Velocity Esports, Inc.; Philip Kaplan, Len Wanger | Lease amendment/assumption/landlord consent issues are to be handled separately from MIPA; may include rent, future repayment, guaranty, and assumption motion. | Any payment or guaranty obligations should be governed by separate lease documents / court order, not implied by MIPA. |
| 11 | Broker, finder, transaction fee, bid protection, or reimbursement arrangements | Seller; Purchaser; Insider Bid Parties; any broker/finder | None Contemplated | None Contemplated |
| 12 | Side agreements not otherwise listed | Purchaser; Insider Bid Parties; Company; Seller; creditors; landlord; employees | None Contemplated | None Contemplated |