**EXHIBIT**

**PROPOSED ORDER**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re | Case No.: 25-12627-mkn |
| VELOCITY ESPORTS, INC., | Jointly Administered with<br>Case No. 25-12628-mkn<br>Case No. 25-12629-mkn |
| ☐ Affects Velocity Esports, Inc. | Case No. 25-12630-mkn |
| ☐ Affects Velocity Esports Las Vegas Town<br>Square, LLC | Case No. 25-12631-mkn |
| ☐ Affects Velocity Esports Chicago<br>Schaumburg, LLC | Chapter 11 |
| ☐ Affects Velocity Esports Newport<br>Kentucky, LLC | **DECLARATION OF PHILIP N. KAPLAN**<br>**IN SUPPORT OF NEVADA** |
| ☐ Affects Velocity Esports Orlando<br>Downtown, LLC | **BANKRUPTCY ATTORNEYS LLC'S**<br>**FIRST INTERIM APPLICATION** |
| ■ Affects All Debtors | **FOR COMPENSATION AND**<br>**REIMBURSEMENT OF EXPENSES** |
| Debtor(s). | **FOR THE INTERIM FEE PERIOD**<br>**ENDING JULY 9, 2026** |
| | **Hearing Date: OST REQUESTED**<br>**Hearing Time: OST REQUESTED**<br>**Teleconference Line: (833) 435-1820**<br>**Meeting ID: 161 062 2560**<br>**Passcode: 029066#** |

The Court considered *Nevada Bankruptcy Attorneys, LLC's First Interim Application for Compensation and Reimbursement of Expenses for the Interim Fee Period Ending July 9, 2026* (the "Application"), the Declaration of Matthew I. Knepper, the Declaration of Philip N. Kaplan, the invoice and expense records, the record in these Chapter 11 Cases, and any argument presented. The Court finds that notice was sufficient; that NBA is employed under 11 U.S.C. § 327(a) pursuant to the

Amended Employment Order [ECF No. 109]; that the postpetition services were actual, necessary, and reasonably likely to benefit the Debtors and their estates when rendered; that the May 1 through May 7, 2025 services were fully disclosed and reasonable under 11 U.S.C. § 329 and Bankruptcy Rule 2016(b); that the requested expenses were actual and necessary; and that the postpetition compensation requested is reasonable under 11 U.S.C. §§ 330 and 331. Good cause appearing,

IT IS HEREBY ORDERED the Application is GRANTED as set forth in this Order;

IT IS FURTHER ORDERED that NBA is allowed, on an interim basis, professional fees in the amount of $367,634.50 for services rendered during the compensable postpetition period May 8, 2025 through July 9, 2026;

IT IS FURTHER ORDERED that, pursuant to 11 U.S.C. § 329, the Court approves professional fees in the amount of $10,078.50 for services rendered from May 1 through May 7, 2025, as disclosed and itemized in Exhibit B to the supporting declaration;

IT IS FURTHER ORDERED that NBA is allowed, on an interim basis, reimbursement of actual and necessary expenses in the amount of $2,286.70;

IT IS FURTHER ORDERED that  the total compensation and reimbursement approved under this Order is $379,999.70;

IT IS FURTHER ORDERED that the Debtors are authorized to pay the amounts approved by this Order from lawfully available funds, subject to applicable cash-collateral orders, other orders of this Court, and any separate order governing the source of payment;

IT IS FURTHER ORDERED that except for the $10,078.50 approved for May 1 through May 7, 2025, no other unpaid prepetition compensation is allowed by this Order. This Order is without prejudice to a later application concerning services expressly reserved from the current request, including Newport approval-motion practice and Plan, Disclosure Statement, solicitation, and confirmation work;

IT IS FURTHER ORDERED that the terms of this Order shall be immediately effective and enforceable upon entry;

IT IS FURTHER ORDERED that this Court retains jurisdiction to interpret and enforce this Order; and

**IT IS SO ORDERED**.

# # #

Respectfully submitted,

**NEVADA BANKRUPTCY ATTORNEYS, LLC**

By: /s/ Matthew I. Knepper
Matthew I. Knepper, Esq.
*Attorney for Debtors*