# EXHIBIT B

## Exhibit B Prepetition Detail

*Consolidated chronological schedule - January 21, 2025 through May 7, 2025*

| Date | Timekeeper | Description | Hours | Rate | Gross Value | Fee Treatment | Voluntary Reduction or Waiver | Net Charged |
|---|---|---|---|---|---|---|---|---|
| 01/21/2025 | Knepper | Initial consultation with client | 1.4 | $495.00 | $693.00 | Billed and Paid | $0.00 | $693.00 |
| 01/22/2025 | Knepper | Follow up consultation with client - retain and next steps discussion | 0.9 | $495.00 | $445.50 | Billed and Paid | $0.00 | $445.50 |
| 01/23/2025 | Chiusano | Create Document Collection Portal and Sharepoint - forward same to client | 1.3 | $185.00 | $240.50 | Billed and Paid | $0.00 | $240.50 |
| 01/23/2025 | Chiusano | Draft document collection checklist - forward to client | 1.1 | $495.00 | $544.50 | Billed and Paid | $0.00 | $544.50 |
| 01/23/2025 | Knepper | Draft and forward retainer agreement for Chapter 11 representation - Client e-signature requested | 0.5 | $495.00 | $247.50 | Billed and Paid | $0.00 | $247.50 |
| 01/29/2025 | Knepper | Review and respond to client email re: prioritizing documents for upload to assist in moving forward with creditor negotiations and messaging to creditors in advance of our ability to begin direct communications with the creditors. | 0.3 | $495.00 | $148.50 | Billed and Paid | $0.00 | $148.50 |
| 02/02/2025 | Knepper | Reach out to client team to request a consultation for potential retention as commercial broker/advisor for listing Las Vegas and Newport properties. | 0.2 | $495.00 | $99.00 | Billed and Paid | $0.00 | $99.00 |
| 02/02/2025 | Knepper | Review and respond to client email re status update in document collection portal submissions, and status of creditor relations leading to prepackaged plan negotiations | 0.9 | $495.00 | $445.50 | Billed and Paid | $0.00 | $445.50 |
| 02/04/2025 | Knepper | Client call to discuss next steps re: creditor outreach, draft KERP, and initial discussions with client team re: retention of a commercial business broker. | 0.8 | $495.00 | $396.00 | Billed and Paid | $0.00 | $396.00 |
| 02/05/2025 | Knepper | Email client update re progress with identifying broker candidates, and forward draft NDA for review and comments. | 0.1 | $495.00 | $49.50 | Billed and Paid | $0.00 | $49.50 |
| 02/05/2025 | Knepper | Draft NDA for potential broker candidate to review client financials, forward same to client team to use in identifying same. | 0.5 | $495.00 | $247.50 | Billed and Paid | $0.00 | $247.50 |
| 02/06/2025 | Chiusano | Finalize Notices of Representation to client's contacts and landlords; Prepare and send all notices for mailing to all recipients; Email all recipients regarding same. | 2.0 | $185.00 | $370.00 | Billed and Paid | $0.00 | $370.00 |
| 02/10/2025 | Knepper | Review and respond to initial creditor responses to notices of representation - advise client re same, and request contact info and agreements with Advantage | 0.7 | $495.00 | $346.50 | Billed and Paid | $0.00 | $346.50 |
| 02/12/2025 | Knepper | Draft KERP Memoranda for Las Vegas and Newport locations, forward same to clients for review | 0.8 | $495.00 | $396.00 | Billed and Paid | $0.00 | $396.00 |
| 02/12/2025 | Knepper | Draft KERP Memorandum for Schaumberg location - forward same to client for review | 0.6 | $495.00 | $297.00 | Billed and Paid | $0.00 | $297.00 |
| 02/12/2025 | Knepper | Conference call with clients and client team to provide status of creditor/vendor discussions, formulate wind-down plan for Schaumberg, and discuss KERP memoranda for | 1.4 | $495.00 | $693.00 | Billed and Paid | $0.00 | $693.00 |
