# EXHIBIT C

## Exhibit C Expense Detail

*Expense reimbursement detail*

| Date | Payee or Court | Description | Expense Category | Gross Amount | Previously Reimbursed | Net Requested |
|---|---|---|---|---|---|---|
| 05/07/2025 | United States Bankruptcy Court - District of Nevada | Chapter 11 petition filing fee - Velocity Esports, Inc. | Court Filing Fees - Chapter 11 Petitions | $1,738.00 | $0.00 | $1,738.00 |
| 05/07/2025 | United States Bankruptcy Court - District of Nevada | Chapter 11 petition filing fee - Velocity Esports Las Vegas Town | Court Filing Fees - Chapter 11 Petitions | $1,738.00 | $0.00 | $1,738.00 |
| 05/07/2025 | United States Bankruptcy Court - District of Nevada | Chapter 11 petition filing fee - Velocity Esports Chicago | Court Filing Fees - Chapter 11 Petitions | $1,738.00 | $0.00 | $1,738.00 |
| 05/07/2025 | United States Bankruptcy Court - District of Nevada | Chapter 11 petition filing fee - Velocity Esports Newport Kentucky, | Court Filing Fees - Chapter 11 Petitions | $1,738.00 | $0.00 | $1,738.00 |
| 05/07/2025 | United States Bankruptcy Court - District of Nevada | Chapter 11 petition filing fee - Velocity Esports Orlando Downtown, | Court Filing Fees - Chapter 11 Petitions | $1,738.00 | $0.00 | $1,738.00 |
| 05/07/2025 | Prior reimbursement credit | Less prior reimbursement of four Chapter 11 filing fees | Court Filing Fees - Chapter 11 Petitions | $0.00 | $6,952.00 | ($6,952.00) |
| | United States Bankruptcy Court - District of Nevada | Orange adversary proceeding filing fee | Court Filing Fees - Adversary Proceeding | $350.00 | $0.00 | $350.00 |
| 06/24/2025 | United States Bankruptcy Court - District of Nevada | Amended-schedule filing fee - Case No. 25-12629-mkn amended | Court Filing Fees - Amended Schedules | $34.00 | $0.00 | $34.00 |
| 08/07/2025 | United States Bankruptcy Court - District of Nevada | Amended-schedule filing fee - Case No. 25-12627-mkn amended | Court Filing Fees - Amended Schedules | $34.00 | $0.00 | $34.00 |
| 08/08/2025 | Legal Wings | Legal Wings Invoice R-2027108.01 | Courier, Printing, and Delivery | $80.50 | $0.00 | $80.50 |
| | Legal Wings | Legal Wings Invoice R-2045181.01 | Courier, Printing, and Delivery | $50.20 | $0.00 | $50.20 |
| **Total** | | | | **$9,238.70** | **$6,952.00** | **$2,286.70** |