**EXHIBIT 1**

**PROPOSED ORDER**

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA**

In re

    VELOCITY ESPORTS, INC.,

    ■ Affects Velocity Esports, Inc.
    ☐ Affects Velocity Esports Las Vegas Town Square, LLC
    ☐ Affects Velocity Esports Chicago Schaumburg, LLC
    ■ Affects Velocity Esports Newport Kentucky, LLC
    ☐ Affects Velocity Esports Orlando Downtown, LLC
    ☐ Affects All Debtors

                Debtor(s).

Case No.: 25-12627-mkn

Jointly Administered with
Case No. 25-12628-mkn
Case No. 25-12629-mkn
Case No. 25-12630-mkn
Case No. 25-12631-mkn

Chapter 11

**ORDER SHORTENING TIME FOR HEARING ON DEBTORS' MOTION FOR ENTRY OF ORDER (I) APPROVING MEMBERSHIP INTEREST PURCHASE AGREEMENT FOR VELOCITY ESPORTS NEWPORT KENTUCKY, LLC; (II) AUTHORIZING SALE AND TRANSFER OF MEMBERSHIP INTERESTS PURSUANT TO 11 U.S.C. § 363(b); (III) APPROVING RELATED MEMBERSHIP INTEREST ASSIGNMENTS, GOOD-FAITH PURCHASER FINDINGS, AND RELATED RELIEF; AND (IV) GRANTING RELATED RELIEF [ECF No. 299]**

Hearing Date:
Hearing Time:

- 3 -

Upon the Debtors' **EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON DEBTORS' MOTION FOR ENTRY OF ORDER (I) APPROVING MEMBERSHIP INTEREST PURCHASE AGREEMENT FOR VELOCITY ESPORTS NEWPORT KENTUCKY, LLC; (II) AUTHORIZING SALE AND TRANSFER OF MEMBERSHIP INTERESTS PURSUANT TO 11 U.S.C. § 363(b); (III) APPROVING RELATED MEMBERSHIP INTEREST ASSIGNMENTS, GOOD-FAITH PURCHASER FINDINGS, AND RELATED RELIEF; AND (IV) GRANTING RELATED RELIEF** in the above-captioned jointly administered cases, and good cause appearing therefor,

IT IS HEREBY ORDERED that the **DEBTORS' MOTION FOR ENTRY OF ORDER (I) APPROVING MEMBERSHIP INTEREST PURCHASE AGREEMENT FOR VELOCITY ESPORTS NEWPORT KENTUCKY, LLC; (II) AUTHORIZING SALE AND TRANSFER OF MEMBERSHIP INTERESTS PURSUANT TO 11 U.S.C. § 363(b); (III) APPROVING RELATED MEMBERSHIP INTEREST ASSIGNMENTS, GOOD-FAITH PURCHASER FINDINGS, AND RELATED RELIEF; AND (IV) GRANTING RELATED RELIEF** shall be heard on _____, 2026, at ___:___ __.m. in the above-captioned Court.

IT IS FURTHER ORDERED that _____, 2026, shall be the deadline to file and serve any opposition to the Motion.

IT IS FURTHER ORDERED that, notwithstanding the foregoing opposition deadline, the Office of the United States Trustee may file and serve an objection to the Motion on or before the date and time of the hearing.

IT IS FURTHER ORDERED that the Debtors shall have until _____, 2026, to file and serve any reply in support of the Motion.

IT IS FURTHER ORDERED that the Debtors shall serve this Order, the Motion, the declarations and exhibits filed in support thereof, the proposed order approving the Motion, and the Notice of Hearing by the most expeditious means reasonably available within one (1) business day after entry of this Order.

/ / /

/ / /

/ / /

- 4 -

IT IS SO ORDERED.


Prepared and Respectfully Submitted by:

**Nevada Bankruptcy Attorneys, LLC**

By: /s/ *Matthew Knepper, Esq.*
Matthew Knepper, Esq.
NEVADA BANKRUPTCY ATTORNEYS, LLC
*Attorney for the Jointly Administered Debtors*