Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Brenden J. Gougeon, Esq.
Nevada Bar No. 16874
NEVADA BANKRUPTCY ATTORNEYS, LLC
5502 S. Fort Apache Rd., Suite 200
Las Vegas, NV 89148-7700
Phone: (702) 660-4228
Fax: (702) 660-4228
Email: mknepper@nvbankruptcyattorneys.com
Email: bgougeon@nvbankruptcyattorneys.com
*Attorneys for Debtors*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re | Case No.: 25-12627-mkn |
| VELOCITY ESPORTS, INC., | Jointly Administered with |
| | Case No. 25-12628-mkn |
| ■ Affects Velocity Esports, Inc. | Case No. 25-12629-mkn |
| ☐ Affects Velocity Esports Las Vegas Town Square, LLC | Case No. 25-12630-mkn |
| | Case No. 25-12631-mkn |
| ☐ Affects Velocity Esports Chicago Schaumburg, LLC | Chapter 11 |
| ■ Affects Velocity Esports Newport Kentucky, LLC | Hearing Date: **OST REQUESTED** |
| ☐ Affects Velocity Esports Orlando Downtown, LLC | Hearing Time: **OST REQUESTED** |
| ☐ Affects All Debtors | |
| Debtor(s). | |

**ATTORNEY INFORMATION SHEET FOR EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON DEBTORS' MOTION FOR ENTRY OF ORDER (I) APPROVING MEMBERSHIP INTEREST PURCHASE AGREEMENT FOR VELOCITY ESPORTS NEWPORT KENTUCKY, LLC; (II) AUTHORIZING SALE AND TRANSFER OF MEMBERSHIP INTERESTS PURSUANT TO 11 U.S.C. § 363(b); (III) APPROVING RELATED MEMBERSHIP INTEREST ASSIGNMENTS, GOOD-FAITH PURCHASER FINDINGS, AND RELATED RELIEF; AND (IV) GRANTING RELATED RELIEF [ECF No. 299]**

Pursuant to Local Rule 9006, undersigned counsel for Debtors VELOCITY ESPORTS, INC. and VELOCITY ESPORTS NEWPORT KENTUCKY, LLC (collectively, the "Debtors") contacted, or made reasonable efforts to contact, the parties identified in the table below regarding the Debtors' *Ex Parte Application for Order Shortening Time for Hearing on Debtors' Motion for Entry of Order (I) Approving Membership Interest Purchase Agreement for Velocity Esports Newport Kentucky, LLC; (II) Authorizing*

*Sale And Transfer Of Membership Interests Pursuant To 11 U.S.C. § 363(b); (III) Approving Related Membership Interest Assignments, Good-Faith Purchaser Findings, and Related Relief; and (IV) Granting Related Relief* . The position of each contacted party, or the absence of a response, is reflected below.

The Debtors estimate that the hearing will require approximately twenty (20) minutes. The Debtors request that the underlying MIPA Motion be heard on the earliest date reasonably available and, in all events, on or before September 15, 2026, the date presently set for the hearing concerning confirmation of the Debtors' plan and approval of the related disclosure statement. The Debtors identify September 15, 2026, as the date after which the practical utility of the requested expedited relief may be materially diminished and the proposed transaction, anticipated closing schedule, and related plan-implementation arrangements may need to be reevaluated.

| Party Contacted | Date Contacted | Method Contacted | Agree to OST |
|---|---|---|---|
| Justin Valencia, *Trial Attorney for Tracy Hope Davis, Acting United States Trustee-Region 17* *Office of the United States Trustee* | 07/15/2026 | Email: justin.c.valencia@usdoj.gov USTPRegion17.lv.ecf@usdoj.gov | Yes, subject to the Office of the United States Trustee reserving the right to object through the date and time of the hearing. |
| Richard Samuel Ehlers, Esq. Todd S. Garan, Esq. ALDRIDGE PITE, LLP *Counsel for Newtek Bank, N.A.* | 07/15/2026 | Email: ecfnvb@aldridgepite.com sehlers@aldridgepite.com TGaran@aldridgepite.com | No Response |
| Bart K. Larsen, Esq. Kyle M. Wyant, Esq. SHEA LARSEN | 07/15/2026 | Email: blarsen@shea.law kwyant@shea.law | No Response |

