**EXHIBIT 1**

**PROPOSED ORDER**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re | Case No.: 25-12627-mkn |
| VELOCITY ESPORTS, INC., | Jointly Administered with |
| | Case No. 25-12628-mkn |
| ☐ Affects Velocity Esports, Inc. | Case No. 25-12629-mkn |
| ☐ Affects Velocity Esports Las Vegas Town Square, LLC | Case No. 25-12630-mkn |
| | Case No. 25-12631-mkn |
| ☐ Affects Velocity Esports Chicago Schaumburg, LLC | Chapter 11 |
| ☐ Affects Velocity Esports Newport Kentucky, LLC | **ORDER SHORTENING TIME FOR HEARING ON NEVADA BANKRUPTCY ATTORNEYS LLC'S FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM FEE PERIOD ENDING JULY 9, 2026 [ECF No. 302]** |
| ☐ Affects Velocity Esports Orlando Downtown, LLC | |
| ■ Affects All Debtors | |
| Debtor(s). | Hearing Date: |
| | Hearing Time: |

Upon the Nevada Bankruptcy Attorneys, LLC's **EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON NEVADA BANKRUPTCY ATTORNEYS LLC'S FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM FEE PERIOD ENDING JULY 9, 2026 [ECF No. 302]** (the "Fee Application") in the above-captioned jointly administered cases, and good cause appearing therefor,

IT IS HEREBY ORDERED that the **NEVADA BANKRUPTCY ATTORNEYS LLC'S FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM FEE PERIOD ENDING JULY 9, 2026 [ECF No. 302]** shall be heard on _____, 2026, at ___:___ __.m. in the above-captioned Court.

IT IS FURTHER ORDERED that _____, 2026, shall be the deadline to file and serve any opposition to the Fee Application.

IT IS FURTHER ORDERED that, notwithstanding the foregoing opposition deadline, the Office of the United States Trustee may file and serve an objection to the Fee Application on or before the date and time of the hearing.

IT IS FURTHER ORDERED that NBA shall have until _____, 2026, to file and serve any reply in support of the Fee Application.

IT IS FURTHER ORDERED that NBA shall serve this Order, the Fee Application, the declarations and exhibits filed in support thereof, the proposed order approving the Fee Application, and the Notice of Hearing by the most expeditious means reasonably available within one (1) business day after entry of this Order.

IT IS SO ORDERED.

# # #

Prepared and Respectfully Submitted by:

**Nevada Bankruptcy Attorneys, LLC**

By: /s/ *Matthew Knepper, Esq.*
Matthew Knepper, Esq.
NEVADA BANKRUPTCY ATTORNEYS, LLC
*Attorney for the Jointly Administered Debtors*