Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Brenden J. Gougeon, Esq.
Nevada Bar No. 16874
NEVADA BANKRUPTCY ATTORNEYS, LLC
5502 S. Fort Apache Rd., Suite 200
Las Vegas, NV 89148-7700
Phone: (702) 660-4228
Fax: (702) 660-4228
Email: mknepper@nvbankruptcyattorneys.com
Email: bgougeon@nvbankruptcyattorneys.com
*Attorneys for Debtors*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA**

| In re | Case No.: 25-12627-mkn |
|---|---|
| VELOCITY ESPORTS, INC., | Jointly Administered with Case No. 25-12628-mkn |
| ☐ Affects Velocity Esports, Inc. | Case No. 25-12629-mkn |
| ☐ Affects Velocity Esports Las Vegas Town Square, LLC | Case No. 25-12630-mkn Case No. 25-12631-mkn |
| ☐ Affects Velocity Esports Chicago Schaumburg, LLC | Chapter 11 |
| ☐ Affects Velocity Esports Newport Kentucky, LLC | Hearing Date: **OST REQUESTED** |
| ☐ Affects Velocity Esports Orlando Downtown, LLC | Hearing Time: **OST REQUESTED** |
| ■ Affects All Debtors | |
| Debtor(s). | |

<u>**ATTORNEY INFORMATION SHEET FOR EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON NEVADA BANKRUPTCY ATTORNEYS, LLC'S FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM FEE PERIOD ENDING JULY 9, 2026 [ECF NO. 302]**</u>

Pursuant to Local Rule 9006, Nevada Bankruptcy Attorneys, LLC ("NBA" or "Applicant"), court-approved counsel for the above-captioned jointly administered debtors (collectively, the "Debtors"), contacted, or made reasonable efforts to contact, the parties identified in the table below regarding NBA's *Ex Parte Application for Order Shortening Time for Hearing* (the "OST Application") *on Nevada Bankruptcy Attorneys, LLC's First Interim Application for Compensation and Reimbursement of Expenses*

*for the Interim Fee Period Ending July 9, 2026* [ECF No. 302] (the "Fee Application"). The position of each contacted party, or the absence of a response, is reflected below.

NBA estimates that the hearing will require approximately fifteen (15) to twenty (20) minutes and requests that the Fee Application be heard on the earliest date reasonably available. Because the amount of any allowed professional-fee award bears directly on the administrative expenses to be addressed through the Debtors' pending plan, NBA identifies September 15, 2026—the date presently set for the confirmation hearing—as the date beyond which the requested expedited relief would no longer serve its intended purpose of permitting the Fee Application to be adjudicated in advance of confirmation. NBA has received no postpetition payment toward the requested compensation or expenses, and no retainer remains available. A hearing after confirmation could disrupt the coordination of the Debtors' plan funding, administrative-expense treatment, and implementation arrangements and potentially threaten the viability of the proposed plan.

| Party Contacted | Date Contacted | Method Contacted | Agree to OST |
|---|---|---|---|
| Justin Valencia, *Trial Attorney for Peter C. Anderson, Acting United States Trustee-Region 17* *Office of the United States Trustee* | 07/15/2026 | Email: justin.c.valencia@usdoj.gov USTPRegion17.lv.ecf@usdoj.gov | Yes, subject to the Office of the United States Trustee reserving the right to object through the date and time of the hearing. |
| Richard Samuel Ehlers, Esq. Todd S. Garan, Esq. ALDRIDGE PITE, LLP *Counsel for Newtek Bank, N.A.* | 07/15/2026 | Email: ecfnvb@aldridgepite.com sehlers@aldridgepite.com TGaran@aldridgepite.com | No Response |
| Bart K. Larsen, Esq. Kyle M. Wyant, Esq. | 07/15/2026 | Email: blarsen@shea.law | No Response |

