_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

_____

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re | Case No.: 25-12627-mkn |
| VELOCITY ESPORTS, INC., | Jointly Administered with<br>Case No. 25-12628-mkn |
| ■ Affects Velocity Esports, Inc. | Case No. 25-12629-mkn |
| ☐ Affects Velocity Esports Las Vegas Town Square, LLC | Case No. 25-12630-mkn<br>Case No. 25-12631-mkn |
| ☐ Affects Velocity Esports Chicago Schaumburg, LLC | Chapter 11 |
| ■ Affects Velocity Esports Newport Kentucky, LLC | **ORDER SHORTENING TIME FOR HEARING ON DEBTORS' MOTION FOR ENTRY OF ORDER (I) APPROVING** |
| ☐ Affects Velocity Esports Orlando Downtown, LLC | **MEMBERSHIP INTEREST PURCHASE AGREEMENT FOR VELOCITY** |
| ☐ Affects All Debtors | **ESPORTS NEWPORT KENTUCKY, LLC; (II) AUTHORIZING SALE AND** |
| Debtor(s). | **TRANSFER OF MEMBERSHIP INTERESTS PURSUANT TO 11 U.S.C. § 363(b); (III) APPROVING RELATED MEMBERSHIP INTEREST ASSIGNMENTS, GOOD-FAITH PURCHASER FINDINGS, AND RELATED RELIEF; AND (IV) GRANTING RELATED RELIEF [ECF No. 299]** |
| | **Hearing Date: August 12, 2026**<br>**Hearing Time: 11:00 A.M.**<br>**Teleconference Line: (833) 435-1820**<br>**Meeting ID: 161 062 2560**<br>**Passcode: 029066#** |

Upon the Debtors' **EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON DEBTORS' MOTION FOR ENTRY OF ORDER (I) APPROVING MEMBERSHIP INTEREST PURCHASE AGREEMENT FOR VELOCITY ESPORTS NEWPORT KENTUCKY, LLC; (II) AUTHORIZING SALE AND TRANSFER OF MEMBERSHIP INTERESTS PURSUANT TO 11 U.S.C. § 363(b); (III) APPROVING RELATED MEMBERSHIP INTEREST ASSIGNMENTS, GOOD-FAITH PURCHASER FINDINGS, AND RELATED RELIEF; AND (IV) GRANTING RELATED RELIEF** in the above-captioned jointly administered cases, and good cause appearing therefor,

IT IS HEREBY ORDERED that the **DEBTORS' MOTION FOR ENTRY OF ORDER (I) APPROVING MEMBERSHIP INTEREST PURCHASE AGREEMENT FOR VELOCITY ESPORTS NEWPORT KENTUCKY, LLC; (II) AUTHORIZING SALE AND TRANSFER OF MEMBERSHIP INTERESTS PURSUANT TO 11 U.S.C. § 363(b); (III) APPROVING RELATED MEMBERSHIP INTEREST ASSIGNMENTS, GOOD-FAITH PURCHASER FINDINGS, AND RELATED RELIEF; AND (IV) GRANTING RELATED RELIEF** shall be heard on **August 12, 2026**, at **11:00 a.m.** in the above-captioned Court.

IT IS FURTHER ORDERED that _____, 2026, shall be the deadline to file and serve any opposition to the Motion.

IT IS FURTHER ORDERED that, notwithstanding the foregoing opposition deadline, the Office of the United States Trustee may file and serve an objection to the Motion on or before the date and time of the hearing.

IT IS FURTHER ORDERED that the Debtors shall have until _____, 2026, to file and serve any reply in support of the Motion.

IT IS FURTHER ORDERED that the Debtors shall serve this Order, the Motion, the declarations and exhibits filed in support thereof, the proposed order approving the Motion, and the Notice of Hearing by the most expeditious means reasonably available within one (1) business day after entry of this Order.

/ / /

/ / /

IT IS SO ORDERED.

# # #

Prepared and Respectfully Submitted by:

**Nevada Bankruptcy Attorneys, LLC**

By: /s/ *Matthew Knepper, Esq.*
Matthew Knepper, Esq.
NEVADA BANKRUPTCY ATTORNEYS, LLC
*Attorney for the Jointly Administered Debtors*