_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

_____

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

In re

VELOCITY ESPORTS, INC.,

☐ Affects Velocity Esports, Inc.
☐ Affects Velocity Esports Las Vegas Town Square, LLC
☐ Affects Velocity Esports Chicago Schaumburg, LLC
☐ Affects Velocity Esports Newport Kentucky, LLC
☐ Affects Velocity Esports Orlando Downtown, LLC
■ Affects All Debtors

Debtor(s).

Case No.: 25-12627-mkn

Jointly Administered with
Case No. 25-12628-mkn
Case No. 25-12629-mkn
Case No. 25-12630-mkn
Case No. 25-12631-mkn

Chapter 11

**ORDER SHORTENING TIME FOR HEARING ON NEVADA BANKRUPTCY ATTORNEYS LLC'S FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM FEE PERIOD ENDING JULY 9, 2026 [ECF No. 302]**

**Hearing Date: August 12, 2026**
**Hearing Time: 11:00 A.M.**
**Teleconference Line: (833) 435-1820**
**Meeting ID: 161 062 2560**
**Passcode: 029066#**

Upon the Nevada Bankruptcy Attorneys, LLC's **EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON NEVADA BANKRUPTCY ATTORNEYS LLC'S FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF**

**EXPENSES FOR THE INTERIM FEE PERIOD ENDING JULY 9, 2026 [ECF No. 302]** (the "Fee Application") in the above-captioned jointly administered cases, and good cause appearing therefor,

IT IS HEREBY ORDERED that the **NEVADA BANKRUPTCY ATTORNEYS LLC'S FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM FEE PERIOD ENDING JULY 9, 2026 [ECF No. 302]** shall be heard on **August 12, 2026**, at **11:00 a.m.** in the above-captioned Court.

IT IS FURTHER ORDERED that _____, 2026, shall be the deadline to file and serve any opposition to the Fee Application.

IT IS FURTHER ORDERED that, notwithstanding the foregoing opposition deadline, the Office of the United States Trustee may file and serve an objection to the Fee Application on or before the date and time of the hearing.

IT IS FURTHER ORDERED that NBA shall have until _____, 2026, to file and serve any reply in support of the Fee Application.

IT IS FURTHER ORDERED that NBA shall serve this Order, the Fee Application, the declarations and exhibits filed in support thereof, the proposed order approving the Fee Application, and the Notice of Hearing by the most expeditious means reasonably available within one (1) business day after entry of this Order.

IT IS SO ORDERED.

# # #

Prepared and Respectfully Submitted by:

**Nevada Bankruptcy Attorneys, LLC**

By: /s/ *Matthew Knepper, Esq.*
Matthew Knepper, Esq.
NEVADA BANKRUPTCY ATTORNEYS, LLC
*Attorney for the Jointly Administered Debtors*