_____
Honorable August B. Landis
United States Bankruptcy Judge

_____

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

In re

VELOCITY ESPORTS, INC.,

■ Affects Velocity Esports, Inc.
☐ Affects Velocity Esports Las Vegas Town
   Square, LLC
☐ Affects Velocity Esports Chicago
   Schaumburg, LLC
■ Affects Velocity Esports Newport
   Kentucky, LLC
☐ Affects Velocity Esports Orlando
   Downtown, LLC
☐ Affects All Debtors

                    Debtor(s).

Case No.: 25-12627-mkn

Jointly Administered with
Case No. 25-12628-mkn
Case No. 25-12629-mkn
Case No. 25-12630-mkn
Case No. 25-12631-mkn

Chapter 11

**AMENDED ORDER SHORTENING
TIME FOR HEARING ON DEBTORS'
MOTION FOR ENTRY OF ORDER (I)
APPROVING MEMBERSHIP INTEREST
PURCHASE AGREEMENT FOR
VELOCITY ESPORTS NEWPORT
KENTUCKY, LLC; (II) AUTHORIZING
SALE AND TRANSFER OF
MEMBERSHIP INTERESTS PURSUANT
TO 11 U.S.C. § 363(b); (III) APPROVING
RELATED MEMBERSHIP INTEREST
ASSIGNMENTS, GOOD-FAITH
PURCHASER FINDINGS, AND
RELATED RELIEF; AND (IV)
GRANTING RELATED RELIEF [ECF No.
299]**

**Hearing Date: August 12, 2026
Hearing Time: 11:00 A.M.
Teleconference Line: (833) 435-1820
Meeting ID: 161 062 2560
Passcode: 029066#**

Upon the Debtors' **EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON DEBTORS' MOTION FOR ENTRY OF ORDER (I) APPROVING MEMBERSHIP INTEREST PURCHASE AGREEMENT FOR VELOCITY ESPORTS NEWPORT KENTUCKY, LLC; (II) AUTHORIZING SALE AND TRANSFER OF MEMBERSHIP INTERESTS PURSUANT TO 11 U.S.C. § 363(b); (III) APPROVING RELATED MEMBERSHIP INTEREST ASSIGNMENTS, GOOD-FAITH PURCHASER FINDINGS, AND RELATED RELIEF; AND (IV) GRANTING RELATED RELIEF** in the above-captioned jointly administered cases, and good cause appearing therefor,

IT IS HEREBY ORDERED that the **DEBTORS' MOTION FOR ENTRY OF ORDER (I) APPROVING MEMBERSHIP INTEREST PURCHASE AGREEMENT FOR VELOCITY ESPORTS NEWPORT KENTUCKY, LLC; (II) AUTHORIZING SALE AND TRANSFER OF MEMBERSHIP INTERESTS PURSUANT TO 11 U.S.C. § 363(b); (III) APPROVING RELATED MEMBERSHIP INTEREST ASSIGNMENTS, GOOD-FAITH PURCHASER FINDINGS, AND RELATED RELIEF; AND (IV) GRANTING RELATED RELIEF** shall be heard on **August 12, 2026**, at **11:00 a.m.** in the above-captioned Court.

IT IS FURTHER ORDERED that **August 5, 2026**, shall be the deadline to file and serve any opposition to the Motion.

IT IS FURTHER ORDERED that, notwithstanding the foregoing opposition deadline, the Office of the United States Trustee may file and serve an objection to the Motion on or before the date and time of the hearing.

IT IS FURTHER ORDERED that the Debtors shall have until **August 10, 2026**, to file and serve any reply in support of the Motion.

IT IS FURTHER ORDERED that the Debtors shall serve this Order, the Motion, the declarations and exhibits filed in support thereof, the proposed order approving the Motion, and the Notice of Hearing by the most expeditious means reasonably available within one (1) business day after entry of this Order.

/ / /

/ / /

IT IS SO ORDERED.

# # #

Prepared and Respectfully Submitted by:

**Nevada Bankruptcy Attorneys, LLC**

By: /s/ *Matthew Knepper, Esq.*
Matthew Knepper, Esq.
NEVADA BANKRUPTCY ATTORNEYS, LLC
*Attorney for the Jointly Administered Debtors*