

_____
Honorable August B. Landis
United States Bankruptcy Judge

_____

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re | Case No.: 25-12627-mkn |
| VELOCITY ESPORTS, INC., | Jointly Administered with<br>Case No. 25-12628-mkn<br>Case No. 25-12629-mkn |
| ☐ Affects Velocity Esports, Inc. | Case No. 25-12630-mkn |
| ☐ Affects Velocity Esports Las Vegas Town Square, LLC | Case No. 25-12631-mkn |
| ☐ Affects Velocity Esports Chicago Schaumburg, LLC | Chapter 11 |
| ☐ Affects Velocity Esports Newport Kentucky, LLC | **AMENDED ORDER SHORTENING TIME FOR HEARING ON NEVADA BANKRUPTCY ATTORNEYS LLC'S** |
| ☐ Affects Velocity Esports Orlando Downtown, LLC | **FIRST INTERIM APPLICATION FOR COMPENSATION AND** |
| ■ Affects All Debtors | **REIMBURSEMENT OF EXPENSES FOR THE INTERIM FEE PERIOD ENDING JULY 9, 2026 [ECF No. 302]** |
| Debtor(s). | **Hearing Date: August 12, 2026**<br>**Hearing Time: 11:00 A.M.**<br>**Teleconference Line: (833) 435-1820**<br>**Meeting ID: 161 062 2560**<br>**Passcode: 029066#** |

Upon the Nevada Bankruptcy Attorneys, LLC's **EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON NEVADA BANKRUPTCY ATTORNEYS LLC'S FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF**

**EXPENSES FOR THE INTERIM FEE PERIOD ENDING JULY 9, 2026 [ECF No. 302]** (the "Fee Application") in the above-captioned jointly administered cases, and good cause appearing therefor,

IT IS HEREBY ORDERED that the **NEVADA BANKRUPTCY ATTORNEYS LLC'S FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM FEE PERIOD ENDING JULY 9, 2026 [ECF No. 302]** shall be heard on **August 12, 2026**, at **11:00 a.m.** in the above-captioned Court.

IT IS FURTHER ORDERED that **August 5, 2026**, shall be the deadline to file and serve any opposition to the Fee Application.

IT IS FURTHER ORDERED that, notwithstanding the foregoing opposition deadline, the Office of the United States Trustee may file and serve an objection to the Fee Application on or before the date and time of the hearing.

IT IS FURTHER ORDERED that NBA shall have until **August 10, 2026**, to file and serve any reply in support of the Fee Application.

IT IS FURTHER ORDERED that NBA shall serve this Order, the Fee Application, the declarations and exhibits filed in support thereof, the proposed order approving the Fee Application, and the Notice of Hearing by the most expeditious means reasonably available within one (1) business day after entry of this Order.

IT IS SO ORDERED.

# # #

Prepared and Respectfully Submitted by:

**Nevada Bankruptcy Attorneys, LLC**

By: /s/ *Matthew Knepper, Esq.*
Matthew Knepper, Esq.
NEVADA BANKRUPTCY ATTORNEYS, LLC
*Attorney for the Jointly Administered Debtors*