Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Brenden J. Gougeon, Esq.
Nevada Bar No. 16874
NEVADA BANKRUPTCY ATTORNEYS, LLC
5502 S. Fort Apache Rd., Suite 200
Las Vegas, NV 89148-7700
Phone: (702) 660-4228
Fax: (702) 660-4228
Email: mknepper@nvbankruptcyattorneys.com
Email: bgougeon@nvbankruptcyattorneys.com
*Attorneys for Debtors*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

In re

VELOCITY ESPORTS, INC.,

■ Affects Velocity Esports, Inc.
☐ Affects Velocity Esports Las Vegas Town Square, LLC
☐ Affects Velocity Esports Chicago Schaumburg, LLC
■ Affects Velocity Esports Newport Kentucky, LLC
☐ Affects Velocity Esports Orlando Downtown, LLC
☐ Affects All Debtors

Debtor(s).

Case No.: 25-12627-mkn

Jointly Administered with
Case No. 25-12628-mkn
Case No. 25-12629-mkn
Case No. 25-12630-mkn
Case No. 25-12631-mkn

Chapter 11

**Hearing Date: August 12, 2026**
**Hearing Time: 11:00 A.M.**
**Teleconference Line: (833) 435-1820**
**Meeting ID: 161 062 2560**
**Passcode: 029066#**

**NOTICE OF HEARING ON DEBTORS' MOTION FOR ENTRY OF ORDER (I) APPROVING MEMBERSHIP INTEREST PURCHASE AGREEMENT FOR VELOCITY ESPORTS NEWPORT KENTUCKY, LLC; (II) AUTHORIZING SALE AND TRANSFER OF MEMBERSHIP INTERESTS PURSUANT TO 11 U.S.C. § 363(b); (III) APPROVING RELATED MEMBERSHIP INTEREST ASSIGNMENTS, GOOD-FAITH PURCHASER FINDINGS, AND RELATED RELIEF; AND (IV) GRANTING RELATED RELIEF [ECF No. 299]**

**TO ALL INTERESTED PARTIES, CREDITORS, AND TRUSTEES:**

**PLEASE TAKE NOTICE** that the Debtors have filed their MOTION FOR ENTRY OF ORDER (I) APPROVING MEMBERSHIP INTEREST PURCHASE AGREEMENT FOR VELOCITY ESPORTS NEWPORT KENTUCKY, LLC; (II) AUTHORIZING SALE AND TRANSFER OF MEMBERSHIP INTERESTS PURSUANT TO 11 U.S.C. § 363(b); (III) APPROVING RELATED MEMBERSHIP

INTEREST ASSIGNMENTS, GOOD-FAITH PURCHASER FINDINGS, AND RELATED RELIEF; AND (IV) GRANTING RELATED RELIEF [ECF No. 299] (the "Motion") with this Court.

PLEASE TAKE FURTHER NOTICE that any party objecting to the Debtors' Motion must file a written objection no later than **August 5, 2026**. Any replies to objections must be filed no later than **August 10, 2026**. If an objection is not timely filed and served, the relief sought in the aforementioned motion may be granted. LR 9014(a)(1). Additionally, please be aware as follows:

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who send you this notice, then:

- The court may refuse to allow you to speak at the scheduled hearing; and
- The court may rule against you without formally calling the matter at the hearing.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held before the United States Bankruptcy Judge Mike K. Nakagawa at the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101, on **August 12, 2026, at 11:00 a.m.**, via the Bankruptcy Court's telephonic hearing participation procedure (available on the Court's website at https://www.nvb.uscourts.gov/news-rss/announcements/2020/0319-court-hearingparticipation). Please check for any updates to the Court's conference number and access codes. Currently, Judge Nakagawa's hearing conference number is (833) 435-1820; the Meeting ID is 161 062 2560; and the access code is 029066#.

DATED: July 20, 2026

NEVADA BANKRUPTCY ATTORNEYS, LLC

By: */s/ Matthew I. Knepper, Esq.*
    Matthew I. Knepper, Esq.
    Nevada Bar No. 12796
    *Attorney for Debtors*