Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Brenden J. Gougeon, Esq.
Nevada Bar No. 16874
NEVADA BANKRUPTCY ATTORNEYS, LLC
5502 S. Fort Apache Rd., Suite 200
Las Vegas, NV 89148-7700
Phone: (702) 660-4228
Fax: (702) 660-4228
Email: mknepper@nvbankruptcyattorneys.com
Email: bgougeon@nvbankruptcyattorneys.com
*Attorneys for Debtors*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>    VELOCITY ESPORTS, INC.,<br><br>    ☒ Affects Velocity Esports, Inc.<br>    ☐ Affects Velocity Esports Las Vegas Town Square, LLC<br>    ☐ Affects Velocity Esports Chicago Schaumburg, LLC<br>    ☐ Affects Velocity Esports Newport Kentucky, LLC<br>    ☐ Affects Velocity Esports Orlando Downtown, LLC<br>    ■ Affects All Debtors<br><br>                    Debtor(s). | Case No.: 25-12627-mkn<br><br>Jointly Administered with<br>Case No. 25-12628-mkn<br>Case No. 25-12629-mkn<br>Case No. 25-12630-mkn<br>Case No. 25-12631-mkn<br><br>Chapter 11<br><br>**Hearing Date: August 12, 2026**<br>**Hearing Time: 11:00 A.M.**<br>**Teleconference Line: (833) 435-1820**<br>**Meeting ID: 161 062 2560**<br>**Passcode: 029066#** |

**NOTICE OF HEARING ON NEVADA BANKRUPTCY ATTORNEYS, LLC'S FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM FEE PERIOD ENDING JULY 9, 2026 [ECF NO. 302]**

**TO ALL INTERESTED PARTIES, CREDITORS, AND TRUSTEES:**

    **PLEASE TAKE NOTICE** that the Nevada Bankruptcy Attorneys, LLC ("NBA") has filed its FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM FEE PERIOD ENDING JULY 9, 2026 [ECF NO. 302] (the "Fee Application") with this Court.

**PLEASE TAKE FURTHER NOTICE** that any party objecting to NBA's Fee Application must file a written objection no later than **August 5, 2026**. Any replies to objections must be filed no later than **August 10, 2026**. If an objection is not timely filed and served, the relief sought in the aforementioned Fee Application may be granted. LR 9014(a)(1). Additionally, please be aware as follows:

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who send you this notice, then:

- The court may refuse to allow you to speak at the scheduled hearing; and

- The court may rule against you without formally calling the matter at the hearing.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Fee Application will be held before the United States Bankruptcy Judge Mike K. Nakagawa at the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101, on **August 12, 2026, at 11:00 a.m.**, via the Bankruptcy Court's telephonic hearing participation procedure (available on the Court's website at https://www.nvb.uscourts.gov/news-rss/announcements/2020/0319-court-hearingparticipation). Please check for any updates to the Court's conference number and access codes. Currently, Judge Nakagawa's hearing conference number is (833) 435-1820 the Meeting ID is 161 062 2560; and the access code is 029066#.

DATED: July 21, 2026

NEVADA BANKRUPTCY ATTORNEYS, LLC

By: */s/ Matthew I. Knepper, Esq.*
   Matthew I. Knepper, Esq.
   Nevada Bar No. 12796
   *Attorney for Jointly Administered Debtors*