# EXHIBIT 1

| Statement of Cash Receipts and Disbursement | | | |
|---|---|---|---|
| | | | |
| Name of Debtor: Velocity Esports, Inc. | | | |
| | **Current** | **Cumulative** | |
| 1. Cash balance beginning of month (a) | 86,820.22 | | |
| | | | |
| RECEIPTS | | | |
| 2. Other Income | 204,191.25 | | |
| 3. Event deposits | 432.32 | | |
| 4. Deposit return from Vendor | 167.96 | | |
| 5. Miscellaneus Receipts | - | | |
| | | | |
| 6. *TOTAL CASH RECEIPTS (b)* | 204,791.53 | 2,121,713.28 | |
| | | | |
| DISBURSEMENTS | | | |
| 7. Payroll expenses | 137,479.66 | | |
| 8. Store Operating expenses | 207,814.30 | | |
| 09. Loan and credit card repayment | - | | |
| 10. Professional Fees - Legal | - | | |
| 11. Miscellaneus Disbursements | - | | |
| 12. Bank charges and Fees | 544.45 | | |
| | | | |
| 13. *TOTAL CASH DISBURSEMENTS (c)* | 345,838.41 | 8,035,073.15 | |
| | | | |
| 14. Cash balance end of month (d) | (54,226.66) | | |

# Chase Bank Account # 8673 Activity

| Details | Posting Date | Description | Amount | Type | Balance | Check or Slip # |
|---|---|---|---|---|---|---|
| DEBIT | 6/9/2026 | ORIG CO NAME:INSPERITY BU1657      ORIG ID:2300345628 DESC DATE:      CO | -990 | ACH_DEBIT | 10 | |
| DEBIT | 6/9/2026 | ORIG CO NAME:INSPERITY BU1657      ORIG ID:2300345628 DESC DATE:      CO | -1320 | ACH_DEBIT | 1000 | |
| CREDIT | 6/9/2026 | Online Transfer from CHK ...6173 transaction#: 29551218445 | 2249.45 | ACCT_XFER | 2320 | |
| DEBIT | 6/1/2026 | SERVICE CHARGES FOR THE MONTH OF MAY | -129.45 | FEE_TRANSACTION | 70.55 | |
| | | | | | | |
| | | | | | | |

# Chase Bank Account # 6116 Activity

| Details | Posting Date | Description | Amount | Type | Balance | Check or Slip # |
|---|---|---|---|---|---|---|
| DEBIT | 6/30/2026 | ORIG CO NAME:PHLYInsurance        ORIG ID:5452682309 DESC DATE:260630 CO EN | -8934.25 | ACH_DEBIT | 4108.31 | |
| DEBIT | 6/30/2026 | Online ACH Payment 11225875113 To TYINC (_##7915) | -118.91 | ACH_PAYMENT | 13042.56 | |
| DEBIT | 6/30/2026 | Online ACH Payment 11225864597 To VICTIGBACKGROUNDCHEC (_########2253) | -53.77 | ACH_PAYMENT | 13161.47 | |
| DEBIT | 6/30/2026 | Online ACH Payment 11225874481 To ECONOMYLINENTOWEL (_#####4576) | -72.07 | ACH_PAYMENT | 13215.24 | |
| DEBIT | 6/30/2026 | Online ACH Payment 11225875056 To SNOWBALLPESTCONTROL (_########4892) | -150 | ACH_PAYMENT | 13287.31 | |
| DEBIT | 6/30/2026 | Online ACH Payment 11225863813 To AAGlobalIndustriesLLC (_#########5556) | -579.41 | ACH_PAYMENT | 13437.31 | |
| DEBIT | 6/30/2026 | Online ACH Payment 11225864309 To NOTLJVHOLDINGSLLC (_########1434) | -5193.61 | ACH_PAYMENT | 14016.72 | |
| DEBIT | 6/30/2026 | Online ACH Payment 11225874732 To NOTLJVHOLDINGSLLC (_########1434) | -5419.99 | ACH_PAYMENT | 19210.33 | |
