# EXHIBIT 2

| | | |
|---|---:|---|
| **Part 2: Asset and Liability Status Current Month** | | |
| (Not generally applicable to Individual Debtors. See Instructions.) | | |
| | | |
| a. Accounts receivable (total net of allowance) | - | |
| b. Accounts receivable over 90 days outstanding (net of allowance) | - | |
| c. Inventory (Book Market Other (attach explanation)) | - | |
| d Total current assets | 2,189,897.71 | |
| e. Total assets | 2,280,045.39 | |
| f. Postpetition payables (excluding taxes) | 4,166,003.72 | |
| g. Postpetition payables past due (excluding taxes) | 273,221.80 | |
| h. Postpetition taxes payable | - | |
| i. Postpetition taxes past due | - | |
| j. Total postpetition debt (f+h) | 4,166,003.72 | |
| k. Prepetition secured debt | 11,116,290.43 | |
| l. Prepetition priority debt | 103,954.61 | |
| m. Prepetition unsecured debt | 320,203.63 | |
| n. Total liabilities (debt) (j+k+l+m) | 15,706,452.39 | |
| o. Ending equity/net worth (e-n) | (13,426,407.00) | |

| | **Velocity Esports, Inc.** | | |
| :--- | :---: | :--- | :--- |
| | **Balance Sheet** | | |
| | **As of June 30, 2026** | | |
| | | | |
| | **100 - Corporate** | | |
| **ASSETS** | | | |
| **Current Assets** | | | |
| **Bank Accounts** | | | |
| 10050 Chase - Corp - Payroll - 8673 | 62,928.57 | | |
| 10060 Chase - Corp - Payroll - DIP - 6165 | (2,058,290.37) | | |
| 10100 Chase - Corp - Concentration - 1634 | 1,600,895.86 | | |
| 10110 Chase - Corp - Concentration - DIP - 6116 | 1,914,619.25 | | |
| 10150 Chase - Corp - Disbursement - 8715 | 50.00 | | |
| 10160 Chase - Corp - Disbursement - DIP - 6132 | 10.00 | | |
| 10200 Chase - Venue - Disbursement - 8681 | 543,543.60 | | |
| 10210 Chase - Venue - Disbursement - DIP - 6181 | (565.00) | | |
| 10250 Chase - Venue - Customer  Deposits - 3378 | 39,150.00 | | |
| 10260 Chase - Venue - Customer Deposits - DIP - 6207 | (1,140.00) | | |
| 10300 Chase - Venue - Newp - 8707 | - | | |
| 10310 Chase - Venue - Newp - DIP - 6173 | | | |
| 10350 Chase - Venue - Scha - 5281 | | | |
| 10400 Chase - Venue - LasV - 3580 | (285.00) | | |
| 10410 Chase - Venue - LasV - DIP - 7658 | | | |
| 10450 Chase - Corp - Marketing - 1879 | 550.00 | | |
| 10460 Chase - Corp - Marketing - DIP - 6199 | 809.29 | | |
| 10500 Chase - Newp - Petty Cash - 1382 | | | |
| 10510 Chase - Newp - Petty Cash - DIP - 6157 | (470.53) | | |
| 10550 Chase - Scha - Petty Cash - 3610 | | | |
| 10600 Chase - LasV - Petty Cash - 5330 | | | |
| 10610 Chase - LasV - Petty Cash - DIP - 7682 | (200.00) | | |
| 10650 Venue - Site Safe, Drawer Cash | | | |
| 10700 Credit Card Receivables | | | |
| 10800 Bank of America - Secured Card | 7,595.63 | | |
| 10900 Venue - Cash Clearing | | | |
| **Total Bank Accounts** | **2,109,201.30** | | |
| **Accounts Receivable** | | | |
| 11100 Accounts Receivable - Events | | | |
| **Total Accounts Receivable** | **-** | | |
| **Other Current Assets** | | | |
