# EXHIBIT 3

| Part 4: Income Statement (Statement of Operations) | | |
|---|---|---|
| (Not generally applicable to Individual Debtors. See Instructions.) | | |
| | Current Month | Cumulative |
| a. Gross income/sales (net of returns and allowances) | - | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | - | |
| c. Gross profit (a-b) | - | |
| d. Selling expenses | - | |
| e. General and administrative expenses | 21,280.49 | |
| f. Other expenses | 38,648.26 | |
| g. Depreciation and/or amortization (not included in 4b) | 4,221.73 | |
| h. Interest | 62,621.73 | |
| i. Taxes (local, state, and federal) | - | |
| j. Reorganization items | - | |
| k. Profit (loss) | (126,339.89) | (3,781,005.74) |

| Velocity Esports, Inc. | |
| --- | --- |
| **Profit and Loss** | |
| **June 2026** | |
| | |
| | **100 - Corporate** |
| **Income** | |
| 40000 Revenue - Food & Soft Beverage | |
| 40100 Revenue - Food | |
| 42100 Revenue - Liquor | |
| 42200 Revenue - Beer | |
| 43200 Revenue - Event - Wine | |
| 44100 Revenue - Game Play | |
| 44300 Revenue - Bowling | |
| 44500 Revenue - Espo | |
| 45300 Revenue - Event - Espo | |
| 49900 Revenue - Other | |
| **Total Income** | **$          0.00** |
| **Cost of Goods Sold** | |
| 50100 COGS - Food | |
| 50200 COGS - Soft Beverage | |
| 52100 COGS - Liquor | |
| 52200 COGS - Beer | |
| 52300 COGS - Wine | |
| 52400 COGS - Bar Mix & Garnishes | |
| 54100 COGS - Game Cards | |
| 54200 COGS - Redemption | |
| 54500 COGS - Espo Prizes & Awards | |
| **Total Cost of Goods Sold** | **$          0.00** |
| **Gross Profit** | **$          0.00** |
| **Expenses** | |
| 60050 Wages - Regular | (113.75) |
| 60150 Wages - Housekeeping | |
| 60200 Wages - Technical | |
| 60400 Commissions | |
| 60450 Bonus | |
| 60500 Payroll Taxes - FICA, SDI, Local | |
| 60550 Payroll Taxes - FUTA, SUTA | |
| 60600 Benefits - Employee Incentives | |
| 60650 Benefits - Vacation | |
| 60700 Benefits - PTO, Sick Time | |
| 60750 Insurance - Medical | |
| 60800 Insurance - Life & Disability | 124.95 |

| Account | Amount |
|---|---|
| 60850 Insurance - Dental | |
| 60900 Insurance - Vision | |
| 62100 Base Rent | |
| 62500 Utilities - Gas | |
| 62600 Utilities - Electricity | |
| 62700 Utilities - Water | |
| 62800 Utilities - Trash, Waste | |
| 64050 Venue R&M - Arcade | |
| 64100 Venue R&M - Bowling | |
| 64150 Venue R&M - Billiards | |
| 64250 Venue R&M - Computer Software, POS | |
| 64300 Venue R&M - Computer Hardware, POS | |
| 64350 Venue R&M - Electrical, Lights | |
| 64400 Venue R&M - Audio Visual | |
| 64450 Venue R&M - Facilities, Furniture | |
| 64500 Venue R&M - HVAC | |
| 64600 Venue R&M - Appliance | |
| 66050 Venue Supplies - Restaurant & Bar | |
| 66150 Venue Supplies - Linens | |
| 66200 Venue Supplies - Uniforms | |
| 66300 Venue Supplies - Arcade | |
| 66450 Venue Supplies - Bowling | |
| 66550 Venue Supplies - Events | |
| 66900 Venue Supplies - Other | |
| 68100 Advertising - Internet, Social Media | |
| 68300 Advertising & Marketing - Other | |
| 68500 Marketing - Printed Collateral | |
| 70300 T&E - Meals | 162.22 |
| 72600 Janitorial Services & Supplies | |
| 72700 Telephone Expense | |
| 72800 Cable, Internet Access | |
| 73000 Postage, Freight, Delivery Charges | |
| 73100 Equipment Rental | |
| 73200 Pest Control | |
| 73300 Office Supplies - General | |
| 73400 Software & Licenses - Corporate | |
| 73600 Dues & Subscriptions | |
| 73700 Credit Card Processing Fees | |
| 73800 Payroll Processing Fees | |
| 73900 Bank Fees | 509.45 |
| 74000 Outside Services - Other | |
| 74300 Professional Fees - Accounting | 7,500.00 |
| 74500 Penalties & Late Fees | 35.00 |
| 76100 Insurance - Workers' Compensation | |

| | |
|---|---:|
| 76200 Insurance - Commercial | 12,698.87 |
| 76300 Insurance - D&O | 363.75 |
| 78200 Liquor and Other Licenses | |
| 78400 Taxes - Property | |
| **Total Expenses** | **21,280.49** |
| **Net Operating Income** | **(21,280.49)** |
| **Other Income** | |
| 90000 Other (Income) | 432.32 |
| **Total Other Income** | **432.32** |
| **Other Expenses** | |
| 80200 Depreciation | 2,175.57 |
| 80400 Amortization - Lease | |
| 80600 Amortization - Debt Discount | 2,046.16 |
| 93000 Other Expense | 38,648.26 |
| 93050 Interest Expense - Loan | 62,621.73 |
| 93100 Interest Expense - Lease | |
| **Total Other Expenses** | **105,491.72** |
| **Net Other Income** | **(105,059.40)** |
| **Net Income** | **(126,339.89)** |