# EXHIBIT 1



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244 - 4959

00528174 DRE 703 219 18226 NNNNNNNNNNN  1 000000000 64 0000
VELOCITY ESPORTS LAS VEGAS TOWN SQUARE,
LLC
3838 N KENNETH AVE
CHICAGO IL 60641-2814

May 30, 2026 through June 30, 2026

Account Number:  ███████3580



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

## CHECKING SUMMARY
Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$65.00** |
| Deposits and Additions | 3 | 89.00 |
| Fees | 1 | -95.00 |
| **Ending Balance** | **4** | **$59.00** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/02 | Online Transfer From Chk ...6116 Transaction#: 29459598532 | $80.00 |
| 06/04 | Orig CO Name:Dns       260603      Orig ID:1814140694 Desc Date:260603 CO Entry Descr:Surcharge Sec:CCD   Trace#:111911152460500 Eed:260604  Ind ID:A45502 0603 Ind Name:Mc - Velocity Esports Surcharge Trn: 1552460500Tc | 2.25 |
| 06/10 | Orig CO Name:Cds                Orig ID:721463266  Desc Date:260609 CO Entry Descr:Cds      Sec:CCD   Trace#:273970111192231 Eed:260610  Ind ID:Merchant Commip        Ind Name:Merchant Commip775087 Trn: 1611192231Tc | 6.75 |
| **Total Deposits and Additions** | | **$89.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/01 | Service Charges For The Month of May | $95.00 |
| **Total Fees** | | **$95.00** |


**CHASE**

May 30, 2026 through June 30, 2026

Account Number: ███████ 3580

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 06/01 | -$30.00 |
| 06/02 | 50.00 |
| 06/04 | 52.25 |
| 06/10 | 59.00 |

## SERVICE CHARGE SUMMARY

Chase Platinum Business Checking Accounts Included: ██████████ 5330

| | |
|---|---|
| Monthly Service Fee | $95.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$95.00**  Will be assessed on 7/1/26 |

You were assessed a monthly service fee on your Chase Platinum Business Checking account because you did not maintain the required relationship balance.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|-------------|--------|---------|---------|-------------|-------|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 2 | Unlimited | 0 | $0.40 | $0.00 |
| **Subtotal Other Service Charges (Will be assessed on 7/1/26)** | | | | | **$95.00** |

| **ACCOUNT** ████ 3580 | | | | | |
|-------------|--------|---------|---------|-------------|-------|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | | |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 2 | | | | |

Reminder: Fees associated with ACH Payments, Real Time Payments, Same Day ACH, ACH Collections and Chase QuickDeposit℠ are based on previous month activity.



May 30, 2026 through June 30, 2026

Account Number:    ▮▮▮▮▮▮▮▮▮3580



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



May 30, 2026 through June 30, 2026

Account Number: ▓▓▓▓▓▓▓3580

This Page Intentionally Left Blank

## Velocity Esports, Inc.

**10400 Chase - Venue - LasV - 3580, Period Ending 05/31/2026**

**RECONCILIATION REPORT**

Reconciled on: 06/02/2026

Reconciled by: Ryan Singer

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
| --- | --- |
| Statement beginning balance | 50.00 |
| Checks and payments cleared (2) | -613.50 |
| Deposits and other credits cleared (3) | 628.50 |
| Statement ending balance | 65.00 |
| | |
| Register balance as of 05/31/2026 | 65.00 |

## Details

**Checks and payments cleared (2)**

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
| --- | --- | --- | --- | --- |
| 04/30/2026 | Journal | JE04302028-TORECLASS | | -518.50 |
| 05/01/2026 | Expense | | | -95.00 |
| **Total** | | | | **-613.50** |

**Deposits and other credits cleared (3)**

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
| --- | --- | --- | --- | --- |
| 04/30/2026 | Journal | JE04302028-TORECLASS | | 518.50 |
| 05/04/2026 | Transfer | | | 100.00 |
| 05/06/2026 | Deposit | | | 10.00 |
| **Total** | | | | **628.50** |



JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244-4959

May 30, 2026 through June 30, 2026

Account Number: ███████5330

00213990 DRE 703 219 18226 NNNNNNNNNNN  1 000000000 64 0000

VELOCITY ESPORTS LAS VEGAS TOWN SQUARE,
LLC
3838 N KENNETH AVE
CHICAGO IL 60641-2814

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |



## CHECKING SUMMARY
Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $50.00 |
| Ending Balance | 0 | $50.00 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account - please refer to your Deposit Account Agreement for more information.

