# EXHIBIT 1

| Statement of Cash Receipts and Disbursement | | | |
|---|---|---|---|
| | | | |
| Name of Debtor: Velocity Esports Newport Kentucky, LLC | | | |
| | | | |
| | **Current Month** | **Cummulative** | |
| 1. Cash balance beginning of month (a) | 15,693.33 | | |
| | | | |
| RECEIPTS | | | |
| 2. Credit Card Sales | 26,944.58 | | |
| 3. Cash Sales deposits | 31,270.00 | | |
| 4. Miscellaneus Receipts | 23.00 | | |
| | | | |
| 5. *TOTAL CASH RECEIPTS (b)* | 58,237.58 | 1,846,047.13 | |
| | | | |
| DISBURSEMENTS | | | |
| 6. Bank and Credit Card Fees | 774.81 | | |
| 7. Chargeback to customers | 781.52 | | |
| 8. Store - operating expenses | 6,288.92 | | |
| 09. Miscellaneus Disbursements | - | | |
| 10. Loan repayment | - | | |
| | | | |
| 11. *TOTAL CASH DISBURSEMENTS (c)* | 7,845.25 | 106,170.99 | |
| | | | |
| 12. Cash balance end of month (d) | 66,085.66 | | |

# Chase Account # 8707 Activity

| Details | Posting Date | Description | Amount | Type | Balance | Check or Slip # |
|---------|--------------|-------------|--------|------|---------|-----------------|
|         |              |             |        |      |         |                 |
|         |              |             |        |      |         |                 |
|         |              |             |        |      |         |                 |
|         |              |             |        |      |         |                 |

# Chase Account # 6157 Activity

| Details | Posting Date | Description | Amount | Type | Balance | Check or Slip # |
|---|---|---|---|---|---|---|
| CHECK | 6/30/2026 | CHECK 1977 | -297.59 | CHECK_PAID | 3118.41 | 1977 |
| CREDIT | 6/29/2026 | Online Transfer from CHK ...6173 transaction# | 1400 | ACCT_XFER | 3416 | |
| CHECK | 6/24/2026 | CHECK 1975 | -303.31 | CHECK_PAID | 2016 | 1975 |
| CREDIT | 6/23/2026 | Online Transfer from CHK ...6173 transaction# | 500 | ACCT_XFER | 2319.31 | |
| CHECK | 6/18/2026 | CHECK 1974 | -283.98 | CHECK_PAID | 1819.31 | 1974 |
| CHECK | 6/18/2026 | CHECK 1973 06/18 | -929.49 | CHECK_PAID | 2103.29 | 1973 |
| CHECK | 6/17/2026 | CHECK 1972 | -324.66 | CHECK_PAID | 3032.78 | 1972 |
| CREDIT | 6/16/2026 | Online Transfer from CHK ...6173 transaction# | 1700 | ACCT_XFER | 3357.44 | |
| CHECK | 6/11/2026 | CHECK 1971 | -133.48 | CHECK_PAID | 1657.44 | 1971 |
| CHECK | 6/10/2026 | CHECK 1970 06/10 | -998.94 | CHECK_PAID | 1790.92 | 1970 |
| CREDIT | 6/9/2026 | Online Transfer from CHK ...6173 transaction# | 1500 | ACCT_XFER | 2789.86 | |
| CHECK | 6/5/2026 | CHECK 1968 | -180 | CHECK_PAID | 1289.86 | 1968 |
| CHECK | 6/4/2026 | CHECK 1969 | -995.1 | CHECK_PAID | 1469.86 | 1969 |
| CREDIT | 6/4/2026 | Online Transfer from CHK ...6173 transaction# | 2000 | ACCT_XFER | 2464.96 | |
| DEBIT | 6/3/2026 | SERVICE CHARGES FOR THE MONTH OF MAY | -95 | FEE_TRANSACTION | 464.96 | |
| CHECK | 6/2/2026 | CHECK 1966 | -1048 | CHECK_PAID | 559.96 | 1966 |
| CHECK | 6/2/2026 | CHECK 1967 06/02 | -794.37 | CHECK_PAID | 1607.96 | 1967 |
| CREDIT | 6/1/2026 | Online Transfer from CHK ...6165 transaction# | 1750 | ACCT_XFER | 2402.33 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

