# EXHIBIT 2

| | | |
|---|---:|---|
| **Part 2: Asset and Liability Status Current Month** | | |
| (Not generally applicable to Individual Debtors. See Instructions.) | | |
| | | |
| a. Accounts receivable (total net of allowance) | 63,502.14 | |
| b. Accounts receivable over 90 days outstanding (net of allowance) | 64,613.86 | |
| c. Inventory (Book Market Other (attach explanation)) | 60,211.50 | |
| d Total current assets | 1,124,771.77 | |
| e. Total assets | 7,745,657.41 | |
| f. Postpetition payables (excluding taxes) | 863,063.34 | |
| g. Postpetition payables past due (excluding taxes) | 1,433,119.66 | |
| h. Postpetition taxes payable | 19,483.68 | |
| i. Postpetition taxes past due | - | |
| j. Total postpetition debt (f+h) | 882,547.02 | |
| k. Prepetition secured debt | 6,851,680.47 | |
| l. Prepetition priority debt | 83,771.75 | |
| m. Prepetition unsecured debt | 713,234.82 | |
| n. Total liabilities (debt) (j+k+l+m) | 8,531,234.06 | |
| o. Ending equity/net worth (e-n) | (785,576.65) | |

| | Total 210 - Newport (parent) | | |
|---|---|---|---|
| **Velocity Esports, Inc.** | | | |
| **Balance Sheet** | | | |
| **As of June 30, 2026** | | | |
| **ASSETS** | | | |
| **Current Assets** | | | |
| **Bank Accounts** | | | |
| 10050 Chase - Corp - Payroll - 8673 | (22,966.04) | | |
| 10060 Chase - Corp - Payroll - DIP - 6165 | 2,083,637.03 | | |
| 10100 Chase - Corp - Concentration - 1634 | (564,085.77) | | |
| 10110 Chase - Corp - Concentration - DIP - 6116 | (983,675.65) | | |
| 10150 Chase - Corp - Disbursement - 8715 | | | |
| 10160 Chase - Corp - Disbursement - DIP - 6132 | | | |
| 10200 Chase - Venue - Disbursement - 8681 | (290,865.40) | | |
| 10210 Chase - Venue - Disbursement - DIP - 6181 | 264,960.10 | | |
| 10250 Chase - Venue - Customer  Deposits - 3378 | 750.00 | | |
| 10260 Chase - Venue - Customer Deposits - DIP - 6207 | 1,150.00 | | |
| 10300 Chase - Venue - Newp - 8707 | (560.00) | | |
| 10310 Chase - Venue - Newp - DIP - 6173 | 1,203.94 | | |
| 10350 Chase - Venue - Scha - 5281 | (88.50) | | |
| 10400 Chase - Venue - LasV - 3580 | 23,805.00 | | |
| 10410 Chase - Venue - LasV - DIP - 7658 | (232.20) | | |
| 10450 Chase - Corp - Marketing - 1879 | (500.00) | | |
| 10460 Chase - Corp - Marketing - DIP - 6199 | - | | |
| 10500 Chase - Newp - Petty Cash - 1382 | 1,510.87 | | |
| 10510 Chase - Newp - Petty Cash - DIP - 6157 | 3,588.94 | | |
| 10550 Chase - Scha - Petty Cash - 3610 | - | | |
| 10600 Chase - LasV - Petty Cash - 5330 | (19.50) | | |
| 10610 Chase - LasV - Petty Cash - DIP - 7682 | | | |
| 10700 Credit Card Receivables | 472,625.78 | | |
| 10800 Bank of America - Secured Card | - | | |
| 10900 Venue - Cash Clearing | - | | |
| **Total Bank Accounts** | **990,238.60** | | |
| **Accounts Receivable** | | | |
| 11100 Accounts Receivable - Events | 72,608.33 | | |
