# EXHIBIT 3

| Part 4: Income Statement (Statement of Operations) | | |
|---|---|---|
| (Not generally applicable to Individual Debtors. See Instructions.) | | |
| | Current Month | Cumulative |
| a. Gross income/sales (net of returns and allowances) | 259,943.15 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | 31,643.78 | |
| c. Gross profit (a-b) | 228,299.37 | |
| d. Selling expenses | 14,238.58 | |
| e. General and administrative expenses | 238,221.89 | |
| f. Other expenses | - | |
| g. Depreciation and/or amortization (not included in 4b) | 23,594.04 | |
| h. Interest | 1,998.88 | |
| i. Taxes (local, state, and federal) | 8,053.51 | |
| j. Reorganization items | - | |
| k. Profit (loss) | (57,807.53) | (381,758.60) |

| Velocity Esports, Inc. Profit and Loss Jun-26 | |
| --- | --- |
| | **Total 210 - Newport (parent)** |
| **Income** | |
| 40000 Revenue - Food & Soft Beverage | 6,468.78 |
| 40100 Revenue - Food | 36,198.55 |
| 42100 Revenue - Liquor | 33,357.00 |
| 42200 Revenue - Beer | 19,806.03 |
| 43200 Revenue - Event - Wine | 932.00 |
| 44100 Revenue - Game Play | 109,517.10 |
| 44300 Revenue - Bowling | 46,720.37 |
| 44500 Revenue - Espo | 32.00 |
| 45300 Revenue - Event - Espo | 1,252.00 |
| 49900 Revenue - Other | 5,659.32 |
| **Total Income** | **$ 259,943.15** |
| **Cost of Goods Sold** | |
| 50100 COGS - Food | 13,497.19 |
| 50200 COGS - Soft Beverage | 1,703.72 |
| 52100 COGS - Liquor | 5,860.74 |
| 52200 COGS - Beer | 4,404.02 |
| 52300 COGS - Wine | 97.16 |
| 52400 COGS - Bar Mix & Garnishes | 1,563.65 |
| 54100 COGS - Game Cards | 856.66 |
| 54200 COGS - Redemption | 3,660.64 |
| 54500 COGS - Espo Prizes & Awards | 0.00 |
| **Total Cost of Goods Sold** | **$ 31,643.78** |
| **Gross Profit** | **$ 228,299.37** |
| **Expenses** | |
| 60050 Wages - Regular | 56,280.22 |
| 60150 Wages - Housekeeping | 2,091.44 |
| 60200 Wages - Technical | 11,359.81 |
| 60400 Commissions | 236.85 |
| 60450 Bonus | 5,513.00 |
| 60500 Payroll Taxes - FICA, SDI, Local | 6,998.99 |
| 60550 Payroll Taxes - FUTA, SUTA | 775.34 |
| 60600 Benefits - Employee Incentives | 404.95 |
| 60650 Benefits - Vacation | 1,906.34 |
| 60700 Benefits - PTO, Sick Time | 681.91 |
| 60750 Insurance - Medical | 12,631.28 |
| 60800 Insurance - Life & Disability | 0.00 |

| | |
|---|---:|
| 60850 Insurance - Dental | 259.56 |
| 60900 Insurance - Vision | -77.88 |
| 62100 Base Rent | 90,544.06 |
| 62500 Utilities - Gas | 623.92 |
| 62600 Utilities - Electricity | 9,297.40 |
| 62700 Utilities - Water | 251.84 |
| 62800 Utilities - Trash, Waste | 1,940.44 |
| 64050 Venue R&M - Arcade | 77.17 |
| 64100 Venue R&M - Bowling | 714.09 |
| 64150 Venue R&M - Billiards | 61.71 |
| 64250 Venue R&M - Computer Software, POS | 1,350.00 |
| 64300 Venue R&M - Computer Hardware, POS | 423.53 |
| 64350 Venue R&M - Electrical, Lights | 137.25 |
| 64400 Venue R&M - Audio Visual | 943.34 |
| 64450 Venue R&M - Facilities, Furniture | 1,070.08 |
| 64500 Venue R&M - HVAC | 8,803.26 |
| 64600 Venue R&M - Appliance | 2,143.65 |
| 66050 Venue Supplies - Restaurant & Bar | 2,813.51 |
| 66150 Venue Supplies - Linens | 717.20 |
| 66200 Venue Supplies - Uniforms | 418.28 |
| 66300 Venue Supplies - Arcade | 1,886.56 |
| 66450 Venue Supplies - Bowling | 23.05 |
| 66550 Venue Supplies - Events | 189.83 |
| 66900 Venue Supplies - Other | 452.68 |
| 68100 Advertising - Internet, Social Media | 2,941.93 |
| 68300 Advertising & Marketing - Other | 10,184.95 |
| 68500 Marketing - Printed Collateral | 1,111.70 |
| 70300 T&E - Meals | 0.00 |
| 72600 Janitorial Services & Supplies | 948.93 |
| 72700 Telephone Expense | 238.63 |
| 72800 Cable, Internet Access | 918.39 |
| 73000 Postage, Freight, Delivery Charges | 531.17 |
| 73100 Equipment Rental | 831.33 |
| 73200 Pest Control | 235.00 |
| 73300 Office Supplies - General | 147.03 |
| 73400 Software & Licenses - Corporate | 63.07 |
| 73600 Dues & Subscriptions | 3,996.04 |
| 73700 Credit Card Processing Fees | 5,414.44 |
| 73800 Payroll Processing Fees | 968.00 |
| 73900 Bank Fees | 320.00 |
| 74000 Outside Services - Other | 2,541.52 |
| 74300 Professional Fees - Accounting | 316.25 |
| 74500 Penalties & Late Fees | 0.00 |
| 76100 Insurance - Workers' Compensation | 1,190.00 |

| | |
|---|---:|
| 76200 Insurance - Commercial | 0.00 |
| 76300 Insurance - D&O | 0.00 |
| 78200 Liquor and Other Licenses | 3,391.76 |
| 78400 Taxes - Property | 279.18 |
| Total Expenses | $ 260,513.98 |
| Net Operating Income | -$ 32,214.61 |
| Other Income | |
| 90000 Other (Income) | 0.00 |
| Total Other Income | $ 0.00 |
| Other Expenses | |
| 80200 Depreciation | 14,886.54 |
| 80400 Amortization - Lease | 8,707.50 |
| 80600 Amortization - Debt Discount | 0.00 |
| 93000 Other Expense | 0.00 |
| 93050 Interest Expense - Loan | 0.00 |
| 93100 Interest Expense - Lease | 1,998.88 |
| Total Other Expenses | $ 25,592.92 |
| Net Other Income | -$ 25,592.92 |
| Net Income | -$ 57,807.53 |