# EXHIBIT 5

| Postpetition Liabilities Aging | | | |
|---|---|---|---|
| | | | |
| Name of Debtor: Velocity Esports Las Vegas Town Square, LLC | | | |
| Period: May 08, 2025 to June 30, 2026 | | | |
| | | | |
| 1. General Payables | 884,416.47 | | |
| 2. Unpaid professional fees and expenses | 6,099.93 | | |
| 4. Unpaid taxes | 19,483.68 | | |
| 5. Lease liabilities | (27,453.06) | | |
| | | | |
| *Total Postpetition Liabilities Aging (j)* | **882,547.02** | | |

| Part 6: Postpetition Taxes | Current Month | | Cumulative |
|---|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | - | | |
| b. Postpetition income taxes paid (local, state, and federal) | - | | |
| c. Postpetition employer payroll taxes accrued | - | | |
| d. Postpetition employer payroll taxes paid | - | | - |
| e. Postpetition property taxes paid | - | | - |
| f. Postpetition other taxes accrued (local, state, and federal) | 10,211.15 | | 45,628.04 |
| g. Postpetition other taxes paid (local, state, and federal) | - | | - |

Compact | 100%

## Velocity Esports, Inc.
Transaction Report

| Transaction date ↑ | Transaction type | Num | Name | Description | Account Name | Item split account | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| ∨ 78400 Taxes - Property (14) | | | | | | | | |
| 06/30/2025 | Bill | 80588800 | NuCO2, Inc - 210 | | 78400 Taxes - Property | Accounts Payable | 34.35 | 34.35 |
| 06/30/2025 | Bill | 80588801 | NuCO2, Inc - 210 | | 78400 Taxes - Property | Accounts Payable | 54.65 | 89.00 |
| 11/22/2025 | Bill | 82013516 | NuCO2, Inc - 210 | | 78400 Taxes - Property | Accounts Payable | 34.84 | 123.84 |
| 11/22/2025 | Bill | 82013517 | NuCO2, Inc - 210 | | 78400 Taxes - Property | Accounts Payable | 57.93 | 181.77 |
| 12/01/2025 | Journal Entry | JE-120125-NFS LEASE | | To record payment to NFS Capit... | 78400 Taxes - Property | | 131.53 | 313.30 |
| 12/19/2025 | Bill | 82265863 | NuCO2, Inc - 210 | Rotolo | 78400 Taxes - Property | Accounts Payable | 33.69 | 346.99 |
| 12/19/2025 | Bill | 82265866 | NuCO2, Inc - 210 | Velocity | 78400 Taxes - Property | Accounts Payable | 51.28 | 398.27 |
| 01/02/2026 | Journal Entry | JE-01292029-PAWNEE | | To record payment of lease to N... | 78400 Taxes - Property | | 131.53 | 529.80 |
| 02/02/2026 | Journal Entry | DS20260215-415 | | To record payment of lease to N... | 78400 Taxes - Property | | 131.53 | 661.33 |
| 03/02/2026 | Journal Entry | DS20260322-411 | | To record payment of lease to N... | 78400 Taxes - Property | | 139.59 | 800.92 |
| 04/01/2026 | Journal Entry | JE-040126-NFS NEWPORT | | To record payment of lease to N... | 78400 Taxes - Property | | 139.59 | 940.51 |
| 05/01/2026 | Journal Entry | JE-050126-NFS NEWPORT | | To record payment of lease to N... | 78400 Taxes - Property | | 139.59 | 1,080.10 |
| 06/01/2026 | Journal Entry | JE-060126-NFS NEWPORT | | To record payment of lease to N... | 78400 Taxes - Property | | 139.59 | 1,219.69 |
| 06/15/2026 | Bill | 149279 | NFS Capital | | 78400 Taxes - Property | Accounts Payable | 139.59 | 1,359.28 |
| Total for 78400 Taxes - Property | | | | | | | $1,359.28 | |
| **TOTAL** | | | | | | | **$1,359.28** | |

