PETER C. ANDERSON
UNITED STATES TRUSTEE
CAMERON M. GULDEN, SBN MN 310931
ASSISTANT UNITED STATES TRUSTEE
JUSTIN C. VALENCIA, SBN NE 25375 | SBN IA AT0012006
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
300 Las Vegas Boulevard So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
Email: justin.c.valencia@usdoj.gov

Attorneys for Peter C. Anderson
United States Trustee for Region 17

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No.: 25-12627-mkn |
| VELOCITY ESPORTS, INC., | Jointly Administered with<br>Case No. 25-12628-mkn |
| ☐ Affects Velocity Esports, Inc. | Case No. 25-12629-mkn |
| ☐ Affects Velocity Esports Las Vegas<br>   Town Square, LLC | Case No. 25-12630-mkn<br>Case No. 25-12631-mkn |
| ☐ Affects Velocity Esports Chicago<br>   Schaumburg, LLC | Chapter 11 |
| ☐ Affects Velocity Esports Newport<br>   Kentucky, LLC | Hearing Date: August 12, 2026 |
| ☐ Affects Velocity Esports Orlando<br>   Downtown, LLC | Hearing Time: 11:00 a.m.<br>Teleconference Line: (833) 435-1820 |
| ☒ Affects All Debtors | Meeting ID: 161 062 2560<br>Passcode: 029066# |
| Debtor(s). | |

### NOTICE OF VOLUNTARY REDUCTION IN FEES REQUESTED IN NEVADA BANKRUPTCY ATTORNEYS LLC'S FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM PERIOD ENDING JULY 9, 2026

To the Honorable Mike K. Nakagawa, United States Bankruptcy Judge:

1

Peter C. Anderson, United States Trustee for Region 17 ("U.S. Trustee"), by and through his undersigned counsel, and the Debtors, Velocity Esports, Inc. et al., represented by Nevada Bankruptcy Attorneys, LLC (the "Applicant," and hereafter referred to as the "Parties"), hereby files this *Notice of Voluntary Reduction in Fees Requested in Nevada Bankruptcy Attorneys LLC's First Interim Application for Compensation and Reimbursement of Expenses for the Interim Period Ending July 9, 2026*, indicating that:

1.      The fee applicant bears the burden of proof to show entitlement to the requested fees under 11 U.S.C. § 330.  *See In re Eliapo*, 298 B.R. 392, 402 (B.A.P. 9th Cir. 2003), *rev'd in part on other grounds*, 468 F.3d 592 (9th Cir. 2006); *In re Ginji Corp.*, 117 B.R. 983, 990 (Bankr. D. Nev. 1990) ("[t]he applicant … has the burden of proof to show the reasonableness of the fees sought.").

2.      The Applicant filed its First Interim Application requesting the interim approval of professional compensation of $377,713.00 and expenses of $2,286.70 for a total amount of $379,999.70.  [ECF No. 302].

3.      Following correspondence between the Parties discussing the rationale behind the fees requested in the First Interim Application and the U.S. Trustee's concerns related to duplicate time entries, clerical tasks, block billing, and vague entries, the Applicant agreed to voluntarily reduce its fees requested in the First Interim Application by **$4,463.55 or 1.175%** of the total fees requested (the "Voluntary Reduction").

4.      After accounting for the Applicant's Voluntary Reduction, the Applicant's First Interim Application now requests fees of $373,249.45 on an interim basis as compensation for professional services rendered and the award of $2,286.70 on an interim basis as reimbursement for costs and expenses incurred for a total amount of $375,536.15. [*See, e.g.*, ECF No. 302 at p. 17 of 17 of the .pdf.].

5. The U.S. Trustee reserves all rights under the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the applicable local rules/guidelines with respect to additional or supplemental fee applications including the Applicant's final fee application, including the right to object or to take any other appropriate action.

6. The Applicant requests that the Court approve the fees and expenses as modified herein, reduced by **$4,463.55** as agreed with the U.S. Trustee.

7. Considering the Applicant's Voluntary Reduction, the U.S. Trustee: (1) does not object to the Applicant's First Interim Application requesting fees and awarding costs on a final basis as described herein; and, (2) respectfully requests that the Court's order include the U.S. Trustee's Notice as recitals at paragraphs 4 through 5, *supra*, in its orders.

Dated: July 27, 2026                    Respectfully submitted,

PETER C. ANDERSON
UNITED STATES TRUSTEE

By: /s/ *Justin C. Valencia*
     Justin C. Valencia, Esq.
     Trial Attorney for United States Trustee

Approved by as to form and content::

/s/ Matthew I. Knepper
Matthew I. Knepper, Esq.
Nevada Bankruptcy Attorneys, LLC
Attorneys for the Debtors

3