PETER C. ANDERSON
UNITED STATES TRUSTEE
CAMERON M. GULDEN, SBN MN 310931
ASSISTANT UNITED STATES TRUSTEE
JUSTIN C. VALENCIA, SBN NE 25375 | SBN IA AT0012006
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
300 Las Vegas Boulevard So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
Email: justin.c.valencia@usdoj.gov

Attorneys for Peter C. Anderson
United States Trustee for Region 17

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re

VELOCITY ESPORTS, INC.,

☐ Affects Velocity Esports, Inc.
☐ Affects Velocity Esports Las Vegas
   Town Square, LLC
☐ Affects Velocity Esports Chicago
   Schaumburg, LLC
☐ Affects Velocity Esports Newport
   Kentucky, LLC
☐ Affects Velocity Esports Orlando
   Downtown, LLC
☒ Affects All Debtors

Debtor(s).

Case No.: 25-12627-mkn

Jointly Administered with
Case No. 25-12628-mkn
Case No. 25-12629-mkn
Case No. 25-12630-mkn
Case No. 25-12631-mkn

Chapter 11

Hearing Date: August 12, 2026
Hearing Time: 11:00 a.m.
Teleconference Line: (833) 435-1820
Meeting ID: 161 062 2560
Passcode: 029066#

## CERTIFICATE OF SERVICE

I, JUSTIN C. VALENCIA, under penalty of perjury declare that I am and was when the herein described service took place, a citizen of the United States, over 18 years of age, and not a party to nor interested in, the within action and that on July 27, 2026, I caused a copy of the foregoing:

- **NOTICE OF VOLUNTARY REDUCTION IN FEES REQUESTED IN NEVADA BANKRUPTCY ATTORNEYS LLC'S FIRST INTERIM APPLICATION FOR**

1

**COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM PERIOD ENDING JULY 9, 2026**

to be served on the following parties:

☑        a. ECF System (attach Notice of Electronic Filing or list of persons & addresses):

- BRETT A. AXELROD                baxelrod@foxrothschild.com
                                                     pchlum@foxrothschild.com
                                                     ahosey@foxrothschild.com
                                                     sglasco@foxrothschild.com
                                                     nv.dkt@foxrothschild.com

- JESSICA L. BAGDANOV          jbagdanov@bg.law

- RICHARD SAMUEL EHLERS    ecfnvb@aldridgepite.com

- BRENDEN J. GOUGEON          bgougeon@nvbankruptcyattorneys.com

- STEVEN T GUBNER                 sgubner@bg.law
                                                     ecf@bg.law

- MATTHEW I KNEPPER           mknepper@nvbankruptcyattorneys.com
                                                     ecf@nvbankruptcyattorneys.com
                                                     fhqxmnna@mailparser.io
                                                     NevadaBankruptcyAttorneysLLC@jubileebk.net
                                                     Knepper.MatthewB146287@notify.bestcase.com
                                                     lu@nvbankruptcyattorneys.com
                                                     matthew.knepper@ecf.courtdrive.com
                                                     8076479420@filing

- BART K. LARSEN                       BLARSEN@SHEA.LAW
                                                     3542839420@filings.docketbird.com

- SHAWN W MILLER                    ecfnvb@aldridgepite.com
                                                     shawnmiller@ecf.courtdrive.com
                                                     shawnmiller@aldridgepite.com

- ROBERT T. STEWART               rtstewart@foley.com
                                                     rgledhill@foley.com
                                                     robert-stewart-3880@ecf.pacerpro.com
                                                     docketflow@foley.com

- U.S. TRUSTEE - LV - 11             USTPRegion17.lv.ecf@usdoj.gov
  CHAPTER 11 – LV

- JUSTIN CHARLES VALENCIA    justin.c.valencia@usdoj.gov

- MAURICE VERSTANDIG     mac@mbvesq.com
lisa@mbvesq.com
verstandig.mauricer104982@notify.bestcase.com
verstandiglaw@recap.email

- JESSICA S. WELLINGTON     jwellington@bg.law
ecf@bg.law

☑    b.  U.S. Mail, postage fully prepaid:

ALAN CHAPELL
692 GREENWICH STREET, #5
NEW YORK, NY 10014

RICHARD SAMUEL EHKERS
C/O NEWTEK BANK, NA
3333 CAMINO DEL RIO SOUTH, SUITE 225
SAN DIEGO, CA 92108

FIRST CHOICE BUSINESS BROKERS
851 South Rampart Boulevard
Suite 200
Las Vegas, Nevada 89145

TODD S. GARAN
ALDRIDGE PITE, LLP
3333 CAMINO DEL RIO SOUTH, SUITE 225
SAN DIEGO, CA 92108

STEVEN T GUBNER
BG Law LLP
300 S. 4th Street
Suite 1550
Las Vegas, NV 89101

FREDDIE MCFINN
851 South Rampart Boulevard
Suite 200
Las Vegas, Nevada 89145

PHILLIP W. NELSON
HOLLAND & KNIGHT LLP
150 N. RIVERSIDE PLAZA
SUITE 2700
CHICAGO, IL 60606

NEVADA BANKRUPTCY ATTORNEYS LLC
5940 S. RAINBOW BLVD., SUITE 400
PMB 99721
LAS VEGAS, NV 89118

ADRIENNE K WALKER
FOLEY AND LARDNER LLP
111 HUNTINGTON AVE.
SUITE 2500
BOSTON, MA 02111

JESSICA S. WELLINGTON
BG LAW LLP
21650 OXNARD STREET
SUITE 500
WOODLAND HILLS, CA 91367

I declare under penalty of perjury that the foregoing is true and correct.

Signed: July 27, 2026

/s/ *Justin C. Valencia*
Justin C. Valencia