# Commonwealth of Kentucky
## Michael G. Adams, Secretary of St

**LARP**

**1183761**
Michael G. Adams
KY Secretary of State
Received and Filed
**4/10/2026 11:43:25 AM**
**Fee receipt:  $15.00**

Michael G. Adams
Secretary of State
P. O. Box 1150
Frankfort, KY 40602-1150
(502) 564-3490
http://www.sos.ky.gov

## Annual Report
## Online Filing
## For the Year 2026

## ARP

| | |
|---|---|
| **Company:** | VELOCITY ESPORTS NEWPORT KENTUCKY, LLC |
| **Company ID:** | 1183761 |
| **State of origin:** | Kentucky |
| **Formation date:** | 1/3/2022 12:00:00 AM |
| **Date filed:** | 4/10/2026 11:41:53 AM |
| **Fee:** | $15.00 |

**Principal Office**

7659 Mall Road
#1033
Florence , KY 41042

**Registered Agent Name/Address**

VCORP SERVICES, LLC
306 W MAIN ST
STE 512
FRANKFORT, KY 40601

**Members/Managers**

| | | |
|---|---|---|
| Member | Leonard Wanger | 3838 N Kenneth Ave, Chicago IL 60641 |
| Member | Elizabeth Powers | 11438 65th Ave N, Seminole, FL 33772 |

| | |
|---|---|
| County: | CAMPBELL |
| Business size: | Medium |
| Business type: | Eating and Drinking Places |

**Signatures**

| | |
|---|---|
| **Signature** | Elizabeth Powers |
| **Title** | Director Of Operations |

Exhibit A

**Commonwealth of Kentucky**
**Michael G. Adams, Secretary of St**

**LARP**
**1256442**
**Michael G. Adams**
**KY Secretary of State**
Received and Filed
**4/10/2026 11:36:09 AM**
**Fee receipt: $15.00**

Michael G. Adams
Secretary of State
P. O. Box 1150
Frankfort, KY 40602-1150
(502) 564-3490
http://www.sos.ky.gov

**Annual Report**
**Online Filing**
**For the Year 2026**

**ARP**

| | |
|---|---|
| **Company:** | VELOCITY ESPORTS NEWPORT KENTUCKY II, LLC |
| **Company ID:** | 1256442 |
| **State of origin:** | Kentucky |
| **Formation date:** | 1/27/2023 4:41:02 PM |
| **Date filed:** | 4/10/2026 11:35:16 AM |
| **Fee:** | $15.00 |

**Principal Office**

7659 Mall Road
#1033
Florence, KY 41042

**Registered Agent Name/Address**

Vcorp Services, LLC
306 W Main Street, Suite 512
Frankfort, KY 40601

**Members/Managers**

| | | |
|---|---|---|
| Manager | Leonard Wanger | 3838 N Kenneth Ave, Chicago IL 60641 |
| Manager | Elizabeth Powers | 11438 65th Ave N, Seminole, FL 33772 |

| | |
|---|---|
| County: | CAMPBELL |
| Business size: | Medium |
| Business type: | Eating and Drinking Places |

**Signatures**

| | |
|---|---|
| **Signature** | Elizabeth Powers |
| **Title** | Director Of Operations |

Exhibit A