Matthew I. Knepper, Esq.
Nevada Bar No. 12796
NEVADA BANKRUPTCY ATTORNEYS, LLC
5502 S. Fort Apache Rd., Suite 200
Las Vegas, NV 89148-7700
Phone: (702) 660-4228
Fax: (702) 660-4228
Email: mknepper@nvbankruptcyattorneys.com
*Attorneys for Plaintiffs/Debtors*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No.: 25-12627-mkn |
| VELOCITY ESPORTS, INC., | Jointly Administered with<br>Case No. 25-12628-mkn |
| ☐ Affects Velocity Esports, Inc. | Case No. 25-12629-mkn |
| ☐ Affects Velocity Esports Las Vegas Town Square, LLC | Case No. 25-12630-mkn<br>Case No. 25-12631-mkn |
| ☐ Affects Velocity Esports Chicago Schaumburg, LLC | Chapter 11 |
| ☐ Affects Velocity Esports Newport Kentucky, LLC | |
| ☐ Affects Velocity Esports Orlando Downtown, LLC | |
| ■ Affects All Debtors | |
| Debtors. | |

**ATTORNEY INFORMATION SHEET FOR EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON JOINT MOTION OF DEBTORS AND NOTL PROPERTY OWNER LLC FOR ENTRY OF ORDER AUTHORIZING ASSUMPTION OF NONRESIDENTIAL REAL PROPERTY LEASE AS AMENDED BY SECOND AMENDMENT TO LEASE; APPROVING CURE AND ARREARAGE TREATMENT; AND GRANTING RELATED RELIEF**

Pursuant to Local Rule 9006, undersigned counsel for Debtors VELOCITY ESPORTS, INC. and VELOCITY ESPORTS NEWPORT KENTUCKY, LLC (collectively, the "Debtors") contacted, or made reasonable efforts to contact, the parties identified in the table below regarding the Debtors' *Ex Parte Application for an Order Shortening Time for a Hearing* (the "Application") *on Joint Motion of Debtors and NOTL Property Owner LLC for Entry of Order Authorizing Assumption of Nonresidential Real Property Lease as Amended by Second Amendment to Lease; Approving Cure and Arrearage Treatment; and*

*Granting Related Relief* (the "Assumption Motion"). The position of each contacted party, or the absence of a response, is reflected below.

The Debtors estimate that the hearing will require approximately fifteen (15) to twenty (20) minutes. The Debtors request that the underlying Joint Motion be heard on August 12, 2026, at 11:00 a.m. The Debtors further request that August 5, 2026, be established as the deadline to file and serve any objection or opposition to the Joint Motion and that August 10, 2026, be established as the deadline for the Debtors to file and serve any response or reply in support of the Joint Motion. The requested hearing date will permit the Court to consider the Joint Motion promptly considering the importance of the Newport lease to the Debtors' continued operations, going-concern value, and restructuring efforts. The requested date will also promote judicial and administrative efficiency because other matters in these jointly administered cases are scheduled to be heard by the Court on August 12, 2026.

| Party Contacted | Date Contacted | Method Contacted | Agree to OST |
|---|---|---|---|
| Justin Valencia, *Trial Attorney for Tracy Hope Davis, Acting United States Trustee- Region 17* *Office of the United States Trustee* | August 4, 2026 | Email: justin.c.valencia@usdoj.gov USTPRegion17.lv.ecf@usdoj.gov | No Response |
| Richard Samuel Ehlers, Esq. Todd S. Garan, Esq. ALDRIDGE PITE, LLP *Counsel for Newtek Bank, N.A.* | August 4, 2026 | Email: ecfnvb@aldridgepite.com sehlers@aldridgepite.com TGaran@aldridgepite.com | No Response |
| Bart K. Larsen, Esq. | August 4, 2026 | Email: blarsen@shea.law | No Response |

| | | | |
|---|---|---|---|
| Kyle M. Wyant, Esq. SHEA LARSEN *Counsel for Creditor Advantage Leasing Corporation* | | kwyant@shea.law | |
| Robert T. Stewart, Esq. Adrienne K. Walker, Esq. FOLEY & LARDNER LLP *Attorneys for Creditor NFS Capital, LLC* Adam Fulton, Esq. JENNINGS & FULTON, LTD *Designated resident attorney only for creditor NFS Capital, LLC pursuant to LR IA 11-1(b)(2)* | August 4, 2026 | Email: rtstewart@foley.com awalker@foley.com afulton@jfnvlaw.com | No Response |
| Jill Voelker *Accounts Receivable Supervisor for Creditor Restaurant Technologies* | August 4, 2026 | Email: jvoelker@rti-inc.com | No Response |
| Michael R. Major *Collections Officer for North Star Leasing a Division of Peoples Bank* | August 4, 2026 | Email: mmajor@northstarleasing.com | No Response |
| Richard E. Heinzel | August 4, 2026 | Email: | No Response |

