_____
  Honorable Mike K. Nakagawa
  United States Bankruptcy Judge

_____

Matthew I. Knepper, Esq.
Nevada Bar No. 12796
NEVADA BANKRUPTCY ATTORNEYS, LLC
5502 S. Fort Apache Rd., Suite 200
Las Vegas, NV 89148-7700
Phone: (702) 660-4228
Fax: (702) 660-4228
Email: mknepper@nvbankruptcyattorneys.com
*Attorneys for Plaintiffs/Debtors*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re | Case No.: 25-12627-mkn |
| VELOCITY ESPORTS, INC., | Jointly Administered with<br>Case No. 25-12628-mkn |
| ☐ Affects Velocity Esports, Inc. | Case No. 25-12629-mkn |
| ☐ Affects Velocity Esports Las Vegas Town Square, LLC | Case No. 25-12630-mkn<br>Case No. 25-12631-mkn |
| ☐ Affects Velocity Esports Chicago Schaumburg, LLC | Chapter 11 |
| ☐ Affects Velocity Esports Newport Kentucky, LLC | **ORDER SHORTENING TIME FOR HEARING ON JOINT MOTION OF DEBTORS AND NOTL PROPERTY OWNER LLC FOR ENTRY OF ORDER** |
| ☐ Affects Velocity Esports Orlando Downtown, LLC | **AUTHORIZING ASSUMPTION OF NONRESIDENTIAL REAL PROPERTY** |
| ■ Affects All Debtors | **LEASE AS AMENDED BY SECOND AMENDMENT TO LEASE; APPROVING** |
| Debtors. | **CURE AND ARREARAGE TREATMENT; AND GRANTING RELATED RELIEF** |
| | **Hearing Date:** August 12, 2026<br>**Hearing Time:.** 11:00 a.m. |

Teleconference Line: (833) 435-1820
Meeting ID: 161 062 2560
Passcode: 029066#

Upon the **DEBTORS' EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME FOR A HEARING ON JOINT MOTION OF DEBTORS AND NOTL PROPERTY OWNER LLC FOR ENTRY OF ORDER AUTHORIZING ASSUMPTION OF NONRESIDENTIAL REAL PROPERTY LEASE AS AMENDED BY SECOND AMENDMENT TO LEASE; APPROVING CURE AND ARREARAGE TREATMENT; AND GRANTING RELATED RELIEF** (the "Application"), and good cause appearing therefor,

IT IS HEREBY ORDERED that the **JOINT MOTION OF DEBTORS AND NOTL PROPERTY OWNER LLC FOR ENTRY OF ORDER AUTHORIZING ASSUMPTION OF NONRESIDENTIAL REAL PROPERTY LEASE AS AMENDED BY SECOND AMENDMENT TO LEASE; APPROVING CURE AND ARREARAGE TREATMENT; AND GRANTING RELATED RELIEF** [ECF No. 326] (the "Motion") shall be heard on 8/12/2026 **, at** 11:00 a.m.**.** in the above-captioned Court.

IT IS FURTHER ORDERED that 8/11/2026 before noon shall be the deadline to file and serve any objection or opposition to this Motion.

IT IS FURTHER ORDERED that, notwithstanding the foregoing opposition deadline, the Office of the United States Trustee may file and serve an objection to the Motion on or before the date and time of the hearing.

IT IS FURTHER ORDERED that the Debtors may present their response or reply at the hearing.

///

///

IT IS FURTHER ORDERED that the Debtors shall serve this Order, the Motion, the declaration and exhibits filed in support thereof, the proposed order granting the Motion, and the Notice of Hearing by the most expeditious means reasonably available within one (1) business day after entry of this Order.

IT IS SO ORDERED.

# # #

Prepared and Respectfully Submitted By:

**NEVADA BANKRUPTCY ATTORNEYS, LLC**

By: /s/ *Matthew Knepper, Esq.*
Matthew Knepper, Esq.
*Attorney for Jointly Administered Debtors*