

Matthew I. Knepper, Esq.
Nevada Bar No. 12796
NEVADA BANKRUPTCY ATTORNEYS, LLC
5502 S. Fort Apache Rd., Suite 200
Las Vegas, NV 89148-7700
Phone: (702) 660-4228
Fax: (702) 660-4228
Email: mknepper@nvbankruptcyattorneys.com
*Attorneys for Debtors*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

In re

VELOCITY ESPORTS, INC.,

☐ Affects Velocity Esports, Inc.
☐ Affects Velocity Esports Las Vegas Town
   Square, LLC
☐ Affects Velocity Esports Chicago
   Schaumburg, LLC
☐ Affects Velocity Esports Newport
   Kentucky, LLC
☐ Affects Velocity Esports Orlando
   Downtown, LLC
■ Affects All Debtors

Debtors.

Case No.: 25-12627-mkn

Jointly Administered with
Case No. 25-12628-mkn
Case No. 25-12629-mkn
Case No. 25-12630-mkn
Case No. 25-12631-mkn

Chapter 11

**Hearing Date: August 12, 2026**
**Hearing Time: 11:00 A.M.**
**Teleconference Line: (833) 435-1820**
**Meeting ID: 161 062 2560**
**Passcode: 029066#**

**NOTICE OF HEARING ON JOINT MOTION OF DEBTORS AND NOTL PROPERTY OWNER LLC FOR ENTRY OF ORDER AUTHORIZING ASSUMPTION OF NONRESIDENTIAL REAL PROPERTY LEASE AS AMENDED BY SECOND AMENDMENT TO LEASE; APPROVING CURE AND ARREARAGE TREATMENT; AND GRANTING RELATED RELIEF**

**TO ALL INTERESTED PARTIES, CREDITORS, AND TRUSTEES:**

**PLEASE TAKE NOTICE** that the Debtors and NOTL Property Owner LLC ("NOTL") have filed the *Joint Motion of Debtors and NOTL Property Owner LLC for Entry of Order Authorizing Assumption of Nonresidential Real Property Lease as Amended by Second Amendment to Lease; Approving Cure and Arrearage Treatment; and Granting Related Relief* [ECF No. 326] (the "Assumption Motion") with this Court.

**PLEASE TAKE FURTHER NOTICE** that any party objecting to the Debtors' Assumption Motion must file a written objection no later than **12:00 noon August 11, 2026**.  The Office of the United States

Trustee may file and serve an objection to this Motion on or before the date and time of the hearing.  The Debtors may present their responses or replies to any objections at the hearing.  If an objection is not timely filed and served, the relief sought in the Assumption Motion may be granted. LR 9014(a)(1). Additionally, please be aware as follows:

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who send you this notice, then:

- The court may refuse to allow you to speak at the scheduled hearing; and

- The court may rule against you without formally calling the matter at the hearing.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Assumption Motion will be held before the United States Bankruptcy Judge Mike K. Nakagawa at the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101, on **August 12, 2026, at 11:00 a.m.**, via the Bankruptcy Court's telephonic hearing participation procedure (available on the Court's website at https://www.nvb.uscourts.gov/news-rss/announcements/2020/0319-court-hearingparticipation).    Please check for any updates to the Court's conference number and access codes. Currently, Judge Nakagawa's hearing conference number is (833) 435-1820; the Meeting ID is 161 062 2560; and the access code is 029066#.

DATED: August 6, 2026

NEVADA BANKRUPTCY ATTORNEYS, LLC

By: */s/ Matthew I. Knepper, Esq.*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
*Attorney for Jointly Administered Debtors*