Matthew Knepper, Esq.
Nevada Bar No. 12796
NEVADA BANKRUPTCY ATTORNEYS, LLC
5940 S Rainbow Blvd., Suite 400
PMB 99721
Las Vegas, NV 89118-2507
Phone: (702) 660-4228
Fax: (702) 660-4228
Email: info@nvbankruptcyattorneys.com
Attorneys for Debtors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>VELOCITY ESPORTS, INC.,<br><br>☐ Affects Velocity Esports, Inc.<br>☐ Affects Velocity Esports Las Vegas Town Square, LLC<br>☐ Affects Velocity Esports Chicago Schaumburg, LLC<br>☐ Affects Velocity Esports Newport Kentucky, LLC<br>☐ Affects Velocity Esports Orlando Downtown, LLC<br>■ Affects All Debtors<br><br>Debtors. | Case No.: 25-12627-mkn<br><br>Jointly Administered with<br>Case No. 25-12628-mkn<br>Case No. 25-12629-mkn<br>Case No. 25-12630-mkn<br>Case No. 25-12631-mkn<br><br>Chapter 11 |

**CERTIFICATE OF SERVICE RE: JOINT MOTION OF DEBTORS AND NOTL PROPERTY OWNER LLC FOR ENTRY OF ORDER AUTHORIZING ASSUMPTION OF NONRESIDENTIAL REAL PROPERTY LEASE AS AMENDED BY SECOND AMENDMENT TO LEASE; APPROVING CURE AND ARREARAGE TREATMENT; AND GRANTING RELATED RELIEF**

I, Graham Waring, hereby certify I caused copies of the Motion, Declaration in Support of Motion, Order Shortening Time, and Notice of Hearing to be served on August 7, 2026, as specified below:

**Parties in this matter were served the above related documents as follows:**

| | |
|---|---|
| **Electronic service (email):** | Justin Valencia, Esq.<br>*Trial Attorney for Tracy Hope Davis, Acting United States Trustee-Region 17*<br>*Office of the United States Trustee* |

Richard Samuel Ehlers, Esq.
Todd S. Garan, Esq.
*Counsel for Newtek Bank, N.A.*

Bart K. Larsen, Esq.
Kyle M. Wyant, Esq.
*Counsel for Creditor Advantage Leasing Corporation*

Robert T. Stewart, Esq.
Adrienne K. Walker, Esq.
*Attorneys for Creditor NFS Capital, LLC*

Adam Fulton, Esq.
*Designated resident attorney only for creditor NFS Capital, LLC pursuant to LR IA 11-1(b)(2)*

Jill Voelker
*Accounts Receivable Supervisor for Creditor Restaurant Technologies*

Michael R. Major
*Collections Officer for North Star Leasing a Division of Peoples Bank*

Richard E. Heinzel
*President of D & H Lawn Irrigation, Inc.*

William Lee
*Authorized Agent for Creditor JPMC c/o National Bankruptcy Services, LLC*

Barry Grossman, Esq.
*Partner for creditor Ellenoff Grossman & Schole LLP*

Josh M. Rubens, Esq.
Maurice VerStandig, Esq.
*Attorneys for creditor 434 N. Orange Investment, LLC*

Amanda L Graham
*A/R Legal Clerk for creditor Pawnee Leasing Corporation*

Rusty Frazier
*Asset Recovery Analyst for Old Dominion Freight Line, Inc.*

Steven T. Gubner, Esq.
Jessica L. Bagdanov, Esq.
Jessica S. Wellington, Esq.
*Attorneys for Woodfield Mall LLC*

|  | Brett A. Axelrod, Esq.<br>Phillip Nelson, Esq.<br>*Counsel for SRMF Town Square Owner LLC*<br><br>Michael S. Tucker, Esq.<br>*Counsel for NOTL Property Owner LLC*<br><br>Lida Nadjar<br>Kevin Boland<br>*Authorized Representatives for Brinks Capital LLC*<br><br>Monica Merino<br>*Attorney for Commonwealth Edison Company*<br><br>Herbert Kenneth Bowman II<br>*Creditor*<br><br>Sumit Tomar<br>*Bankruptcy Specialist for Johnson Controls Security Solutions LLC*<br><br>Patricia L Barnas<br>*Director of Accounting and Administrative Services for Sun Ray Heating, Inc.*<br><br>Ryan Joshua Manalansan Mendoza<br>*Loan Workout Specialist for Wells Fargo Vendor Financial Services, LLC* |
|---|---|

DATED August 10, 2026

I declare under penalty of perjury the foregoing is true and correct.

By: /s/ Graham Waring

An Employee of Nevada Bankruptcy
Attorneys, LLC.