STEVEN T. GUBNER – NV Bar No. 4624
JESSICA L. BAGDANOV – CA Bar No. 281020 – Admitted *Pro Hac Vice*
JESSICA S. WELLINGTON – CA Bar No. 324477 – Admitted *Pro Hac Vice*
BG LAW LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 835-0800
Facsimile: (866) 995-0215
Email: sgubner@bg.law
jbagdanov@bg.law
jwellington@bg.law

Attorneys for Defendant Woodfield Mall LLC

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>Velocity Esports, Inc.,<br><br>☐ Affects Velocity Esports, Inc.<br><br>☐ Affects Velocity Esports Las Vegas Town Square, LLC<br><br>☐ Affects Velocity Esports Chicago Schaumburg, LLC<br><br>☐ Affects Velocity Esports Newport Kentucky, LLC<br><br>☐ Affects Velocity Esports Orlando Downtown, LLC<br><br>☒ Affects All Debtors<br><br>Debtor(s). | Case No. 25-12627-mkn<br><br>Jointly Administered with<br>Case No. 25-12628-mkn<br>Case No. 25-12629-mkn<br>Case No. 25-2630-mkn<br>Case No. 25-12631-mkn<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: September 15, 2026<br>Time: 9:30 a.m. |

On August 19, 2026 I served the following document(s):

- **OBJECTION TO JOINT CHAPTER 11 PLAN OF REORGANIZATION #2**
- **OBJECTION TO ADEQUACY OF DEBTORS' DISCLOSURE STATEMENT TO ACCOMPANY DEBTORS' CHAPTER 11 PLAN OF REORGANIZATION #2**

I served the above-named document(s) by the following means to the persons as listed below:

**a.** [X] **ECF System** ***(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)***

- **BRETT A. AXELROD** baxelrod@foxrothschild.com, pchlum@foxrothschild.com;ahosey@foxrothschild.com;sglasco@foxrothschild.com;nv.dkt@foxrothschild.com
- **JESSICA L. BAGDANOV** jbagdanov@bg.law
- **CHAPTER 11 - LV** USTPRegion17.lv.ecf@usdoj.gov
- **RICHARD SAMUEL EHLERS** ecfnvb@aldridgepite.com
- **BRENDEN J. GOUGEON** bgougeon@nvbankruptcyattorneys.com
- **STEVEN T GUBNER** sgubner@bg.law, ecf@bg.law
- **MATTHEW I KNEPPER** mknepper@nvbankruptcyattorneys.com, ecf@nvbankruptcyattorneys.com;fhqxmnna@mailparser.io;NevadaBankruptcyAttorneysLLC@jubileebk.net;Knepper.MatthewB146287@notify.bestcase.com;lu@nvbankruptcyattorneys.com;matthew.knepper@ecf.courtdrive.com;8076479420@filing
- **BART K. LARSEN** BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com
- **SHAWN W MILLER** ecfnvb@aldridgepite.com, shawnmiller@ecf.courtdrive.com;shawnmiller@aldridgepite.com
- **ROBERT T. STEWART** rtstewart@foley.com, rgledhill@foley.com;robert-stewart-3880@ecf.pacerpro.com;docketflow@foley.com
- **U.S. TRUSTEE - LV - 11** USTPRegion17.lv.ecf@usdoj.gov
- **JUSTIN CHARLES VALENCIA** justin.c.valencia@usdoj.gov
- **MAURICE VERSTANDIG** mac@mbvesq.com, lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email
- **JESSICA S. WELLINGTON** jwellington@bg.law, ecf@bg.law

**b.** [ ] **United States mail, postage fully prepaid**
***(List persons and addresses. Attach additional paper if necessary)***

**c.** [ ] **By direct email (as opposed to through the ECF System)**
***(List persons and email addresses. Attach additional paper if necessary)***

**I declare under penalty of perjury that the foregoing is true and correct.**
**Signed on: <u>August 19, 2026</u>**

| | |
|---|---|
| Jessica Studley | /s/ Jessica Studley |
| (NAME OF DECLARANT) | (SIGNATURE OF DECLARANT) |