PETER C. ANDERSON
UNITED STATES TRUSTEE
CAMERON M. GULDEN, SBN MN 310931
ASSISTANT UNITED STATES TRUSTEE
JUSTIN C. VALENCIA, SBN NE 25375 | SBN IA AT0012006
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
300 Las Vegas Boulevard So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
Email: justin.c.valencia@usdoj.gov

Attorneys for Peter C. Anderson
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>VELOCITY ESPORTS, INC.,<br><br>☐ Affects Velocity Esports, Inc.<br>☐ Affects Velocity Esports Las Vegas Town Square, LLC<br>☐ Affects Velocity Esports Chicago Schaumburg, LLC<br>☐ Affects Velocity Esports Newport Kentucky, LLC<br>☐ Affects Velocity Esports Orlando Downtown, LLC<br>☒ Affects All Debtors<br><br>Debtor(s). | Case No.: 25-12627-mkn<br><br>Jointly Administered with<br>Case No. 25-12628-mkn<br>Case No. 25-12629-mkn<br>Case No. 25-12630-mkn<br>Case No. 25-12631-mkn<br><br>Chapter 11<br><br>Hearing Date: September 15, 2026<br>Hearing Time: 9:30 a.m.<br>Teleconference Line: (833) 435-1820<br>Meeting ID: 161 062 2560<br>Passcode: 029066# |

**STIPULATION BY AND BETWEEN THE UNITED STATES TRUSTEE AND THE DEBTORS REGARDING THE EXTENSTION OF OBJECTION AND REPLY DEADLINES AS TO PLAN CONFIRMATION**

The United States Trustee, Peter C. Anderson (the "U.S. Trustee"), by and through his counsel, and the above-referenced Debtors (the "Debtor," and hereafter referred to as the

"Parties"), by and their counsel, Matthew I. Knepper, Esq. of the law firm Nevada Bankruptcy Attorneys, LLC ("Debtors Counsel"), hereby stipulate and agree as follows:

1. The above-referenced Debtors filed their chapter 11 cases on May 7, 2025. [ECF No. 1].

2. On July 21, 2025, the Debtors cases became jointly administered pursuant to court order. [ECF No. 96].

3. The Debtors filed a disclosure statement and plan of reorganization on April 8, 2026, followed by an amended plan filed on May 28, 2026. [ECF Nos. 242, 284].

4. On July 10, 2026, the court entered an order conditionally approving the disclosure statement and plan objection and response deadlines which state that:

a) August 19, 2026 is the deadline for Plan ballots and for objections to confirmation of the plan or final approval of the disclosure statement;
b) August 24, 2026 is the deadline to file the ballot tabulation;
c) September 8, 2026 is the deadline for replies to objections concerning confirmation of the plan or final approval of the disclosure statement; and,
d) September 15, 2026 at 9:30 a.m. is the date and time of the combined hearing on final approval of the Disclosure Statement and confirmation of the Plan.

[ECF No. 297].

5. The Parties have met and conferred and have stipulated to extend the objection and reply deadlines as to the final approval of the disclosure statement and plan confirmation. [*Id.*].

6. The Parties have stipulated that only the U.S. Trustee shall have until September 8, 2026, to file an objection and the Debtors shall have until September 11, 2026, to file a reply as to the final approval of the disclosure statement and plan confirmation.

7. The Parties respectfully request the Court enter an order approving the Parties stipulations as cited herein.

Dated: August 19, 2026

Prepared and submitted by:

PETER C. ANDERSON
UNITED STATES TRUSTEE

*/s/ Justin C. Valencia*
Justin C. Valencia
Trial Attorney for United States Trustee

Dated: August 19, 2026

Agreed and accepted by:

NEVADA BANKRUPTCY ATTORNEYS, LLC

*/s/ Matthew I. Knepper*
Matthew I. Knepper, Esq.
Proposed Counsel for the Debtor