Honorable Mike K. Nakagawa
United States Bankruptcy Judge

PETER C. ANDERSON
UNITED STATES TRUSTEE
CAMERON M. GULDEN, SBN MN 310931
ASSISTANT UNITED STATES TRUSTEE
JUSTIN C. VALENCIA, SBN NE 25375 | SBN IA AT0012006
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
300 Las Vegas Boulevard So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
Email: justin.c.valencia@usdoj.gov

Attorneys for Peter C. Anderson
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>VELOCITY ESPORTS, INC.,<br><br>☐ Affects Velocity Esports, Inc.<br>☐ Affects Velocity Esports Las Vegas Town Square, LLC<br>☐ Affects Velocity Esports Chicago Schaumburg, LLC<br>☐ Affects Velocity Esports Newport Kentucky, LLC<br>☐ Affects Velocity Esports Orlando Downtown, LLC<br>☒ Affects All Debtors<br><br>Debtor(s). | Case No.: 25-12627-mkn<br><br>Jointly Administered with<br>Case No. 25-12628-mkn<br>Case No. 25-12629-mkn<br>Case No. 25-12630-mkn<br>Case No. 25-12631-mkn<br><br>Chapter 11<br><br>Hearing Date: September 15, 2026<br>Hearing Time: 9:30 a.m.<br>Teleconference Line: (833) 435-1820<br>Meeting ID: 161 062 2560<br>Passcode: 029066# |

**ORDER APPROVING STIPULATION BY AND BETWEEN THE UNITED STATES TRUSTEE AND THE DEBTORS REGARDING THE EXTENSTION OF OBJECTION AND REPLY DEADLINES AS TO PLAN CONFIRMATION**

After considering the *Stipulation by and Between the United States Trustee and the Debtors Regarding the Extension of Objection and Reply Deadlines as to Plan Confirmation* ("Stipulation") [ECF No. 340] and good cause appearing,

**IT IS ORDERED** that the Stipulation is approved;

**IT IS FURTHER ORDERED** that only the U.S. Trustee's objection deadline is extended to September 8, 2026; and

**IT IS FURTHER ORDERED** that the Debtors reply deadline is September 11, 2026.

**IT IS SO ORDERED.**

///

Submitted by:

PETER C. ANDERSON
UNITED STATES TRUSTEE

By: */s/ Justin C. Valencia*
Justin C. Valencia
Trial Attorney for United States Trustee

###