# Statement of Cash Receipts and Disbursements

| | | | |
|---|---|---|---|
| **Statement of Cash Receipts and Disbursement** | | | |
| | | | |
| Name of Debtor: Velocity Esports, Inc. | | | |
| | **Current** | **Cumulative** | |
| 1. Cash balance beginning of month (a) | 36,047.56 | | |
| | | | |
| RECEIPTS | | | |
| 2. Other Income | 224,065.44 | | |
| 3. Event deposits | 104.12 | | |
| 4. Deposit return from Vendor | - | | |
| 5. Miscellaneus Receipts | - | | |
| | | | |
| *6. TOTAL CASH RECEIPTS (b)* | 224,169.56 | 2,345,882.84 | |
| | | | |
| DISBURSEMENTS | | | |
| 7. Payroll expenses | 90,398.63 | | |
| 8. Store Operating expenses | 175,730.21 | | |
| 09. Loan and credit card repayment | - | | |
| 10. Professional Fees - Legal | - | | |
| 11. Miscellaneus Disbursements | - | | |
| 12. Bank charges and Fees | 528.30 | | |
| | | | |
| *13. TOTAL CASH DISBURSEMENTS (c)* | 266,657.14 | 8,301,730.29 | |
| | | | |
| 14. Cash balance end of month (d) | (6,440.02) | | |