# Balance Sheet (July)

| | | | | |
|---|---|---|---|---|
| **Part 2: Asset and Liability Status Current Month** | | | | |
| (Not generally applicable to Individual Debtors. See Instructions.) | | | | |
| | | | | |
| a. Accounts receivable (total net of allowance) | - | | | |
| b. Accounts receivable over 90 days outstanding (net of allowance) | - | | | |
| c. Inventory (Book Market Other (attach explanation)) | - | | | |
| d Total current assets | 2,122,531.71 | | | |
| e. Total assets | 2,210,536.61 | | | |
| f. Postpetition payables (excluding taxes) | 4,187,015.86 | | | |
| g. Postpetition payables past due (excluding taxes) | 273,221.80 | | | |
| h. Postpetition taxes payable | - | | | |
| i. Postpetition taxes past due | - | | | |
| j. Total postpetition debt (f+h) | 4,187,015.86 | | | |
| k. Prepetition secured debt | 11,116,290.43 | | | |
| l. Prepetition priority debt | 103,954.61 | | | |
| m. Prepetition unsecured debt | 320,203.63 | | | |
| n. Total liabilities (debt) (j+k+l+m) | 15,727,464.53 | | - | ***checking*** |
| o. Ending equity/net worth (e-n) | (13,516,927.92) | | - | ***checking*** |