# Statement of Operations

| | | | |
|---|---|---|---|
| **Part 4: Income Statement (Statement of Operations)** | | | |
| (Not generally applicable to Individual Debtors. See Instructions.) | | | |
| | **Current Month** | | **Cumulative** |
| a. Gross income/sales (net of returns and allowances) | - | | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | - | | |
| c. Gross profit (a-b) | - | | |
| d. Selling expenses | - | | |
| e. General and administrative expenses | 23,105.86 | | |
| f. Other expenses | - | | |
| g. Depreciation and/or amortization (not included in 4b) | 4,188.94 | | |
| h. Interest | 63,226.12 | | |
| i. Taxes (local, state, and federal) | - | | |
| j. Reorganization items | - | | |
| k. Profit (loss) | (90,520.92) | | (3,871,526.66) |