# Postpetition Liabilities Aging

| | | | |
|---|---|---|---|
| **Part 6: Postpetition Taxes** | | | |
| | **Current Month** | | **Cumulative** |
| a. Postpetition income taxes accrued (local, state, and federal) | - | | - |
| b. Postpetition income taxes paid (local, state, and federal) | - | | - |
| c. Postpetition employer payroll taxes accrued | - | | - |
| d. Postpetition employer payroll taxes paid | 24,815.26 | | 710,931.36 |
| e. Postpetition property taxes paid | - | | - |
| f. Postpetition other taxes accrued (local, state, and federal) | - | | - |
| g. Postpetition other taxes paid (local, state, and federal) | 9,570.80 | | 274,368.83 |