# Schedule of Payments to Insiders

| | | | | |
|---|---|---|---|---|
| Schedule of payments to Insiders | | | | |
| | | | | |
| Name of Debtor: Velocity Esports, Inc. | | | | |
| | | | | |
| **Recipient** | **Date of payment** | **Amount of cash payment** | **Account used** | **Reason for each payment made** |
| 2. Rosenbaum, Joshua | 7/27/2026 | 3,923.08 | Chase acct. number: 000000793808673 | Payment made to cover employee salaries/wages for the applicable payroll period. |