# Statement of Cash Receipts and Disbursements

| | | | |
|---|---|---|---|
| **Statement of Cash Receipts and Disbursement** | | | |
| | | | |
| Name of Debtor: Velocity Esports Newport Kentucky, LLC | | | |
| | | | |
| | **Current Month** | **Cummulative** | |
| 1. Cash balance beginning of month (a) | 4,581.44 | | |
| | | | |
| RECEIPTS | | | |
| 2. Credit Card Sales | 32,299.22 | | |
| 3. Cash Sales deposits | 29,512.00 | | |
| 4. Miscellaneus Receipts | - | | |
| | | | |
| *5. TOTAL CASH RECEIPTS (b)* | 61,811.22 | 1,907,858.35 | |
| | | | |
| DISBURSEMENTS | | | |
| 6. Bank and Credit Card Fees | 718.07 | | |
| 7. Chargeback to customers | 781.52 | | |
| 8. Store - operating expenses | 6,568.61 | | |
| 09. Miscellaneus Disbursements | - | | |
| 10. Loan repayment | - | | |
| | | | |
| *11. TOTAL CASH DISBURSEMENTS (c)* | 8,068.20 | 114,239.19 | |
| | | | |
| 12. Cash balance end of month (d) | 58,324.46 | | |