# Balance Sheet (July)

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| **Part 2: Asset and Liability Status Current Month** | | | | | |
| (Not generally applicable to Individual Debtors. See Instructions.) | | | | | |
| | | | | | |
| a. Accounts receivable (total net of allowance) | 65,756.79 | | | | |
| b. Accounts receivable over 90 days outstanding (net of allowance) | 65,239.63 | | | | |
| c. Inventory (Book Market Other (attach explanation)) | 52,672.62 | | | | |
| d Total current assets | 1,209,667.97 | | | | |
| e. Total assets | 7,761,648.72 | | | | |
| f. Postpetition payables (excluding taxes) | 872,855.33 | | | | |
| g. Postpetition payables past due (excluding taxes) | 1,435,424.16 | | | | |
| h. Postpetition taxes payable | 22,907.15 | | | | |
| i. Postpetition taxes past due | - | | | | |
| j. Total postpetition debt (f+h) | 895,762.48 | | | | |
| k. Prepetition secured debt | 6,851,680.47 | | | | |
| l. Prepetition priority debt | 83,771.75 | | | | |
| m. Prepetition unsecured debt | 713,234.82 | | | | |
| n. Total liabilities (debt) (j+k+l+m) | 8,544,449.52 | | 8,544,449.52 | - | *checking* |
| o. Ending equity/net worth (e-n) | (782,800.80) | | (782,800.80) | 0.00 | *checking* |