# Statement of Operations

| | | | |
|---|---|---|---|
| **Part 4: Income Statement (Statement of Operations)** | | | |
| (Not generally applicable to Individual Debtors. See Instructions.) | | | |
| | **Current Month** | | **Cumulative** |
| a. Gross income/sales (net of returns and allowances) | 280,098.89 | | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | 33,891.82 | | |
| c. Gross profit (a-b) | 246,207.07 | | |
| d. Selling expenses | 12,644.02 | | |
| e. General and administrative expenses | 221,758.28 | | |
| f. Other expenses | - | | |
| g. Depreciation and/or amortization (not included in 4b) | 25,779.62 | | |
| h. Interest | 2,345.07 | | |
| i. Taxes (local, state, and federal) | 4,245.88 | | |
| j. Reorganization items | - | | |
| k. Profit (loss) | (20,565.80) | | (397,174.94) |