# Postpetition Liabilities Aging

Compact | 100%

# Velocity Esports, Inc.

Transaction Report

| Transaction date | Transaction type | Num | Name | Description | Account Name | Item split account | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 78400 Taxes - Property (14) | | | | | | | | |
| 06/30/2025 | Bill | 80588800 | NuCO2, Inc - 210 | | 78400 Taxes - Property | Accounts Payable | 34.35 | 34.35 |
| 06/30/2025 | Bill | 80588801 | NuCO2, Inc - 210 | | 78400 Taxes - Property | Accounts Payable | 54.65 | 89.00 |
| 11/22/2025 | Bill | 82013516 | NuCO2, Inc - 210 | | 78400 Taxes - Property | Accounts Payable | 34.84 | 123.84 |
| 11/22/2025 | Bill | 82013517 | NuCO2, Inc - 210 | | 78400 Taxes - Property | Accounts Payable | 57.93 | 181.77 |
| 12/01/2025 | Journal Entry | JE-120125-NFS LEASE | | To record payment to NFS Capit... | 78400 Taxes - Property | | 131.53 | 313.30 |
| 12/19/2025 | Bill | 82265863 | NuCO2, Inc - 210 | Rotolo | 78400 Taxes - Property | Accounts Payable | 33.69 | 346.99 |
| 12/19/2025 | Bill | 82265866 | NuCO2, Inc - 210 | Velocity | 78400 Taxes - Property | Accounts Payable | 51.28 | 398.27 |
| 01/02/2026 | Journal Entry | JE-01292029-PAWNEE | | To record payment of lease to N... | 78400 Taxes - Property | | 131.53 | 529.80 |
| 02/02/2026 | Journal Entry | DS20260215-415 | | To record payment of lease to N... | 78400 Taxes - Property | | 131.53 | 661.33 |
| 03/02/2026 | Journal Entry | DS20260322-411 | | To record payment of lease to N... | 78400 Taxes - Property | | 139.59 | 800.92 |
| 04/01/2026 | Journal Entry | JE-040126-NFS NEWPORT | | To record payment of lease to N... | 78400 Taxes - Property | | 139.59 | 940.51 |
| 05/01/2026 | Journal Entry | JE-050126-NFS NEWPORT | | To record payment of lease to N... | 78400 Taxes - Property | | 139.59 | 1,080.10 |
| 06/01/2026 | Journal Entry | JE-060126-NFS NEWPORT | | To record payment of lease to N... | 78400 Taxes - Property | | 139.59 | 1,219.69 |
| 06/15/2026 | Bill | 149279 | NFS Capital | | 78400 Taxes - Property | Accounts Payable | 139.59 | 1,359.28 |
| **Total for 78400 Taxes - Property** | | | | | | | **$1,359.28** | |
| **TOTAL** | | | | | | | **$1,359.28** | |

| | |
|---|---|
| Current | 279.18 |
| Cumulative | 1,359.28 |