# Bank Statements

# and

# Reconciliation Reports

CHASE

JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244-4959

May 30, 2026 through June 30, 2026
Account Number: [redacted]1382

CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

We accept operator relay calls

00212531 DRE 703 219 18226 NNNNNNNNNNN 1 000000000 64 0000
VELOCITY ESPORTS, INC.
3838 N KENNETH AVE
CHICAGO IL 60641-2814

02125310101000000021

## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$67.00** |
| Deposits and Additions | 1 | 23.00 |
| **Ending Balance** | **1** | **$90.00** |

Your Chase Platinum Business Checking account provides:

- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account - please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/04 | Orig CO Name:Switch Commerce Orig ID:030526082 Desc Date: CO Entry Descr:0531 Schg Sec:CCD Trace#:273970112045406 Eed:260604 Ind ID:198787 Ind Name:Velocity Esports Newpo 1700000586 Trn: 1552045406Tc | $23.00 |
| **Total Deposits and Additions** | | **$23.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 06/04 | $90.00 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

CHASE

May 30, 2026 through June 30, 2026
Account Number: [redacted]1382

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

CHASE

JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244 - 4959

May 30, 2026 through June 30, 2026
Account Number: [redacted]6157

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

We accept operator relay calls

00049633 DRE 111 142 18426 NNNNNNNNNNN T 1 000000000 D6 0000
VELOCITY ESPORTS, INC.
DEBTOR IN POSSESSION CASE #25-12627
3838 N KENNETH AVE
CHICAGO IL 60641-2814

00496330201000000022

## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$652.33** |
| Deposits and Additions | 6 | 8,850.00 |
| Checks Paid | 11 | -6,288.92 |
| Fees | 1 | -95.00 |
| **Ending Balance** | **18** | **$3,118.41** |

Your Chase Platinum Business Checking account provides:

- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/01 | Online Transfer From Chk ...6165 Transaction#: 29448005416 | $1,750.00 |
| 06/04 | Online Transfer From Chk ...6173 Transaction#: 29487905563 | 2,000.00 |
| 06/09 | Online Transfer From Chk ...6173 Transaction#: 29557505754 | 1,500.00 |
| 06/16 | Online Transfer From Chk ...6173 Transaction#: 29641497081 | 1,700.00 |
| 06/23 | Online Transfer From Chk ...6173 Transaction#: 29733704566 | 500.00 |
| 06/29 | Online Transfer From Chk ...6173 Transaction#: 29805004095 | 1,400.00 |
| **Total Deposits and Additions** | | **$8,850.00** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1966 ^ | | 06/02 | $1,048.00 |
| 1967 ^ | 06/02 | 06/02 | 794.37 |
| 1968 ^ | | 06/05 | 180.00 |
| 1969 ^ | | 06/04 | 995.10 |
| 1970 ^ | 06/10 | 06/10 | 998.94 |
| 1971 ^ | | 06/11 | 133.48 |

CHASE

May 30, 2026 through June 30, 2026
Account Number: [redacted]6157

## CHECKS PAID *(continued)*

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1972 ^ | | 06/17 | 324.66 |
| 1973 ^ | 06/18 | 06/18 | 929.49 |
| 1974 ^ | | 06/18 | 283.98 |
| 1975 ^ | | 06/24 | 303.31 |
| 1977 * ^ | | 06/30 | 297.59 |
| **Total Checks Paid** | | | **$6,288.92** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/03 | Service Charges For The Month of May | $95.00 |
| **Total Fees** | | **$95.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 06/01 | $2,402.33 | 06/09 | 2,789.86 | 06/18 | 1,819.31 |
| 06/02 | 559.96 | 06/10 | 1,790.92 | 06/23 | 2,319.31 |
| 06/03 | 464.96 | 06/11 | 1,657.44 | 06/24 | 2,016.00 |
| 06/04 | 1,469.86 | 06/16 | 3,357.44 | 06/29 | 3,416.00 |
| 06/05 | 1,289.86 | 06/17 | 3,032.78 | 06/30 | 3,118.41 |

## SERVICE CHARGE SUMMARY

| | | |
|---|---|---|
| Monthly Service Fee | $95.00 | |
| Other Service Charges | $0.00 | |
| **Total Service Charges** | **$95.00** | Will be assessed on 7/3/26 |

You were assessed a monthly service fee on your Chase Platinum Business Checking account because you did not maintain the required relationship balance.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| **Other Service Charges:** | | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 11 | 500 | 0 | $0.50 | $0.00 |
| **Miscellaneous Fees** | | | | | |
| Currency Straps Ordered | 2 | 0 | 2 | $0.00 | $0.00 |
| **Subtotal Other Service Charges (Will be assessed on 7/3/26)** | | | | | **$95.00** |

