MATTHEW I. KNEPPER, ESQ.
Nevada Bar No. 12796
BRENDEN J. GOUGEON, ESQ.
Nevada Bar No. 16874
**NEVADA BANKRUPTCY ATTORNEYS LLC**
5940 S. Rainbow Blvd. Ste 400
PMB 99721
Las Vegas, Nevada 89118
Telephone: (702) 805-1659
Fascimile: (702) 805-1659
E-mail: mknepper@nvbankruptcyattorneys.com
E-mail: bgougeon@nvbankruptcyattorneys.com

*Counsel for Jointly Administered Debtors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re:

VELOCITY ESPORTS, INC.,

☐ Affects Velocity Esports, Inc.
☐ Affects Velocity Esports Las Vegas Town Square, LLC
☐ Affects Velocity Esports Chicago Schaumburg, LLC
☐ Affects Velocity Esports Newport Kentucky, LLC
☐ Affects Velocity Esports Orlando Downtown, LLC
■ Affects All Debtors

Debtors.

Case No.: 25-12627-mkn

Jointly Administered with
Case No. 25-12628-mkn
Case No. 25-12629-mkn
Case No. 25-12630-mkn
Case No. 25-12631-mkn

Chapter 11

**EX PARTE MOTION FOR ORDER: (I) CONDITIONALLY APPROVING DISCLOSURE STATEMENT; (II) APPROVING SOLICITATION PACKAGES, BALLOTS, NON-VOTING NOTICES, AND SOLICITATION PROCEDURES; (III) ESTABLISHING RECORD DATE, VOTING DEADLINE, AND OBJECTION DEADLINES; (IV) SCHEDULING COMBINED HEARING ON FINAL APPROVAL OF DISCLOSURE STATEMENT AND CONFIRMATION OF PLAN; AND (V) GRANTING RELATED RELIEF**

**Hearing Date: September 15, 2026**
**Hearing Time: 9:30 a.m.**

NEVADA BANKRUPTCY ATTORNEYS, LLC
5940 S. Rainbow Blvd., Ste 400
PMB 99721
Las Vegas, Nevada 89118
Tel: (702) 850-2192 Fax: (702) 805-1597

NEVADA BANKRUPTCY ATTORNEYS, LLC
5940 S. Rainbow Blvd., Ste 400
PMB 99721
Las Vegas, Nevada 89118
Tel: (702) 850-2192 Fax: (702) 805-1597

The above-captioned debtors and debtors in possession (collectively, the "Debtors"), as proponents of the Debtors' Joint Chapter 11 Plan of Reorganization #2 [ECF No. 284] (the "Plan"), submit this Certification of Acceptance and Rejection of Chapter 11 Plan and Notice of Limited Voting-Deadline Extensions for Certain Individual Holders (the "Certification") pursuant to 11 U.S.C. section 1126, Federal Rule of Bankruptcy Procedure 3018, Local Bankruptcy Rule 3018, and the Court's Conditional Approval Order [ECF No. 297] (the "Conditional Approval Order").

**CERTIFICATION OF BALLOT RESULTS AS OF THE TABULATION CUTOFF**

1. The Conditional Approval Order established August 19, 2026, at 4:00 p.m. prevailing Pacific Time as the deadline for eligible holders of impaired Claims to submit ballots accepting or rejecting the Plan (the "Original Voting Deadline").

2. The undersigned caused the ballots received by the Debtors as of August 24, 2026 (the "Tabulation Cutoff") to be reviewed and tabulated in accordance with the Conditional Approval Order, the Plan, section 1126 of the Bankruptcy Code, Federal Rule of Bankruptcy Procedure 3018, and Local Bankruptcy Rule 3018. The Conditional Approval Order required the Debtors to file the Ballot Summary on or before August 24, 2026, but did not establish a separate time-of-day cutoff for that filing date.

