# Bank Statements

# and

# Reconciliation Reports

CHASE

JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244 - 4959

July 01, 2026 through July 31, 2026
Account Number: [redacted]3580

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

We accept operator relay calls

00522403 DRE 703 219 21326 NNNNNNNNNNN 1 000000000 64 0000
VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC
3838 N KENNETH AVE
CHICAGO IL 60641-2814

05224030101000000021

## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$59.00** |
| Deposits and Additions | 1 | 36.00 |
| Fees | 1 | -95.00 |
| **Ending Balance** | **2** | **$0.00** |

Your Chase Platinum Business Checking account provides:

- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures or visit a Chase branch.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/06 | Online Transfer From Chk ...6116 Transaction#: 29880479694 | $36.00 |
| **Total Deposits and Additions** | | **$36.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/01 | Service Charges For The Month of June | $95.00 |
| **Total Fees** | | **$95.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 07/01 | -$36.00 |
| 07/06 | 0.00 |

## SERVICE CHARGE SUMMARY

Chase Platinum Business Checking Accounts Included: [redacted]5330

CHASE

July 01, 2026 through July 31, 2026
Account Number: [redacted]3580

## SERVICE CHARGE SUMMARY *(continued)*

| | | |
|---|---|---|
| Monthly Service Fee | $95.00 | |
| Other Service Charges | $0.00 | |
| **Total Service Charges** | **$95.00** | Will be assessed on 8/3/26 |

You were assessed a monthly service fee on your Chase Platinum Business Checking account because you did not maintain the required relationship balance.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| **Subtotal Other Service Charges (Will be assessed on 8/3/26)** | | | | | **$95.00** |

**ACCOUNT**[redacted]3580

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | | |

Reminder: Fees associated with ACH Payments, Real Time Payments, Same Day ACH, ACH Collections and Chase QuickDeposit℠ are based on previous month activity.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

CHASE

JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244 - 4959

July 01, 2026 through July 31, 2026
Account Number: [redacted]5330

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

We accept operator relay calls

00212569 DRE 703 219 21326 NNNNNNNNNNN 1 000000000 64 0000
VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC
3838 N KENNETH AVE
CHICAGO IL 60641-2814

0212569010100000021

## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$50.00** |
| Electronic Withdrawals | 1 | -50.00 |
| **Ending Balance** | **1** | **$0.00** |

Your Chase Platinum Business Checking account provides:

- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures or visit a Chase branch.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/29 | 07/29 Online Transfer To Chk ...6116 Transaction#: 30186341307 | $50.00 |
| **Total Electronic Withdrawals** | | **$50.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 07/29 | $0.00 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

CHASE

July 01, 2026 through July 31, 2026

Account Number: [redacted] 33

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

CHASE

JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244 - 4959

July 01, 2026 through July 31, 2026
Account Number: [redacted]7658

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00050791 DRE 111 142 21726 NNNNNNNNNNN T 1 000000000 D7 0000
VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC
DEBTOR IN POSSESSION CASE #25-12628
3838 N KENNETH AVE
CHICAGO IL 60641-2814

## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$50,650.01** |
| Deposits and Additions | 1 | 12,645.56 |
| Electronic Withdrawals | 2 | -15,953.40 |
| Fees | 1 | -95.00 |
| **Ending Balance** | **4** | **$47,247.17** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures or visit a Chase branch.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/23 | Online Transfer From Chk ...6116 Transaction#: 30114481165 | $12,645.56 |
| **Total Deposits and Additions** | | **$12,645.56** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/21 | 07/21 Online Transfer To Chk ...6116 Transaction#: 30093525461 | $2,662.77 |
| 07/22 | 07/22 Online Transfer To Chk ...6116 Transaction#: 30105205946 | 13,290.63 |
| **Total Electronic Withdrawals** | | **$15,953.40** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/03 | Service Charges For The Month of June | $95.00 |
| **Total Fees** | | **$95.00** |

CHASE

July 01, 2026 through July 31, 2026
Account Number: [redacted]7658

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 07/03 | $50,555.01 |
| 07/21 | 47,892.24 |
| 07/22 | 34,601.61 |
| 07/23 | 47,247.17 |

## SERVICE CHARGE SUMMARY

| | | |
|---|---|---|
| Monthly Service Fee | $95.00 | |
| Other Service Charges | $0.00 | |
| **Total Service Charges** | **$95.00** | Will be assessed on 8/5/26 |

You were assessed a monthly service fee on your Chase Platinum Business Checking account because you did not maintain the required relationship balance.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| **Other Service Charges:** | | | | | |
| **Cash Management Services** | | | | | |
| Debit Block Maintenance | 1 | 0 | 1 | $0.00 | $0.00 |
| **Subtotal Other Service Charges (Will be assessed on 8/5/26)** | | | | | **$95.00** |
| **ACCOUNT** [redacted]7658 | | | | | |
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | | |
| **Other Service Charges:** | | | | | |
| **Cash Management Services** | | | | | |
| Debit Block Maintenance | 1 | | | | |

Reminder: Fees associated with ACH Payments, Real Time Payments, Same Day ACH, ACH Collections and Chase QuickDeposit[SM] are based on previous month activity.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

CHASE

JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244 - 4959

July 01, 2026 through July 31, 2026
Account Number: [redacted]7682

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00049811 DRE 111 142 21726 NNNNNNNNNNN T 1 000000000 D3 0000
VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC
DEBTOR IN POSSESSION CASE #25-12628
3838 N KENNETH AVE
CHICAGO IL 60641-2814

00498110101000000021

## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$2,806.00** |
| Fees | 1 | -95.00 |
| **Ending Balance** | **1** | **$2,711.00** |

Your Chase Platinum Business Checking account provides:

- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures or visit a Chase branch.

