MATTHEW I. KNEPPER, ESQ.
Nevada Bar No. 12796
BRENDEN J. GOUGEON, ESQ.
Nevada Bar No. 16874
**NEVADA BANKRUPTCY ATTORNEYS, LLC**
5502 S. Fort Apache Rd., Suite 200
Las Vegas, Nevada 89148-7700
Telephone: (702) 660-4228
Facsimile: (702) 660-4228
Email: mknepper@nvbankruptcyattorneys.com
Email: bgougeon@nvbankruptcyattorneys.com

*Attorneys for Jointly Administered Debtors and Plan Proponents*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re:

VELOCITY ESPORTS, INC.,
☐ Affects Velocity Esports, Inc.
☐ Affects Velocity Esports Las Vegas Town Square, LLC
☐ Affects Velocity Esports Chicago Schaumburg, LLC
☐ Affects Velocity Esports Newport Kentucky, LLC
☐ Affects Velocity Esports Orlando Downtown, LLC
■ Affects All Debtors

Debtors.

**Case No.: 25-12627-mkn**

**Jointly Administered with**
Case No. 25-12628-mkn
Case No. 25-12629-mkn
Case No. 25-12630-mkn
Case No. 25-12631-mkn

**Chapter 11**

**STIPULATION TO CONTINUE COMBINED HEARING ON FINAL APPROVAL OF DISCLOSURE STATEMENT AND CONFIRMATION OF JOINT CHAPTER 11 PLAN OF REORGANIZATION #2; NOTICE OF CONTINUANCE FROM SEPTEMBER 15, 2026, AT 9:30 A.M. TO OCTOBER 6, 2026, AT 1:30 P.M.**

Previous Date: September 15, 2026
Previous Time: 9:30 a.m.

Velocity Esports, Inc., Velocity Esports Las Vegas Town Square, LLC, Velocity Esports Chicago Schaumburg, LLC, Velocity Esports Newport Kentucky, LLC, and Velocity Esports Orlando Downtown, LLC, as debtors and debtors in possession and Plan proponents (collectively, the “Debtors”); Newtek Bank, N.A. (“Newtek”); Woodfield Mall LLC (“Woodfield”); and 434 N.

NEVADA BANKRUPTCY ATTORNEYS, LLC
5502 S. Fort Apache Rd., Ste 200
Las Vegas, Nevada 89148-7700
Tel: (702) 660-4228 Fax: (702) 660-4228

NEVADA BANKRUPTCY ATTORNEYS, LLC
5502 S. Fort Apache Rd., Ste 200
Las Vegas, Nevada 89148-7700
Tel: (702) 660-4228 Fax: (702) 660-4228

Orange Investment, LLC ("Orange"), by and through their respective counsel (collectively, the "Stipulating Parties"), stipulate and agree, subject to approval by the Court, as follows:

1. On May 28, 2026, the Debtors filed their Joint Chapter 11 Plan of Reorganization #2 [ECF No. 284] (the "Plan"). On July 8, 2026, the Debtors filed the Disclosure Statement to Accompany Debtors' Joint Chapter 11 Plan of Reorganization #2 [ECF No. 294] (the "Disclosure Statement").

2. On July 10, 2026, the Court entered the Conditional Approval Order [ECF No. 297], which conditionally approved the Disclosure Statement, approved solicitation procedures, and scheduled a combined hearing on final approval of the Disclosure Statement and confirmation of the Plan for September 15, 2026, at 9:30 a.m. (the "Combined Hearing").

3. Newtek filed an objection to confirmation at ECF No. 336. Woodfield filed an objection to final approval of the Disclosure Statement at ECF No. 337 and an objection to confirmation at ECF No. 338. Orange filed an objection to confirmation at ECF No. 341. Those objections remain pending.

4. Since the objections were filed, the Debtors and the objecting creditors have been discussing possible consensual resolutions and narrower stipulated Plan treatment. Those matters bear directly on the confirmation record.

5. The remaining Park City collateral transaction is presently scheduled to close on September 18, 2026, after the currently scheduled Combined Hearing. A September 2, 2026 estimated settlement statement reflects a $928,000.00 sale price and an estimated $857,275.51 payoff to Newtek, subject to final closing adjustments. Completion of that transaction will materially clarify the amount and treatment of any remaining Newtek balance and may facilitate consensual resolution of Newtek's objection.

6. A short continuance will permit the Stipulating Parties to complete ongoing negotiations, allow the Debtors to update or supplement the Plan, Disclosure Statement, feasibility evidence, transaction record, and confirmation declarations as appropriate, and permit the Court to consider final approval and confirmation on a more complete and focused record.

NEVADA BANKRUPTCY ATTORNEYS, LLC
5502 S. Fort Apache Rd., Ste 200
Las Vegas, Nevada 89148-7700
Tel: (702) 660-4228 Fax: (702) 660-4228

7. Continuing the Combined Hearing by twenty-one days will not prejudice any party in interest. Existing ballots, objections, reservations of rights, and evidentiary objections will remain preserved except as otherwise expressly agreed in writing or ordered by the Court.

