NEVADA BANKRUPTCY ATTORNEYS, LLC
5502 S. Fort Apache Rd., Ste 200
Las Vegas, Nevada 89148-7700
Tel: (702) 660-4228 Fax: (702) 660-4228

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re:

VELOCITY ESPORTS, INC.,
☐ Affects Velocity Esports, Inc.
☐ Affects Velocity Esports Las Vegas Town Square, LLC
☐ Affects Velocity Esports Chicago Schaumburg, LLC
☐ Affects Velocity Esports Newport Kentucky, LLC
☐ Affects Velocity Esports Orlando Downtown, LLC
■ Affects All Debtors

Debtors.

**Case No.: 25-12627-mkn**

**Jointly Administered with**
Case No. 25-12628-mkn
Case No. 25-12629-mkn
Case No. 25-12630-mkn
Case No. 25-12631-mkn

**Chapter 11**

**ORDER APPROVING SECOND STIPULATION TO CONTINUE COMBINED HEARING ON FINAL APPROVAL OF DISCLOSURE STATEMENT AND CONFIRMATION OF JOINT CHAPTER 11 PLAN OF REORGANIZATION #2**

Date: October 6, 2026
Time: 1:30 p.m.

Upon consideration of the Second Stipulation to Continue Combined Hearing on Final Approval of Disclosure Statement and Confirmation of Joint Chapter 11 Plan of Reorganization #2 (the "Stipulation"); the Court having jurisdiction under 28 U.S.C. §§ 157 and 1334; venue being proper; the Stipulation having been signed by the Debtors and the creditors that filed the pending

NEVADA BANKRUPTCY ATTORNEYS, LLC
5502 S. Fort Apache Rd., Ste 200
Las Vegas, Nevada 89148-7700
Tel: (702) 660-4228 Fax: (702) 660-4228

objections to final approval or confirmation; notice being adequate under the circumstances; and good cause appearing,

**IT IS ORDERED**:

1. The Stipulation is **APPROVED**.

2. The combined hearing on final approval of the Disclosure Statement [ECF No. 294] and confirmation of the Joint Chapter 11 Plan of Reorganization #2 [ECF No. 284], including consideration of the objections at ECF Nos. 336, 337, 338, and 341, is **CONTINUED** from October 6, 2026, at 1:30 p.m. to December ____, 2026, at _____ .m., before the Honorable Michael K. Nakagawa, or such other time or courtroom as the Court may designate.

3. The existing objections, ballots, and certifications remain part of the record and need not be refiled. The continuance alone does not reopen the voting deadline or the original objection deadline and does not require re-solicitation. The effect of any later Plan modification or supplemental disclosure remains subject to Federal Rule of Bankruptcy Procedure 3019 and further order of the Court.

4. On or before December 1, 2026, the Debtors may file replies in support of final approval and confirmation, confirmation declarations and exhibits, any modified Plan and comparison required by Local Bankruptcy Rule 3019, any supplement to the Disclosure Statement, updated feasibility or liquidation materials, and notices concerning subsequent transaction orders, closings, or stipulations resolving objections.

5. On or before December 8, 2026, the United States Trustee may file her objection to plan confirmation.

6. On or before December 11, 2026, the Debtors may file a reply to the United States Trustee's objection.

7. Except as expressly provided in this Order, no other hearing or deadline in the main cases or any adversary proceeding is continued, vacated, or modified.

NEVADA BANKRUPTCY ATTORNEYS, LLC
5502 S. Fort Apache Rd., Ste 200
Las Vegas, Nevada 89148-7700
Tel: (702) 660-4228 Fax: (702) 660-4228

8. Nothing in this Order resolves the merits of any objection; approves any Plan modification; determines whether supplemental solicitation is required; or waives any claim, defense, lien, priority, appeal right, evidentiary objection, or jurisdictional position.

9. Within two business days after entry of this Order, the Debtors shall file and serve notice of the continued Combined Hearing on all parties entitled to notice under the Conditional Approval Order [ECF No. 297] and applicable law.

/ / /

NEVADA BANKRUPTCY ATTORNEYS, LLC
5502 S. Fort Apache Rd., Ste 200
Las Vegas, Nevada 89148-7700
Tel: (702) 660-4228 Fax: (702) 660-4228

10. The Court retains jurisdiction to interpret and enforce this Order and to modify the supplemental schedule for good cause.

**IT IS SO ORDERED**.

Respectfully submitted on September 30, 2026 by:

**NEVADA BANKRUPTCY ATTORNEYS, LLC**
By: /s/ *Matthew I. Knepper*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Brenden J. Gougeon, Esq.
Nevada Bar No. 16874
5502 S. Fort Apache Rd., Suite 200
Las Vegas, Nevada 89148-7700

*Counsel for Jointly Administered Debtors and Plan Proponents*

Approved by:

**BG LAW LLP**
By: s/ *Jessica L. Bagdanov*
Steven T. Gubner, Esq.
Nevada Bar No. 4624
Jessica L. Bagdanov, Esq.
Admitted Pro Hac Vice
Jessica S. Wellington, Esq.
Admitted Pro Hac Vice
300 S. 4th Street, Suite 1550
Las Vegas, Nevada 89101

*Counsel for Woodfield Mall LLC*

**THE VERSTANDIG LAW FIRM, LLC**
By: s/ *Maurice B. Verstandig*
Maurice B. VerStandig, Esq.
Nevada Bar No. 15346
1452 W. Horizon Ridge Pkwy., #665
Henderson, Nevada 89012

*Counsel for 434 N. Orange Investment, LLC*

**OFFICE OF THE UNITED STATES TRUSTEE**

By: s/ *Justin Valencia*
Justin Valencia, Trial Attorney
Trial Attorney
U.S. Department of Justice
Office of the United States Trustee, Region 17
300 Las Vegas Boulevard South, Suite 4300
Las Vegas, NV 89101