| 02/12/2025 | Knepper | Conference call with client team to layout tactical plan for emergent issues at the Schaumber location | 1.0 | $495.00 | $495.00 | Billed and Paid | $0.00 | $495.00 |
| 02/12/2025 | Knepper | Conference call with Daniel E. Salstein Vice President and General Counsel NFS Leasing, Inc. to discuss winddown at the Schaumber property. | 0.7 | $495.00 | $346.50 | Billed and Paid | $0.00 | $346.50 |
| 02/19/2025 | Knepper | Review Velocity financial statements with client team to determine additional areas of financial information needed to identify available capital for negotiations. | 1.8 | $495.00 | $891.00 | Billed and Paid | $0.00 | $891.00 |
| 02/19/2025 | Knepper | Telephonic call with Phillip Nelson, Counsel for Fairbourne Properties - Las Vegas Velocity LLC Landlord. Discussed outlines of the plan of reorganization and potential | 0.5 | $495.00 | $247.50 | Billed and Paid | $0.00 | $247.50 |
| 02/19/2025 | Knepper | Review and respond to email from Phillip Nelson , counsel for Fairbourne Properties with respect to Velocity's lease at Town Square Las Vegas | 0.2 | $495.00 | $99.00 | Billed and Paid | $0.00 | $99.00 |
| 02/19/2025 | Knepper | Review and respond to follow up inquiry from Dan Salstein, General Counsel for NFS | 0.2 | $495.00 | $99.00 | Billed and Paid | $0.00 | $99.00 |
| 02/24/2025 | Knepper | Prepare for and attend Zoom Meeting with Velocity principals and client team to discuss status of broker retention, and identify all critical vendors other than lessor vendors for | 2.2 | $495.00 | $1,089.00 | Billed and Paid | $0.00 | $1,089.00 |
| 02/26/2025 | Knepper | Meeting with client team and Freddie McFinn (broker) to discuss proposed broker term sheet and additional financial information requested by McFinn for listing | 1.6 | $495.00 | $792.00 | Billed and Paid | $0.00 | $792.00 |
| 02/28/2025 | Knepper | Review Newtek communications to client - draft a responsive email to Newtek requesting a conference call to discuss. | 0.4 | $495.00 | $198.00 | Billed and Paid | $0.00 | $198.00 |
| 03/03/2025 | Knepper | Review P. Kaplan's Brand Digital Assets Summary document and related emails | 0.6 | $495.00 | $297.00 | Billed and Paid | $0.00 | $297.00 |
| 03/03/2025 | Knepper | Review and respond to client team analysis of information required for monthly operating reports | 0.3 | $495.00 | $148.50 | Billed and Paid | $0.00 | $148.50 |
| 03/04/2025 | Knepper | Review and respond to Simon Properties/Saycheck email re initial settlement offer terms, discuss same with client team and client | 0.4 | $495.00 | $198.00 | Billed and Paid | $0.00 | $198.00 |
| 03/05/2025 | Gougeon | Initial draft research for cash collateral motion - Esports Inc, Vegas LLC and Newport LLC financials review | 2.9 | $285.00 | $826.50 | Billed and Paid | $0.00 | $826.50 |
| 03/06/2025 | Gougeon | Petition and Schedules A-F draft for Velocity Esports Inc | 6.5 | $285.00 | $1,852.50 | Billed and Paid | $0.00 | $1,852.50 |
| 03/07/2025 | Gougeon | Petition and Schedules A-F draft for Vegas LLC | 6.6 | $285.00 | $1,881.00 | Billed and Paid | $0.00 | $1,881.00 |
| 03/10/2025 | Gougeon | Petition and Schedules A-F draft for Schaumber LLC | 6.9 | $285.00 | $1,966.50 | Billed and Paid | $0.00 | $1,966.50 |
| 03/10/2025 | Knepper | Review client team's draft Amended UCC Finc. Statement, forward to paralegal for filing. | 0.2 | $495.00 | $99.00 | Billed and Paid | $0.00 | $99.00 |
| 03/11/2025 | Gougeon | Draft Statement of Financial Affairs for Esports Inc, Vegas LLC, and Schaumberg LLC | 6.6 | $285.00 | $1,881.00 | Billed and Paid | $0.00 | $1,881.00 |