| | | | |
|---|---|---|---|
| *Counsel for Creditor Advantage Leasing Corporation* | | | |
| Robert T. Stewart, Esq. Adrienne K. Walker, Esq. FOLEY & LARDNER LLP<br><br>*Attorneys for Creditor NFS Capital, LLC*<br><br>Adam Fulton, Esq. JENNINGS & FULTON, LTD<br><br>*Designated resident attorney only for creditor NFS Capital, LLC pursuant to LR IA 11-1(b)(2)* | 07/15/2026 | Email:<br><br>rtstewart@foley.com<br><br>awalker@foley.com<br><br>afulton@jfnvlaw.com | No Response |
| Jill Voelker<br><br>*Accounts Receivable Supervisor for Creditor Restaurant Technologies* | 07/15/2026 | Email:<br><br>jvoelker@rti-inc.com | No Response |
| Michael R. Major<br><br>*Collections Officer for North Star Leasing a Division of Peoples Bank* | 07/15/2026 | Email:<br><br>mmajor@northstarleasing.com | No Response |
| Richard E. Heinzel<br><br>*President of D & H Lawn Irrigation, Inc.* | 07/15/2026 | Email:<br><br>rick@dandhlawn.com | No Response |
| William Lee BONIAL & ASSOCIATES, P.C. | 07/15/2026 | Email:<br><br>pocquestions@nbsdefaultservices.com | No Response |

| | | | |
|---|---|---|---|
| *Authorized Agent for Creditor JPMC c/o National Bankruptcy Services, LLC* | | | |
| Barry Grossman, Esq.<br><br>*Partner for creditor Ellenoff Grossman & Schole LLP* | 07/15/2026 | Email:<br><br>bgrossman@egsllp.com | No Response |
| Josh M. Rubens, Esq.<br>KLUGER, KAPLAN, SILVERMAN, KATZEN & LEVINE, P.L.<br><br>Maurice VerStandig, Esq.<br>VERSTANDIG LAW FIRM<br><br>*Attorneys for creditor 434 N. Orange Investment, LLC* | 07/15/2026 | Email:<br><br>jrubens@klugerkaplan.com<br><br>mac@mbvesq.com<br><br>lisa@mbvesq.com | No Response |
| Amanda L Graham<br><br>*A/R Legal Clerk for creditor Pawnee Leasing Corporation* | 07/15/2026 | Email:<br><br>bankruptcy@pawneeleasing.com | No Response |
| Rusty Frazier<br><br>*Asset Recovery Analyst for Old Dominion Freight Line, Inc.* | 07/15/2026 | Email:<br><br>Rusty.frazier@odfl.com | No Response |
| Steven T. Gubner, Esq.<br>Jessica L. Bagdanov, Esq. | 07/15/2026 | Email:<br><br>sgubner@bg.law | No Response |

| | | | |
|---|---|---|---|
| Jessica S. Wellington, Esq.<br>BG LAW LLP<br><br>*Attorneys for Woodfield Mall LLC* | | jbagdanov@bg.law<br><br>jwellington@bg.law | |
| Brett A. Axelrod, Esq.<br>FOX ROTHSCHILD LLP<br><br>Phillip Nelson, Esq.<br>HOLLAND & KNIGHT LLP<br><br>*Counsel for SRMF Town Square Owner LLC* | 07/15/2026 | Email:<br><br>baxelrod@foxrothschild.com<br><br>phillip.nelson@hklaw.com | No Response |
| Michael S. Tucker, Esq.<br>UB GREENSFELDER LLP<br><br>*Counsel for NOTL Property Owner LLC* | 07/15/2026 | Email:<br><br>mtucker@ubglaw.com | No Response |

Dated: July 15, 2026

By: /s/ Matthew Knepper, Esq.
Matthew Knepper, Esq.
NEVADA BANKRUPTCY ATTORNEYS, LLC
*Attorney for Debtor(s)*