| | | | |
|---|---|---|---|
| SHEA LARSEN<br><br>*Counsel for Creditor Advantage Leasing Corporation* | | kwyant@shea.law | |
| Robert T. Stewart, Esq.<br>Adrienne K. Walker, Esq.<br>FOLEY & LARDNER LLP<br><br>*Attorneys for Creditor NFS Capital, LLC*<br><br>Adam Fulton, Esq.<br>JENNINGS & FULTON, LTD<br><br>*Designated resident attorney only for creditor NFS Capital, LLC pursuant to LR IA 11-1(b)(2)* | 07/15/2026 | Email:<br><br>rtstewart@foley.com<br><br>awalker@foley.com<br><br>afulton@jfnvlaw.com | No Response |
| Jill Voelker<br><br>*Accounts Receivable Supervisor for Creditor Restaurant Technologies* | 07/15/2026 | Email:<br><br>jvoelker@rti-inc.com | No Response |
| Michael R. Major<br><br>*Collections Officer for North Star Leasing a Division of Peoples Bank* | 07/15/2026 | Email:<br><br>mmajor@northstarleasing.com | No Response |
| Richard E. Heinzel<br><br>*President of D & H Lawn Irrigation, Inc.* | 07/15/2026 | Email:<br><br>rick@dandhlawn.com | No Response |
| William Lee | 07/15/2026 | Email: | No Response |

| BONIAL & ASSOCIATES, P.C.<br><br>*Authorized Agent for Creditor JPMC c/o National Bankruptcy Services, LLC* | | pocquestions@nbsdefaultservices.com | |
| --- | --- | --- | --- |
| Barry Grossman, Esq.<br><br>*Partner for creditor Ellenoff Grossman & Schole LLP* | 07/15/2026 | Email:<br><br>bgrossman@egsllp.com | No Response |
| Josh M. Rubens, Esq.<br>KLUGER, KAPLAN, SILVERMAN, KATZEN & LEVINE, P.L.<br><br>Maurice VerStandig, Esq.<br>VERSTANDIG LAW FIRM<br><br>*Attorneys for creditor 434 N. Orange Investment, LLC* | 07/15/2026 | Email:<br><br>jrubens@klugerkaplan.com<br><br>mac@mbvesq.com<br><br>lisa@mbvesq.com | No Response |
| Amanda L Graham<br><br>*A/R Legal Clerk for creditor Pawnee Leasing Corporation* | 07/15/2026 | Email:<br><br>bankruptcy@pawneeleasing.com | No Response |
| Rusty Frazier<br><br>*Asset Recovery Analyst for Old Dominion Freight Line, Inc.* | 07/15/2026 | Email:<br><br>Rusty.frazier@odfl.com | No Response |

| | | | |
|---|---|---|---|
| Steven T. Gubner, Esq.<br>Jessica L. Bagdanov, Esq.<br>Jessica S. Wellington, Esq.<br>BG LAW LLP<br><br>*Attorneys for Woodfield Mall LLC* | 07/15/2026 | Email:<br><br>sgubner@bg.law<br><br>jbagdanov@bg.law<br><br>jwellington@bg.law | No Response |
| Brett A. Axelrod, Esq.<br>FOX ROTHSCHILD LLP<br><br>Phillip Nelson, Esq.<br>HOLLAND & KNIGHT LLP<br><br>*Counsel for SRMF Town Square Owner LLC* | 07/15/2026 | Email:<br><br>baxelrod@foxrothschild.com<br><br>phillip.nelson@hklaw.com | No Response |
| Michael S. Tucker, Esq.<br>UB GREENSFELDER LLP<br><br>*Counsel for NOTL Property Owner LLC* | 07/15/2026 | Email:<br><br>mtucker@ubglaw.com | No Response |

Dated: July 16, 2026

By: /s/ Matthew Knepper, Esq.
     Matthew Knepper, Esq.
     NEVADA BANKRUPTCY ATTORNEYS, LLC
     *Attorney for Jointly Administered Debtors*