| CREDIT | 6/30/2026 | Online Transfer from CHK ...6173 transaction#: 29819823589 | 11587.76 | ACCT_XFER | 24630.32 | |
| DEBIT | 6/29/2026 | ORIG CO NAME:PBG - G&A OU       ORIG ID:1134042452 DESC DATE:     CO ENTRY I | -910.36 | ACH_DEBIT | 13042.56 | |
| CREDIT | 6/29/2026 | Online Transfer from CHK ...6173 transaction#: 29801696148 | 910.36 | ACCT_XFER | 13952.92 | |
| CREDIT | 6/29/2026 | Online Transfer from CHK ...7658 transaction#: 29803456484 | 2680.27 | ACCT_XFER | 13042.56 | |
| CREDIT | 6/29/2026 | Online Transfer from CHK ...6165 transaction#: 29803441474 | 6253.98 | ACCT_XFER | 10362.29 | |
| DEBIT | 6/26/2026 | ORIG CO NAME:SwiftTerm Premiu    ORIG ID:4270465600 DESC DATE:     CO ENTRY | -124.95 | ACH_DEBIT | 4108.31 | |
| DEBIT | 6/26/2026 | ORIG CO NAME:Advantage+        ORIG ID:E391722228 DESC DATE:260625 CO ENTI | -1350 | ACH_DEBIT | 4233.26 | |
| DEBIT | 6/25/2026 | ORIG CO NAME:NUCO2 LLC         ORIG ID:2800185343 DESC DATE:260624 CO ENT | -180.34 | ACH_DEBIT | 5583.26 | |
| DEBIT | 6/25/2026 | ORIG CO NAME:KENTUCKY DORIS      ORIG ID:1522077581 DESC DATE:260624 CO | -9485.6 | ACH_DEBIT | 5763.6 | |
| DEBIT | 6/25/2026 | Online ACH Payment 11225083229 To ECONOMYLINENTOWEL (_#####4576) | -72.07 | ACH_PAYMENT | 15249.2 | |
| DEBIT | 6/24/2026 | ORIG CO NAME:CINTI BELL TELE     ORIG ID:1310241390 DESC DATE:     CO ENTRY | -656.11 | ACH_DEBIT | 15321.27 | |
| DEBIT | 6/24/2026 | Online ACH Payment 11224878026 To ECONOMYLINENTOWEL (_#####4576) | -142.74 | ACH_PAYMENT | 15977.38 | |
| DEBIT | 6/24/2026 | Online ACH Payment 11224877978 To BRIGHTPRINTINGLLC (_#####5484) | -1529.98 | ACH_PAYMENT | 16120.12 | |
| DEBIT | 6/24/2026 | Online ACH Payment 11224878108 To ELIZABETHPOWERS (_######9086) | -2191.95 | ACH_PAYMENT | 17650.1 | |
| DEBIT | 6/24/2026 | Online ACH Payment 11224874839 To BONITAMARIEINTERNATI (_#########5141) | -315.56 | ACH_PAYMENT | 19842.05 | |
| DEBIT | 6/24/2026 | Online ACH Payment 11224877990 To COMFORTSYSTEMSUSA (_#####6313) | -4504.77 | ACH_PAYMENT | 20157.61 | |
| DEBIT | 6/24/2026 | Online ACH Payment 11224875028 To NOTLJVHOLDINGSLLC (_########1434) | -40000 | ACH_PAYMENT | 24662.38 | |
| CREDIT | 6/24/2026 | Online Transfer from CHK ...6173 transaction#: 29738414933 | 656.11 | ACCT_XFER | 64662.38 | |
| DEBIT | 6/23/2026 | ORIG CO NAME:Hyfin, LLC        ORIG ID:1113794422 DESC DATE:     CO ENTRY DES | -39.99 | ACH_DEBIT | 64006.27 | |
| CREDIT | 6/23/2026 | Online Transfer from CHK ...6165 transaction#: 29726155794 | 39.99 | ACCT_XFER | 64046.26 | |
| CREDIT | 6/23/2026 | Online Transfer from CHK ...6173 transaction#: 29733697933 | 15000 | ACCT_XFER | 64006.27 | |
| CREDIT | 6/23/2026 | Online Transfer from CHK ...6165 transaction#: 29733717387 | 48000 | ACCT_XFER | 49006.27 | |
| DEBIT | 6/18/2026 | ORIG CO NAME:BK OF AMER VI/MC    ORIG ID:9500000000 DESC DATE:260618 CO | -46.57 | ACH_DEBIT | 1006.27 | |