| 12200 Inventory - Food & Soft Beverage | | | |
| 12400 Inventory - Liquor | | | |
| 12600 Inventory - Redemption | | | |
| 13100 Prepaids - Commercial Insurance | 80,696.41 | | |
| 13400 Prepaids - Game Cards | | | |

| | | | |
|---|---:|---|---|
| **13500 Prepaids - Other** | - | | |
| **13650 Prepaid - Retainer** | - | | |
| **13700 COBRA Receivable** | - | | |
| **Total Other Current Assets** | **80,696.41** | | |
| **Total Current Assets** | **2,189,897.71** | | |
| **Fixed Assets** | | | |
| **15050 Construction in Progress** | - | | |
| **15100 FA - Leasehold Improvements** | | | |
| **15150 FA - Signage & Decor** | | | |
| **15200 FA - Kitchen, Bar Equipment** | | | |
| **15250 FA - Furniture & Fixtures** | | | |
| **15300 FA - Smallwares** | | | |
| **15350 FA - Audio & Visual Equipment** | | | |
| **15400 FA - POS, ERP Systems** | 126,784.11 | | |
| **15450 FA - Computer Equipment - Gaming** | | | |
| **15500 FA - Computer Equipment - Office** | 4,477.78 | | |
| **15550 FA - Arcade Games** | | | |
| **15600 FA - Table Games** | | | |
| **15650 FA - Bowling Equipment** | | | |
| **15700 FA - Operations Equipment** | | | |
| **16100 AD - Leasehold Improvements** | | | |
| **16150 AD - Signage & Decor** | | | |
| **16200 AD - Kitchen, Bar Equipment** | | | |
| **16250 AD - Furniture & Fixtures** | | | |
| **16300 AD - Smallwares** | | | |
| **16350 AD - Audio & Visual Equipment** | | | |
| **16400 AD - POS, ERP Systems** | (94,162.59) | | |
| **16450 AD - Computer Equipment - Gaming** | | | |
| **16500 AD - Computer Equipment - Office** | (3,972.62) | | |
| **16550 AD - Arcade Games** | | | |
| **16600 AD - Table Games** | | | |
| **16650 AD - Bowling Equipment** | | | |
| **16700 AD - Operations Equipment** | | | |
| **Total Fixed Assets** | **33,126.68** | | |
| **Other Assets** | | | |
| **17100 ROU Assets - Venue Leases** | - | | |
| **17200 ROU Assets - Equip - Newp - Mitsu 1** | | | |
| **17250 ROU Assets - Equip - LasV - Pawne** | | | |
| **17300 ROU Assets - Equip - LasV - Fortu** | | | |
| **17350 ROU Assets - Equip - Newp -  Leaf** | | | |
| **17400 ROU Assets - Equip - Scha - NFS 1** | | | |
| **17450 ROU Assets - Equip - LasV - Bets3** | | | |
| **17500 ROU Assets - Equip - Scha - NFS 2** | | | |
| **17550 ROU Assets - Equip - Scha - North** | | | |

| | | Prepetition | Postpetition |
|---|---:|---:|---:|
| **17600 ROU Assets - Equip - Scha - Bets2** | | | |
| **17650 ROU Assets - Equip - Newp - Advan** | | | |
| **17700 ROU Assets - Equip - NFS 3** | | | |
| **17750 ROU Assets - Equip - NFS 4** | | | |
| **19100 Liquor Licenses** | - | | |
| **19200 Security Deposits** | - | | |
| **19300 Deferred Federal Income Tax Asset** | 290,224.00 | | |
| **19400 Deferred Federal Tax Valuation Allowance** | (276,469.00) | | |
| **19500 Deferred State Income Tax Asset** | 69,101.00 | | |
| **19600 Deferred State Tax Valuation Allowance** | (65,835.00) | | |
| **19700 Deferred Offering Costs** | 40,000.00 | | |