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |



May 30, 2026 through June 30, 2026

Account Number: ██████████5330

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

Velocity Esports, Inc.

**10600 Chase - LasV - Petty Cash - 5330, Period Ending 06/30/2026**

**RECONCILIATION REPORT**

Reconciled on: 07/06/2026

Reconciled by: Ryan Singer

Any changes made to transactions after this date aren't included in this report.

**Summary**                                                                                                            USD

Statement beginning balance ................................................................................................................................................. 50.00
Checks and payments cleared (0) ........................................................................................................................................... 0.00
Deposits and other credits cleared (0) .................................................................................................................................... 0.00
Statement ending balance ..................................................................................................................................................... 50.00

Register balance as of 06/30/2026 ........................................................................................................................................ 50.00



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244 - 4959

May 30, 2026 through June 30, 2026

Account Number: ████████7658



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00049890 DRE 111 142 18426 NNNNNNNNNNN T 1 000000000 D7 0000
VELOCITY ESPORTS LAS VEGAS TOWN SQUARE,
LLC
DEBTOR IN POSSESSION CASE #25-12628
3838 N KENNETH AVE
CHICAGO IL 60641-2814

## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $43,262.68 |
| Deposits and Additions | 33 | 52,638.65 |
| Electronic Withdrawals | 4 | -45,156.32 |
| Fees | 1 | -95.00 |
| Ending Balance | 38 | $50,650.01 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 06/01 | Orig CO Name:Bnkcd Settle Descr:CR CD Dep Sec:CCD ID:630777709900242 | Orig ID:9000007630 Desc Date:260529 CO Entry Trace#:113008469851168 Eed:260601 Ind Ind Name:Velocity Esports Trn: 1529851168Tc | $1,833.74 |
| 06/01 | Orig CO Name:Bnkcd Settle Descr:CR CD Dep Sec:CCD ID:630777709900242 | Orig ID:9000007630 Desc Date:260529 CO Entry Trace#:113008469851169 Eed:260601 Ind Ind Name:Velocity Esports Trn: 1529851169Tc | 985.00 |
| 06/02 | Orig CO Name:Bnkcd Settle Descr:CR CD Dep Sec:CCD ID:630777709900242 | Orig ID:9000007630 Desc Date:260601 CO Entry Trace#:113008460007868 Eed:260602 Ind Ind Name:Velocity Esports Trn: 1530007868Tc | 4,940.00 |
| 06/02 | Orig CO Name:Bnkcd Settle Descr:CR CD Dep Sec:CCD ID:630777709900242 | Orig ID:9000007630 Desc Date:260601 CO Entry Trace#:113008460007864 Eed:260602 Ind Ind Name:Velocity Esports Trn: 1530007864Tc | 3,146.88 |
| 06/02 | Orig CO Name:Bnkcd Settle Descr:CR CD Dep Sec:CCD ID:630777709900242 | Orig ID:9000007630 Desc Date:260601 CO Entry Trace#:113008460007867 Eed:260602 Ind Ind Name:Velocity Esports Trn: 1530007867Tc | 2,671.00 |
| 06/02 | Orig CO Name:Bnkcd Settle Descr:CR CD Dep Sec:CCD ID:630777709900242 | Orig ID:9000007630 Desc Date:260601 CO Entry Trace#:113008460007863 Eed:260602 Ind Ind Name:Velocity Esports Trn: 1530007863Tc | 2,106.05 |
| 06/02 | Orig CO Name:Bnkcd Settle Descr:CR CD Dep Sec:CCD ID:630777709900242 | Orig ID:9000007630 Desc Date:260601 CO Entry Trace#:113008460007866 Eed:260602 Ind Ind Name:Velocity Esports Trn: 1530007866Tc | 1,250.68 |