# Chase Account # 1382 Activity

| Details | Posting Date | Description | Amount | Type | Balance | Check or Slip # |
|---|---|---|---|---|---|---|
| CREDIT | 6/4/2026 | ORIG CO NAME:SWITCH COMMERCE    ORIG ID:030526082  DES | 23 | ACH_CREDIT | 90 | |
| | | | | | | |
| | | | | | | |

# Chase Account # 6173 Activity

| Details | Posting Date | Description | Amount | Type | Balance | Check or Slip # |
|---|---|---|---|---|---|---|
| DEBIT | 6/30/2026 | Online Transfer to CHK ...6116 transaction#: 29819823589 06/30 | (11,587.76) | ACCT_XFER | 796.31 | |
| CREDIT | 6/30/2026 | ORIG CO NAME:BRINKS CAPITAL L     ORIG ID:9000979655 DESC DATE:260630 CO ENT | 112.00 | ACH_CREDIT | 12,384.07 | |
| CREDIT | 6/30/2026 | ORIG CO NAME:BNKCD SETTLE     ORIG ID:1043763809 DESC DATE:260629 CO ENTF | 903.00 | ACH_CREDIT | 12,272.07 | |
| CREDIT | 6/30/2026 | ORIG CO NAME:BNKCD SETTLE     ORIG ID:1043763809 DESC DATE:260629 CO ENTF | 1,328.00 | ACH_CREDIT | 11,369.07 | |
| CREDIT | 6/30/2026 | ORIG CO NAME:BNKCD SETTLE     ORIG ID:1043763809 DESC DATE:260629 CO ENTF | 2,644.42 | ACH_CREDIT | 10,041.07 | |
| DEBIT | 6/29/2026 | Online Transfer to CHK ...6157 transaction#: 29805004095 06/29 | (1,400.00) | ACCT_XFER | 7,396.65 | |
| DEBIT | 6/29/2026 | Online Transfer to CHK ...6116 transaction#: 29801696148 06/29 | (910.36) | ACCT_XFER | 8,796.65 | |
| CREDIT | 6/29/2026 | ORIG CO NAME:BNKCD SETTLE     ORIG ID:1043763809 DESC DATE:260626 CO ENTF | 377.00 | ACH_CREDIT | 9,707.01 | |
| CREDIT | 6/29/2026 | ORIG CO NAME:BRINKS CAPITAL L     ORIG ID:9000979655 DESC DATE:260629 CO ENT | 4,191.00 | ACH_CREDIT | 9,330.01 | |
| CREDIT | 6/26/2026 | ORIG CO NAME:BNKCD SETTLE     ORIG ID:1043763809 DESC DATE:260625 CO ENTF | 265.00 | ACH_CREDIT | 5,139.01 | |
| CREDIT | 6/26/2026 | ORIG CO NAME:BRINKS CAPITAL L     ORIG ID:9000979655 DESC DATE:260626 CO ENT | 890.00 | ACH_CREDIT | 4,874.01 | |
| CREDIT | 6/25/2026 | ORIG CO NAME:BNKCD SETTLE     ORIG ID:1043763809 DESC DATE:260624 CO ENTF | 200.00 | ACH_CREDIT | 3,984.01 | |
| CREDIT | 6/25/2026 | ORIG CO NAME:BRINKS CAPITAL L     ORIG ID:9000979655 DESC DATE:260625 CO ENT | 426.00 | ACH_CREDIT | 3,784.01 | |
| DEBIT | 6/24/2026 | Online Transfer to CHK ...6116 transaction#: 29738414933 06/24 | (656.11) | ACCT_XFER | 3,358.01 | |