| **Total Accounts Receivable** | **72,608.33** | | |
| **Other Current Assets** | | | |
| 12200 Inventory - Food & Soft Beverage | 8,407.74 | | |
| 12400 Inventory - Liquor | 24,699.70 | | |
| 12600 Inventory - Redemption | 27,104.06 | | |

| | | | |
|---|---:|---|---|
| 13100 Prepaids - Commercial Insurance | - | | |
| 13400 Prepaids - Game Cards | - | | |
| 13500 Prepaids - Other | 1,713.34 | | |
| 13650 Prepaid - Retainer | - | | |
| 13700 COBRA Receivable | - | | |
| 13800 Intercompany Receivable | - | | |
| **Total Other Current Assets** | **61,924.84** | | |
| **Total Current Assets** | **1,124,771.77** | | |
| **Fixed Assets** | | | |
| 15050 Construction in Progress | - | | |
| 15100 FA - Leasehold Improvements | 126,196.50 | | |
| 15150 FA - Signage & Decor | 46,038.42 | | |
| 15200 FA - Kitchen, Bar Equipment | 131,347.73 | | |
| 15250 FA - Furniture & Fixtures | 28,403.96 | | |
| 15300 FA - Smallwares | - | | |
| 15350 FA - Audio & Visual Equipment | 72,707.57 | | |
| 15400 FA - POS, ERP Systems | 93,870.63 | | |
| 15450 FA - Computer Equipment - Gaming | 69,280.06 | | |
| 15500 FA - Computer Equipment - Office | 10,084.47 | | |
| 15550 FA - Arcade Games | 308,421.92 | | |
| 15600 FA - Table Games | 5,029.62 | | |
| 15650 FA - Bowling Equipment | - | | |
| 15700 FA - Operations Equipment | - | | |
| 16100 AD - Leasehold Improvements | (38,987.19) | | |
| 16150 AD - Signage & Decor | (28,588.19) | | |
| 16200 AD - Kitchen, Bar Equipment | (70,831.55) | | |
| 16250 AD - Furniture & Fixtures | (13,628.81) | | |
| 16300 AD - Smallwares | - | | |
| 16350 AD - Audio & Visual Equipment | (61,765.99) | | |
| 16400 AD - POS, ERP Systems | (42,648.33) | | |
| 16450 AD - Computer Equipment - Gaming | (69,280.08) | | |
| 16500 AD - Computer Equipment - Office | (6,561.13) | | |
| 16550 AD - Arcade Games | (170,464.68) | | |
| 16600 AD - Table Games | (4,275.33) | | |
| 16650 AD - Bowling Equipment | - | | |
| 16700 AD - Operations Equipment | - | | |
| **Total Fixed Assets** | **384,349.60** | | |
| **Other Assets** | | | |
| 17100 ROU Assets - Venue Leases | 5,944,687.47 | | |
| 17200 ROU Assets - Equip - Newp - Mitsu 1 | - | | |
| 17250 ROU Assets - Equip - LasV - Pawne | - | | |
| 17300 ROU Assets - Equip - LasV - Fortu | - | | |
| 17350 ROU Assets - Equip - Newp -  Leaf | 65,979.63 | | |
| 17400 ROU Assets - Equip - Scha - NFS 1 | - | | |

| | | Prepetition | Postpetition |
|---|---|---|---|
| **17450 ROU Assets - Equip - LasV - Bets3** | - | | |
| **17500 ROU Assets - Equip - Scha - NFS 2** | - | | |
| **17550 ROU Assets - Equip - Scha - North** | - | | |
| **17750 ROU Assets - Equip - NFS 4** | - | | |
| **17650 ROU Assets - Equip - Newp - Advan** | 115,778.48 | | |
| **19100 Liquor Licenses** | - | | |
| **19200 Security Deposits** | 110,090.46 | | |