| | |
|---|---|
| Current | 279.18 |
| Cumulative | 1,359.28 |

**Velocity Esports, Inc.**

**Transaction Report**

**May 8, 2025–June 30, 2026**

| | Transaction date | Transaction type | Num | Name | Description | Full name | Item split account | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 25300 Sales Tax Payable | | | | | | | | | |
| | Beginning Balance | | | | | | | | 24,785.08 |
| | 05/27/2025 | Expense | | | ORIG CO NAME:KENTUCKY DORIS ORIG ID:XXXXXX7581 DESC DATE:250523 CO ENTRY DESCR:KY TAX PMTSEC:WEB TRACE#:XXXXXXXX1531674 EED:250527 IND ID:502 875 3733 IND NAME: KENTUCKY TAXPAYER XXXXXXXXXX4000S4Y713 TRN: XXXXXX1674 TC | 25300 Sales Tax Payable | Chase - Corp - Concentration - 1634 | -10,331.76 | 14,453.32 |
| | 05/31/2025 | Journal Entry | DS20250601-425 | | To reclass to Newport - General | 25300 Sales Tax Payable | | 8,943.44 | 23,396.76 |
| | 05/31/2025 | Journal Entry | DS20250601-425 | | To reclass to Newport - General | 25300 Sales Tax Payable | | 2,787.71 | 26,184.47 |
| | 06/23/2025 | Expense | | | ORIG CO NAME:KENTUCKY DORIS ORIG ID:XXXXXX7581 DESC DATE:250620 CO ENTRY DESCR:KY TAX PMTSEC:WEB TRACE#:XXXXXXXX0772765 EED:250623 IND ID:502 875 3733 IND NAME: VELOCITY ESPORTS NEWPO XXXXXXXXXX4000S4Y713 TRN: XXXXXX2765 TC | 25300 Sales Tax Payable | Chase - Corp - Concentration - 1634 | -10,538.97 | 15,645.50 |
| | 06/30/2025 | Journal Entry | DS20250629-418 | | To reclass to Newport - General | 25300 Sales Tax Payable | | 7,413.98 | 23,059.48 |
| | 06/30/2025 | Journal Entry | DS20250629-418 | | To reclass to Newport - General | 25300 Sales Tax Payable | | 2,840.72 | 25,900.20 |
| | 06/30/2025 | Journal Entry | DS20250706-422 | | To reclass to Newport - General | 25300 Sales Tax Payable | | 45.73 | 25,945.93 |
| | 06/30/2025 | Journal Entry | DS20250706-422 | | To reclass to Newport - General | 25300 Sales Tax Payable | | 35.19 | 25,981.12 |
| | 07/08/2025 | Deposit | 1 | | REMOTE ONLINE DEPOSIT # 1 | 25300 Sales Tax Payable | Chase - Corp - Concentration - 1634 | 5,151.72 | 31,132.84 |
| | 07/21/2025 | Expense | | | ORIG CO NAME:KENTUCKY DORIS ORIG ID:XXXXXX7581 DESC DATE:250718 CO ENTRY DESCR:KY TAX PMTSEC:WEB TRACE#:XXXXXXXX2046712 EED:250721 IND ID:502 875 3733 IND NAME: VELOCITY ESPORTS NEWPO XXXXXXXXXX4000S4Y713 TRN: XXXXXX6712 TC | 25300 Sales Tax Payable | Chase - Corp - Concentration - 1634 | -9,175.26 | 21,957.58 |
| | 07/31/2025 | Journal Entry | JE-07312052-CORP | | To reclass to Newport - General | 25300 Sales Tax Payable | | 7,978.41 | 29,935.99 |
| | 07/31/2025 | Journal Entry | JE-07312052-CORP | | To reclass to Newport - General | 25300 Sales Tax Payable | | 3,240.88 | 33,176.87 |