| | | | |
|---|---|---|---|
| *President of D & H Lawn Irrigation, Inc.* | | rick@dandhlawn.com | |
| William Lee BONIAL & ASSOCIATES, P.C.<br><br>*Authorized Agent for Creditor JPMC c/o National Bankruptcy Services, LLC* | August 4, 2026 | Email:<br><br>pocquestions@nbsdefaultservices.com | No Response |
| Barry Grossman, Esq.<br><br>*Partner for creditor Ellenoff Grossman & Schole LLP* | August 4, 2026 | Email:<br><br>bgrossman@egsllp.com | No Response |
| Josh M. Rubens, Esq. KLUGER, KAPLAN, SILVERMAN, KATZEN & LEVINE, P.L.<br><br>Maurice VerStandig, Esq. VERSTANDIG LAW FIRM<br><br>*Attorneys for creditor 434 N. Orange Investment, LLC* | August 4, 2026 | Email:<br><br>jrubens@klugerkaplan.com<br><br>mac@mbvesq.com<br><br>lisa@mbvesq.com | No Response |
| Amanda L Graham<br><br>*A/R Legal Clerk for creditor Pawnee Leasing Corporation* | August 4, 2026 | Email:<br><br>bankruptcy@pawneeleasing.com | No Response |
| Rusty Frazier | August 4, 2026 | Email: | No Response |

| | | | |
|---|---|---|---|
| *Asset Recovery Analyst for Old Dominion Freight Line, Inc.* | | Rusty.frazier@odfl.com | |
| Steven T. Gubner, Esq. Jessica L. Bagdanov, Esq. Jessica S. Wellington, Esq. BG LAW LLP<br><br>*Attorneys for Woodfield Mall LLC* | August 4, 2026 | Email:<br><br>sgubner@bg.law<br><br>jbagdanov@bg.law<br><br>jwellington@bg.law | No Response |
| Brett A. Axelrod, Esq. FOX ROTHSCHILD LLP<br><br>Phillip Nelson, Esq. HOLLAND & KNIGHT LLP<br><br>*Counsel for SRMF Town Square Owner LLC* | August 4, 2026 | Email:<br><br>baxelrod@foxrothschild.com<br><br>phillip.nelson@hklaw.com | No Response |
| Michael S. Tucker, Esq. UB GREENSFELDER LLP<br><br>*Counsel for NOTL Property Owner LLC* | August 4, 2026 | Email:<br><br>mtucker@ubglaw.com | No Response |
| Lida Nadjar Kevin Boland<br><br>*Authorized Representatives for Brinks Capital LLC* | August 4, 2026 | Email:<br><br>Kevin.boland@brinksinc.com | No Response |

| | | | No Response |
|---|---|---|---|
| Monica Merino<br><br>*Attorney for Commonwealth Edison Company* | August 4, 2026 | Email:<br><br>ComEdBankruptcyGroup@exeloncorp.com | No Response |
| Herbert Kenneth Bowman II<br><br>*Creditor* | August 4, 2026 | Email:<br><br>Herb.bowman98@gmail.com | No Response |
| Sumit Tomar<br><br>*Bankruptcy Specialist for Johnson Controls Security Solutions LLC* | August 4, 2026 | Email:<br><br>Sumit.tomar@jci.com | No Response |
| Patricia L Barnas<br><br>*Director of Accounting and Administrative Services for Sun Ray Heating, Inc.* | August 4, 2026 | Email:<br><br>pattyb@sunrayhvac.net | No Response |
| Ryan Joshua Manalansan Mendoza<br><br>*Loan Workout Specialist for Wells Fargo Vendor Financial Services, LLC* | August 4, 2026 | Email:<br><br>bankruptcynoticesdfvendor@wellsfargo.com | No Response |

DATED:

Prepared and Respectfully Submitted By:

**NEVADA BANKRUPTCY ATTORNEYS, LLC**

By: /s/ *Matthew Knepper, Esq.*
    Matthew Knepper, Esq.
    *Attorney for Jointly Administered Debtors*