**ACCOUNT** [redacted]6157

CHASE

May 30, 2026 through June 30, 2026
Account Number: [redacted]6157

## SERVICE CHARGE DETAIL *(continued)*

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | | |
| **Other Service Charges:** | | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 11 | | | | |
| **Miscellaneous Fees** | | | | | |
| Currency Straps Ordered | 2 | | | | |

Reminder: Fees associated with ACH Payments, Real Time Payments, Same Day ACH, ACH Collections and Chase QuickDeposit[SM] are based on previous month activity.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

CHASE



This Page Intentionally Left Blank

CHASE

JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244 - 4959

May 30, 2026 through June 30, 2026
Account Number: [redacted]6173

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

We accept operator relay calls

00049634 DRE 111 142 18426 NNNNNNNNNNN T 1 000000000 D6 0000
VELOCITY ESPORTS, INC.
DEBTOR IN POSSESSION CASE #25-12627
3838 N KENNETH AVE
CHICAGO IL 60641-2814

00496340301000000023

## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$8,447.00** |
| Deposits and Additions | 49 | 58,214.58 |
| Electronic Withdrawals | 16 | -65,770.27 |
| Fees | 1 | -95.00 |
| **Ending Balance** | **66** | **$796.31** |

Your Chase Platinum Business Checking account provides:

- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/01 | Orig CO Name:Brinks Capital L Orig ID:9000979655 Desc Date:260601 CO Entry Descr:Payments Sec:CCD Trace#:021000022415215 Eed:260601 Ind ID:195739-1029 Ind Name:Velocity Esports, Newp Nte*Zzz*738676173\ Trn: 1522415215Tc | $4,754.00 |
| 06/01 | Orig CO Name:Bnkcd Settle Orig ID:1043763809 Desc Date:260529 CO Entry Descr:Merch Dep Sec:CCD Trace#:011500120265488 Eed:260601 Ind ID:286779550163519 Ind Name:Velocity Esports Newpo Trn: 1520265488Tc | 529.00 |
| 06/02 | Orig CO Name:Bnkcd Settle Orig ID:1043763809 Desc Date:260601 CO Entry Descr:Merch Dep Sec:CCD Trace#:011500127298060 Eed:260602 Ind ID:286779550163519 Ind Name:Velocity Esports Newpo Trn: 1537298060Tc | 535.00 |
| 06/02 | Orig CO Name:Brinks Capital L Orig ID:9000979655 Desc Date:260602 CO Entry Descr:Payments Sec:CCD Trace#:021000021255004 Eed:260602 Ind ID:195739-721 Ind Name:Velocity Esports, Newp Nte*Zzz*738676173\ Trn: 1531255004Tc | 335.00 |
| 06/03 | Orig CO Name:Brinks Capital L Orig ID:9000979655 Desc Date:260603 CO Entry Descr:Payments Sec:CCD Trace#:021000020593085 Eed:260603 Ind ID:195739-859 Ind Name:Velocity Esports, Newp Nte*Zzz*738676173\ Trn: 1540593085Tc | 2,051.00 |
| 06/04 | Orig CO Name:Brinks Capital L Orig ID:9000979655 Desc Date:260604 CO Entry Descr:Payments Sec:CCD Trace#:021000029258598 Eed:260604 Ind ID:195739-304 Ind Name:Velocity Esports, Newp Nte*Zzz*738676173\ Trn: 1559258598Tc | 481.00 |
| 06/05 | Orig CO Name:Brinks Capital L Orig ID:9000979655 Desc Date:260605 CO Entry Descr:Payments Sec:CCD Trace#:021000023377591 Eed:260605 Ind ID:195739-431 Ind Name:Velocity Esports, Newp Nte*Zzz*738676173\ Trn: 1563377591Tc | 544.00 |