3. Exhibit A accurately states, as of the Tabulation Cutoff, the number and allowed voting amount of Claims in each voting Class accepting and rejecting the Plan. Only otherwise valid ballots received by the applicable Voting Deadline have been included. A holder that did not submit a ballot has not been counted as either accepting or rejecting the Plan.

4. Newtek Bank, N.A. submitted a ballot rejecting the Plan in Class 1. The ballot has been included in the Class 1 rejecting totals shown on Exhibit A in the allowed voting amount of $2,486,502.27. Newtek's ballot includes a creditor notation asserting payments and sale proceeds totaling $1,492,239.14 and an approximate remaining balance of $994,263.13; the Debtors

NEVADA BANKRUPTCY ATTORNEYS, LLC
5940 S. Rainbow Blvd., Ste 400
PMB 99721
Las Vegas, Nevada 89118
Tel: (702) 850-2192 Fax: (702) 805-1597

reserve all rights concerning claim allowance, payment credits, reconciliation, secured status, priority, and treatment.

5. Woodfield Mall LLC submitted a ballot rejecting the Plan in Class 6. The ballot has been included in the Class 6 rejecting totals shown on Exhibit A in the allowed voting amount of $1,135,053.73.

6. As of the Tabulation Cutoff, no ballot had been received from any holder of a Class 2B Newport Secured Equipment Lender Claim, from NFS Capital, LLC, from NOTL Property Owner LLC, from SRMF Town Square Owner LLC, or from 434 N. Orange Investment, LLC. None of those holders has been counted as accepting or rejecting the Plan in this Certification, except to the extent a timely supplemental ballot is later received and tabulated under a holder-specific extension disclosed below or a further order of the Court.

**NOTICE OF LIMITED HOLDER-SPECIFIC EXTENSIONS**

7. Paragraph 23 of the Conditional Approval Order authorizes the Debtors to extend the Voting Deadline for individual holders of Claims without further order of the Court, so long as the extension does not prejudice any party in interest and is disclosed in the Ballot Summary or otherwise filed with the Court. Paragraph 23 further provides that any class-wide extension must be made by further order of the Court or as otherwise permitted in the Conditional Approval Order.

8. Pursuant to paragraph 23, the Debtors granted limited extensions of the Voting Deadline solely to the following individual holders of Claims:

| Individual Holder of Claim | Class | Holder-Specific Extended Voting Deadline |
|---|---|---|
| NFS Capital, LLC | Class 4 | August 31, 2026 |
| NOTL Property Owner LLC | Class 5 | August 31, 2026 |
| SRMF Town Square Owner LLC | Class 5 | August 31, 2026 |

9. Each extension applies solely to the individual holder identified above. The Debtors have not extended the Voting Deadline for any Class as such or for any other holder of a Claim.

10. Each named holder remains free to accept or reject the Plan. The extensions are not conditioned upon, and do not require, acceptance of the Plan. The Debtors will tabulate any otherwise valid ballot received by the applicable holder-specific extended Voting Deadline according to the vote expressed on that ballot.

11. The extensions do not alter, withdraw, disregard, or permit a change to any ballot previously submitted, including the rejecting ballots submitted by Newtek Bank, N.A. and Woodfield Mall LLC. The extensions also do not modify the Plan treatment of any Claim, extend any other deadline, or change the confirmation hearing.

12. The extensions are of limited duration, are disclosed through this timely Certification, and will not delay the confirmation hearing. All ballots received by the applicable deadlines will be tabulated under the same standards, and all previously submitted ballots remain counted. The Debtors therefore believe that the limited extensions do not prejudice any party in interest.

**SUPPLEMENTAL CERTIFICATION AND RETENTION OF BALLOTS**

13. Promptly after receipt of ballots from the named holders or expiration of the holder-specific extended Voting Deadlines, the Debtors will file a Supplemental Certification of Acceptance and Rejection of Chapter 11 Plan. The Supplemental Certification will identify any ballot received within an extended deadline and update the number and allowed voting amount of accepting and rejecting Claims in each affected Class.