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/03 | Service Charges For The Month of June | $95.00 |
| **Total Fees** | | **$95.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 07/03 | $2,711.00 |

## SERVICE CHARGE SUMMARY

| | | |
|---|---|---|
| Monthly Service Fee | $95.00 | |
| Other Service Charges | $0.00 | |
| **Total Service Charges** | **$95.00** | Will be assessed on 8/5/26 |

You were assessed a monthly service fee on your Chase Platinum Business Checking account because you did not maintain the required relationship balance.

CHASE

July 01, 2026 through July 31, 2026
Account Number: [redacted]7682

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| **Subtotal Other Service Charges (Will be assessed on 8/5/26)** | | | | | **$95.00** |
| **ACCOUNT** [redacted]7682 | | | | | |
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | | |

Reminder: Fees associated with ACH Payments, Real Time Payments, Same Day ACH, ACH Collections and Chase QuickDeposit℠ are based on previous month activity.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

Velocity Esports, Inc.

**10400 Chase - Venue - LasV - 3580, Period Ending 07/31/2026**

**RECONCILIATION REPORT**

Reconciled on: 08/04/2026

Reconciled by: Ryan Singer

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 59.00 |
| Checks and payments cleared (3) | -211.00 |
| Deposits and other credits cleared (3) | 152.00 |
| Statement ending balance | 0.00 |
| | |
| Register balance as of 07/31/2026 | 0.00 |
| Cleared transactions after 07/31/2026 | 0.00 |
| Uncleared transactions after 07/31/2026 | -95.00 |
| Register balance as of 08/04/2026 | -95.00 |

**Details**

Checks and payments cleared (3)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/30/2026 | Journal | 06-30-2026 RECLASS | | -80.00 |
| 07/01/2026 | Expense | | | -95.00 |
| 07/31/2026 | Journal | 07312026-AJE02 | | -36.00 |
| Total | | | | -211.00 |

Deposits and other credits cleared (3)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/30/2026 | Journal | 06-30-2026 RECLASS | | 80.00 |
| 07/04/2026 | Transfer | | | 36.00 |
| 07/31/2026 | Journal | 07312026-AJE02 | | 36.00 |
| Total | | | | 152.00 |

**Additional Information**

Uncleared checks and payments after 07/31/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/03/2026 | Expense | | | -95.00 |
| Total | | | | -95.00 |

Velocity Esports, Inc.

**10600 Chase - LasV - Petty Cash - 5330, Period Ending 07/31/2026**

**RECONCILIATION REPORT**

Reconciled on: 08/04/2026

Reconciled by: Ryan Singer

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 50.00 |
| Checks and payments cleared (2) | -100.00 |
| Deposits and other credits cleared (1) | 50.00 |
| Statement ending balance | 0.00 |
| Register balance as of 07/31/2026 | 0.00 |

**Details**

Checks and payments cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/29/2026 | Transfer | | | -50.00 |
| 07/31/2026 | Journal | 07312026-AJE02 | | -50.00 |
| Total | | | | -100.00 |

Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/31/2026 | Journal | 07312026-AJE02 | | 50.00 |
| Total | | | | 50.00 |

Velocity Esports, Inc.

**10410 Chase - Venue - LasV - DIP - 7658, Period Ending 07/31/2026**

**RECONCILIATION REPORT**

Reconciled on: 08/04/2026

Reconciled by: Ryan Singer

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 50,650.01 |
| Checks and payments cleared (7) | -149,207.57 |
| Deposits and other credits cleared (5) | 145,804.73 |
| Statement ending balance | 47,247.17 |
| Uncleared transactions as of 07/31/2026 | 37,394.74 |
| Register balance as of 07/31/2026 | 84,641.91 |

**Details**

Checks and payments cleared (7)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/31/2026 | Journal | 05312026 - Reclass | | -232.20 |
| 05/31/2026 | Journal | AJE 2026 - 01 | | -86,938.86 |
| 06/30/2026 | Journal | 06-30-2026 RECLASS | | -42,680.27 |
| 07/03/2026 | Expense | | | -95.00 |
| 07/21/2026 | Transfer | | | -2,662.77 |
| 07/22/2026 | Transfer | | | -13,290.63 |
| 07/31/2026 | Journal | 07312026-AJE02 | | -3,307.84 |
| Total | | | | -149,207.57 |

Deposits and other credits cleared (5)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/31/2026 | Journal | AJE 2026 - 01 | | 86,938.86 |
| 05/31/2026 | Journal | 05312026 - Reclass | | 232.20 |
| 06/30/2026 | Journal | 06-30-2026 RECLASS | | 42,680.27 |
| 07/23/2026 | Transfer | | | 12,645.56 |
| 07/31/2026 | Journal | 07312026-AJE02 | | 3,307.84 |
| Total | | | | 145,804.73 |

**Additional Information**

Uncleared deposits and other credits as of 07/31/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/31/2026 | Journal | 05312026 LV - JE | | 37,394.74 |
| Total | | | | 37,394.74 |

Velocity Esports, Inc.

**10610 Chase - LasV - Petty Cash - DIP - 7682, Period Ending 07/31/2026**

**RECONCILIATION REPORT**

Reconciled on: 08/04/2026

Reconciled by: Ryan Singer

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 2,806.00 |
| Checks and payments cleared (1) | -95.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 2,711.00 |
| Register balance as of 07/31/2026 | 2,711.00 |

**Details**

Checks and payments cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/03/2026 | Expense | | | -95.00 |
| Total | | | | -95.00 |