8. Good cause therefore exists under 11 U.S.C. § 105(a), Federal Rule of Bankruptcy Procedure 9006(b), and Local Bankruptcy Rules 1001(d), 3017, 3020, and 9014(g) to continue the Combined Hearing and establish the supplemental schedule set forth below.

**STIPULATION**

NOW, THEREFORE, the Stipulating Parties agree and respectfully request that the Court enter the separately submitted proposed order providing as follows:

1. The Combined Hearing on final approval of the Disclosure Statement and confirmation of the Plan, including consideration of the objections at ECF Nos. 336, 337, 338, and 341, is continued from September 15, 2026, at 9:30 a.m. to October 6, 2026, at 1:30 p.m., before the Honorable Michael K. Nakagawa, or to such other time or courtroom as the Court may designate.

2. The existing objections, ballots, and certifications remain part of the record and need not be refiled. The continuance alone does not reopen the voting deadline or the original objection deadline and does not require re-solicitation. Any issue concerning the effect of a later Plan modification or supplemental disclosure remains subject to Federal Rule of Bankruptcy Procedure 3019 and further order of the Court.

3. On or before September 22, 2026, at 4:00 p.m. prevailing Pacific Time, the Debtors may file: (a) replies in support of final approval of the Disclosure Statement and confirmation of the Plan; (b) confirmation declarations and exhibits; (c) any modified Plan and comparison required by Local Bankruptcy Rule 3019; (d) any supplement to the Disclosure Statement; (e) any updated feasibility or liquidation materials; and (f) notices concerning entry of the Newport MIPA order, the corrected NOTL order, the Park City closing, or any stipulation resolving an objection.

4. On or before September 29, 2026, the United States Trustee may file her objection to plan confirmation. Existing objections remain preserved without supplementation.

5. On or before October 2, 2026, the Debtors may file a reply to the United States Trustee's objection.

6. Nothing in this Stipulation resolves the merits of any objection, constitutes acceptance or rejection of any proposed Plan modification, waives any claim, defense, lien, priority, appeal right, evidentiary objection, or jurisdictional position, or affects any separate hearing, deadline, injunction, or order in an adversary proceeding except as expressly stated in a separate writing or order.

/ / /

NEVADA BANKRUPTCY ATTORNEYS, LLC
5502 S. Fort Apache Rd., Ste 200
Las Vegas, Nevada 89148-7700
Tel: (702) 660-4228 Fax: (702) 660-4228

7. Following entry of the proposed order, the Debtors will promptly file and serve notice of the continued Combined Hearing on all parties entitled to notice under the Conditional Approval Order and applicable law.

IT IS SO STIPULATED.

DATED this 9th day of September, 2026.

**NEVADA BANKRUPTCY ATTORNEYS, LLC**
By: /s/ *Matthew I. Knepper*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Brenden J. Gougeon, Esq.
Nevada Bar No. 16874
5502 S. Fort Apache Rd., Suite 200
Las Vegas, Nevada 89148-7700

*Counsel for Jointly Administered Debtors and Plan Proponents*

**ALDRIDGE PITE, LLP**
By: s/ *Todd S. Garan*
Richard Samuel Ehlers, Esq.
Nevada Bar No. 9313
Todd S. Garan, Esq.
Admitted Pro Hac Vice
9205 West Russell Road, Building 3, Suite 240
Las Vegas, Nevada 89148

*Counsel for Newtek Bank, N.A.*

**BG LAW LLP**
By: s/ *Jessica L. Bagdanov*
Steven T. Gubner, Esq.
Nevada Bar No. 4624
Jessica L. Bagdanov, Esq.
Admitted Pro Hac Vice
Jessica S. Wellington, Esq.
Admitted Pro Hac Vice
300 S. 4th Street, Suite 1550
Las Vegas, Nevada 89101

*Counsel for Woodfield Mall LLC*

**THE VERSTANDIG LAW FIRM, LLC**
By: s/ *Maurice B. Verstandig*
Maurice B. VerStandig, Esq.
Nevada Bar No. 15346
1452 W. Horizon Ridge Pkwy., #665
Henderson, Nevada 89012

*Counsel for 434 N. Orange Investment, LLC*

**OFFICE OF THE UNITED STATES TRUSTEE**

By: s/ *Justin Valencia*
Justin Valencia, Trial Attorney
Trial Attorney
U.S. Department of Justice
Office of the United States Trustee, Region 17
300 Las Vegas Boulevard South, Suite 4300
Las Vegas, NV 89101

NEVADA BANKRUPTCY ATTORNEYS, LLC
5502 S. Fort Apache Rd., Ste 200
Las Vegas, Nevada 89148-7700
Tel: (702) 660-4228 Fax: (702) 660-4228