## Exhibit B Prepetition Detail

*Consolidated chronological schedule - January 21, 2025 through May 7, 2025*

| Date | Timekeeper | Description | Hours | Rate | Gross Value | Fee Treatment | Voluntary Reduction or Waiver | Net Charged |
|---|---|---|---|---|---|---|---|---|
| 03/11/2025 | Knepper | Draft and send email to clients and Ryan Stibor discussing/analyzing options for amended bylaws for Esports Inc and amended operating agreement for Esports Las | 0.4 | $495.00 | $198.00 | Billed and Paid | $0.00 | $198.00 |
| 03/11/2025 | Knepper | Review Vegas LLC's operating agreement and Velocity Esports Inc Bylaws to identify ownership/affiliate status for establishing proper procedural consolidation of cases in | 0.6 | $495.00 | $297.00 | Billed and Paid | $0.00 | $297.00 |
| 03/11/2025 | Knepper | Review and incorporate in draft schedules 2023 and 2024 adjusted EBITDA calculations for Vegas and Newport LLCs | 0.5 | $495.00 | $247.50 | Billed and Paid | $0.00 | $247.50 |
| 03/11/2025 | Knepper | Review and respond to client inquiry re: Leaf / Contact and payment negoation | 0.1 | $495.00 | $49.50 | Billed and Paid | $0.00 | $49.50 |
| 03/11/2025 | Knepper | Work with client team in review and revisions of draft broker listing agreement forward same to client for review and edits | 3.5 | $495.00 | $1,732.50 | Billed and Paid | $0.00 | $1,732.50 |
| 03/11/2025 | Chiusano | Finalize and file Secretary of State Filing for UCC Amendment To Add Secured Parties | 0.3 | $185.00 | $55.50 | Billed and Paid | $0.00 | $55.50 |
| 03/12/2025 | Gougeon | Met with client team to discuss information needed for petition and schedules finalization | 1.3 | $285.00 | $370.50 | Billed and Paid | $0.00 | $370.50 |
| 03/12/2025 | Gougeon | Petition preparation for the Velocity LLCs incorporating feedback from client team and M. Knepper | 5.8 | $285.00 | $1,653.00 | Billed and Paid | $0.00 | $1,653.00 |
| 03/12/2025 | Knepper | Draft and send email proposal to Michael Tucker, counsel for NOTL (Newport LLC) landlord to propose terms for addressing premesis lease. | 0.6 | $495.00 | $297.00 | Billed and Paid | $0.00 | $297.00 |
| 03/12/2025 | Knepper | Client call with client team to discuss proposal for the Newport Landlord | 0.3 | $495.00 | $148.50 | Billed and Paid | $0.00 | $148.50 |
| 03/12/2025 | Knepper | Draft and send email to Phillip Nelson, counsel for Fairbourne/Las Vegas landlord re: proposal for addressing lease arrearages. | 0.5 | $495.00 | $247.50 | Billed and Paid | $0.00 | $247.50 |
| 03/12/2025 | Knepper | Call with Josh Rubens, counsel for Orlando landlord 434 N. Orange Investment LLC to discuss possible settlement; forward updated Velocity financials per Mr. Ruben's request. | 0.4 | $495.00 | $198.00 | Billed and Paid | $0.00 | $198.00 |
| 03/12/2025 | Knepper | Call with client to discuss Vegas Landlord/Fairbourne demand for rental payment | 0.3 | $495.00 | $148.50 | Billed and Paid | $0.00 | $148.50 |
| 03/12/2025 | Knepper | Review and respond to client email regarding Schroeder Archetects / plan treatment | 0.2 | $495.00 | $99.00 | Billed and Paid | $0.00 | $99.00 |
| 03/13/2025 | Gougeon | Statement of Financial Affairs Draft/Edits incorporating M. Knepper and client team feedback/client provided financials | 6.8 | $285.00 | $1,938.00 | Billed and Paid | $0.00 | $1,938.00 |
| 03/13/2025 | Knepper | Call with Dan Salstien, counsel for NFS to discuss Betson UCC filing against Esports Inc versus NFS UCC filing against the Velocity Schaumberg LLC, resolve dispute with | 0.7 | $495.00 | $346.50 | Billed and Paid | $0.00 | $346.50 |
| 03/13/2025 | Knepper | Call with Len Wenger to discuss NFS assertion of security interest in Betson equipment at Schaumberg winddown. | 0.4 | $495.00 | $198.00 | Billed and Paid | $0.00 | $198.00 |