| DEBIT | 6/17/2026 | ORIG CO NAME:NV DEPT OF TAX      ORIG ID:P886000022 DESC DATE:260616 CO EI | -2088.17 | ACH_DEBIT | 1052.84 | |
| DEBIT | 6/16/2026 | Online ACH Payment 11223945091 To SNOWBALLPESTCONTROL (_########4892) | -235 | ACH_PAYMENT | 3141.01 | |
| DEBIT | 6/16/2026 | Online ACH Payment 11223952444 To ECONOMYLINENTOWEL (_#####4576) | -143.44 | ACH_PAYMENT | 3376.01 | |
| DEBIT | 6/16/2026 | Online ACH Payment 11223952897 To NUCO2INC (_########9432) | -659 | ACH_PAYMENT | 3519.45 | |
| DEBIT | 6/16/2026 | Online ACH Payment 11223944669 To ELIZABETHPOWERS (_######9086) | -1378.23 | ACH_PAYMENT | 4178.45 | |
| DEBIT | 6/16/2026 | Online ACH Payment 11223952318 To BandaiNamcoAmusementAmerica (_######4 | -283.4 | ACH_PAYMENT | 5556.68 | |
| DEBIT | 6/16/2026 | Online ACH Payment 11223944525 To BONITAMARIEINTERNATI (_#########5141) | -2441.69 | ACH_PAYMENT | 5840.08 | |
| DEBIT | 6/16/2026 | Online ACH Payment 11223952635 To NOTLJVHOLDINGSLLC (_########1434) | -9759.5 | ACH_PAYMENT | 8281.77 | |
| CREDIT | 6/16/2026 | Online Transfer from CHK ...6173 transaction#: 29644566522 | 14900.26 | ACCT_XFER | 18041.27 | |
| DEBIT | 6/15/2026 | Online ACH Payment 11223812951 To VelocityVegasLLC (_#####0562) | -3648.26 | ACH_PAYMENT | 3141.01 | |
| DEBIT | 6/15/2026 | Online ACH Payment 11223813110 To VelocityVegasLLC (_#####0562) | -15000 | ACH_PAYMENT | 6789.27 | |
| DEBIT | 6/15/2026 | ORIG CO NAME:Advantage+        ORIG ID:E391722228 DESC DATE:260612 CO ENTI | -1350 | ACH_DEBIT | 21789.27 | |
| CREDIT | 6/15/2026 | Online Transfer from CHK ...7658 transaction#: 29631375516 | 20000 | ACCT_XFER | 23139.27 | |
| DEBIT | 6/12/2026 | Online ACH Payment 11223510295 To SOUTHWESTLINEN (_#####9945) | -377.74 | ACH_PAYMENT | 3139.27 | |
| DEBIT | 6/12/2026 | Online ACH Payment 11223520486 To AAGlobalIndustriesLLC (_#########5556) | -169.88 | ACH_PAYMENT | 3517.01 | |
| DEBIT | 6/12/2026 | ORIG CO NAME:Micnan, Inc.       ORIG ID:382030730  DESC DATE:Jun 12 CO ENTRY | -140.28 | ACH_DEBIT | 3686.89 | |
| DEBIT | 6/12/2026 | ORIG CO NAME:CINBELL ANY DIST    ORIG ID:0721122018 DESC DATE:     CO ENTF | -238.63 | ACH_DEBIT | 3827.17 | |
| DEBIT | 6/12/2026 | ORIG CO NAME:BK OF AMER VI/MC    ORIG ID:9500000000 DESC DATE:260612 CO | -569.6 | ACH_DEBIT | 4065.8 | |
| DEBIT | 6/10/2026 | Online ACH Payment 11223066762 To ECONOMYLINENTOWEL (_#####4576) | -109.87 | ACH_PAYMENT | 4635.4 | |
| DEBIT | 6/10/2026 | Online ACH Payment 11223066688 To COMFORTSYSTEMSUSA (_#####6313) | -573.17 | ACH_PAYMENT | 4745.27 | |
| DEBIT | 6/10/2026 | Online ACH Payment 11223057592 To BLUECROSSBLUESHIELDO (_###5032) | -8537.68 | ACH_PAYMENT | 5318.44 | |
| DEBIT | 6/10/2026 | Online ACH Payment 11223066823 To NOTLJVHOLDINGSLLC (_########1434) | -16586.5 | ACH_PAYMENT | 13856.12 | |