| **Total Other Assets** | **57,021.00** | | |
| **TOTAL ASSETS** | **2,280,045.39** | | |
| **LIABILITIES AND EQUITY** | | | |
| **Liabilities** | | | |
| **Current Liabilities** | | | |
| **Accounts Payable** | | **Prepetition** | **Postpetition** |
| **20000 Accounts Payable** | 284,344.87 | 211,947.10 | 72,397.77 |
| **20400 Other Accounts Payable** | - | 9,800.00 | (9,800.00) |
| **Total Accounts Payable** | **284,344.87** | | |
| **Credit Cards** | | | |
| **21100 Chase - CC - 1089** | - | 28,024.91 | (28,024.91) |
| **21200 Chase - CC - 2294** | - | (169,564.01) | 169,564.01 |
| **21300 Chase - CC - 2302** | - | 170,519.70 | (170,519.70) |
| **21400 Chase - CC - 5161** | - | (60,690.45) | 60,690.45 |
| **21500 Chase - CC - 5179** | - | 60,007.63 | (60,007.63) |
| **21600 Chase - CC - 8914** | - | (4,723.13) | 4,723.13 |
| **21800 Chase - CC - 6070** | - | (27,618.12) | 27,618.12 |
| **Total Credit Cards** | **-** | | |
| **Other Current Liabilities** | | | |
| **22200 Def Rev - Events** | | | |
| **22400 Def Rev - Gift Cards** | | | |
| **22600 Def Rev - Game Cards** | | | |
| **22800 Def Rev - Groupon** | | | |
| **23000 Accrued Expenses** | | | |
| **23340 Accr Exp – Retirement Savings Accounts** | | | |
| **Total 23000 Accrued Expenses** | **-** | | |
| **23100 Accr Exp - Payroll - Tips** | | | |
| **23200 Accr Exp - Payroll - Bonus** | | | |
| **23300 Accr Exp - Payroll - Vacation** | 68,600.74 | 68,600.74 | - |
| **23350 Accr Exp - Benefits - Medical Insur** | 8,788.70 | 9,486.08 | (697.38) |
| **23400 Accr Exp - Benefits - Vision & Dental Insur** | - | (3,117.26) | 3,117.26 |
| **23450 Accr Exp - Rent & Utilities** | | | - |
| **23500 Accr Exp - Accounting & Tax Prep Fees** | 110,000.00 | 22,500.00 | 87,500.00 |

| | | | |
|---|---|---|---|
| **23700 Accr Exp - Interest** | 1,864,275.71 | 1,033,837.21 | 830,438.50 |
| **23900 Accr Exp - Other** | 4,184.45 | - | 4,184.45 |
| **24100 Lease Liability - Venues - ST** | - | | |
| **24250 Lease Liability - Equip - Leaf ST** | | | |
| **24300 Lease Liability - Equip - Mitsu ST** | | | |
| **24350 Lease Liability - Equip - NFS 1 ST** | | | |
| **24360 Lease Liability - Equip - NFS 3 ST** | | | |
| **24370 Lease Liability - Equip - NFS 4 ST** | | | |
| **24400 Lease Liability - Equip - Advantage + ST** | | | |
| **24450 Lease Liability - Equip - NFS 2 ST** | | - | - |
| **24460 Lease Liability - Venues - North star ST** | | - | - |
| **24470 Lease Liability - Venues - Betson ST** | | - | - |
| **24480 Lease Liability - Venues - LV Betson ST** | | | |
| **24490 Lease Liability - Venues - Pawnee ST** | | | |
| **24600 Notes Payable - ST** | 3,285.55 | - | 3,285.55 |
| **25050 Clearing - Payroll Cash** | 5,129.42 | - | 5,129.42 |
| **25070 Clearing - Payroll Live Checks** | 43,686.52 | - | 43,686.52 |
| **25100 Clearing - Payroll Tax** | - | | - |
| **25150 Garnishments Payable** | | | - |
| **25550 Intercompany Payable** | 2,927,605.11 | - | 2,927,605.11 |