May 30, 2026 through June 30, 2026

Account Number: ███████ 7658

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 06/02 | Orig CO Name:Bnkcd Settle Descr:CR CD Dep Sec:CCD ID:630777709900242 | Orig ID:9000007630 Desc Date:260601 CO Entry Trace#:113008460007865 Eed:260602 Ind Ind Name:Velocity Esports Trn: 1530007865Tc | 1,080.00 |
| 06/03 | Orig CO Name:Bnkcd Settle Descr:CR CD Dep Sec:CCD ID:630777709900242 | Orig ID:9000007630 Desc Date:260602 CO Entry Trace#:113008460757010 Eed:260603 Ind Ind Name:Velocity Esports Trn: 1540757010Tc | 2,883.00 |
| 06/03 | Orig CO Name:Bnkcd Settle Descr:CR CD Dep Sec:CCD ID:630777709900242 | Orig ID:9000007630 Desc Date:260602 CO Entry Trace#:113008460757009 Eed:260603 Ind Ind Name:Velocity Esports Trn: 1540757009Tc | 770.00 |
| 06/04 | Orig CO Name:Bnkcd Settle Descr:CR CD Dep Sec:CCD ID:630777709900242 | Orig ID:9000007630 Desc Date:260603 CO Entry Trace#:113008468607706 Eed:260604 Ind Ind Name:Velocity Esports Trn: 1558607706Tc | 1,302.78 |
| 06/04 | Orig CO Name:Bnkcd Settle Descr:CR CD Dep Sec:CCD ID:630777709900242 | Orig ID:9000007630 Desc Date:260603 CO Entry Trace#:113008468607707 Eed:260604 Ind Ind Name:Velocity Esports Trn: 1558607707Tc | 17.00 |
| 06/05 | Orig CO Name:Bnkcd Settle Descr:CR CD Dep Sec:CCD ID:630777709900242 | Orig ID:9000007630 Desc Date:260604 CO Entry Trace#:113008468329467 Eed:260605 Ind Ind Name:Velocity Esports Trn: 1568329467Tc | 947.68 |
| 06/08 | Orig CO Name:Bnkcd Settle Descr:CR CD Dep Sec:CCD ID:630777709900242 | Orig ID:9000007630 Desc Date:260605 CO Entry Trace#:113008468789986 Eed:260608 Ind Ind Name:Velocity Esports Trn: 1598789986Tc | 1,124.69 |
| 06/09 | Orig CO Name:Bnkcd Settle Descr:CR CD Dep Sec:CCD ID:630777709900242 | Orig ID:9000007630 Desc Date:260608 CO Entry Trace#:113008469322573 Eed:260609 Ind Ind Name:Velocity Esports Trn: 1609322573Tc | 1,634.41 |
| 06/09 | Orig CO Name:Bnkcd Settle Descr:CR CD Dep Sec:CCD ID:630777709900242 | Orig ID:9000007630 Desc Date:260608 CO Entry Trace#:113008469322574 Eed:260609 Ind Ind Name:Velocity Esports Trn: 1609322574Tc | 1,582.72 |
| 06/09 | Orig CO Name:Bnkcd Settle Descr:CR CD Dep Sec:CCD ID:630777709900242 | Orig ID:9000007630 Desc Date:260608 CO Entry Trace#:113008469322572 Eed:260609 Ind Ind Name:Velocity Esports Trn: 1609322572Tc | 1,298.20 |
| 06/10 | Orig CO Name:Bnkcd Settle Descr:CR CD Dep Sec:CCD ID:630777709900242 | Orig ID:9000007630 Desc Date:260609 CO Entry Trace#:113008467478395 Eed:260610 Ind Ind Name:Velocity Esports Trn: 1617478395Tc | 879.34 |
| 06/11 | Orig CO Name:Bnkcd Settle Descr:CR CD Dep Sec:CCD ID:630777709900242 | Orig ID:9000007630 Desc Date:260610 CO Entry Trace#:113008467339439 Eed:260611 Ind Ind Name:Velocity Esports Trn: 1627339439Tc | 787.44 |
| 06/12 | Orig CO Name:Bnkcd Settle Descr:CR CD Dep Sec:CCD ID:630777709900242 | Orig ID:9000007630 Desc Date:260611 CO Entry Trace#:113008460841454 Eed:260612 Ind Ind Name:Velocity Esports Trn: 1630841454Tc | 791.00 |
| 06/15 | Orig CO Name:Bnkcd Settle Descr:CR CD Dep Sec:CCD ID:630777709900242 | Orig ID:9000007630 Desc Date:260612 CO Entry Trace#:113008463500433 Eed:260615 Ind Ind Name:Velocity Esports Trn: 1663500433Tc | 1,321.34 |
| 06/16 | Orig CO Name:Bnkcd Settle Descr:CR CD Dep Sec:CCD ID:630777709900242 | Orig ID:9000007630 Desc Date:260615 CO Entry Trace#:113008468436190 Eed:260616 Ind Ind Name:Velocity Esports Trn: 1678436190Tc | 2,511.58 |
| 06/16 | Orig CO Name:Bnkcd Settle Descr:CR CD Dep Sec:CCD ID:630777709900242 | Orig ID:9000007630 Desc Date:260615 CO Entry Trace#:113008468436191 Eed:260616 Ind Ind Name:Velocity Esports Trn: 1678436191Tc | 1,936.64 |
| 06/16 | Orig CO Name:Bnkcd Settle Descr:CR CD Dep Sec:CCD ID:630777709900242 | Orig ID:9000007630 Desc Date:260615 CO Entry Trace#:113008468436192 Eed:260616 Ind Ind Name:Velocity Esports Trn: 1678436192Tc | 1,466.10 |
| 06/17 | Orig CO Name:Bnkcd Settle Descr:CR CD Dep Sec:CCD ID:630777709900242 | Orig ID:9000007630 Desc Date:260616 CO Entry Trace#:113008464742042 Eed:260617 Ind Ind Name:Velocity Esports Trn: 1684742042Tc | 2,096.28 |
| 06/18 | Orig CO Name:Bnkcd Settle Descr:CR CD Dep Sec:CCD ID:630777709900242 | Orig ID:9000007630 Desc Date:260617 CO Entry Trace#:113008462648578 Eed:260618 Ind Ind Name:Velocity Esports Trn: 1692648578Tc | 1,241.42 |
| 06/22 | Orig CO Name:Bnkcd Settle Descr:CR CD Dep Sec:CCD ID:630777709900242 | Orig ID:9000007630 Desc Date:260619 CO Entry Trace#:113008460614639 Eed:260622 Ind Ind Name:Velocity Esports Trn: 1730614639Tc | 1,505.10 |