| CREDIT | 6/24/2026 | ORIG CO NAME:BNKCD SETTLE     ORIG ID:1043763809 DESC DATE:260623 CO ENTF | 690.00 | ACH_CREDIT | 4,014.12 | |
| CREDIT | 6/24/2026 | ORIG CO NAME:BRINKS CAPITAL L     ORIG ID:9000979655 DESC DATE:260624 CO ENT | 763.00 | ACH_CREDIT | 3,324.12 | |
| DEBIT | 6/23/2026 | Online Transfer to CHK ...6157 transaction#: 29733704566 06/23 | (500.00) | ACCT_XFER | 2,561.12 | |
| DEBIT | 6/23/2026 | Online Transfer to CHK ...6116 transaction#: 29733697933 06/23 | (15,000.00) | ACCT_XFER | 3,061.12 | |
| DEBIT | 6/23/2026 | ORIG CO NAME:BRINKS CAPITAL     ORIG ID:4362478302 DESC DATE:     CO ENTRY DI | (781.52) | ACH_DEBIT | 18,061.12 | |
| CREDIT | 6/23/2026 | ORIG CO NAME:BRINKS CAPITAL L     ORIG ID:9000979655 DESC DATE:260623 CO ENT | 961.00 | ACH_CREDIT | 18,842.64 | |
| CREDIT | 6/23/2026 | ORIG CO NAME:BNKCD SETTLE     ORIG ID:1043763809 DESC DATE:260622 CO ENTF | 1,685.00 | ACH_CREDIT | 17,881.64 | |
| CREDIT | 6/23/2026 | ORIG CO NAME:BNKCD SETTLE     ORIG ID:1043763809 DESC DATE:260622 CO ENTF | 1,855.00 | ACH_CREDIT | 16,196.64 | |
| CREDIT | 6/23/2026 | ORIG CO NAME:BNKCD SETTLE     ORIG ID:1043763809 DESC DATE:260622 CO ENTF | 2,238.00 | ACH_CREDIT | 14,341.64 | |
| CREDIT | 6/22/2026 | ORIG CO NAME:BNKCD SETTLE     ORIG ID:1043763809 DESC DATE:260619 CO ENTF | 935.00 | ACH_CREDIT | 12,103.64 | |
| CREDIT | 6/22/2026 | ORIG CO NAME:BNKCD SETTLE     ORIG ID:1043763809 DESC DATE:260618 CO ENTF | 1,090.00 | ACH_CREDIT | 11,168.64 | |
| CREDIT | 6/22/2026 | ORIG CO NAME:BRINKS CAPITAL L     ORIG ID:9000979655 DESC DATE:260622 CO ENT | 4,077.00 | ACH_CREDIT | 10,078.64 | |
| DEBIT | 6/18/2026 | Online Transfer to CHK ...6181 transaction#: 29665215268 06/18 | (3,000.00) | ACCT_XFER | 6,001.64 | |
| CREDIT | 6/18/2026 | ORIG CO NAME:BRINKS CAPITAL L     ORIG ID:9000979655 DESC DATE:260618 CO ENT | 144.00 | ACH_CREDIT | 9,001.64 | |
| CREDIT | 6/18/2026 | ORIG CO NAME:BNKCD SETTLE     ORIG ID:1043763809 DESC DATE:260617 CO ENTF | 415.00 | ACH_CREDIT | 8,857.64 | |
| CREDIT | 6/17/2026 | ORIG CO NAME:BNKCD SETTLE     ORIG ID:1043763809 DESC DATE:260616 CO ENTF | 295.00 | ACH_CREDIT | 8,442.64 | |
| CREDIT | 6/17/2026 | ORIG CO NAME:BRINKS CAPITAL L     ORIG ID:9000979655 DESC DATE:260617 CO ENT | 1,055.00 | ACH_CREDIT | 8,147.64 | |