| **19300 Deferred Federal Income Tax Asset** | - | | |
| **19400 Deferred Federal Tax Valuation Allowance** | - | | |
| **19500 Deferred State Income Tax Asset** | - | | |
| **19600 Deferred State Tax Valuation Allowance** | - | | |
| **19700 Deferred Offering Costs** | - | | |
| **Total Other Assets** | **6,236,536.04** | | |
| **TOTAL ASSETS** | **7,745,657.41** | | |
| **LIABILITIES AND EQUITY** | | | |
| **Liabilities** | | | |
| **Current Liabilities** | | | |
| **Accounts Payable** | | **Prepetition** | **Postpetition** |
| **20000 Accounts Payable** | 1,426,972.75 | 700,297.67 | 726,675.08 |
| **20400 Other Accounts Payable** | - | | |
| **Total Accounts Payable** | **1,426,972.75** | | |
| **Credit Cards** | | | |
| **21100 Chase - CC - 1089** | - | | |
| **21200 Chase - CC - 2294** | - | | |
| **21300 Chase - CC - 2302** | - | 5,850.88 | (5,850.88) |
| **21400 Chase - CC - 5161** | - | | |
| **21500 Chase - CC - 5179** | - | 2,714.38 | (2,714.38) |
| **21600 Chase - CC - 8914** | - | | |
| **21800 Chase - CC - 6070** | - | 1,024.66 | (1,024.66) |
| **Total Credit Cards** | - | | |
| **Other Current Liabilities** | | | |
| **22200 Def Rev - Events** | 7,302.01 | 2,126.46 | 5,175.55 |
| **22400 Def Rev - Gift Cards** | - | | |
| **22600 Def Rev - Game Cards** | - | | - |
| **22800 Def Rev - Groupon** | 303.82 | 1,220.77 | (916.95) |
| **23100 Accr Exp - Payroll - Tips** | 2,808.09 | - | 2,808.09 |
| **23150 Accr Exp - Payroll - Commissions** | 64.09 | - | 64.09 |
| **23200 Accr Exp - Payroll - Bonus** | 27,565.00 | 10,513.00 | 17,052.00 |
| **23300 Accr Exp - Payroll - Vacation** | 10,663.70 | 10,663.70 | - |
| **23350 Accr Exp - Benefits - Medical Insur** | 22,556.72 | 32,792.08 | (10,235.36) |
| **23400 Accr Exp - Benefits - Vision & Dental Insur** | 1,429.00 | 5,017.89 | (3,588.89) |
| **23450 Accr Exp - Rent & Utilities** | - | | |
| **23500 Accr Exp - Accounting & Tax Prep Fees** | - | | |
| **23700 Accr Exp - Interest** | - | | |

| | | | |
|---|---|---|---|
| 23900 Accr Exp - Other | 464,184.55 | - | 464,184.55 |
| 24100 Lease Liability - Venues - ST | 1,016,925.23 | 1,016,925.23 | - |
| 24250 Lease Liability - Equip - Leaf ST | 47,341.35 | 47,341.35 | - |
| 24300 Lease Liability - Equip - Mitsu ST | - | | |
| 24350 Lease Liability - Equip - NFS 1 ST | - | | |
| 24400 Lease Liability - Equip - Advantage + ST | 34,500.94 | 41,908.68 | (7,407.74) |
| 24370 Lease Liability - Equip - NFS 4 ST | 41,908.68 | - | 41,908.68 |
| 24460 Lease Liability - Venues - North star ST | - | | |
| 24470 Lease Liability - Venues - Betson ST | - | | |
| 24480 Lease Liability - Venues - LV Betson ST | - | | |
| 24490 Lease Liability - Venues - Pawnee ST | - | | |
| 25050 Clearing - Payroll Cash | - | - | - |
| 25070 Clearing - Payroll Live Checks | 223.79 | - | 223.79 |
| 25100 Clearing - Payroll Tax | - | | |