| | 08/21/2025 | Expense | | | ORIG CO NAME:KENTUCKY DORIS ORIG ID:XXXXXX7581 DESC DATE:250820 CO ENTRY DESCR:KY TAX PMTSEC:WEB TRACE#:XXXXXXXX2953943 EED:250821 IND ID:502 875 3733 IND NAME: VELOCITY ESPORTS NEWPO XXXXXXXXXX4000S4Y713 TRN: XXXXXX3943 TC | 25300 Sales Tax Payable | Chase - Corp - Concentration - 1634 | -9,749.32 | 23,427.55 |
| | 08/31/2025 | Journal Entry | ATIPS - 08312026 | | To reclass to Newport - General | 25300 Sales Tax Payable | | 8,221.27 | 31,648.82 |
| | 08/31/2025 | Journal Entry | ATIPS - 08312026 | | To reclass to Newport - General | 25300 Sales Tax Payable | | 2,847.66 | 34,496.48 |
| | 09/22/2025 | Expense | | | ORIG CO NAME:KENTUCKY DORIS ORIG ID:XXXXXX7581 DESC DATE:250919 CO ENTRY DESCR:KY TAX PMTSEC:WEB TRACE#:XXXXXXXX9953028 EED:250922 IND ID:502 875 3733 IND NAME: VELOCITY ESPORTS NEWPO XXXXXXXXXX4000S4Y713 TRN: XXXXXX3028 TC | 25300 Sales Tax Payable | Chase - Corp - Concentration - DIP - 6116 | -9,800.99 | 24,695.49 |
| | 09/30/2025 | Journal Entry | ST-09302035 | | To reclass to Newport - General | 25300 Sales Tax Payable | | 6,195.19 | 30,890.68 |
| | 09/30/2025 | Journal Entry | ST-09302035 | | To reclass to Newport - General | 25300 Sales Tax Payable | | 2,031.93 | 32,922.61 |
| | 09/30/2025 | Journal Entry | CRCR-09302030 | | To reclass to Newport - General | 25300 Sales Tax Payable | | 126.29 | 33,048.90 |
| | 09/30/2025 | Journal Entry | CRCR-09302030 | | To reclass to Newport - General | 25300 Sales Tax Payable | | 76.17 | 33,125.07 |
| | 10/17/2025 | Expense | | | ORIG CO NAME:KENTUCKY DORIS ORIG ID:XXXXXX7581 DESC DATE:251016 CO ENTRY DESCR:KY TAX PMTSEC:WEB TRACE#:XXXXXXXX4620759 EED:251017 IND ID:502 875 3733 IND NAME: VELOCITY ESPORTS NEWPO XXXXXXXXXX4002S4Y713 TRN: XXXXXX0759 TC | 25300 Sales Tax Payable | Chase - Corp - Concentration - DIP - 6116 | -7,662.18 | 25,462.89 |
| | 10/31/2025 | Journal Entry | INV 20251042-SI | | To reclass to Newport - General | 25300 Sales Tax Payable | | 7,072.66 | 32,535.55 |
| | 10/31/2025 | Journal Entry | INV 20251042-SI | | To reclass to Newport - General | 25300 Sales Tax Payable | | 2,332.26 | 34,867.81 |
| | 11/20/2025 | Expense | | | ORIG CO NAME:KENTUCKY DORIS ORIG ID:XXXXXX7581 DESC DATE:251119 CO ENTRY DESCR:KY TAX PMTSEC:WEB TRACE#:XXXXXXXX7925760 EED:251120 IND ID:502 875 3733 IND NAME: KENTUCKY TAXPAYER XXXXXXXXXX4000S4Y713 TRN: XXXXXX5760 TC | 25300 Sales Tax Payable | Chase - Corp - Concentration - DIP - 6116 | -8,426.06 | 26,441.75 |
| | 11/30/2025 | Journal Entry | JE-11302026 SALES TAX | | To reclass to Newport - General | 25300 Sales Tax Payable | | 9,024.83 | 35,466.58 |
| | 11/30/2025 | Journal Entry | JE-11302026 SALES TAX | | To reclass to Newport - General | 25300 Sales Tax Payable | | 2,817.84 | 38,284.42 |