CHASE

May 30, 2026 through June 30, 2026
Account Number: [redacted]6173

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/05 | Orig CO Name:Bnkcd Settle Orig ID:1043763809 Desc Date:260604 CO Entry Descr:Merch Dep Sec:CCD Trace#:011500128364374 Eed:260605 Ind ID:286779550163519 Ind Name:Velocity Esports Newpo Trn: 1568364374Tc | 390.00 |
| 06/08 | Orig CO Name:Brinks Capital L Orig ID:9000979655 Desc Date:260608 CO Entry Descr:Payments Sec:CCD Trace#:021000029809362 Eed:260608 Ind ID:195739-973 Ind Name:Velocity Esports, Newp Nte*Zzz*738676173\ Trn: 1599809362Tc | 3,490.00 |
| 06/08 | Orig CO Name:Bnkcd Settle Orig ID:1043763809 Desc Date:260605 CO Entry Descr:Merch Dep Sec:CCD Trace#:011500128824044 Eed:260608 Ind ID:286779550163519 Ind Name:Velocity Esports Newpo Trn: 1598824044Tc | 435.00 |
| 06/09 | Orig CO Name:Bnkcd Settle Orig ID:1043763809 Desc Date:260608 CO Entry Descr:Merch Dep Sec:CCD Trace#:011500129441267 Eed:260609 Ind ID:286779550163519 Ind Name:Velocity Esports Newpo Trn: 1609441267Tc | 1,480.00 |
| 06/09 | Orig CO Name:Bnkcd Settle Orig ID:1043763809 Desc Date:260608 CO Entry Descr:Merch Dep Sec:CCD Trace#:011500129441268 Eed:260609 Ind ID:286779550163519 Ind Name:Velocity Esports Newpo Trn: 1609441268Tc | 615.00 |
| 06/09 | Orig CO Name:Bnkcd Settle Orig ID:1043763809 Desc Date:260608 CO Entry Descr:Merch Dep Sec:CCD Trace#:011500129441266 Eed:260609 Ind ID:286779550163519 Ind Name:Velocity Esports Newpo Trn: 1609441266Tc | 581.00 |
| 06/09 | Orig CO Name:Brinks Capital L Orig ID:9000979655 Desc Date:260609 CO Entry Descr:Payments Sec:CCD Trace#:021000024511786 Eed:260609 Ind ID:195739-3 Ind Name:Velocity Esports, Newp Nte*Zzz*738676173\ Trn: 1604511786Tc | 82.00 |
| 06/10 | Orig CO Name:Brinks Capital L Orig ID:9000979655 Desc Date:260610 CO Entry Descr:Payments Sec:CCD Trace#:021000027271915 Eed:260610 Ind ID:195739-455 Ind Name:Velocity Esports, Newp Nte*Zzz*738676173\ Trn: 1617271915Tc | 1,417.00 |
| 06/10 | Orig CO Name:Bnkcd Settle Orig ID:1043763809 Desc Date:260609 CO Entry Descr:Merch Dep Sec:CCD Trace#:011500127762778 Eed:260610 Ind ID:286779550163519 Ind Name:Velocity Esports Newpo Trn: 1617762778Tc | 490.00 |
| 06/11 | Orig CO Name:Bnkcd Settle Orig ID:1043763809 Desc Date:260610 CO Entry Descr:Merch Dep Sec:CCD Trace#:011500127415166 Eed:260611 Ind ID:286779550163519 Ind Name:Velocity Esports Newpo Trn: 1627415166Tc | 760.00 |