14. If a named holder does not return a ballot by its holder-specific extended Voting Deadline, that holder will remain a nonvoter and will not be counted as accepting or rejecting the Plan. Any ballot received after the applicable holder-specific extended Voting Deadline will be excluded absent further order of the Court.

NEVADA BANKRUPTCY ATTORNEYS, LLC
5940 S. Rainbow Blvd., Ste 400
PMB 99721
Las Vegas, Nevada 89118
Tel: (702) 850-2192 Fax: (702) 805-1597

NEVADA BANKRUPTCY ATTORNEYS, LLC
5940 S. Rainbow Blvd., Ste 400
PMB 99721
Las Vegas, Nevada 89118
Tel: (702) 850-2192 Fax: (702) 805-1597

15. In accordance with Local Bankruptcy Rule 3018, the Debtors will retain the original ballots for the required retention period and will have the originals available at the confirmation hearing for inspection and review by the Court and parties in interest.

I declare under penalty of perjury under the laws of the United States that the foregoing Certification and Exhibit A are true and correct to the best of my knowledge, information, and belief.

Executed on August 24, 2026, at Las Vegas, Nevada.

s/ *Philip N. Kaplan*
Philip N. Kaplan
Authorized Representative
On behalf of the Debtors and Plan Proponents

Prepared and submitted by:
**NEVADA BANKRUPTCY ATTORNEYS, LLC**

/s/ *Matthew I. Knepper*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
5940 S. Rainbow Blvd., Suite 400, PMB 99721
Las Vegas, Nevada 89118
Attorneys for Debtors and Plan Proponents

NEVADA BANKRUPTCY ATTORNEYS, LLC
5940 S. Rainbow Blvd., Ste 400
PMB 99721
Las Vegas, Nevada 89118
Tel: (702) 850-2192 Fax: (702) 805-1597

**EXHIBIT A**

BALLOT TABULATION AS OF AUGUST 24, 2026

| Class | Description / Voting Status | Accepting Ballots (# / Amount) | Rejecting Ballots (# / Amount) |
|---|---|---|---|
| 1 | Newtek Bank, N.A. Secured Claims | 0 / $0.00 | 1 / $994,263.13 |
| 2B | Newport Secured Equipment Lenders; no ballot received as of this Certification | 0 / $0.00 | 0 / $0.00 |
| 4 | Allowed Claims of NFS Capital, LLC; NFS ballot not received; holder-specific extended deadline pending | 0 / $0.00 | 0 / $0.00 |
| 5 | Continuing Landlord Claims; NOTL and SRMF Town Square ballots not received; holder-specific extended deadlines pending | 0 / $0.00 | 0 / $0.00 |
| 6 | Legacy Landlord Lease Claims; Woodfield ballot rejects; no ballot received from 434 N. Orange Investment, LLC | 0 / $0.00 | 1 / $1,135,053.73 |

**Notes:**

Note 1. Only eligible, otherwise valid ballots received by the applicable Voting Deadline are included in the accepting and rejecting totals.

Note 2. Nonvoters are not counted as accepting or rejecting the Plan.

Note 3. Class 4 and Class 5 remain provisional only as to the specific individual holders whose deadlines have been extended pursuant to paragraph 23 of the Conditional Approval Order. Any ballot received within a holder-specific extended Voting Deadline will be reported in a Supplemental Certification.

Note 4. Unimpaired Classes deemed to accept under 11 U.S.C. section 1126(f), and Classes deemed to reject under section 1126(g), are identified below for disclosure purposes but are not treated as returned ballots.

NEVADA BANKRUPTCY ATTORNEYS, LLC
5940 S. Rainbow Blvd., Ste 400
PMB 99721
Las Vegas, Nevada 89118
Tel: (702) 850-2192 Fax: (702) 805-1597