| 03/14/2025 | Gougeon | Revise Velocity Esports Inc draft schedules incorporating additional financial information provided by client | 7.8 | $285.00 | $2,223.00 | Billed and Paid | $0.00 | $2,223.00 |
| 03/17/2025 | Gougeon | Draft Petition and Statement of Financial Affairs for Schaumberg LLC | 7.7 | $285.00 | $2,194.50 | Billed and Paid | $0.00 | $2,194.50 |
| 03/17/2025 | Knepper | Weekly meeting with principals to discuss status of critical vendor and landlord agreements. | 1.0 | $495.00 | $495.00 | Billed and Paid | $0.00 | $495.00 |
| 03/17/2025 | Knepper | Review and revise Ryan Stibor's draft revisions to draft broker listing agreements. Finalize for circulation to broker. | 0.4 | $495.00 | $198.00 | Billed and Paid | $0.00 | $198.00 |
| 03/17/2025 | Knepper | Review and respond to client inquiry re: security camera system at Schaumberg location in light of landlord's demand for key access to property. | 0.2 | $495.00 | $99.00 | Billed and Paid | $0.00 | $99.00 |
| 03/17/2025 | Knepper | Email counsel for NFS to provide a detailed checklist of action items relating to collateral they lay claims to. | 0.4 | $495.00 | $198.00 | Billed and Paid | $0.00 | $198.00 |
| 03/17/2025 | Knepper | Review and respond to client team's item checklist for critical vendors payments/aging A/R, and other items for cash collateral motion. | 0.5 | $495.00 | $247.50 | Billed and Paid | $0.00 | $247.50 |
| 03/17/2025 | Knepper | Review and respond to email from client re: Betson equipment settlement | 0.4 | $495.00 | $198.00 | Billed and Paid | $0.00 | $198.00 |
| 03/18/2025 | Gougeon | Review and revise draft petition and schedules for Schaumberg LLC | 5.0 | $285.00 | $1,425.00 | Billed and Paid | $0.00 | $1,425.00 |
| 03/18/2025 | Knepper | Call back to Milan Hermida re Newtek/SBA loan settlement discussions l/m | 0.1 | $495.00 | $49.50 | Billed and Paid | $0.00 | $49.50 |
| 03/18/2025 | Knepper | Review and analyze Simon Properties settlement communication email - forward same to client | 0.4 | $495.00 | $198.00 | Billed and Paid | $0.00 | $198.00 |
| 03/18/2025 | Knepper | Client email exchanges re updates for NFS creditor, Schroeder Architects as general unsecured creditor, identification of all PMSI interests to Schaumberg | 0.4 | $495.00 | $198.00 | Billed and Paid | $0.00 | $198.00 |
| 03/18/2025 | Knepper | Review and respond to email from Dan Salstien, counsel for NFS, re follow up on NFS inventory report for Schaumberg location and roadmap for continuing relationship with NFS. | 0.2 | $495.00 | $99.00 | Billed and Paid | $0.00 | $99.00 |
| 03/19/2025 | Gougeon | Petition preparation regarding the depreciated values of games | 1.8 | $285.00 | $513.00 | Billed and Paid | $0.00 | $513.00 |
| 03/19/2025 | Gougeon | Present for Negotiation with NewtekOne | 0.9 | $285.00 | $256.50 | Billed and Paid | $0.00 | $256.50 |
| 03/19/2025 | Knepper | Review and revise Velocity E-Sports draft petition and schedules A/B, and D with client team and B. Gougeon to confirm accuracy and completeness of property and secured creditors/liabilities. | 2.7 | $495.00 | $1,336.50 | Billed and Paid | $0.00 | $1,336.50 |
| 03/19/2025 | Knepper | Call with Phil Kaplan re Simon Properties request for financial information and initial call with Newtek. | 0.5 | $495.00 | $247.50 | Billed and Paid | $0.00 | $247.50 |
| 03/19/2025 | Knepper | Initial settlement conference call with Newtek and client team | 0.7 | $495.00 | $346.50 | Billed and Paid | $0.00 | $346.50 |
| 03/19/2025 | Knepper | Prepare for discussions with Newtek (SBA Lender) | 0.7 | $495.00 | $346.50 | Billed and Paid | $0.00 | $346.50 |