| CREDIT | 6/10/2026 | Online Transfer from CHK ...6165 transaction#: 29563360322 | 30000 | ACCT_XFER | 30442.62 | |
| DEBIT | 6/9/2026 | R & G LOUNGE SAN FRANCISCO CA       06/07 | -162.22 | DEBIT_CARD | 442.62 | |
| CREDIT | 6/9/2026 | ORIG CO NAME:MULTIKRD, LLC       ORIG ID:9200502235 DESC DATE:260609 CO EI | 113.75 | ACH_CREDIT | 604.84 | |
| DEBIT | 6/8/2026 | ORIG CO NAME:PIE INSURANCE      ORIG ID:1800948598 DESC DATE:     CO ENTRY | -1190 | ACH_DEBIT | 491.09 | |
| DEBIT | 6/8/2026 | ORIG CO NAME:PBG - G&A OU       ORIG ID:1134042452 DESC DATE:     CO ENTRY I | -1445.04 | ACH_DEBIT | 1681.09 | |
| DEBIT | 6/4/2026 | Online ACH Payment 11222266772 To VelocityVegasLLC (_#####0562) | -20000 | ACH_PAYMENT | 3126.13 | |

| DEBIT | 6/4/2026 | Online Transfer to CHK …6207 transaction#: 29485528532 06/04 | -100 | ACCT_XFER | 23126.13 | |
|---|---|---|---|---|---|---|
| DEBIT | 6/4/2026 | INTUIT *QBooks Onlin CL.INTUIT.COM CA      06/04 | -316.25 | DEBIT_CARD | 23226.13 | |
| DEBIT | 6/4/2026 | ORIG CO NAME:PATHFINDER SOFTW    ORIG ID:1911718107 DESC DATE:    CO EN | -1350 | ACH_DEBIT | 23542.38 | |
| CREDIT | 6/4/2026 | Online Transfer from CHK …7658 transaction#: 29485488703 | 20000 | ACCT_XFER | 24892.38 | |
| DEBIT | 6/3/2026 | SERVICE CHARGES FOR THE MONTH OF MAY | -95 | FEE_TRANSACTIO | 4892.38 | |
| DEBIT | 6/2/2026 | Online ACH Payment 11221934201 To ECONOMYLINENTOWEL (_######4576) | -71.37 | ACH_PAYMENT | 4987.38 | |
| DEBIT | 6/2/2026 | Online ACH Payment 11221934375 To FAYETTEGRAPHICS (_#####3939) | -266.98 | ACH_PAYMENT | 5058.75 | |
| DEBIT | 6/2/2026 | Online ACH Payment 11221922278 To ECOLAB (_###1921) | -347.52 | ACH_PAYMENT | 5325.73 | |
| DEBIT | 6/2/2026 | Online ACH Payment 11221933957 To COMFORTSYSTEMSUSA (_######6313) | -464 | ACH_PAYMENT | 5673.25 | |
| DEBIT | 6/2/2026 | Online ACH Payment 11221933867 To BONITAMARIEINTERNATI (_#########5141) | -1284.19 | ACH_PAYMENT | 6137.25 | |
| DEBIT | 6/2/2026 | Online ACH Payment 11221922636 To NOTLJVHOLDINGSLLC (_########1434) | -2083.33 | ACH_PAYMENT | 7421.44 | |
| DEBIT | 6/2/2026 | Online ACH Payment 11221922022 To BETSONIMPERIALPARTS (_######4633) | -590.54 | ACH_PAYMENT | 9504.77 | |
| DEBIT | 6/2/2026 | Online ACH Payment 11221934288 To ELIZABETHPOWERS (_#######9086) | -1294.45 | ACH_PAYMENT | 10095.31 | |
| DEBIT | 6/2/2026 | Online ACH Payment 11221881533 To Lumen (_#####7883) | -721.75 | ACH_PAYMENT | 11389.76 | |
| DEBIT | 6/2/2026 | Online Transfer to CHK …3580 transaction#: 29459598532 06/02 | -80 | ACCT_XFER | 12111.51 | |
| CREDIT | 6/2/2026 | Online Transfer from CHK …6165 transaction#: 29461277566 | 8305.57 | ACCT_XFER | 12191.51 | |
| DEBIT | 6/1/2026 | ORIG CO NAME:NFS CAPITA- 8764    ORIG ID:3043573947 DESC DATE:    CO ENTR | -2700.64 | ACH_DEBIT | 3885.94 | |