| **25300 Sales Tax Payable** | | | - |
| **25350 Business Personal Property Tax Payable** | 11,789.05 | 11,789.05 | - |
| **25400 State Income Taxes Payable** | 175.00 | 175.00 | - |
| **25600 Settlement liability** | 134,218.79 | - | 134,218.79 |
| **25900 Current Liabilities - Other** | 80,000.00 | 80,000.00 | - |
| **Total Other Current Liabilities** | **5,261,739.04** | | |
| **Total Current Liabilities** | **5,546,083.91** | | |
| **Long-Term Liabilities** | | | |
| **26050 Lease Liability - Venues - Newp - LT** | | | |
| **26150 Lease Liability - Venues - Sch - LT** | | | |
| **27050 Lease Liability - Equip - LasV - Pawne - LT** | | | |
| **27100 Lease Liability - Equip - Newp -  Leaf - LT** | | | |
| **27150 Lease Liability - Equip - Scha - NFS 1 - LT** | | | |
| **27200 Lease Liability - Equip - LasV - Bets3- LT** | | | |
| **27250 Lease Liability - Equip - Scha - NFS 2 - LT** | | | |
| **27260 Lease Liability - Equip - NFS 3 - LT** | | | |
| **27270 Lease Liability - Equip - NFS 4 - LT** | | | |
| **27300 Lease Liability - Equip - Scha - North - LT** | | | |
| **27350 Lease Liability - Equip - Newp - Advan - LT** | | | |
| **27400 Lease Liability - Equip - Newp - Mitsubishi** | | | |
| **27450 Lease Liability - Equip - LasV - Fortune 5** | - | | |
| **27500 Lease Liability - Equip - LasV - Bets2- LT** | | | |
| **28100 Notes Payable - RW Trust - LT** | 250,000.00 | 250,000.00 | - |
| **28150 Notes Payable - LRW RT - LT** | 3,805,000.00 | 3,805,000.00 | - |

| | | | |
|---|---:|---:|---:|
| 28200 Notes Payable - PK Trust - LT | 1,074,000.00 | 1,074,000.00 | - |
| 28300 Notes Payable - Kaplan Trust - LT | 1,213,999.17 | 1,213,999.17 | - |
| 28350 Notes Payable - WIGF - LT | 410,000.00 | 410,000.00 | - |
| 28400 Notes Payable - Newtek SBA - LT | 2,394,478.00 | 2,394,478.00 | - |
| 28450 Long-Term Debt Discount (net) | (6,088.15) | (47,807.03) | 41,718.88 |
| 28500 Long-Term Debt Discount (WIGF) | (12,499.98) | (19,230.76) | 6,730.78 |
| 28550 Long-Term Debt Discount (SBA) | (84,445.48) | (96,890.08) | 12,444.60 |
| 28850 Warrant Liabilities - LT - only | 38,903.92 | 38,903.92 | - |
| 28950 SAFE Units - LT - only | 1,060,000.00 | 1,060,000.00 | - |
| 29100 Deferred Rent | - | - | - |
| 29700 Deferred State Income Tax Payable | 3,266.00 | 3,266.00 | - |
| 29800 Deferred Federal Income Tax Payable | 13,755.00 | 13,755.00 | - |
| Total Long-Term Liabilities | 10,160,368.48 | | |
| Total Liabilities | 15,706,452.39 | | |
| Equity | | | |
| 31200 Common Stock - Class A | 3,000.00 | | |
| 31400 Common Stock - Class B | 1,500.00 | | |
| 32200 Treasury Stock - Class A | (66.67) | | |
| 32400 Treasury Stock - Class B | (33.33) | | |
| 33200 APIC | 45,000.00 | | |
| Opening balance equity | | | |
| Retained Earnings | (11,947,159.19) | | |
| Net Income | (1,528,647.81) | | |
| Total Equity | (13,426,407.00) | | |
| TOTAL LIABILITIES AND EQUITY | 2,280,045.39 | | |