May 30, 2026 through June 30, 2026

Account Number: ████████7658

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 06/22 | Orig CO Name:Bnkcd Settle        Orig ID:9000007630 Desc Date:260618 CO Entry<br>Descr:CR CD Dep Sec:CCD   Trace#:113008469858803 Eed:260622   Ind<br>ID:630777709900242               Ind Name:Velocity Esports Trn: 1739858803Tc | | 870.76 |
| 06/23 | Orig CO Name:Bnkcd Settle        Orig ID:9000007630 Desc Date:260622 CO Entry<br>Descr:CR CD Dep Sec:CCD   Trace#:113008469758438 Eed:260623   Ind<br>ID:630777709900242               Ind Name:Velocity Esports Trn: 1749758438Tc | | 2,773.38 |
| 06/23 | Orig CO Name:Bnkcd Settle        Orig ID:9000007630 Desc Date:260622 CO Entry<br>Descr:CR CD Dep Sec:CCD   Trace#:113008469758437 Eed:260623   Ind<br>ID:630777709900242               Ind Name:Velocity Esports Trn: 1749758437Tc | | 2,233.46 |
| 06/23 | Orig CO Name:Bnkcd Settle        Orig ID:9000007630 Desc Date:260622 CO Entry<br>Descr:CR CD Dep Sec:CCD   Trace#:113008469758436 Eed:260623   Ind<br>ID:630777709900242               Ind Name:Velocity Esports Trn: 1749758436Tc | | 1,318.78 |
| 06/24 | Orig CO Name:Bnkcd Settle        Orig ID:9000007630 Desc Date:260623 CO Entry<br>Descr:CR CD Dep Sec:CCD   Trace#:113008463302358 Eed:260624   Ind<br>ID:630777709900242               Ind Name:Velocity Esports Trn: 1753302358Tc | | 1,002.20 |
| 06/25 | Orig CO Name:Bnkcd Settle        Orig ID:9000007630 Desc Date:260624 CO Entry<br>Descr:CR CD Dep Sec:CCD   Trace#:113008461891303 Eed:260625   Ind<br>ID:630777709900242               Ind Name:Velocity Esports Trn: 1761891303Tc | | 330.00 |