| DEBIT | 6/16/2026 | Online Transfer to CHK ...6116 transaction#: 29644566522 06/16 | (14,900.26) | ACCT_XFER | 7,092.64 | |
| DEBIT | 6/16/2026 | Online Transfer to CHK ...6157 transaction#: 29641497081 06/16 | (1,700.00) | ACCT_XFER | 21,992.90 | |
| CREDIT | 6/16/2026 | ORIG CO NAME:BRINKS CAPITAL L     ORIG ID:9000979655 DESC DATE:260616 CO ENT | 806.00 | ACH_CREDIT | 23,692.90 | |
| CREDIT | 6/16/2026 | ORIG CO NAME:BNKCD SETTLE     ORIG ID:1043763809 DESC DATE:260615 CO ENTF | 1,220.00 | ACH_CREDIT | 22,886.90 | |
| CREDIT | 6/16/2026 | ORIG CO NAME:BNKCD SETTLE     ORIG ID:1043763809 DESC DATE:260615 CO ENTF | 1,655.00 | ACH_CREDIT | 21,666.90 | |
| CREDIT | 6/16/2026 | ORIG CO NAME:BNKCD SETTLE     ORIG ID:1043763809 DESC DATE:260615 CO ENTF | 2,422.16 | ACH_CREDIT | 20,011.90 | |
| CREDIT | 6/15/2026 | ORIG CO NAME:BNKCD SETTLE     ORIG ID:1043763809 DESC DATE:260612 CO ENTF | 547.00 | ACH_CREDIT | 17,589.74 | |
| CREDIT | 6/15/2026 | ORIG CO NAME:BRINKS CAPITAL L     ORIG ID:9000979655 DESC DATE:260615 CO ENT | 4,035.00 | ACH_CREDIT | 17,042.74 | |
| CREDIT | 6/12/2026 | ORIG CO NAME:BNKCD SETTLE     ORIG ID:1043763809 DESC DATE:260611 CO ENTF | 365.00 | ACH_CREDIT | 13,007.74 | |
| CREDIT | 6/12/2026 | ORIG CO NAME:BRINKS CAPITAL L     ORIG ID:9000979655 DESC DATE:260612 CO ENT | 586.00 | ACH_CREDIT | 12,642.74 | |
| CREDIT | 6/11/2026 | ORIG CO NAME:BRINKS CAPITAL L     ORIG ID:9000979655 DESC DATE:260611 CO ENT | 70.00 | ACH_CREDIT | 12,056.74 | |
| CREDIT | 6/11/2026 | ORIG CO NAME:BNKCD SETTLE     ORIG ID:1043763809 DESC DATE:260610 CO ENTF | 760.00 | ACH_CREDIT | 11,986.74 | |
| CREDIT | 6/10/2026 | ORIG CO NAME:BNKCD SETTLE     ORIG ID:1043763809 DESC DATE:260609 CO ENTF | 490.00 | ACH_CREDIT | 11,226.74 | |
| CREDIT | 6/10/2026 | ORIG CO NAME:BRINKS CAPITAL L     ORIG ID:9000979655 DESC DATE:260610 CO ENT | 1,417.00 | ACH_CREDIT | 10,736.74 | |
| DEBIT | 6/9/2026 | Online Transfer to CHK ...6157 transaction#: 29557505754 06/09 | (1,500.00) | ACCT_XFER | 9,319.74 | |
| DEBIT | 6/9/2026 | Online Transfer to CHK ...8673 transaction#: 29551218445 06/09 | (2,249.45) | ACCT_XFER | 10,819.74 | |
| CREDIT | 6/9/2026 | ORIG CO NAME:BRINKS CAPITAL L     ORIG ID:9000979655 DESC DATE:260609 CO ENT | 82.00 | ACH_CREDIT | 13,069.19 | |
| CREDIT | 6/9/2026 | ORIG CO NAME:BNKCD SETTLE     ORIG ID:1043763809 DESC DATE:260608 CO ENTF | 581.00 | ACH_CREDIT | 12,987.19 | |