| 25150 Garnishments Payable | - | | |
| 25300 Sales Tax Payable | 44,268.76 | 24,785.08 | 19,483.68 |
| 25350 Business Personal Property Tax Payable | - | | |
| 25400 State Income Taxes Payable | - | | |
| 25550 Intercompany Payables | 163,072.71 | - | 163,072.71 |
| 25600 Settlement liability | - | | |
| 25900 Current Liabilities - Other | - | | |
| Total Other Current Liabilities | 1,885,118.44 | | |
| Total Current Liabilities | 3,312,091.19 | | |
| Long-Term Liabilities | | | |
| 26050 Lease Liability - Venues - Newp - LT | 4,737,348.94 | 5,359,228.03 | (621,879.09) |
| 26150 Lease Liability - Venues - Sch - LT | - | | |
| 27050 Lease Liability - Equip - LasV - Pawne - LT | - | | |
| 27100 Lease Liability - Equip - Newp - Leaf - LT | 18,638.27 | 64,296.94 | (45,658.67) |
| 27150 Lease Liability - Equip - Scha - NFS 1 - LT | - | | |
| 27200 Lease Liability - Equip - LasV - Bets3- LT | - | | |
| 27270 Lease Liability - Equip - NFS 4 - LT | 75,589.52 | - | 75,589.52 |
| 27300 Lease Liability - Equip - Scha - North - LT | - | | |
| 27350 Lease Liability - Equip - Newp - Advan - LT | 82,924.48 | 118,189.92 | (35,265.44) |
| 27400 Lease Liability - Equip - Newp - Mitsubishi | - | | |
| 27450 Lease Liability - Equip - LasV - Fortune 5 | - | | |
| 27500 Lease Liability - Equip - LasV - Bets2- LT | - | | |
| 28100 Notes Payable - RW Trust - LT | - | | |
| 28150 Notes Payable - LRW RT - LT | - | | |
| 28200 Notes Payable - PK Trust - LT | - | | |
| 28300 Notes Payable - Kaplan Trust - LT | - | | |
| 28350 Notes Payable - WIGF - LT | - | | |
| 28400 Notes Payable - Newtek SBA - LT | - | | |
| 28450 Long-Term Debt Discount (net) | - | | |
| 28500 Long-Term Debt Discount (WIGF) | - | | |

| | | | |
|---|---:|---:|---:|
| **28550 Long-Term Debt Discount (SBA)** | - | | |
| **28850 Warrant Liabilities - LT - only** | - | | |
| **28950 SAFE Units - LT - only** | - | | |
| **29100 Deferred Rent** | 304,641.66 | 203,790.32 | 100,851.34 |
| **29700 Deferred State Income Tax Payable** | - | | |
| **29800 Deferred Federal Income Tax Payable** | - | | |
| **Total Long-Term Liabilities** | **5,219,142.87** | | |
| **Total Liabilities** | **8,531,234.06** | | |
| **Equity** | | | |
| **31200 Common Stock - Class A** | - | | |
| **31400 Common Stock - Class B** | - | | |
| **32200 Treasury Stock - Class A** | - | | |
| **32400 Treasury Stock - Class B** | - | | |
| **33200 APIC** | - | | |
| **Opening balance equity** | - | | |
| **Retained Earnings** | (570,314.38) | | |
| **Net Income** | (215,262.27) | | |
| **Total Equity** | **(785,576.65)** | | |
| **TOTAL LIABILITIES AND EQUITY** | **7,745,657.41** | | |

## A/P Aging Detail Report

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 05/01/2025 | Bill | MAY 2025 RENT-UTIL | NOTL Property Owner, LLC | 210 - Newport (parent):210 - Newport - General | 05/10/2025 | 432 | 99,790.74 | 39,895.29 |