| | 12/01/2025 | Journal Entry | JE-120125-NFS LEASE | | To record payment to NFS Capital lease | 25300 Sales Tax Payable | | -176.08 | 38,108.34 |
| | 12/19/2025 | Expense | | | ORIG CO NAME:KENTUCKY DORIS ORIG ID:XXXXXX7581 DESC DATE:251218 CO ENTRY DESCR:KY TAX PMTSEC:WEB TRACE#:XXXXXXXX0632855 EED:251219 IND ID:502 875 3733 IND NAME: KENTUCKY TAXPAYER XXXXXXXXXX4000S4Y713 TRN: XXXXXX2855 TC | 25300 Sales Tax Payable | Chase - Corp - Concentration - DIP - 6116 | -10,679.80 | 27,428.54 |
| | 12/31/2025 | Journal Entry | JE-123125-TORECLASSST | | To reclass to Newport - General | 25300 Sales Tax Payable | | 17,205.26 | 44,633.80 |
| | 12/31/2025 | Journal Entry | JE-123125-TORECLASSST | | To reclass to Newport - General | 25300 Sales Tax Payable | | 3,472.29 | 48,106.09 |
| | 12/31/2025 | Journal Entry | JEDEFERREVENT123132 | | To reclass from deferred revenue event from corresponding revenue account for Great Lakes Relocation Council | 25300 Sales Tax Payable | | 940.86 | 49,046.95 |
| | 12/31/2025 | Journal Entry | JEDEFERREVENT123134 | | To reclass from deferred revenue event from corresponding revenue account for Performance Concentration | 25300 Sales Tax Payable | | 378.84 | 49,425.79 |
| | 12/31/2025 | Journal Entry | JEDEFERREVENT123137 | | To reclass from deferred revenue event from corresponding revenue account for Eventbrite- Maile Tekulve & Gray | 25300 Sales Tax Payable | | 85.32 | 49,511.11 |
| | 01/02/2026 | Journal Entry | JE-01292029-PAWNEE | | To record payment of lease to NFS capital Newport - Invoice 144110 | 25300 Sales Tax Payable | | -176.08 | 49,335.03 |
| | 01/20/2026 | Expense | | | ORIG CO NAME:KENTUCKY DORIS ORIG ID:XXXXXX7581 DESC DATE:260116 CO ENTRY DESCR:KY TAX PMTSEC:WEB TRACE#:XXXXXXXX5270477 EED:260120 IND ID:502 875 3733 IND NAME: KENTUCKY TAXPAYER XXXXXXXXXX4001S4Y713 TRN: XXXXXX0477 TC | 25300 Sales Tax Payable | Chase - Corp - Concentration - DIP - 6116 | -22,088.78 | 27,246.25 |
| | 01/31/2026 | Journal Entry | JE20260136-LIQUOUR LI | | To reclass to Newport - General | 25300 Sales Tax Payable | | 11,782.10 | 39,028.35 |
| | 01/31/2026 | Journal Entry | JE20260136-LIQUOUR LI | | To reclass to Newport - General | 25300 Sales Tax Payable | | 3,130.93 | 42,159.28 |
| | 02/02/2026 | Journal Entry | DS20260215-415 | | To record payment of lease to NFS capital Newport - Invoice 144110 | 25300 Sales Tax Payable | | -176.08 | 41,983.20 |
| | 02/20/2026 | Expense | | | ORIG CO NAME:KENTUCKY DORIS ORIG ID:XXXXXX7581 DESC DATE:260219 CO ENTRY DESCR:KY TAX PMTSEC:WEB TRACE#:XXXXXXXX8207505 EED:260220 IND ID:502 875 3733 IND NAME: KENTUCKY TAXPAYER XXXXXXXXXX4000S4Y713 TRN: XXXXXX7505 TC | 25300 Sales Tax Payable | Chase - Corp - Concentration - DIP - 6116 | -13,349.37 | 28,633.83 |