| 06/11 | Orig CO Name:Brinks Capital L Orig ID:9000979655 Desc Date:260611 CO Entry Descr:Payments Sec:CCD Trace#:021000029812990 Eed:260611 Ind ID:195739-1135 Ind Name:Velocity Esports, Newp Nte*Zzz*738676173\ Trn: 1629812990Tc | 70.00 |
| 06/12 | Orig CO Name:Brinks Capital L Orig ID:9000979655 Desc Date:260612 CO Entry Descr:Payments Sec:CCD Trace#:021000023974699 Eed:260612 Ind ID:195739-141 Ind Name:Velocity Esports, Newp Nte*Zzz*738676173\ Trn: 1633974699Tc | 586.00 |
| 06/12 | Orig CO Name:Bnkcd Settle Orig ID:1043763809 Desc Date:260611 CO Entry Descr:Merch Dep Sec:CCD Trace#:011500120567533 Eed:260612 Ind ID:286779550163519 Ind Name:Velocity Esports Newpo Trn: 1630567533Tc | 365.00 |
| 06/15 | Orig CO Name:Brinks Capital L Orig ID:9000979655 Desc Date:260615 CO Entry Descr:Payments Sec:CCD Trace#:021000025348901 Eed:260615 Ind ID:195739-1496 Ind Name:Velocity Esports, Newp Nte*Zzz*738676173\ Trn: 1665348901Tc | 4,035.00 |
| 06/15 | Orig CO Name:Bnkcd Settle Orig ID:1043763809 Desc Date:260612 CO Entry Descr:Merch Dep Sec:CCD Trace#:011500123764505 Eed:260615 Ind ID:286779550163519 Ind Name:Velocity Esports Newpo Trn: 1663764505Tc | 547.00 |
| 06/16 | Orig CO Name:Bnkcd Settle Orig ID:1043763809 Desc Date:260615 CO Entry Descr:Merch Dep Sec:CCD Trace#:011500128645733 Eed:260616 Ind ID:286779550163519 Ind Name:Velocity Esports Newpo Trn: 1678645733Tc | 2,422.16 |
| 06/16 | Orig CO Name:Bnkcd Settle Orig ID:1043763809 Desc Date:260615 CO Entry Descr:Merch Dep Sec:CCD Trace#:011500128645732 Eed:260616 Ind ID:286779550163519 Ind Name:Velocity Esports Newpo Trn: 1678645732Tc | 1,655.00 |
| 06/16 | Orig CO Name:Bnkcd Settle Orig ID:1043763809 Desc Date:260615 CO Entry Descr:Merch Dep Sec:CCD Trace#:011500128645734 Eed:260616 Ind ID:286779550163519 Ind Name:Velocity Esports Newpo Trn: 1678645734Tc | 1,220.00 |
| 06/16 | Orig CO Name:Brinks Capital L Orig ID:9000979655 Desc Date:260616 CO Entry Descr:Payments Sec:CCD Trace#:021000020455426 Eed:260616 Ind ID:195739-518 Ind Name:Velocity Esports, Newp Nte*Zzz*738676173\ Trn: 1670455426Tc | 806.00 |
| 06/17 | Orig CO Name:Brinks Capital L Orig ID:9000979655 Desc Date:260617 CO Entry Descr:Payments Sec:CCD Trace#:021000024484410 Eed:260617 Ind ID:195739-652 Ind Name:Velocity Esports, Newp Nte*Zzz*738676173\ Trn: 1684484410Tc | 1,055.00 |