## Exhibit B Prepetition Detail

*Consolidated chronological schedule - January 21, 2025 through May 7, 2025*

| Date | Timekeeper | Description | Hours | Rate | Gross Value | Fee Treatment | Voluntary Reduction or Waiver | Net Charged |
|---|---|---|---|---|---|---|---|---|
| 03/20/2025 | Gougeon | Met with client team and Matt Knepper and reviewed the statement of financial affairs for Velocity Esports, Inc. and other LLCs and sent emails regarding necessary information. | 3.8 | $285.00 | $1,083.00 | Billed and Paid | $0.00 | $1,083.00 |
| 03/20/2025 | Gougeon | Met with client team and Matt Knepper to review schedules and petition for Velocity Esports, Inc. | 3.0 | $285.00 | $855.00 | Billed and Paid | $0.00 | $855.00 |
| 03/24/2025 | Knepper | Meet with client team and B. Gougeon to discuss status of petition and schedules drafts - and review client-provided information re same | 1.5 | $495.00 | $742.50 | Billed and Paid | $0.00 | $742.50 |
| 03/24/2025 | Knepper | Follow Up Call With NOTL landlord to discuss workout on exisiting lease. | 0.5 | $495.00 | $247.50 | Billed and Paid | $0.00 | $247.50 |
| 03/24/2025 | Knepper | Initial Settlement Conference Call with North Star Leasing | 0.5 | $495.00 | $247.50 | Billed and Paid | $0.00 | $247.50 |
| 03/26/2025 | Gougeon | Petition preparation and communicating with MIK and client team regarding Schedule completion | 5.9 | $285.00 | $1,681.50 | Billed, Subject to Voluntary Reduction | $0.00 | $1,681.50 |
| 03/27/2025 | Gougeon | Reviewed emails regarding Chapter 11 case and the Schedule G workbook from client team | 0.3 | $285.00 | $85.50 | Billed, Subject to Voluntary Reduction | $0.00 | $85.50 |
| 03/28/2025 | Gougeon | Meeting with MIK re cash collateral motion; researched cash collateral and adequate protection requirements; and emailed principals regarding missing information | 4.2 | $285.00 | $1,197.00 | Billed, Subject to Voluntary Reduction | $0.00 | $1,197.00 |
| 03/31/2025 | Gougeon | Petition preparation - Schedules for VES INC | 6.9 | $285.00 | $1,966.50 | Billed, Subject to Voluntary Reduction | $0.00 | $1,966.50 |
| 04/01/2025 | Gougeon | Petition preparation - Schedules for Vegas LLC | 6.6 | $285.00 | $1,881.00 | Billed, Subject to Voluntary Reduction | $0.00 | $1,881.00 |
| 04/01/2025 | Knepper | Email client to confirm NFS items proposed for transfer from Schaumberg to Las Vegas and Newport, and discuss reconciliation of the Depreciated assets schedule with the E-sports Equipment subject to lease schedules. | 0.6 | $495.00 | $297.00 | Billed, Subject to Voluntary Reduction | $0.00 | $297.00 |
| 04/02/2025 | Gougeon | Petition preparation for SOFA materials | 7.8 | $285.00 | $2,223.00 | Billed, Subject to Voluntary Reduction | $0.00 | $2,223.00 |
| 04/04/2025 | Gougeon | Worked on first day motions and petition prep. Also met with Velocity principals regarding case status and question updates | 6.3 | $285.00 | $1,795.50 | Billed, Subject to Voluntary Reduction | $0.00 | $1,795.50 |
| 04/04/2025 | Gougeon | Petition preparation -Schedules for VES Inc and Newport LLC | 8.0 | $285.00 | $2,280.00 | Billed, Subject to Voluntary Reduction | $0.00 | $2,280.00 |
| 04/07/2025 | Gougeon | Worked on First Day Motions and researched this circuit's case law on not following priority | 6.5 | $285.00 | $1,852.50 | Billed, Subject to Voluntary Reduction | $0.00 | $1,852.50 |
| 04/08/2025 | Gougeon | Petition preparation regarding Schedule G and SOFA Inventory input. Also, emailed the principals and communicated with client team and MIK about requested information. | 7.4 | $285.00 | $2,109.00 | Billed, Subject to Voluntary Reduction | $0.00 | $2,109.00 |
| 04/09/2025 | Gougeon | Petition Prep and draft first-day motions - cash collateral re utilities, and request to retain existing bank accounts over DIP accounts | 5.1 | $285.00 | $1,453.50 | Billed, Subject to Voluntary Reduction | $0.00 | $1,453.50 |
| 04/09/2025 | Knepper | Review and revise Application to Employ NBA | 1.3 | $495.00 | $643.50 | Billed, Subject to Voluntary Reduction | $0.00 | $643.50 |
| 04/10/2025 | Gougeon | Requested information from clients, met with client team, petition preparation for Newport and Orlando LLCs | 6.2 | $285.00 | $1,767.00 | Billed, Subject to Voluntary Reduction | $0.00 | $1,767.00 |
| 04/11/2025 | Gougeon | Petition Preparation and first day motion work - cash collateral motion for vendors and employees | 4.3 | $285.00 | $1,225.50 | Billed, Subject to Voluntary Reduction | $0.00 | $1,225.50 |
| 04/14/2025 | Gougeon | Reveiwed issues re NFS/Betson and worked with client team re motion to use pre- existing bank accounts. Call with client team | 5.8 | $285.00 | $1,653.00 | Billed, Subject to Voluntary Reduction | $0.00 | $1,653.00 |
| 04/15/2025 | Gougeon | Call with client team and MIK to review petition preparation for VES Inc and Las Vegas LLC - revise same | 4.0 | $285.00 | $1,140.00 | Billed, Subject to Voluntary Reduction | $0.00 | $1,140.00 |
| 04/15/2025 | Knepper | Incorporate Mot. for Order Directing J. Admin of Related BK Cases into Kaplan Declaration | 0.6 | $495.00 | $297.00 | Billed, Subject to Voluntary Reduction | $0.00 | $297.00 |
| 04/16/2025 | Gougeon | Met with client team to reconcile VES bank accounts - incorporated same into relative schedules | 5.1 | $285.00 | $1,453.50 | Billed, Subject to Voluntary Reduction | $0.00 | $1,453.50 |
| 04/16/2025 | Knepper | Review and revise Draft Application to Employ client team | 0.8 | $495.00 | $396.00 | Billed, Subject to Voluntary Reduction | $0.00 | $396.00 |
| 04/17/2025 | Gougeon | Researched and incorporated rule statements for first-day motions | 3.3 | $285.00 | $940.50 | Billed, Subject to Voluntary Reduction | $0.00 | $940.50 |