| DEBIT | 6/1/2026 | ORIG CO NAME:NFS CAPITA- 8764    ORIG ID:3043573947 DESC DATE:    CO ENTR | -3242.21 | ACH_DEBIT | 6586.58 | |
| CREDIT | 6/1/2026 | Online Transfer from CHK …6165 transaction#: 29447770163 | 3242.21 | ACCT_XFER | 9828.79 | |
| DSLIP | 6/1/2026 | REMOTE ONLINE DEPOSIT #      1 | 85.36 | CHECK_DEPOSIT | 6586.58 | 1 |
| DSLIP | 6/1/2026 | REMOTE ONLINE DEPOSIT #      1 | 116.04 | CHECK_DEPOSIT | 6501.22 | 1 |
| DSLIP | 6/1/2026 | REMOTE ONLINE DEPOSIT #      1 | 230.92 | CHECK_DEPOSIT | 6385.18 | 1 |

# Chase Bank Account # 6132 Activity

| Details | Posting Date | Description | Amount | Type | Balance | Check or Slip # |
|---------|-------------|-------------|--------|------|---------|-----------------|
| DEBIT | 6/3/2026 | SERVICE CHARGES FOR THE MONTH OF MAY | -95 | FEE_TRANSACTION | 10 | |

# Chase Bank Account # 6165 Activity

| Details | Posting Date | Description | Amount | Type | Balance | Check or Slip # |
|---|---|---|---|---|---|---|
| DEBIT | 6/30/2026 | FEDWIRE DEBIT VIA: AMEGY BANK/113011258 A/C: INSPERITY | (45,016.39) | WIRE_OUTGOING | 25,035.45 | |
| CREDIT | 6/30/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DI | 1,333.46 | ACH_CREDIT | 70,051.84 | |
| CREDIT | 6/30/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DI | 3,107.81 | ACH_CREDIT | 68,718.38 | |
| DEBIT | 6/29/2026 | Online Transfer to CHK ...6116 transaction#: 29803441474 06/: | -6253.98 | ACCT_XFER | 65610.57 | |
| CREDIT | 6/29/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DI | 98.40 | ACH_CREDIT | 71,864.55 | |
| CREDIT | 6/29/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DI | 1,609.95 | ACH_CREDIT | 71,766.15 | |
| CREDIT | 6/29/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DI | 5,508.89 | ACH_CREDIT | 70,156.20 | |
| CREDIT | 6/29/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DI | 13,034.06 | ACH_CREDIT | 64,647.31 | |
| CREDIT | 6/29/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DI | 14,760.09 | ACH_CREDIT | 51,613.25 | |
| CREDIT | 6/26/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DI | 3,792.27 | ACH_CREDIT | 36,853.16 | |
| CREDIT | 6/25/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DI | 178.08 | ACH_CREDIT | 33,060.89 | |
| CREDIT | 6/25/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DI | 2,380.45 | ACH_CREDIT | 32,882.81 | |
| CREDIT | 6/24/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DI | 464.40 | ACH_CREDIT | 30,502.36 | |
| CREDIT | 6/24/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DI | 9,541.40 | ACH_CREDIT | 30,037.96 | |
| DEBIT | 6/23/2026 | Online Transfer to CHK ...6116 transaction#: 29733717387 06/: | -48000 | ACCT_XFER | 20496.56 | |
| DEBIT | 6/23/2026 | Online Transfer to CHK ...6116 transaction#: 29726155794 06/: | -39.99 | ACCT_XFER | 68496.56 | |