**Total Deposits and Additions**  **$52,638.65**



## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 06/01 | Orig CO Name:Bnkcd Settle        Orig ID:9000007630 Desc Date:260529 CO Entry<br>Descr:Ccdiscountsec:CCD   Trace#:113008465290679 Eed:260601   Ind<br>ID:630777709900242               Ind Name:Velocity Esports Trn: 1525290679Tc | | $2,476.05 |
| 06/04 | 06/04 Online Transfer To Chk ...6116 Transaction#: 29485488703 | | 20,000.00 |
| 06/15 | 06/15 Online Transfer To Chk ...6116 Transaction#: 29631375516 | | 20,000.00 |
| 06/29 | 06/29 Online Transfer To Chk ...6116 Transaction#: 29803456484 | | 2,680.27 |

**Total Electronic Withdrawals**  **$45,156.32**

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/03 | Service Charges For The Month of May | $95.00 |

**Total Fees**  **$95.00**

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 06/01 | $43,605.37 | 06/10 | 51,144.80 | 06/18 | 43,296.60 |
| 06/02 | 58,799.98 | 06/11 | 51,932.24 | 06/22 | 45,672.46 |
| 06/03 | 62,357.98 | 06/12 | 52,723.24 | 06/23 | 51,998.08 |
| 06/04 | 43,677.76 | 06/15 | 34,044.58 | 06/24 | 53,000.28 |
| 06/05 | 44,625.44 | 06/16 | 39,958.90 | 06/25 | 53,330.28 |
| 06/08 | 45,750.13 | 06/17 | 42,055.18 | 06/29 | 50,650.01 |
| 06/09 | 50,265.46 | | | | |

 **CHASE**

May 30, 2026 through June 30, 2026

Account Number: ▮▮▮▮▮▮▮7658

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $95.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$95.00** Will be assessed on 7/3/26 |

You were assessed a monthly service fee on your Chase Platinum Business Checking account because you did not maintain the required relationship balance.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 33 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 1 | 500 | 0 | $0.50 | $0.00 |
| **Cash Management Services** | | | | | |
| Debit Block Maintenance | 1 | 0 | 1 | $0.00 | $0.00 |
| **Subtotal Other Service Charges (Will be assessed on 7/3/26)** | | | | | **$95.00** |

| **ACCOUNT** ▮▮▮▮▮▮7658 | | | | | |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | | |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 33 | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 1 | | | | |
| **Cash Management Services** | | | | | |
| Debit Block Maintenance | 1 | | | | |

Reminder: Fees associated with ACH Payments, Real Time Payments, Same Day ACH, ACH Collections and Chase QuickDeposit℠ are based on previous month activity.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

Velocity Esports, Inc.

**10410 Chase - Venue - LasV - DIP - 7658, Period Ending 06/30/2026**

**RECONCILIATION REPORT**

Reconciled on: 07/06/2026

Reconciled by: Ryan Singer

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---:|
| Statement beginning balance | 3,504.63 |
| Checks and payments cleared (5) | -45,251.32 |
| Deposits and other credits cleared (67) | 92,396.70 |
| Statement ending balance | 50,650.01 |
| | |
| Uncleared transactions as of 06/30/2026 | 37,394.74 |
| Register balance as of 06/30/2026 | 88,044.75 |
| Cleared transactions after 06/30/2026 | 0.00 |
| Uncleared transactions after 06/30/2026 | -95.00 |
| Register balance as of 07/06/2026 | 87,949.75 |

**Details**

Checks and payments cleared (5)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 06/01/2026 | Expense | | EPSG - 410 | -2,476.05 |
| 06/03/2026 | Expense | | | -95.00 |
| 06/04/2026 | Transfer | | | -20,000.00 |
| 06/15/2026 | Transfer | | | -20,000.00 |
| 06/29/2026 | Transfer | | | -2,680.27 |
| **Total** | | | | **-45,251.32** |