| CREDIT | 6/9/2026 | ORIG CO NAME:BNKCD SETTLE     ORIG ID:1043763809 DESC DATE:260608 CO ENTF | 615.00 | ACH_CREDIT | 12,406.19 | |
| CREDIT | 6/9/2026 | ORIG CO NAME:BNKCD SETTLE     ORIG ID:1043763809 DESC DATE:260608 CO ENTF | 1,480.00 | ACH_CREDIT | 11,791.19 | |
| CREDIT | 6/8/2026 | ORIG CO NAME:BNKCD SETTLE     ORIG ID:1043763809 DESC DATE:260605 CO ENTF | 435.00 | ACH_CREDIT | 10,311.19 | |
| CREDIT | 6/8/2026 | ORIG CO NAME:BRINKS CAPITAL L     ORIG ID:9000979655 DESC DATE:260608 CO ENT | 3,490.00 | ACH_CREDIT | 9,876.19 | |
| DEBIT | 6/5/2026 | Online Transfer to CHK ...6181 transaction#: 29501298411 06/05 | (5,000.00) | ACCT_XFER | 6,386.19 | |
| CREDIT | 6/5/2026 | ORIG CO NAME:BNKCD SETTLE     ORIG ID:1043763809 DESC DATE:260604 CO ENTF | 390.00 | ACH_CREDIT | 11,386.19 | |
| CREDIT | 6/5/2026 | ORIG CO NAME:BRINKS CAPITAL L     ORIG ID:9000979655 DESC DATE:260605 CO ENT | 544.00 | ACH_CREDIT | 10,996.19 | |
| DEBIT | 6/4/2026 | Online Transfer to CHK ...6157 transaction#: 29487905563 06/04 | (2,000.00) | ACCT_XFER | 10,452.19 | |
| CREDIT | 6/4/2026 | ORIG CO NAME:BRINKS CAPITAL L     ORIG ID:9000979655 DESC DATE:260604 CO ENT | 481.00 | ACH_CREDIT | 12,452.19 | |
| DEBIT | 6/3/2026 | SERVICE CHARGES FOR THE MONTH OF MAY | (95.00) | FEE_TRANSACT | 11,971.19 | |
| DEBIT | 6/3/2026 | Online Transfer to CHK ...6181 transaction#: 29471649453 06/03 | (4,000.00) | ACCT_XFER | 12,066.19 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CREDIT | 6/3/2026 | ORIG CO NAME:BRINKS CAPITAL L | ORIG ID:9000979655 DESC DATE:260603 CO ENT | 2,051.00 | ACH_CREDIT | 16,066.19 | |
| CREDIT | 6/2/2026 | ORIG CO NAME:BRINKS CAPITAL L | ORIG ID:9000979655 DESC DATE:260602 CO ENT | 335.00 | ACH_CREDIT | 14,015.19 | |
| CREDIT | 6/2/2026 | ORIG CO NAME:BNKCD SETTLE | ORIG ID:1043763809 DESC DATE:260601 CO ENTF | 535.00 | ACH_CREDIT | 13,680.19 | |
| DEBIT | 6/1/2026 | ORIG CO NAME:BNKCD SETTLE | ORIG ID:1043763809 DESC DATE:260529 CO ENTF | (584.81) | ACH_DEBIT | 13,145.19 | |
| CREDIT | 6/1/2026 | ORIG CO NAME:BNKCD SETTLE | ORIG ID:1043763809 DESC DATE:260529 CO ENTF | 529.00 | ACH_CREDIT | 13,730.00 | |
| CREDIT | 6/1/2026 | ORIG CO NAME:BRINKS CAPITAL L | ORIG ID:9000979655 DESC DATE:260601 CO ENT | 4,754.00 | ACH_CREDIT | 13,201.00 | |