| 04/15/2025 | Bill | 419716307 | Sysco Cincinnati | 210 - Newport (parent):210 - Newport - General | 05/15/2025 | 427 | 90.00 | 90.00 |
| 04/15/2025 | Bill | 419717030 | Sysco Cincinnati | 210 - Newport (parent):210 - Newport - General | 05/15/2025 | 427 | 4,681.82 | 4,681.82 |
| 04/19/2025 | Bill | 419722293 | Sysco Cincinnati | 210 - Newport (parent):210 - Newport - General | 05/19/2025 | 423 | 255.16 | 255.16 |
| 04/22/2025 | Bill | 419725680 | Sysco Cincinnati | 210 - Newport (parent):210 - Newport - General | 05/22/2025 | 420 | 3,434.58 | 3,434.58 |
| 04/29/2025 | Bill | 419734945 | Sysco Cincinnati | 210 - Newport (parent):210 - Newport - General | 05/29/2025 | 413 | 3,072.83 | 3,072.83 |
| 05/07/2025 | Bill | 5034268410 | Financial Services, Inc | 210 - Newport (parent):210 - Newport - General | 06/01/2025 | 410 | 465.37 | 465.37 |
| 05/06/2025 | Bill | 419747110 | Sysco Cincinnati | 210 - Newport (parent):210 - Newport - General | 06/05/2025 | 406 | 5,088.22 | 5,088.22 |
| 06/01/2025 | Bill | JUNE 2025 RENT-UTIL | NOTL Property Owner, LLC | 210 - Newport (parent):210 - Newport - General | 06/10/2025 | 401 | 100,205.76 | 100,205.76 |
| 07/01/2025 | Bill | JULY 2025 RENT-UTIL | NOTL Property Owner, LLC | 210 - Newport (parent):210 - Newport - General | 07/11/2025 | 370 | 99,997.66 | 99,997.66 |
| 08/01/2025 | Bill | AUG 2025 RENT-UTIL | NOTL Property Owner, LLC | 210 - Newport (parent):210 - Newport - General | 08/11/2025 | 339 | 102,754.85 | 102,754.85 |
| 09/01/2025 | Bill | SEPT 2025 RENT-UTIL | NOTL Property Owner, LLC | 210 - Newport (parent):210 - Newport - General | 09/11/2025 | 308 | 107,311.85 | 107,311.85 |
| 10/01/2025 | Bill | OCT 2025 RENT-UTIL | NOTL Property Owner, LLC | 210 - Newport (parent):210 - Newport - General | 10/11/2025 | 278 | 102,183.97 | 102,183.97 |
| 11/01/2025 | Bill | NOV 2025 RENT-UTIL | NOTL Property Owner, LLC | 210 - Newport (parent):210 - Newport - General | 11/11/2025 | 247 | 101,102.20 | 101,102.20 |
| 12/01/2025 | Bill | DEC 2025 RENT-UTIL | NOTL Property Owner, LLC | 210 - Newport (parent):210 - Newport - General | 12/11/2025 | 217 | 99,955.34 | 99,955.34 |
| 01/01/2026 | Bill | JAN 2026 RENT-UTIL | NOTL Property Owner, LLC | 210 - Newport (parent):210 - Newport - General | 01/11/2026 | 186 | 101,059.44 | 101,059.44 |
| 02/01/2026 | Bill | FEB 2026 RENT-UTIL | NOTL Property Owner, LLC | 210 - Newport (parent):210 - Newport - General | 02/11/2026 | 155 | 101,746.12 | 101,746.12 |
| 03/01/2026 | Bill | MAR 2026 RENT-UTIL | NOTL Property Owner, LLC | 210 - Newport (parent):210 - Newport - General | 03/11/2026 | 127 | 103,606.68 | 103,606.68 |
| 04/01/2026 | Bill | APRIL 2026 RENT-UTIL | NOTL Property Owner, LLC | 210 - Newport (parent):210 - Newport - General | 04/10/2026 | 97 | 101,880.51 | 101,880.51 |