| | Date | Type | Num | Name | Memo/Description | Account | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | 02/28/2026 | Journal Entry | SALESTAXRECLASS | | To reclass to Newport - General | 25300 Sales Tax Payable | | 9,779.61 | 38,413.44 |
| | 02/28/2026 | Journal Entry | SALESTAXRECLASS | | To reclass to Newport - General | 25300 Sales Tax Payable | | 2,952.24 | 41,365.68 |
| | 03/02/2026 | Journal Entry | DS20260322-411 | | To record payment of lease to NFS capital Newport - Invoice 144514 | 25300 Sales Tax Payable | | -176.08 | 41,189.60 |
| | 03/20/2026 | Expense | | | ORIG CO NAME:KENTUCKY DORIS ORIG ID:XXXXXX7581 DESC DATE:260319 CO ENTRY DESCR:KY TAX PMTSEC:WEB TRACE#:XXXXXXXX8291651 EED:260320 IND ID:502 875 3733 IND NAME: KENTUCKY TAXPAYER XXXXXXXXXX4010S4Y713 TRN: XXXXXX1651 TC | 25300 Sales Tax Payable | Chase - Corp - Concentration - DIP - 6116 | -11,148.85 | 30,040.75 |
| | 03/31/2026 | Journal Entry | PREPAIDAMORT-033127 | | To reclass to Newport - General | 25300 Sales Tax Payable | | 10,915.35 | 40,956.10 |
| | 03/31/2026 | Journal Entry | PREPAIDAMORT-033127 | | To reclass to Newport - General | 25300 Sales Tax Payable | | 3,503.01 | 44,459.11 |
| | 04/01/2026 | Journal Entry | JE-040126-NFS NEWPORT | | To record payment of lease to NFS capital Newport - Invoice 146137 | 25300 Sales Tax Payable | | -176.08 | 44,283.03 |
| | 04/06/2026 | Expense | | | ORIG CO NAME:KENTUCKY DORIS ORIG ID:XXXXXX7581 DESC DATE:260403 CO ENTRY DESCR:KY TAX PMTSEC:WEB TRACE#:XXXXXXXX7741199 EED:260406 IND ID:502 875 3733 IND NAME: VELOCITY ESPORTS NEWPO XXXXXXXXXX4000S4Y713 TRN: XXXXXX1199 TC | 25300 Sales Tax Payable | Chase - Corp - Concentration - DIP - 6116 | -13,042.59 | 31,240.44 |
| | 04/30/2026 | Journal Entry | JE04302029-TORECLASS | | To reclass to Newport - General | 25300 Sales Tax Payable | | 3,309.60 | 34,550.04 |
| | 04/30/2026 | Journal Entry | JE04302029-TORECLASS | | To reclass to Newport - General | 25300 Sales Tax Payable | | 1,009.49 | 35,559.53 |
| | 05/01/2026 | Journal Entry | JE-050126-NFS NEWPORT | | To record payment of lease to NFS capital Newport - Invoice 147185 | 25300 Sales Tax Payable | | -176.08 | 35,383.45 |
| | 05/26/2026 | Expense | | | ORIG CO NAME:KENTUCKY DORIS ORIG ID:XXXXXX7581 DESC DATE:260524 CO ENTRY DESCR:KY TAX PMTSEC:WEB TRACE#:XXXXXXXX2692312 EED:260526 IND ID:502 875 3733 IND NAME: VELOCITY ESPORTS NEWPO XXXXXXXXXX3500S4Y713 TRN: XXXXXX2312 TC | 25300 Sales Tax Payable | Chase - Corp - Concentration - DIP - 6116 | -8,188.65 | 27,194.80 |
| | 05/31/2026 | Journal Entry | 04-20-26-2027 | | To reclass to Newport General | 25300 Sales Tax Payable | | 16,803.67 | 43,998.47 |
| | 06/01/2026 | Journal Entry | JE-060126-NFS NEWPORT | | To record payment of lease to NFS capital Newport - Invoice 148265 | 25300 Sales Tax Payable | | -176.08 | 43,822.39 |
| | 06/15/2026 | Bill | 149279 | NFS Capital | | 25300 Sales Tax Payable | Accounts Payable | -176.08 | 43,646.31 |
| | 06/25/2026 | Expense | | | ORIG CO NAME:KENTUCKY DORIS ORIG ID:XXXXXX7581 DESC DATE:260624 CO ENTRY DESCR:KY TAX PMTSEC:WEB TRACE#:XXXXXXXX3987969 EED:260625 IND ID:502 875 3733 IND NAME: VELOCITY ESPORTS NEWPO XXXXXXXXXX4000S4Y713 TRN: XXXXXX7969 TC | 25300 Sales Tax Payable | Chase - Corp - Concentration - DIP - 6116 | -9,485.60 | 34,160.71 |
| | 06/30/2026 | Journal Entry | 06-30-2028 RECLASS | | To reclass to Newport General account | 25300 Sales Tax Payable | | 10,108.05 | 44,268.76 |
| Total for 25300 Sales Tax Payable | | | | | | | | $19,483.68 | |
| TOTAL | | | | | | | | $19,483.68 | |
| | | | | | | | | | |