CHASE

May 30, 2026 through June 30, 2026

Account Number: [redacted]6173

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/17 | Orig CO Name:Bnkcd Settle Orig ID:1043763809 Desc Date:260616 CO Entry Descr:Merch Dep Sec:CCD Trace#:011500124982143 Eed:260617 Ind ID:286779550163519 Ind Name:Velocity Esports Newpo Trn: 1684982143Tc | 295.00 |
| 06/18 | Orig CO Name:Bnkcd Settle Orig ID:1043763809 Desc Date:260617 CO Entry Descr:Merch Dep Sec:CCD Trace#:011500122338681 Eed:260618 Ind ID:286779550163519 Ind Name:Velocity Esports Newpo Trn: 1692338681Tc | 415.00 |
| 06/18 | Orig CO Name:Brinks Capital L Orig ID:9000979655 Desc Date:260618 CO Entry Descr:Payments Sec:CCD Trace#:021000022238465 Eed:260618 Ind ID:195739-161 Ind Name:Velocity Esports, Newp Nte*Zzz*738676173\ Trn: 1692238465Tc | 144.00 |
| 06/22 | Orig CO Name:Brinks Capital L Orig ID:9000979655 Desc Date:260622 CO Entry Descr:Payments Sec:CCD Trace#:021000025930972 Eed:260622 Ind ID:195739-585 Ind Name:Velocity Esports, Newp Nte*Zzz*738676173\ Trn: 1735930972Tc | 4,077.00 |
| 06/22 | Orig CO Name:Bnkcd Settle Orig ID:1043763809 Desc Date:260618 CO Entry Descr:Merch Dep Sec:CCD Trace#:011500129989598 Eed:260622 Ind ID:286779550163519 Ind Name:Velocity Esports Newpo Trn: 1739989598Tc | 1,090.00 |
| 06/22 | Orig CO Name:Bnkcd Settle Orig ID:1043763809 Desc Date:260619 CO Entry Descr:Merch Dep Sec:CCD Trace#:011500120644012 Eed:260622 Ind ID:286779550163519 Ind Name:Velocity Esports Newpo Trn: 1730644012Tc | 935.00 |
| 06/23 | Orig CO Name:Bnkcd Settle Orig ID:1043763809 Desc Date:260622 CO Entry Descr:Merch Dep Sec:CCD Trace#:011500120039285 Eed:260623 Ind ID:286779550163519 Ind Name:Velocity Esports Newpo Trn: 1740039285Tc | 2,238.00 |
| 06/23 | Orig CO Name:Bnkcd Settle Orig ID:1043763809 Desc Date:260622 CO Entry Descr:Merch Dep Sec:CCD Trace#:011500120039284 Eed:260623 Ind ID:286779550163519 Ind Name:Velocity Esports Newpo Trn: 1740039284Tc | 1,855.00 |
| 06/23 | Orig CO Name:Bnkcd Settle Orig ID:1043763809 Desc Date:260622 CO Entry Descr:Merch Dep Sec:CCD Trace#:011500120039286 Eed:260623 Ind ID:286779550163519 Ind Name:Velocity Esports Newpo Trn: 1740039286Tc | 1,685.00 |
| 06/23 | Orig CO Name:Brinks Capital L Orig ID:9000979655 Desc Date:260623 CO Entry Descr:Payments Sec:CCD Trace#:021000026161881 Eed:260623 Ind ID:195739-1165 Ind Name:Velocity Esports, Newp Nte*Zzz*738676173\ Trn: 1746161881Tc | 961.00 |
| 06/24 | Orig CO Name:Brinks Capital L Orig ID:9000979655 Desc Date:260624 CO Entry Descr:Payments Sec:CCD Trace#:021000023275394 Eed:260624 Ind ID:195739-635 Ind Name:Velocity Esports, Newp Nte*Zzz*738676173\ Trn: 1753275394Tc | 763.00 |
| 06/24 | Orig CO Name:Bnkcd Settle Orig ID:1043763809 Desc Date:260623 CO Entry Descr:Merch Dep Sec:CCD Trace#:011500123390302 Eed:260624 Ind ID:286779550163519 Ind Name:Velocity Esports Newpo Trn: 1753390302Tc | 690.00 |
| 06/25 | Orig CO Name:Brinks Capital L Orig ID:9000979655 Desc Date:260625 CO Entry Descr:Payments Sec:CCD Trace#:021000023497889 Eed:260625 Ind ID:195739-1140 Ind Name:Velocity Esports, Newp Nte*Zzz*738676173\ Trn: 1763497889Tc | 426.00 |
| 06/25 | Orig CO Name:Bnkcd Settle Orig ID:1043763809 Desc Date:260624 CO Entry Descr:Merch Dep Sec:CCD Trace#:011500122101432 Eed:260625 Ind ID:286779550163519 Ind Name:Velocity Esports Newpo Trn: 1762101432Tc | 200.00 |
| 06/26 | Orig CO Name:Brinks Capital L Orig ID:9000979655 Desc Date:260626 CO Entry Descr:Payments Sec:CCD Trace#:021000025125663 Eed:260626 Ind ID:195739-674 Ind Name:Velocity Esports, Newp Nte*Zzz*738676173\ Trn: 1775125663Tc | 890.00 |
| 06/26 | Orig CO Name:Bnkcd Settle Orig ID:1043763809 Desc Date:260625 CO Entry Descr:Merch Dep Sec:CCD Trace#:011500122748930 Eed:260626 Ind ID:286779550163519 Ind Name:Velocity Esports Newpo Trn: 1772748930Tc | 265.00 |
| 06/29 | Orig CO Name:Brinks Capital L Orig ID:9000979655 Desc Date:260629 CO Entry Descr:Payments Sec:CCD Trace#:021000026400545 Eed:260629 Ind ID:195739-315 Ind Name:Velocity Esports, Newp Nte*Zzz*738676173\ Trn: 1806400545Tc | 4,191.00 |
| 06/29 | Orig CO Name:Bnkcd Settle Orig ID:1043763809 Desc Date:260626 CO Entry Descr:Merch Dep Sec:CCD Trace#:011500121519579 Eed:260629 Ind ID:286779550163519 Ind Name:Velocity Esports Newpo Trn: 1801519579Tc | 377.00 |
| 06/30 | Orig CO Name:Bnkcd Settle Orig ID:1043763809 Desc Date:260629 CO Entry Descr:Merch Dep Sec:CCD Trace#:011500120440295 Eed:260630 Ind ID:286779550163519 Ind Name:Velocity Esports Newpo Trn: 1810440295Tc | 2,644.42 |