## Exhibit B Prepetition Detail

*Consolidated chronological schedule - January 21, 2025 through May 7, 2025*

| Date | Timekeeper | Description | Hours | Rate | Gross Value | Fee Treatment | Voluntary Reduction or Waiver | Net Charged |
|---|---|---|---|---|---|---|---|---|
| 04/17/2025 | Gougeon | Draft First Day Motion to Consolidate Cases | 3.2 | $285.00 | $912.00 | Billed, Subject to Voluntary Reduction | $0.00 | $912.00 |
| 04/18/2025 | Gougeon | Draft equipment lists for Schaumberg, email to client re same | 3.1 | $285.00 | $883.50 | Billed, Subject to Voluntary Reduction | $0.00 | $883.50 |
| 04/18/2025 | Gougeon | Review and revise application to employ broker | 1.0 | $285.00 | $285.00 | Billed, Subject to Voluntary Reduction | $0.00 | $285.00 |
| 04/18/2025 | Gougeon | Draft Newport Equipment Inventory Spreadsheet - accounting for relative lien priorities | 2.7 | $285.00 | $769.50 | Billed, Subject to Voluntary Reduction | $0.00 | $769.50 |
| 04/18/2025 | Knepper | Review and analyze WIGF secured interest in Real Properties and Sunsequent subordination agreement vis-a-vis Newtek secured interest; incorporate same into Kaplan Declaration | 1.1 | $495.00 | $544.50 | Billed, Subject to Voluntary Reduction | $0.00 | $544.50 |
| 04/19/2025 | Gougeon | Newtek negotiation strategy conference call with MIK and client team | 0.6 | $285.00 | $171.00 | Billed, Subject to Voluntary Reduction | $0.00 | $171.00 |
| 04/21/2025 | Gougeon | Continue Drafting Application to Employ Broker | 6.8 | $285.00 | $1,938.00 | Billed, Subject to Voluntary Reduction | $0.00 | $1,938.00 |
| 04/21/2025 | Knepper | Draft Kaplan Declaration - re insider loans - research, analyze and incorporate LRW Trust, RW Trust, PK Trust, LRW Trust, LP Consulting, and intercreditor agreement provisions into Kaplan Declaration | 4.4 | $495.00 | $2,178.00 | Billed, Subject to Voluntary Reduction | $0.00 | $2,178.00 |
| 04/22/2025 | Knepper | Handshake meeting with Velocity principals, client team, and B. Gougeon for status update | 0.8 | $495.00 | $396.00 | Billed, Subject to Voluntary Reduction | $0.00 | $396.00 |
| 04/22/2025 | Knepper | Reviewed emails sent, call with principals in re NFS proposal | 0.6 | $495.00 | $297.00 | Billed, Subject to Voluntary Reduction | $0.00 | $297.00 |
| 04/24/2025 | Gougeon | Worked on Freddie McFinn App to Employ | 3.3 | $285.00 | $940.50 | Billed, Subject to Voluntary Reduction | $0.00 | $940.50 |
| 04/25/2025 | Gougeon | Worked on Verified Statement of Freddie McFinn; emailed Len and client team; and debriefed case with MIK | 0.7 | $285.00 | $199.50 | Billed, Subject to Voluntary Reduction | $0.00 | $199.50 |
| 04/25/2025 | Knepper | Review UCC searh return provided by CSC - forward same to client team to provide relative priority map to forward to Newtek - per Newtek request | 0.6 | $495.00 | $297.00 | Billed, Subject to Voluntary Reduction | $0.00 | $297.00 |