| CREDIT | 6/23/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DI | 496.65 | ACH_CREDIT | 68,536.55 | |
| CREDIT | 6/23/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DI | 2,235.82 | ACH_CREDIT | 68,039.90 | |
| CREDIT | 6/22/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DI | 1,092.08 | ACH_CREDIT | 65,804.08 | |
| CREDIT | 6/22/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DI | 4,963.94 | ACH_CREDIT | 64,712.00 | |
| CREDIT | 6/22/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DI | 8,120.35 | ACH_CREDIT | 59,748.06 | |
| CREDIT | 6/22/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DI | 9,287.47 | ACH_CREDIT | 51,627.71 | |
| CREDIT | 6/22/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DI | 14,309.61 | ACH_CREDIT | 42,340.24 | |
| CREDIT | 6/18/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DI | 193.50 | ACH_CREDIT | 28,030.63 | |
| CREDIT | 6/18/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DI | 2,878.89 | ACH_CREDIT | 27,837.13 | |
| CREDIT | 6/17/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DI | 3,771.91 | ACH_CREDIT | 24,958.24 | |
| CREDIT | 6/16/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DI | 689.50 | ACH_CREDIT | 21,186.33 | |
| CREDIT | 6/16/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DI | 1,466.39 | ACH_CREDIT | 20,496.83 | |
| DEBIT | 6/15/2026 | FEDWIRE DEBIT VIA: AMEGY BANK/113011258 A/C: INSPERITY | (43,959.39) | WIRE_OUTGOING | 19,030.44 | |
| CREDIT | 6/15/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DI | 5,626.53 | ACH_CREDIT | 62,989.83 | |
| CREDIT | 6/15/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DI | 6,052.08 | ACH_CREDIT | 57,363.30 | |
| CREDIT | 6/15/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DI | 12,183.54 | ACH_CREDIT | 51,311.22 | |
| DEBIT | 6/12/2026 | Online Transfer to CHK ...6181 transaction#: 29589233210 06/ | -6000 | ACCT_XFER | 39127.68 | |
| CREDIT | 6/12/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DI | 573.30 | ACH_CREDIT | 45,127.68 | |
| CREDIT | 6/12/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DI | 2,724.53 | ACH_CREDIT | 44,554.38 | |
| DEBIT | 6/11/2026 | Online Transfer to CHK ...6181 transaction#: 29576382531 06/ | -5000 | ACCT_XFER | 41829.85 | |
| CREDIT | 6/11/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DI | 296.80 | ACH_CREDIT | 46,829.85 | |
| CREDIT | 6/11/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DI | 4,061.91 | ACH_CREDIT | 46,533.05 | |
| DEBIT | 6/10/2026 | Online Transfer to CHK ...6116 transaction#: 29563360322 06/ | -30000 | ACCT_XFER | 42471.14 | |
| CREDIT | 6/10/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DI | 766.63 | ACH_CREDIT | 72,471.14 | |
| CREDIT | 6/10/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DI | 6,272.18 | ACH_CREDIT | 71,704.51 | |