Deposits and other credits cleared (67)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 01/13/2026 | Deposit | | | 232.20 |
| 03/31/2026 | Deposit | | | 1,180.00 |
| 03/31/2026 | Deposit | | | 952.99 |
| 03/31/2026 | Deposit | | | 2,330.42 |
| 03/31/2026 | Deposit | | | 1,419.29 |
| 03/31/2026 | Deposit | | | 374.00 |
| 03/31/2026 | Deposit | | | 2,817.00 |
| 03/31/2026 | Deposit | | | 1,327.16 |
| 03/31/2026 | Deposit | | | 877.92 |
| 03/31/2026 | Deposit | | | 128.74 |
| 03/31/2026 | Deposit | | | 911.34 |
| 03/31/2026 | Deposit | | | 623.81 |
| 03/31/2026 | Deposit | | | 2,174.27 |
| 03/31/2026 | Deposit | | | 1,559.45 |
| 03/31/2026 | Deposit | | | 620.23 |
| 03/31/2026 | Deposit | | | 434.00 |
| 03/31/2026 | Deposit | | | 2,910.00 |
| 03/31/2026 | Deposit | | | 2,331.44 |
| 03/31/2026 | Deposit | | | 1,361.50 |
| 03/31/2026 | Deposit | | | 683.48 |
| 03/31/2026 | Deposit | | | 1,814.25 |
| 03/31/2026 | Deposit | | | 1,045.15 |
| 03/31/2026 | Deposit | | | 459.25 |
| 03/31/2026 | Deposit | | | 263.30 |
| 03/31/2026 | Deposit | | | 1,339.89 |
| 03/31/2026 | Deposit | | | 756.06 |
| 03/31/2026 | Deposit | | | 220.79 |
| 03/31/2026 | Deposit | | | 2,708.61 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------:|
| 04/01/2026 | Deposit | | | 715.44 |
| 04/29/2026 | Deposit | | | 684.68 |
| 05/05/2026 | Deposit | | | 1,344.43 |
| 05/06/2026 | Deposit | | | 1,759.44 |
| 05/09/2026 | Deposit | | | 405.00 |
| 05/09/2026 | Deposit | | | 992.52 |
| 05/30/2026 | Deposit | | | 985.00 |
| 05/30/2026 | Deposit | | | 1,833.74 |
| 06/02/2026 | Deposit | | | 1,250.68 |
| 06/02/2026 | Deposit | | | 1,080.00 |
| 06/02/2026 | Deposit | | | 4,940.00 |
| 06/02/2026 | Deposit | | | 3,146.88 |
| 06/02/2026 | Deposit | | | 2,671.00 |
| 06/02/2026 | Deposit | | | 2,106.05 |
| 06/03/2026 | Deposit | | | 2,883.00 |
| 06/03/2026 | Deposit | | | 770.00 |
| 06/04/2026 | Deposit | | | 17.00 |
| 06/04/2026 | Deposit | | | 1,302.78 |
| 06/05/2026 | Deposit | | | 947.68 |
| 06/06/2026 | Deposit | | | 1,124.69 |
| 06/09/2026 | Deposit | | | 1,298.20 |
| 06/09/2026 | Deposit | | | 1,634.41 |
| 06/09/2026 | Deposit | | | 1,582.72 |
| 06/10/2026 | Deposit | | | 879.34 |
| 06/11/2026 | Deposit | | | 787.44 |
| 06/12/2026 | Deposit | | | 791.00 |
| 06/13/2026 | Deposit | | | 1,321.34 |
| 06/16/2026 | Deposit | | | 1,466.10 |
| 06/16/2026 | Deposit | | | 1,936.64 |
| 06/16/2026 | Deposit | | | 2,511.58 |
| 06/17/2026 | Deposit | | | 2,096.28 |
| 06/18/2026 | Deposit | | | 1,241.42 |
| 06/19/2026 | Deposit | | | 870.76 |
| 06/22/2026 | Deposit | | | 1,505.10 |
| 06/23/2026 | Deposit | | | 2,233.46 |
| 06/23/2026 | Deposit | | | 2,773.38 |
| 06/23/2026 | Deposit | | | 1,318.78 |
| 06/24/2026 | Deposit | | | 1,002.20 |
| 06/25/2026 | Deposit | | | 330.00 |
| **Total** | | | | **92,396.70** |