| 04/17/2026 | Vendor Credit | 041726 | A&A Global Industries | 210 - Newport (parent):210 - Newport - General | | | -87.03 | -15.00 |
| 05/01/2026 | Bill | MAY 2026 RENT-UTIL | NOTL Property Owner, LLC | 210 - Newport (parent):210 - Newport - General | 05/11/2026 | 66 | 103,255.82 | 103,255.82 |
| 05/08/2026 | Bill | UTIL April 26 - Rotol | NOTL Property Owner, LLC | 210 - Newport (parent):210 - Newport - General | 05/18/2026 | 59 | 4,890.77 | 4,890.77 |
| 05/08/2026 | Bill | UTIL April 26 - Velo | NOTL Property Owner, LLC | 210 - Newport (parent):210 - Newport - General | 05/18/2026 | 59 | 4,922.72 | 4,922.72 |
| 05/31/2026 | Bill | EXPEPOWERS053126 | Elizabeth Powers | 210 - Newport (parent):210 - Newport - General | 05/31/2026 | 46 | 3,442.79 | 2,442.79 |
| 06/01/2026 | Bill | JUNE 2026 RENT | NOTL Property Owner, LLC | 210 - Newport (parent):210 - Newport - General | 06/11/2026 | 35 | 88,460.73 | 88,460.73 |
| 06/01/2026 | Bill | Trash June 2026 | NOTL Property Owner, LLC | 210 - Newport (parent):210 - Newport - General | 06/11/2026 | 35 | 1,500.00 | 1,500.00 |
| 06/15/2026 | Bill | EXPEPOWERS061526 | Elizabeth Powers | 210 - Newport (parent):210 - Newport - General | 06/15/2026 | 31 | 2,032.79 | 2,032.79 |

| 06/15/2026 | Bill | 237-I | Sacoa - SDCS LLC | 210 - Newport (parent):210 - Newport - General | 06/15/2026 | 31 | 2,570.00 | 2,570.00 |
|---|---|---|---|---|---|---|---|---|
| 06/15/2026 | Bill | 149279 | NFS Capital | 210 - Newport (parent):210 - Newport - General | 06/15/2026 | 31 | 3,242.21 | 3,242.21 |
| 06/25/2026 | Bill | EXPEPOWERS062526 | Elizabeth Powers | 210 - Newport (parent):210 - Newport - General | 06/25/2026 | 21 | 1,535.00 | 1,535.00 |
| 06/22/2026 | Bill | 12797050 | Creation Gardens | 210 - Newport (parent):210 - Newport - General | 06/29/2026 | 17 | 81.05 | 81.05 |
| 06/29/2026 | Bill | 51036 | American Draft Service | 210 - Newport (parent):210 - Newport - General | 06/29/2026 | 17 | 350.00 | 350.00 |
| 06/29/2026 | Bill | 84118214 | NuCO2, Inc - 210 | 210 - Newport (parent):210 - Newport - General | 06/29/2026 | 17 | 272.34 | 272.34 |
| 06/29/2026 | Bill | 062926 | Petty Cash - 210 | 210 - Newport (parent):210 - Newport - General | 06/29/2026 | 17 | 764.30 | 764.30 |
| 05/31/2026 | Vendor Credit | 247382 | BME Services | 210 - Newport (parent):210 - Newport - General | | | -1,315.59 | -1,315.59 |
| 06/01/2026 | Vendor Credit | 033764 June 2026 | Guardian | 210 - Newport (parent):210 - Newport - General | | | -104.12 | -104.12 |
| 06/23/2026 | Bill | 12804037 | Creation Gardens | 210 - Newport (parent):210 - Newport - General | 06/30/2026 | 16 | 191.25 | 191.25 |
| 06/30/2026 | Bill | EXPEPOWERS063026 | Elizabeth Powers | 210 - Newport (parent):210 - Newport - General | 06/30/2026 | 16 | 3,568.83 | 3,568.83 |