10496340302000000063

CHASE

May 30, 2026 through June 30, 2026
Account Number: [redacted]6173

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/30 | Orig CO Name:Bnkcd Settle Orig ID:1043763809 Desc Date:260629 CO Entry Descr:Merch Dep Sec:CCD Trace#:011500120440296 Eed:260630 Ind ID:286779550163519 Ind Name:Velocity Esports Newpo Trn: 1810440296Tc | 1,328.00 |
| 06/30 | Orig CO Name:Bnkcd Settle Orig ID:1043763809 Desc Date:260629 CO Entry Descr:Merch Dep Sec:CCD Trace#:011500120440297 Eed:260630 Ind ID:286779550163519 Ind Name:Velocity Esports Newpo Trn: 1810440297Tc | 903.00 |
| 06/30 | Orig CO Name:Brinks Capital L Orig ID:9000979655 Desc Date:260630 CO Entry Descr:Payments Sec:CCD Trace#:021000023344741 Eed:260630 Ind ID:195739-593 Ind Name:Velocity Esports, Newp Nte*Zzz*738676173\ Trn: 1813344741Tc | 112.00 |
| | **Total Deposits and Additions** | **$58,214.58** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/01 | Orig CO Name:Bnkcd Settle Orig ID:1043763809 Desc Date:260529 CO Entry Descr:Mthly Feessec:CCD Trace#:011500125435580 Eed:260601 Ind ID:286779550163519 Ind Name:Velocity Esports Newpo Trn: 1525435580Tc | $584.81 |
| 06/03 | 06/03 Online Transfer To Chk ...6181 Transaction#: 29471649453 | 4,000.00 |
| 06/04 | 06/04 Online Transfer To Chk ...6157 Transaction#: 29487905563 | 2,000.00 |
| 06/05 | 06/05 Online Transfer To Chk ...6181 Transaction#: 29501298411 | 5,000.00 |
| 06/09 | 06/09 Online Transfer To Chk ...8673 Transaction#: 29551218445 | 2,249.45 |
| 06/09 | 06/09 Online Transfer To Chk ...6157 Transaction#: 29557505754 | 1,500.00 |
| 06/16 | 06/16 Online Transfer To Chk ...6157 Transaction#: 29641497081 | 1,700.00 |
| 06/16 | 06/16 Online Transfer To Chk ...6116 Transaction#: 29644566522 | 14,900.26 |
| 06/18 | 06/18 Online Transfer To Chk ...6181 Transaction#: 29665215268 | 3,000.00 |
| 06/23 | Orig CO Name:Brinks Capital Orig ID:4362478302 Desc Date: CO Entry Descr:Corp Col Sec:CCD Trace#:053101122261936 Eed:260623 Ind ID:874482243 Ind Name:Velocity Esports New Trn: 1742261936Tc | 781.52 |
| 06/23 | 06/23 Online Transfer To Chk ...6116 Transaction#: 29733697933 | 15,000.00 |
| 06/23 | 06/23 Online Transfer To Chk ...6157 Transaction#: 29733704566 | 500.00 |
| 06/24 | 06/24 Online Transfer To Chk ...6116 Transaction#: 29738414933 | 656.11 |
| 06/29 | 06/29 Online Transfer To Chk ...6116 Transaction#: 29801696148 | 910.36 |
| 06/29 | 06/29 Online Transfer To Chk ...6157 Transaction#: 29805004095 | 1,400.00 |
| 06/30 | 06/30 Online Transfer To Chk ...6116 Transaction#: 29819823589 | 11,587.76 |
| | **Total Electronic Withdrawals** | **$65,770.27** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/03 | Service Charges For The Month of May | $95.00 |
| | **Total Fees** | **$95.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 06/01 | $13,145.19 | 06/05 | 6,386.19 | 06/11 | 12,056.74 |
| 06/02 | 14,015.19 | 06/08 | 10,311.19 | 06/12 | 13,007.74 |
| 06/03 | 11,971.19 | 06/09 | 9,319.74 | 06/15 | 17,589.74 |
| 06/04 | 10,452.19 | 06/10 | 11,226.74 | 06/16 | 7,092.64 |

CHASE

May 30, 2026 through June 30, 2026
Account Number: [redacted]6173

## DAILY ENDING BALANCE *(continued)*

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 06/17 | 8,442.64 | 06/23 | 2,561.12 | 06/26 | 5,139.01 |
| 06/18 | 6,001.64 | 06/24 | 3,358.01 | 06/29 | 7,396.65 |
| 06/22 | 12,103.64 | 06/25 | 3,984.01 | 06/30 | 796.31 |

## SERVICE CHARGE SUMMARY

| | | |
|---|---|---|
| Monthly Service Fee | $95.00 | |
| Other Service Charges | $0.00 | |
| **Total Service Charges** | **$95.00** | Will be assessed on 7/3/26 |

You were assessed a monthly service fee on your Chase Platinum Business Checking account because you did not maintain the required relationship balance.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 49 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 2 | 500 | 0 | $0.50 | $0.00 |
| **Subtotal Other Service Charges (Will be assessed on 7/3/26)** | | | | | **$95.00** |

| **ACCOUNT** [redacted]6173 | |
|---|---|
| **Monthly Service Fee** | |
| Monthly Service Fee | 1 |
| **Other Service Charges:** | |
| **Electronic Credits** | |
| Electronic Credits | 49 |
| **Credits** | |
| Non-Electronic Transactions | 2 |

Reminder: Fees associated with ACH Payments, Real Time Payments, Same Day ACH, ACH Collections and Chase QuickDeposit[SM] are based on previous month activity.

10496340303000000063

CHASE

May 30, 2026 through June 30, 2026
Account Number: [redacted]173

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

CHASE

JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244 - 4959

May 30, 2026 through June 30, 2026
Account Number: [redacted]8707

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

We accept operator relay calls

00490774 DRE 703 219 18226 NNNNNNNNNNN 1 000000000 64 0000
VELOCITY ESPORTS, INC.
3319 N CICERO AVE UNIT 412002
CHICAGO IL 60641

04907740101000000021

## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $60.00 |
| Ending Balance | 0 | $60.00 |

Your Chase Platinum Business Checking account provides:

- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

CHASE

May 30, 2026 through June 30, 2026
Account Number: [redacted]8707

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

Velocity Esports, Inc.

**10500 Chase - Newp - Petty Cash - 1382, Period Ending 06/30/2026**

**RECONCILIATION REPORT**

Reconciled on: 07/06/2026

Reconciled by: Ryan Singer

Any changes made to transactions after this date aren't included in this report.