| 04/28/2025 | Gougeon | Met with MIK and client team; emailed client team; Drafting and researching Injunction for Orlando Litigation | 3.8 | $285.00 | $1,083.00 | Billed, Subject to Voluntary Reduction | $0.00 | $1,083.00 |
| 04/28/2025 | Knepper | Draft /revise Kaplan Declaration re incrpoorating and supporting first day cash collateral motion re prepetition and customer obligations/programs | 0.7 | $495.00 | $346.50 | Billed, Subject to Voluntary Reduction | $0.00 | $346.50 |
| 04/29/2025 | Knepper | Review and analyze client team's proposals for NFS counteroffer strategy, brief conference call with client team to discuss and finalize same. | 0.7 | $495.00 | $346.50 | Billed, Subject to Voluntary Reduction | $0.00 | $346.50 |
| 04/29/2025 | Knepper | Draft and revise Kaplan declaration to incorporate/support First day motion re employees and critical vendors | 0.7 | $495.00 | $346.50 | Billed, Subject to Voluntary Reduction | $0.00 | $346.50 |
| 04/30/2025 | Gougeon | Reviewed all of the petition, schedules, and SOFAs with MIK and client team re incorporated any modifications into the petition/schedules/SOFA; integrate results of meeting into same | 5.3 | $285.00 | $1,510.50 | Billed, Subject to Voluntary Reduction | $0.00 | $1,510.50 |
| 04/30/2025 | Gougeon | Review and revise McFinn verified statement and email same to McFinn for edits/comments | 1.1 | $285.00 | $313.50 | Billed, Subject to Voluntary Reduction | $0.00 | $313.50 |
| 04/30/2025 | Knepper | Final Review of draft petitions for each of the LLCs and Holding Company with B. Gougeaon and client team - note remaining deficiencies for discussion with client for finalization and filing. | 3.8 | $495.00 | $1,881.00 | Billed, Subject to Voluntary Reduction | $0.00 | $1,881.00 |
| 04/30/2025 | Invoice-level adjustment | Invoice-level voluntary reduction for March 26 through April 30 services | | | $0.00 | Billed, Subject to Voluntary Reduction | $21,000.00 | ($21,000.00) |
| 04/30/2025 | Invoice-level adjustment | Voluntary waiver of remaining unpaid prepetition balance for March 26 through April 30 services | | | $0.00 | Billed, Remaining Balance Waived | $5,779.20 | ($5,779.20) |
| 05/01/2025 | Knepper | Review and revise the First day motion re Utilities; incorporate same into Kaplan Declaration | 1.0 | $495.00 | $495.00 | Recorded and Charged | $0.00 | $495.00 |
| 05/01/2025 | Knepper | Review and revise Motion re Using Prepetition Bank Accounts | 0.9 | $495.00 | $445.50 | Recorded and Charged | $0.00 | $445.50 |
| 05/01/2025 | Knepper | Review and revise first day cash collateral motion re prepetition and customer obligations/programs | 0.8 | $495.00 | $396.00 | Recorded and Charged | $0.00 | $396.00 |
| 05/01/2025 | Gougeon | Petition Preparation to incorporate necessary edits based on meeting | 3.9 | $285.00 | $1,111.50 | Recorded and Charged | $0.00 | $1,111.50 |
| 05/02/2025 | Gougeon | Petition Preparation for all entities and updating equipment values at the different entities | 0.4 | $285.00 | $114.00 | Recorded and Charged | $0.00 | $114.00 |