| DEBIT | 6/9/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DI | (760.84) | ACH_DEBIT | 65,432.33 | |
| DEBIT | 6/9/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DI | (5,446.14) | ACH_DEBIT | 66,193.17 | |
| CREDIT | 6/9/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DI | 991.28 | ACH_CREDIT | 71,639.31 | |
| CREDIT | 6/8/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DI | 1,440.39 | ACH_CREDIT | 70,648.03 | |
| CREDIT | 6/8/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DI | 8,409.17 | ACH_CREDIT | 69,207.64 | |
| CREDIT | 6/8/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DI | 9,498.34 | ACH_CREDIT | 60,798.47 | |
| CREDIT | 6/8/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DI | 12,841.26 | ACH_CREDIT | 51,300.13 | |
| CREDIT | 6/4/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DI | 1,319.42 | ACH_CREDIT | 38,458.87 | |
| DEBIT | 6/3/2026 | SERVICE CHARGES FOR THE MONTH OF MAY | (130.00) | FEE_TRANSACTION | 37,139.45 | |
| CREDIT | 6/3/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DI | 2,795.68 | ACH_CREDIT | 37,269.45 | |
| DEBIT | 6/2/2026 | Online Transfer to CHK ...6116 transaction#: 29461277566 06/( | -8305.57 | ACCT_XFER | 34473.77 | |
| CREDIT | 6/2/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DI | 161.25 | ACH_CREDIT | 42,779.34 | |
| CREDIT | 6/2/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DI | 2,222.80 | ACH_CREDIT | 42,618.09 | |

| DEBIT | 6/1/2026 | FEDWIRE DEBIT VIA: AMEGY BANK/113011258 A/C: INSPERITY | (46,193.88) | WIRE_OUTGOING | 40,395.29 | |
| DEBIT | 6/1/2026 | Online Transfer to CHK ...6157 transaction#: 29448005416 06/( | -1750 | ACCT_XFER | 86589.17 | |
| DEBIT | 6/1/2026 | Online Transfer to CHK ...6116 transaction#: 29447770163 06/( | -3242.21 | ACCT_XFER | 88339.17 | |
| CREDIT | 6/1/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DI | 477.00 | ACH_CREDIT | 91,581.38 | |
| CREDIT | 6/1/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DI | 4,674.23 | ACH_CREDIT | 91,104.38 | |
| CREDIT | 6/1/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DI | 8,090.09 | ACH_CREDIT | 86,430.15 | |
| CREDIT | 6/1/2026 | ORIG CO NAME:MERCHANT SVCS        ORIG ID:1999999991 DI | 13,604.45 | ACH_CREDIT | 78,340.06 | |

# Chase Bank Account # 6181 Activity

| Details | Posting Date | Description | Amount | Type | Balance | Check or Slip # |
|---------|-------------|-------------|--------|------|---------|-----------------|
| DEBIT | 6/29/2026 | ORIG CO NAME:Sysco Corporatio      ORIG ID:9004514834 I | (2,104.71) | ACH_DEBIT | 1,055.47 | |
| DEBIT | 6/26/2026 | ORIG CO NAME:Creation Gardens      ORIG ID:1610212680 | (281.75) | ACH_DEBIT | 3,160.18 | |
| DEBIT | 6/22/2026 | ORIG CO NAME:Creation Gardens      ORIG ID:1610212680 | (233.05) | ACH_DEBIT | 3,441.93 | |