**Additional Information**

Uncleared checks and payments as of 06/30/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------:|
| 05/31/2026 | Journal | AJE 2026 - 01 | | -86,938.86 |
| 05/31/2026 | Journal | 05312026 - Reclass | | -232.20 |
| **Total** | | | | **-87,171.06** |

Uncleared deposits and other credits as of 06/30/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------:|
| 05/31/2026 | Journal | AJE 2026 - 01 | | 86,938.86 |
| 05/31/2026 | Journal | 05312026 - Reclass | | 232.20 |
| 05/31/2026 | Journal | 05312026 LV - JE | | 37,394.74 |
| **Total** | | | | **124,565.80** |

Uncleared checks and payments after 06/30/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/03/2026 | Expense | | | -95.00 |
| Total | | | | -95.00 |



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244 - 4959

May 30, 2026 through June 30, 2026

Account Number:                7682

00048907 DRE 111 142 18426 NNNNNNNNNNN T  1 000000000 D3 0000

VELOCITY ESPORTS LAS VEGAS TOWN SQUARE,
LLC
DEBTOR IN POSSESSION CASE #25-12628
3838 N KENNETH AVE
CHICAGO IL 60641-2814

## CUSTOMER SERVICE INFORMATION

| Web site. | www.Chase.com |
|---|---|
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |



## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $3,000.00 |
| Checks Paid | 2 | -99.00 |
| Fees | 1 | -95.00 |
| Ending Balance | 3 | $2,806.00 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 3872   ^ | | 06/08 | $75.00 |
| 3900   * ^ | | 06/11 | 24.00 |
| **Total Checks Paid** | | | **$99.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/03 | Service Charges For The Month of May | $95.00 |
| **Total Fees** | | **$95.00** |

Page 1 of 2


## CHASE ❖

May 30, 2026 through June 30, 2026

Account Number: ███████ 7682

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 06/03 | $2,905.00 |
| 06/08 | 2,830.00 |
| 06/11 | 2,806.00 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $95.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$95.00** Will be assessed on 7/3/26 |

You were assessed a monthly service fee on your Chase Platinum Business Checking account because you did not maintain the required relationship balance.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| **Other Service Charges:** | | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 2 | 500 | 0 | $0.50 | $0.00 |
| **Subtotal Other Service Charges (Will be assessed on 7/3/26)** | | | | | **$95.00** |

**ACCOUNT** ███████ 7682

| | | | | | |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | | |
| **Other Service Charges:** | | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 2 | | | | |

Reminder: Fees associated with ACH Payments, Real Time Payments, Same Day ACH, ACH Collections and Chase QuickDeposit℠ are based on previous month activity.

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

Velocity Esports, Inc.

**10610 Chase - LasV - Petty Cash - DIP - 7682, Period Ending 06/30/2026**

**RECONCILIATION REPORT**

Reconciled on: 07/06/2026

Reconciled by: Ryan Singer

Any changes made to transactions after this date aren't included in this report.

| **Summary** | **USD** |
| --- | --- |
| Statement beginning balance | 3,000.00 |
| Checks and payments cleared (4) | -7,140.42 |
| Deposits and other credits cleared (1) | 6,946.42 |
| Statement ending balance | 2,806.00 |
| | |
| Register balance as of 06/30/2026 | 2,806.00 |
| Cleared transactions after 06/30/2026 | 0.00 |
| Uncleared transactions after 06/30/2026 | -95.00 |
| Register balance as of 07/06/2026 | 2,711.00 |

**Details**

Checks and payments cleared (4)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
| --- | --- | --- | --- | --- |
| 05/31/2026 | Journal | AJE 2026 - 01 | | -6,946.42 |
| 06/03/2026 | Expense | | | -95.00 |
| 06/08/2026 | Check | 3872 | | -75.00 |
| 06/11/2026 | Check | 3900 | | -24.00 |
| **Total** | | | | **-7,140.42** |

Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
| --- | --- | --- | --- | --- |
| 05/31/2026 | Journal | AJE 2026 - 01 | | 6,946.42 |
| **Total** | | | | **6,946.42** |

**Additional Information**

Uncleared checks and payments after 06/30/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
| --- | --- | --- | --- | --- |
| 07/03/2026 | Expense | | | -95.00 |
| **Total** | | | | **-95.00** |