| 06/30/2026 | Bill | 1169537 | Insperity Business Services | 210 - Newport (parent):210 - Newport - General | 06/30/2026 | 16 | 968.00 | 968.00 |
| 06/30/2026 | Bill | A-7471971 | Stagnaro Distributing, Inc | 210 - Newport (parent):210 - Newport - General | 06/30/2026 | 16 | 793.00 | 793.00 |
| 06/30/2026 | Bill | EXPEPOWERS070526-P6 | Elizabeth Powers | 210 - Newport (parent):210 - Newport - General | 06/30/2026 | 16 | 2,528.34 | 2,528.34 |
| 06/30/2026 | Bill | EPSG June 2026 | EPSG - 210 | 210 - Newport (parent):210 - Newport - General | 06/30/2026 | 16 | 528.07 | 528.07 |
| 06/30/2026 | Bill | 4039030003980480626 | CenterEdge Software | 210 - Newport (parent):210 - Newport - General | 06/30/2026 | 16 | 346.36 | 346.36 |
| 06/30/2026 | Bill | 4039030003997000626 | CenterEdge Software | 210 - Newport (parent):210 - Newport - General | 06/30/2026 | 16 | 4,540.01 | 4,540.01 |
| 06/24/2026 | Bill | 12809176 | Creation Gardens | 210 - Newport (parent):210 - Newport - General | 07/01/2026 | 15 | 70.00 | 70.00 |
| 06/06/2026 | Bill | 6359646785 | Ecolab - 210 | 210 - Newport (parent):210 - Newport - General | 07/06/2026 | 10 | 347.52 | 347.52 |
| 06/08/2026 | Bill | 1610567 | Betson Imperial - 210 | 210 - Newport (parent):210 - Newport - General | 07/08/2026 | 8 | 1,662.08 | 1,662.08 |
| 06/09/2026 | Bill | 1537888 | Economy Linen & Towel Service, Inc | 210 - Newport (parent):210 - Newport - General | 07/09/2026 | 7 | 71.37 | 71.37 |
| 06/09/2026 | Bill | 91055028 | Comfort Systems USA | 210 - Newport (parent):210 - Newport - General | 07/09/2026 | 7 | 464.00 | 464.00 |
| 06/09/2026 | Bill | 91055054 | Comfort Systems USA | 210 - Newport (parent):210 - Newport - General | 07/09/2026 | 7 | 573.17 | 573.17 |
| 06/09/2026 | Bill | S1539349 | Economy Linen & Towel Service, Inc | 210 - Newport (parent):210 - Newport - General | 07/09/2026 | 7 | 72.07 | 72.07 |
| 06/10/2026 | Bill | 17500643 | TY, Inc - 210 | 210 - Newport (parent):210 - Newport - General | 07/10/2026 | 6 | 2,061.07 | 2,061.07 |
| 06/30/2026 | Bill | Security June 2026 | NOTL Property Owner, LLC | 210 - Newport (parent):210 - Newport - General | 07/10/2026 | 6 | 1,760.00 | 1,760.00 |
| 06/30/2026 | Bill | 16913492 | Fintech.net | 210 - Newport (parent):210 - Newport - General | 07/10/2026 | 6 | 53.82 | 53.82 |
| 06/15/2026 | Bill | 17497359 | TY, Inc - 210 | 210 - Newport (parent):210 - Newport - General | 07/15/2026 | 1 | 99.09 | 99.09 |
| 06/16/2026 | Bill | 1541770 | Economy Linen & Towel Service, Inc | 210 - Newport (parent):210 - Newport - General | 07/16/2026 | 0 | 71.37 | 71.37 |

| 06/16/2026 | Bill | 1541771 | Economy Linen & Towel Service, Inc | 210 - Newport (parent):210 - Newport - General | 07/16/2026 | 0 | 72.07 | 72.07 |
|---|---|---|---|---|---|---|---|---|
| 06/16/2026 | Bill | 17175061726 | Snowball Pest Control, LLC | 210 - Newport (parent):210 - Newport - General | 07/16/2026 | 0 | 85.00 | 85.00 |