**Summary**

| | USD |
|---|---|
| Statement beginning balance | 67.00 |
| Checks and payments cleared (1) | -17.00 |
| Deposits and other credits cleared (2) | 40.00 |
| Statement ending balance | 90.00 |
| Register balance as of 06/30/2026 | 90.00 |

**Details**

Checks and payments cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/31/2026 | Journal | 05312026 - Reclass | | -17.00 |
| Total | | | | -17.00 |

Deposits and other credits cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/31/2026 | Journal | 05312026 - Reclass | | 17.00 |
| 06/04/2026 | Deposit | | | 23.00 |
| Total | | | | 40.00 |

Velocity Esports, Inc.

**10510 Chase - Newp - Petty Cash - DIP - 6157, Period Ending 06/30/2026**

**RECONCILIATION REPORT**

Reconciled on: 07/06/2026

Reconciled by: Ryan Singer

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 652.33 |
| Checks and payments cleared (13) | -7,433.92 |
| Deposits and other credits cleared (7) | 9,900.00 |
| Statement ending balance | 3,118.41 |
| Register balance as of 06/30/2026 | 3,118.41 |

**Details**

Checks and payments cleared (13)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/31/2026 | Journal | AJE 2026 - 01 | | -1,050.00 |
| 06/02/2026 | Bill Payment | | PDQ Doors | -1,048.00 |
| 06/02/2026 | Bill Payment | | Petty Cash - 210 | -794.37 |
| 06/03/2026 | Expense | | | -95.00 |
| 06/04/2026 | Bill Payment | | Kentucky Eagle | -995.10 |
| 06/05/2026 | Bill Payment | | North American Parking | -180.00 |
| 06/10/2026 | Bill Payment | | Petty Cash - 210 | -998.94 |
| 06/11/2026 | Bill Payment | | Mainstay Restaurant Supplies | -133.48 |
| 06/17/2026 | Bill Payment | | Mainstay Restaurant Supplies | -324.66 |
| 06/18/2026 | Bill Payment | | Petty Cash - 210 | -929.49 |
| 06/18/2026 | Bill Payment | | Kentucky Eagle | -283.98 |
| 06/24/2026 | Bill Payment | | Mainstay Restaurant Supplies | -303.31 |
| 06/30/2026 | Check | 1977 | Betson Imperial - 210 | -297.59 |
| Total | | | | -7,433.92 |

Deposits and other credits cleared (7)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/31/2026 | Journal | AJE 2026 - 01 | | 1,050.00 |
| 06/01/2026 | Transfer | | | 1,750.00 |
| 06/04/2026 | Transfer | | | 2,000.00 |
| 06/09/2026 | Transfer | | | 1,500.00 |
| 06/16/2026 | Transfer | | | 1,700.00 |
| 06/23/2026 | Transfer | | | 500.00 |
| 06/29/2026 | Transfer | | | 1,400.00 |
| Total | | | | 9,900.00 |

Velocity Esports, Inc.

**10310 Chase - Venue - Newp - DIP - 6173, Period Ending 06/30/2026**

**RECONCILIATION REPORT**

Reconciled on: 07/06/2026

Reconciled by: Ryan Singer

Any changes made to transactions after this date aren't included in this report.

**Summary**

| | USD |
|---|---|
| Statement beginning balance | 7,807.94 |
| Checks and payments cleared (18) | -66,426.21 |
| Deposits and other credits cleared (51) | 59,414.58 |
| Statement ending balance | 796.31 |
| Uncleared transactions as of 06/30/2026 | 0.00 |
| Register balance as of 06/30/2026 | 796.31 |
| Cleared transactions after 06/30/2026 | 0.00 |
| Uncleared transactions after 06/30/2026 | 2,061.00 |
| Register balance as of 07/06/2026 | 2,857.31 |

**Details**

Checks and payments cleared (18)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/02/2026 | Expense | | EPSG - 210 | -560.94 |
| 06/01/2026 | Bill Payment | | EPSG - 210 | -584.81 |
| 06/03/2026 | Expense | | | -95.00 |
| 06/03/2026 | Transfer | | | -4,000.00 |
| 06/04/2026 | Transfer | | | -2,000.00 |
| 06/05/2026 | Transfer | | | -5,000.00 |
| 06/09/2026 | Transfer | | | -1,500.00 |
| 06/09/2026 | Transfer | | | -2,249.45 |
| 06/16/2026 | Transfer | | | -1,700.00 |
| 06/16/2026 | Transfer | | | -14,900.26 |
| 06/18/2026 | Transfer | | | -3,000.00 |
| 06/23/2026 | Expense | | Brinks Capital, LLC - 210 | -781.52 |
| 06/23/2026 | Transfer | | | -500.00 |
| 06/23/2026 | Transfer | | | -15,000.00 |
| 06/24/2026 | Transfer | | | -656.11 |
| 06/29/2026 | Transfer | | | -1,400.00 |
| 06/29/2026 | Transfer | | | -910.36 |
| 06/30/2026 | Transfer | | | -11,587.76 |
| Total | | | | -66,426.21 |