## Exhibit B Prepetition Detail

*Consolidated chronological schedule - January 21, 2025 through May 7, 2025*

| Date | Timekeeper | Description | Hours | Rate | Gross Value | Fee Treatment | Voluntary Reduction or Waiver | Net Charged |
|------|-----------|-------------|-------|------|-------------|---------------|-------------------------------|-------------|
| 05/02/2025 | Knepper | Review and revise draft Cash Collateral Motion re: payment of employees and critical vendors | 0.8 | $495.00 | $396.00 | Recorded and Charged | $0.00 | $396.00 |
| 05/02/2025 | Gougeon | Continued editing petition to incorporate edits; present for negotiation call with NFS; and reviewed emails | 4.2 | $285.00 | $1,197.00 | Recorded and Charged | $0.00 | $1,197.00 |
| 05/02/2025 | Gougeon | Orlando Litigation injunction drafting | 4.0 | $285.00 | $1,140.00 | Recorded and Charged | $0.00 | $1,140.00 |
| 05/03/2025 | Knepper | Review and revise Mot. for Order Directing J. Admin of Related Bankruptcies | 1.2 | $495.00 | $594.00 | Recorded and Charged | $0.00 | $594.00 |
| 05/05/2025 | Gougeon | Reviewed Cash Collateral Budget and all transfers from the Corporate Marketing account | 0.4 | $285.00 | $114.00 | Recorded and Charged | $0.00 | $114.00 |
| 05/05/2025 | Gougeon | Emails to Client and Proposed Broker - Subject Lines: Mellencamp Chairs; Velocity Esports Bankruptcy Case - Request for Information; and Fw: Inventories | 0.4 | $285.00 | $114.00 | Recorded and Charged | $0.00 | $114.00 |
| 05/05/2025 | Gougeon | Continued editing the All Entities Transaction Journal to account total the amount within 90 days before filing | 0.7 | $285.00 | $199.50 | Recorded and Charged | $0.00 | $199.50 |
| 05/05/2025 | Gougeon | Began editing Velocity Esports, INC. SOFA Part 2, Transfers to Creditors | 1.4 | $285.00 | $399.00 | Recorded and Charged | $0.00 | $399.00 |
| 05/05/2025 | Gougeon | For All Entities - edited most recent version of the Transaction Journal Excel spreadsheet to total amount sent to each creditor. | 2.5 | $285.00 | $712.50 | Recorded and Charged | $0.00 | $712.50 |
| 05/06/2025 | Gougeon | Petition Preparation regarding Schedule F Chase Credit Card Balances and Updating SOFA Part 2 to account for the "Venue Disbursement Account #8681" for Corporate | 0.5 | $285.00 | $142.50 | Recorded and Charged | $0.00 | $142.50 |
| 05/06/2025 | Gougeon | Emails with Clients Subject Lines: "Draft Copy of Petition, Schedules, and SOFA for ALL Entities"; "Updated Transaction Journal and A/P Aging Report"; "Calculations on Velocity Corporate Marketing Budget" | 0.4 | $285.00 | $114.00 | Recorded and Charged | $0.00 | $114.00 |
| 05/06/2025 | Gougeon | Velocity Esports, Inc. - Continued editing for SOFA Part 2 Transfers to Creditors before filing | 2.4 | $285.00 | $684.00 | Recorded and Charged | $0.00 | $684.00 |
| 05/07/2025 | Gougeon | Edited Attorney Fee Disclosures for all entities and Input the Closed Schaumburg Bank Accounts | 0.7 | $285.00 | $199.50 | Recorded and Charged | $0.00 | $199.50 |
| 05/07/2025 | Gougeon | Edited Chicago LLC's Schedule B to account for current Equipment Values | 0.3 | $285.00 | $85.50 | Recorded and Charged | $0.00 | $85.50 |
| 05/07/2025 | Gougeon | Edited LV LLC's Schedule B to account for current Equipment Values | 0.3 | $285.00 | $85.50 | Recorded and Charged | $0.00 | $85.50 |
| 05/07/2025 | Gougeon | Edited Newport LLC's Schedule B to account for current Equipment Values | 0.2 | $285.00 | $57.00 | Recorded and Charged | $0.00 | $57.00 |
| 05/07/2025 | Gougeon | Edited Schedule D-F for Inc., Vegas, Schaumburg, and Newport based on current A/P Aging report. | 2.0 | $285.00 | $570.00 | Recorded and Charged | $0.00 | $570.00 |
| 05/07/2025 | Gougeon | Velocity Esports, Inc. SOFA Part 2 Edits to account for transfers to the Lessors | 0.3 | $285.00 | $85.50 | Recorded and Charged | $0.00 | $85.50 |
| 05/07/2025 | Gougeon | Edited Schedule B Equipment Values for Velocity Inc. | 1.8 | $285.00 | $513.00 | Recorded and Charged | $0.00 | $513.00 |
| 05/07/2025 | Gougeon | Email with Client Subject Lines: "Equipment Lessor Transfers"; "Advantage Lease Balance"; "A/P Aging Report Question"; and "Velocity Bank Account Question" | 0.4 | $285.00 | $114.00 | Recorded and Charged | $0.00 | $114.00 |
| | | | | | | | | |
| | | | | | | | | |
| **Final** | | | | | | | | |
| Gross Prepetition Professional Value | $95,391.00 | | | | | | | |
| Less Voluntary Reductions and Waivers | $26,779.20 | | | | | | | |
| Less Payments Received | $58,533.30 | | | | | | | |
| **Remaining Balance Asserted** | **$10,078.50** | | | | | | | |