| DEBIT | 6/22/2026 | ORIG CO NAME:Sysco Corporatio      ORIG ID:9004514834 I | (2,183.27) | ACH_DEBIT | 3,674.98 | |
| DEBIT | 6/18/2026 | ORIG CO NAME:Stagnaro Distrib      ORIG ID:27-1822334 DI | (309.40) | ACH_DEBIT | 5,858.25 | |
| CREDIT | 6/18/2026 | Online Transfer from CHK ...6173 transaction#: 296652152( | 3,000.00 | ACCT_XFER | 6,167.65 | |
| DEBIT | 6/12/2026 | ORIG CO NAME:Creation Gardens      ORIG ID:1610212680 | (100.10) | ACH_DEBIT | 3,167.65 | |
| DEBIT | 6/12/2026 | ORIG CO NAME:Sysco Corporatio      ORIG ID:9004514834 I | (2,420.35) | ACH_DEBIT | 3,267.75 | |
| DEBIT | 6/12/2026 | ORIG CO NAME:Sysco Corporatio      ORIG ID:9004514834 I | (3,137.82) | ACH_DEBIT | 5,688.10 | |
| CREDIT | 6/12/2026 | Online Transfer from CHK ...6165 transaction#: 295892332: | 6,000.00 | ACCT_XFER | 8,825.92 | |
| DEBIT | 6/11/2026 | ORIG CO NAME:Republic Beverag      ORIG ID:61-1331774 [ | (783.56) | ACH_DEBIT | 2,825.92 | |
| DEBIT | 6/11/2026 | ORIG CO NAME:Southern Glazer'      ORIG ID:59-1285786 D | (3,301.80) | ACH_DEBIT | 3,609.48 | |
| CREDIT | 6/11/2026 | Online Transfer from CHK ...6165 transaction#: 295763825: | 5,000.00 | ACCT_XFER | 6,911.28 | |
| DEBIT | 6/10/2026 | ORIG CO NAME:Johnson Brothers      ORIG ID:5410810551 I | (212.70) | ACH_DEBIT | 1,911.28 | |
| DEBIT | 6/9/2026 | ORIG CO NAME:fintech.net        ORIG ID:65-0152732 DES( | (53.82) | ACH_DEBIT | 2,123.98 | |
| CREDIT | 6/9/2026 | ORIG CO NAME:Sysco Corporatio      ORIG ID:9004514834 I | 56.81 | ACH_CREDIT | 2,177.80 | |
| DEBIT | 6/8/2026 | ORIG CO NAME:Chas Seligman Di      ORIG ID:61-0674124 I | (885.90) | ACH_DEBIT | 2,120.99 | |
| DEBIT | 6/5/2026 | ORIG CO NAME:Creation Gardens      ORIG ID:1610212680 | (102.95) | ACH_DEBIT | 3,006.89 | |
| DEBIT | 6/5/2026 | ORIG CO NAME:Sysco Corporatio      ORIG ID:9004514834 I | (2,818.11) | ACH_DEBIT | 3,109.84 | |
| DEBIT | 6/5/2026 | ORIG CO NAME:Sysco Corporatio      ORIG ID:9004514834 I | (3,586.71) | ACH_DEBIT | 5,927.95 | |
| CREDIT | 6/5/2026 | Online Transfer from CHK ...6173 transaction#: 295012984: | 5,000.00 | ACCT_XFER | 9,514.66 | |
| DEBIT | 6/3/2026 | SERVICE CHARGES FOR THE MONTH OF MAY | (95.00) | FEE_TRANSACTION | 4,514.66 | |
| DEBIT | 6/3/2026 | ORIG CO NAME:Heidelberg Dist.      ORIG ID:87-3068144 DI | (473.60) | ACH_DEBIT | 4,609.66 | |
| CREDIT | 6/3/2026 | Online Transfer from CHK ...6173 transaction#: 294716494! | 4,000.00 | ACCT_XFER | 5,083.26 | |
| DEBIT | 6/2/2026 | ORIG CO NAME:Sysco Corporatio      ORIG ID:9004514834 I | (32.57) | ACH_DEBIT | 1,083.26 | |
| DEBIT | 6/2/2026 | ORIG CO NAME:Stagnaro Distrib      ORIG ID:27-1822334 DI | (898.60) | ACH_DEBIT | 1,115.83 | |
| CREDIT | 6/1/2026 | ORIG CO NAME:Chas Seligman Di      ORIG ID:61-0674124 I | 111.15 | ACH_CREDIT | 2,014.43 | |