| 06/20/2026 | Bill | 7646199-06202026 | Alta Fiber | 210 - Newport (parent):210 - Newport - General | 07/17/2026 | -1 | 164.33 | 164.33 |
| 06/20/2026 | Bill | 7902869-06202026 | Alta Fiber | 210 - Newport (parent):210 - Newport - General | 07/17/2026 | -1 | 74.30 | 74.30 |
| 06/18/2026 | Bill | INV416815 | Bonita Marie International - 210 | 210 - Newport (parent):210 - Newport - General | 07/18/2026 | -2 | 1,694.69 | 1,595.69 |
| 06/19/2026 | Bill | 478875 | River City | 210 - Newport (parent):210 - Newport - General | 07/19/2026 | -3 | 138.95 | 138.95 |
| 06/23/2026 | Bill | 1545627 | Economy Linen & Towel Service, Inc | 210 - Newport (parent):210 - Newport - General | 07/23/2026 | -7 | 71.37 | 71.37 |
| 06/23/2026 | Bill | 1545628 | Economy Linen & Towel Service, Inc | 210 - Newport (parent):210 - Newport - General | 07/23/2026 | -7 | 72.07 | 72.07 |
| 06/23/2026 | Bill | 91055607 | Comfort Systems USA | 210 - Newport (parent):210 - Newport - General | 07/23/2026 | -7 | 6,864.28 | 6,864.28 |
| 06/24/2026 | Bill | 2564766RI | QubicaAMF Worldwide | 210 - Newport (parent):210 - Newport - General | 07/24/2026 | -8 | 329.67 | 329.67 |
| 06/25/2026 | Bill | 1617735 | Betson Imperial - 210 | 210 - Newport (parent):210 - Newport - General | 07/25/2026 | -9 | 6.37 | 6.37 |
| 06/30/2026 | Bill | 519351686 | Sysco Cincinnati | 210 - Newport (parent):210 - Newport - General | 07/30/2026 | -14 | 134.58 | 134.58 |
| 06/30/2026 | Bill | 1619387 | Betson Imperial - 210 | 210 - Newport (parent):210 - Newport - General | 07/30/2026 | -14 | 70.80 | 70.80 |
| 06/30/2026 | Bill | 1548922 | Economy Linen & Towel Service, Inc | 210 - Newport (parent):210 - Newport - General | 07/30/2026 | -14 | 71.37 | 71.37 |
| 06/30/2026 | Bill | 1548923 | Economy Linen & Towel Service, Inc | 210 - Newport (parent):210 - Newport - General | 07/30/2026 | -14 | 72.07 | 72.07 |
| 06/30/2026 | Bill | 519352259 | Sysco Cincinnati | 210 - Newport (parent):210 - Newport - General | 07/30/2026 | -14 | 3,118.45 | 3,118.45 |
| 06/30/2026 | Bill | 91056051 | Comfort Systems USA | 210 - Newport (parent):210 - Newport - General | 07/30/2026 | -14 | 550.00 | 550.00 |
| 06/30/2026 | Bill | 0000021725 | Kent Refrigeration Company | 210 - Newport (parent):210 - Newport - General | 07/30/2026 | -14 | 1,170.70 | 1,170.70 |
| 06/30/2026 | Bill | 0000022010 | Kent Refrigeration Company | 210 - Newport (parent):210 - Newport - General | 07/30/2026 | -14 | 622.95 | 622.95 |
| 06/30/2026 | Bill | Q2 FY26 - Velocity | City of Newport - ABC | 210 - Newport (parent):210 - Newport - General | 07/31/2026 | -15 | 969.38 | 969.38 |
| 06/30/2026 | Bill | Q2 FY26 - Rotolo | City of Newport - ABC | 210 - Newport (parent):210 - Newport - General | 07/31/2026 | -15 | 2,422.38 | 2,422.38 |