Deposits and other credits cleared (51)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/08/2026 | Deposit | | | 1,000.00 |
| 04/17/2026 | Deposit | | | 200.00 |
| 05/30/2026 | Deposit | | | 529.00 |
| 06/01/2026 | Deposit | | | 4,754.00 |
| 06/02/2026 | Deposit | | | 335.00 |
| 06/02/2026 | Deposit | | | 535.00 |
| 06/03/2026 | Deposit | | | 2,051.00 |
| 06/04/2026 | Deposit | | | 481.00 |
| 06/05/2026 | Deposit | | | 544.00 |
| 06/05/2026 | Deposit | | | 390.00 |
| 06/06/2026 | Deposit | | | 435.00 |
| 06/08/2026 | Deposit | | | 3,490.00 |
| 06/09/2026 | Deposit | | | 581.00 |
| 06/09/2026 | Deposit | | | 615.00 |
| 06/09/2026 | Deposit | | | 82.00 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/09/2026 | Deposit | | | 1,480.00 |
| 06/10/2026 | Deposit | | | 490.00 |
| 06/10/2026 | Deposit | | | 1,417.00 |
| 06/11/2026 | Deposit | | | 760.00 |
| 06/11/2026 | Deposit | | | 70.00 |
| 06/12/2026 | Deposit | | | 365.00 |
| 06/12/2026 | Deposit | | | 586.00 |
| 06/13/2026 | Deposit | | | 547.00 |
| 06/15/2026 | Deposit | | | 4,035.00 |
| 06/16/2026 | Deposit | | | 1,220.00 |
| 06/16/2026 | Deposit | | | 2,422.16 |
| 06/16/2026 | Deposit | | | 806.00 |
| 06/16/2026 | Deposit | | | 1,655.00 |
| 06/17/2026 | Deposit | | | 1,055.00 |
| 06/17/2026 | Deposit | | | 295.00 |
| 06/18/2026 | Deposit | | | 144.00 |
| 06/18/2026 | Deposit | | | 415.00 |
| 06/19/2026 | Deposit | | | 1,090.00 |
| 06/22/2026 | Deposit | | | 935.00 |
| 06/22/2026 | Deposit | | | 4,077.00 |
| 06/23/2026 | Deposit | | | 1,685.00 |
| 06/23/2026 | Deposit | | | 961.00 |
| 06/23/2026 | Deposit | | | 1,855.00 |
| 06/23/2026 | Deposit | | | 2,238.00 |
| 06/24/2026 | Deposit | | | 690.00 |
| 06/24/2026 | Deposit | | | 763.00 |
| 06/25/2026 | Deposit | | | 426.00 |
| 06/25/2026 | Deposit | | | 200.00 |
| 06/26/2026 | Deposit | | | 265.00 |
| 06/26/2026 | Deposit | | | 890.00 |
| 06/27/2026 | Deposit | | | 377.00 |
| 06/29/2026 | Deposit | | | 4,191.00 |
| 06/30/2026 | Deposit | | | 112.00 |
| 06/30/2026 | Deposit | | | 1,328.00 |
| 06/30/2026 | Deposit | | | 2,644.42 |
| 06/30/2026 | Deposit | | | 903.00 |
| Total | | | | 59,414.58 |

**Additional Information**

Uncleared checks and payments as of 06/30/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/31/2026 | Journal | AJE 2026 - 01 | | -48,485.70 |
| 05/31/2026 | Journal | 04-20-26-2028 | | -1,000.00 |
| Total | | | | -49,485.70 |

Uncleared deposits and other credits as of 06/30/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/31/2026 | Journal | 04-20-26-2028 | | 1,000.00 |
| 05/31/2026 | Journal | AJE 2026 - 01 | | 48,485.70 |
| Total | | | | 49,485.70 |

Uncleared deposits and other credits after 06/30/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/01/2026 | Deposit | | | 928.00 |
| 07/01/2026 | Deposit | | | 320.00 |
| 07/02/2026 | Deposit | | | 198.00 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/02/2026 | Deposit | | | 615.00 |
| Total | | | | 2,061.00 |

Velocity Esports, Inc.

**10300 Chase - Venue - Newp - 8707, Period Ending 06/30/2026**

**RECONCILIATION REPORT**

Reconciled on: 07/03/2026

Reconciled by: Ryan Singer

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 60.00 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 60.00 |
| Register balance as of 06/30/2026 | 60.00 |